IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| James Garfield Broadnax | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | Civil Action No.  3:15-cv-1758 |
| | § | |
| William Stephens, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
| Defendant. | § | |

NOTICE OF FILING
PETITION FOR WRIT OF CERTIORARI IN U.S. SUPREME COURT

Petitioner, James Broadnax, provides notice that after the Texas Court of Criminal Appeals

denied state habeas relief, he filed a Petition for Writ of Certiorari in the U.S. Supreme Court on May

21, 2015 with accompanying documents (appendices, certificate of compliance, certificate of service,

IFP and Declaration in Support of IFP).  Because the Petition for Writ of Certiorari and appendices

are not part of the state court record, the petition and its appendices are attached to this Notice so that

the lower federal courts will have a complete record of the filings pertaining to the state habeas

claims.  The questions presented to the U.S. Supreme Court pertain to Grounds One, Two and Three

for Relief in the state habeas petition and are as follows:

I.      Whether as part of the substantive guarantee of the Sixth Amendment, Mr. Broadnax, a capital-murder defendant, was entitled to appointment of counsel at Texas Magistration

II.     Whether Mr. Broadnax and his counsel were entitled to notification of the impending post-attachment interviews by the media, who were state agents, with counsel present as a requisite to conducting them, in the absence of a valid waiver, because the post-attachment media-interviews were a critical stage in the legal proceedings.

Respectfully submitted,

_____
Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, TX 75085-0843
(972) 699-7020 (Phone)
(972) 699-7030 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I served a true and correct copy of the foregoing pleading upon counsel for Respondent, Ed Marshall, Division Chief of Capital Post-Conviction Division, Office of the Texas Attorney General, 300 West 15th Street, Suite 800, Austin, Texas, 78701, by electronic filing with the clerk of the Court.

_____
Lydia M.V. Brandt, Esq.

Exhibit:       Petition for Writ of Certiorari in the U.S. Supreme Court,
               with appendices