**JUDGE MICHAEL R SNIPES**
**CRIMINAL DISTRICT COURT #7**
**133 N RIVERFRONT BLVD**
**DALLAS, TX 75207**
**FAX # 972-739-3917**
**COURT # 972-739-3905**

## FAX COVER SHEET

**FROM:** _____

**TO:** _Lydia Brandt._____

**MESSAGE:** _____

_Order on_

_States motion to Quash_

_Subpoena_

## CAUSE NO. W08-24667-Y(A)

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE CRIMINAL** |
| **JAMES GARFIELD BROADNAX, APPLICANT** | § | **DISTRICT COURT NO. 7** |
| | § | **DALLAS COUNTY, TEXAS** |

### ORDER

The Court, having considered Applicant's Motion for Court-Ordered Discovery and Continuance of the Evidentiary Hearing, the State's Motion to Quash Subpoena, and the arguments of counsel, now enters the following order:

Applicant's request for this Court to order Channels 4, 5, 8, and 11, to identify and produce for deposition duces tecum employees who interviewed James Broadnax between arraignment and appointment of counsel is **DENIED.**

Applicant's request for this Court to issue an order authorizing the Applicant to depose each of the defendants identified in Applicant's motion is **DENIED.**

Applicant's request for this Court to enter an order requiring the State of Texas to produce all correspondence of the Dallas Sheriff's Office, the Dallas District Attorney's Office, and the Dallas Police Department to or

from any media outlet pertaining to any of the defendants identified in Applicant's motion is **DENIED**.

The State's Motion to Quash Subpoena is in all things **GRANTED**.

Applicant's request for additional days to conduct the evidentiary hearing in this case is **DENIED** at this time.

So **ORDERED** this ___6___ day of December, 2012.

_____

**MICHAEL SNIPES, JUDGE**
**CRIMINAL DISTRICT COURT NO. 7**
**DALLAS COUNTY, TEXAS**