CAUSE NO. W08-24667-Y(A)

| | | |
|---|---|---|
| EX PARTE | § | IN THE CRIMINAL |
| JAMES GARFIELD BROADNAX, APPLICANT | § | DISTRICT COURT NO. 7 |
| | § | DALLAS COUNTY, TEXAS |

## ORDER

The Court, having considered Applicant's Motion to Reconsider and Rescind the 12-12-2012 Order, to Reopen the Evidentiary Hearing, and to Compel Rosales, Lopez, and WFAA-TV to Testify and Produce Documents, finds that there is no need to reopen the evidentiary hearing.

The Court finds that the Court has sufficient evidence to resolve the issues before the Court.

The Court further finds that Rosales, Lopez, and WFAA-TV would not produce any evidence relevant to the Court's determination.

**IT IS THEREFORE ORDERED** that Applicant's Motion to Reconsider is in all things **DENIED.**

SIGNED this _2 ᴏ_ day of December, 2012.

_____
MICHAEL SNIPES, JUDGE
CRIMINAL DISTRICT COURT NO. 7
DALLAS COUNTY, TEXAS