CAUSE NO.  F08-24667-Y

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL COURT |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| JAMES GARFIELD BROADNAX | § | NO. 7 |

## AFFIDAVIT OF RECORDS

Before me, the undersigned authority, personally appeared **ELIZABETH LUTTON,** for the **Dallas Sheriff's Office ("DSO")** who, being by me duly sworn, deposed as follows:

My name is **ELIZABETH LUTTON.** I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of the records of the **Dallas Sheriff's Office ("DSO"),** Dallas County, Texas. Attached hereto are **2 pages** of records from **DSO.** These said **2 pages** of records are kept by **Dallas Sheriff's Office** the regular course of business of **DSO** for an employee or representative of **DSO,** with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such records; and the records were made at or near the time or reasonably soon thereafter. The record attached hereto is the original or exact duplicate of the original.

AFFIANT

SWORN AND SUBSCRIBED TO before me on this the _____ day of _____, _____

[SEAL]

JEANETTE F. BROWN
Notary Public
STATE OF TEXAS
My Comm. Exp. Feb. 07, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MY COMMISSION EXPIRES: 02-07-2014

# INMATE INTERVIEW REQUESTS FROM THE MEDIA

Those members of the media who wish to request an interview with an inmate currently incarcerated in the Dallas County jail should write a short letter to the inmate indicating:

1. The inmate's full name, BNO (booking number), jail tower, cell number and D.O.B.
2. Your name and media affiliation
3. The purpose of your interview request
4. Please leave a space with a signature line for the inmate to sign yes or no to your request and a place for the officer to sign as a witness

Your request can be e-mailed to the Media Relations Unit at sheriffmedia@DallasCounty.org or faxed to (214) 653-2892.

If e-mailed or faxed, your request will be forwarded to the inmate when time permits. An inmate must be assigned housing for the request to be presented. When an answer is received, you will be notified by return e-mail or phone call from the Media Relations Unit.

*Inmates will not be coached or coerced into granting an interview for any reason.

*If approved by the inmate, interviews are only allowed between 8:00a.m. – 4:30p.m. M-F.

*Interviews may be denied based upon jail staffing, emergency conditions or the inmate's physical or mental condition at the time of the request.

*No interviews will be scheduled during court appearances or medical appointments.

If you need further information, please contact the P.I.O.

Carmen Castro
Public Information Officer/Media Relations
Dallas County Sheriff's Department
133 N. Industrial Blvd., LB-31
Dallas, Texas 75207-4313

# media logo on this request form

**MEDIA INMATE INTERVIEW REQUEST**

Date:  May 1, 2010

Name:  Smith, John

DOB:  1960-08-05

BNO:  09079432 **(this is the inmate's booking number)**

Jail Location:  North Tower

Tank Location:  2W 06

**Info above can be found by visiting http://www.dallascounty.org/jaillookup/search.jsp It also helps as a guide for your reporter to know what tower the interview will take place in)**

Mr. Smith,

Channel "?" requests an interview with you regarding the charges that have been filed against you. We would like to give you an opportunity to tell your side of the story. If you are interested, please sign below so that the Sheriff's Department can notify us as soon as they receive your response.

Thank you,

Name of reporter

_____

Yes, I would like to be interviewed.

_____

No, I would not like to be interviewed.

_____

Officer/Badge# (Witness)

**Please fax back to the P.I.O. Carmen Castro at 214-653-2892