CAUSE NO. F08-24667-Y

THE STATE OF TEXAS                    CRIMINAL DISTRICT COURT #7

v.

JAMES G. BROADNAX                    DALLAS COUNTY, TEXAS

AFFIDAVIT

Before me, the undersigned authority, personally appeared __Elizabeth Lutton__, who, being by me duly sworn, deposed as follows:

My name is Elizabeth Lutton, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of the records of **Dallas Sheriff's Office (DSO), Dallas County, Texas**. Attached hereto are **4 pages** of records from **DSO**. This said **4 pages** of records are kept by **DSO** in the regular course of business, and it was the regular course of business of **DSO** for an employee or representative of **DSO**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_Elizabeth Lutton_
AFFIANT

SWORN TO AND SUBSCRIBED before me on the __20__ day of _June_ , _2011___ .
My commission expires: ___9/13/2011___

_(signature)_

Notary Public, State of Texas
Notary's printed name:
Roberta Denise Whited



ROBERTA DENISE WHITED
Notary Public
STATE OF TEXAS
Commission Exp. 09-13-2011

5E

JAmes Broadnax
BNO 08047374
West Tower
03 P 05

Mr. Broadnax:

On behalf of WFAA TV channel 8 , I would like to request an on-camera interview with you.

This would allow you to tell our viewers your side of the story regarding your recent incarceration. We firmly believe in telling both sides of a story and understand it is important to hear your side.

Thank you for your time and consideration

Carlos Rosales
WFAA Assignment editor
214-977-6213

Yes, _James Broadnax_

No, _____

_DSO Spratling #5795_
Officer/Badge witness

Case 3:15-cv-01758-N    Document 2-7    Filed 05/21/15    Page 3 of 5    PageID 105



# KDFW Fox Television

FOX TELEVISION STATIONS, INC. ● A UNIT OF FOX INC.

June 20, 2008

James Gerdield Broadnax
Lew Sterrett

*B NO 08047374*
*WEST Tower*
*03 P05*

James,

KDFW-TV Fox 4 would like to request an interview with you regarding the charges that have been filed against you. We are hoping by speaking with you, you will be given this opportunity to tell your side of the story. If you are interested in talking with KDFW-TV Fox 4, please notify the Sheriff's department as soon as they deliver this letter.

Yes _____

No  _____

Thank you for your consideration,

Gregg Millett
Assignments Editor
KDFW Fox 4 News
214-720-3155

_____
*Officer/Badge # (witness)*

*Fax to P.I.O. Kim Leach*
*214-653-2852*

400 N. Griffin Street
Dallas, Texas 75202
Tel 214.720.4444



# KDFW Fox Television

FOX TELEVISION STATIONS, INC. ● A UNIT OF FOX INC.

June 20, 2008

James Gerdfield Broadnax          *BNO 08047374*
Lew Sterrett                       *WEST Tower*          *1:20*
                                   *03 P05*

James,

KDFW-TV Fox 4 would like to request an interview with you regarding the charges that have been filed against you. We are hoping by speaking with you, you will be given this opportunity to tell your side of the story. If you are interested in talking with KDFW-TV Fox 4, please notify the Sheriff's department as soon as they deliver this letter.

Yes *James Broadnax*

No _____

Thank you for your consideration,

Gregg Millett
Assignments Editor
KDFW Fox 4 News
214-720-3155

*Spratling #5195*
*Officer Badge # (witness)*

*Fax to P.I.O. Kimleach*
*214-653-2852*

400 N. Griffin Street
Dallas, Texas 75202
Tel 214.720.4444

WFAA NEWS     Fax:9999999999     Jun 20 2008   7:38     P.05

JAMes Broadnay
BNO 0804/7374
West Tower
03 8 05

Mr. Broadnax:

On behalf of WFAA TV channel 8 , I would like to request an on-camera interview with you.

This would allow you to tell our viewers your side of the story regarding your recent incarceration. We firmly believe in telling both sides of a story and understand it is important to hear your side.

Thank you for your time and consideration

Carlos Rosales
WFAA Assignment editor
214-977-6213

Yes,

No,

Officer/Badge witness