CAUSE NO. F08-24629-FY

CAUSE NO. F08-24667-FY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL |
| | § | |
| VS. | § | DISTRICT COURT # 7 OF |
| | § | |
| JAMES GARFIELD BROADNAX | § | DALLAS COUNTY, TEXAS |

---

## MOTION TO SUPPRESS STATEMENTS MADE TO THE MEDIA

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW James Garfield Broadnax, the Defendant in the above-styled and numbered cause, by and through his attorney of record, and moves this Court to excuse the jury before any evidence of an admission or confession by the Defendant to any media representative/agent of the State, whether written or oral, is admitted in order to determine the admissibility of such statements. Defendant makes this request based on the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, Article I, Sections 9, 10, 13 and 19 of the Texas Constitution and Articles 38.21 through 38.23 of the Texas Code of Criminal Procedure. In support of this motion, Defendant would show:

I.

It is anticipated that the State of Texas will attempt to introduce evidence statements made to the media by the defendant since the occurrence of his arrest.

At the time these statements were made by the Defendant, he was under arrest, in custody and substantially deprived of his freedom.

201

II.

These statements were made without the Defendant being sufficiently warned of his rights under Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966) and Article 38.22 of the Texas Code of Criminal Procedure.

III.

These statements were involuntary and the result of inducement, pressure and coercion by law enforcement agents, specifically, officers of the Dallas County Sheriff's office..

IV.

These statements were taken in violation of the Defendant's right to remain silent under the United States and Texas Constitutions.

V.

These statements were taken in violation of the Defendant's right to counsel under the United States and Texas Constitutions.

These statements were made after the defendant had invoked his right to counsel upon being magistrated in the Dallas County jail and after the Magistrate Judge had approved appointment of counsel, but before counsel had been appointed.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this motion be granted and all statements make by him to any law enforcement agent be suppressed. Defendant further requests that the Court make and file written Findings of Fact and Conclusions of Law regarding these matters.

Respectfully submitted,

Bradley K. Lollar
1700 Commerce Street, Suite 404
Dallas, Texas 75201
(214) 384-8178
State Bar No. 12508700
bklollar@sbcglobal.net
ATTORNEY FOR DEFENDANT

202

## CERTIFICATE OF SERVICE

I hereby certify to the Court that a true and correct copy of the above and foregoing

Motion was served on the Dallas County District Attorney's Office by personal delivery

on the _____ day of April, 2009.

_____

Attorney for the Defendant

203