Case 3:15-cv-01758-N    Document 2-9    Filed 05/21/15    Page 1 of 4    PageID 111

**Lydia Brandt (lydiamb@airmail.net) – Tue, 11/29/11 15:12:03 -0600**

**<u>Show Full Headers</u> | <u>Print</u> | <u>Close Printer View</u>**

**From**:     Fae Lilley <Fae.Lilley@dallascounty.org>
**To**:       "LydiaMB@Airmail.Net" <LydiaMB@Airmail.Net>
**Subject**:  FW: scan-james broadnax
**Date**:     Tue 11/29/11 02:48 PM

---

**From:** Vickie Dentler
**Sent:** Tuesday, November 29, 2011 2:43 PM
**To:** Fae Lilley
**Subject:** scan-james broadnax

*Vickie Dentler*
*Dallas County District Clerk's Office*
*Criminal Expunctions & Non-Disclosures*
*(214)653-5963*
*(214)653-5986 Fax*
*vdentler@dallascounty.org*

---

| **Attachment:  <u>Save</u>  <u>View</u>** |
| Name:  scan0001.pdf |
| Type:   application/pdf |

**Lydia Brandt (lydiamb@airmail.net) – Tue, 11/29/11 15:12:03 -0600**

## INSTRUCTIONS RELATING TO
## PRELIMINARY INITIAL APPEARANCE



Cause No. **f0824629**

Offense:   **CAPITAL MURDER OF MULTIPLE PERSONS**

The State of Texas

vs.
**JAMES GARDIELD  BROADNAX**

On this date appeared **JAMES GARDIELD  BROADNAX** , hereafter referred to as defendant, who makes his initial appearance in connection with the above numbered cause. At this appearance a hearing was held, at which the following took place:

1.  Defendant was informed as provided in Art. 15.17 CCP.

2.  Bail was set in the amount of $ **$1,000,000.00**

3.  All   felony   charges associated with this arrest are assigned to and shall be filed in _____ **Robert Burns** _____ Court, **Criminal District Court No. 1 (FH)**

Copies of these instructions served on defendant and transporting officer on this **21** day of _____ **June** _____, 20 **08**.

# ARRAIGNMENT SHEET

Book-in No. 08047374
LAI No.    1077722

Black        Male              10/30/1988

The State of Texas, County of Dallas

I, _____Jonathan Vickery_____, of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, the _21_ day of _____June_____, _2008_ at _5:45 AM_, sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared _____JAMES GARDIELD BROADNAX_____, being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statement made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and that if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

[✓] The person arrested stated that he is a citizen of the United States of America

| Offense(s): | Cause No. | Agency Name | Bond Amount |
|---|---|---|---|
| CAPITAL MURDER OF MULTIPLE PERSONS | f0824629 | Garland Police | $1,000,000.00 Cash/Sur |

Remanded to custody of _____DSO_____ in witness whereof, I have subscribed my name this the _21_ day of _____June_____, _2008_.

_____    _____
Magistrate                 Dallas County, Texas

Page 1 of 1

# DEFENDANT'S AFFIDAVIT
# OF INDIGENCE



Cause No. **f0824629** *Cap Murder Mult*
Court    **Criminal District Court No. 1 (FH)**
Dallas County, Texas

*B/ M 10/30/88*

*Bku0804 7374*

The State of Texas

vs.
**JAMES GARDIELD BROADNAX**

Before me, the undersigned authority, of this date, personally appeared the defendant in the above styled and numbered cause, known to me to be the person whose name is subscribed hereto as affiant. The defendant, having stated that he was indigent and unable to employ counsel, was placed under oath and inquiry was made in the following factors: the defendant's income and source of income, property owned, outstanding obligations, necessary expenses, number and ages of dependents, spousal income and other matters indicating that he is in fact indigent.

The defendant then deposed and stated as follows:
On this **21** day of **June**, **08**, I have been advised by the Court of my right to representation by counsel in the trial of the charges pending against me. I certify that I am without means to employ counsel of my own choosing, and I hereby request the Court to appoint counsel for me.

My total monthly income, including spouse's income, SSI, child support, disability or other is:
$ _____

The total value of my assets, including house, cars, cash, stocks, bonds or other is:
$ _____

_____
Defendant/Affiant

SUBSCRIBED AND SWORN before me, the undersigned authority, on this the **21** day of **June**, **08**.

_____
Magistrate

## ORDER

On this the _____ day of _____, _____, the Court, having reviewed the foregoing affidavit finds that the defendant is NOT indigent and is financially able to employ counsel.

Signed this _____ day of _____, _____.

_____
Judge, **Criminal District Court No. 1 (FH)**
Dallas County, Texas

## ORDER

On this the _____ day of _____, _____, the Court, having reviewed the foregoing affidavit finds the defendant is indigent and unable to employ counsel, and hereby approves the affidavit and appoints:
(1.) The Honorable __Brad Kallan__, Phone: _____,
(2.) The Chief Public Defender represented by the Honorable _____,
Phone: _____, a practicing attorney of this state to represent the defendant in said causes.

Signed this _____ day of _____, _____.

_____
Judge, **Criminal District Court No. 1 (FH)**
Dallas County, Texas