Media Inmate Interview Room
Inmate: Franklin Davis
BNO# 12060633
Location: West Tower / 03P11

DATE:        September 10, 2012                    **univision**

TO:          Franklin Davis

FROM:        KUVN 23-Univision Dallas

REFERENCE:   Interview request

Mr. Davis.

　　　KUVN 23-Univision would like to request an on-camera interview with you in regards to your arrest. The incident that you are being accused of has captured the attention of many viewers and we would like to hear your side of the story and share it with the public. Thank you for your attention and let us know your answer.

Sincerely,

Marysol González

Assignments Editor Supervisor

KUVN-23 / Univision Dallas

Hotline 2140-758-2340

Fax 214-758-2351

margonzalez@univision.net

Yes I would like to interview

No I would not like an interview

Officer / Badge # (witness)

Please Fax to 214.653.2892

Fax.                    Sep 10 2012 10:30am  P005/005

*Inmate. Franklin Davis*
*BNO# 12060633*
*Location: West Tower / 03P11*

**SheriffMedia**

From:       Bach, Dan <Dan.Bach@cw33.com>
Sent:       Sunday, September 09, 2012 10:00 PM
To:         SheriffMedia
Subject:    FW: Interview Request: Franklin Davis

CW33 News at Nine
214-252-3327
Cw33news@tribune.com

"MEDIA INMATE
INTERVIEW REQUEST"

Date. September 9, 2012

Name: Davis, Franklin
DOB 1982-01-17
BNO 12060633
Jail Location: West Tower
Tank Location: 03P 11

Mr. Davis.

CW33 News would like to request an interview with you.  We would like to offer you the opportunity to tell your side of the story regarding the capital murder charge you are facing.

Thank you.

Dan Bach
Assignment Editor
The 33 News

_____
Yes, I would like to be interviewed.

_____
No, I would not like to be interviewed.

_____
Officer/Badge# (Witness)

Dan Bach                              *Please Fax to 214 653.2892*



**TELEMUNDO**
**D A L L A S**

<u>MEDIA INMATE INTERVIEW REQUEST</u>

Date:  September 10 2012

Name:  Franklin, Davis

DOB:  1982-01-17

BNO:  12060633

Jail Location:  West Tower

Tank Location:  03P 11

Mr. Davis,

Channel "39" Telemundo requests an interview with you regarding the charges that have been filed against you. We would like to give you an opportunity to tell your side of the story. If you are interested, please sign below so that the Sheriff's Department can notify us as soon as they receive your response.

Thank you,

Fernando Mejia

_____

Yes, I would like to be interviewed.

_____

No, I would not like to be interviewed.

_____

Officer/Badge# (Witness)

**Please fax back to the P.I.O. Carmen Castro at 214-653-2892

Fax: ...     Sep 10 2012 10.24am P001/002

Inmate: Franklin Davis
BNo 12060633
Location West Tower / 03P11



KTVT / KTXA Television
10111 N. Central Expwy · Dallas · TX · 75231

Date: Sept. 10, 2012

Name:   Davis, Franklin

DOB : 1982-01-17

Book In #:   12060633

Jail Location:   West Tower

Tank Location:   03P 11

KTVT-CBS11News requests the opportunity for a brief interview.  We feel you deserve the chance to speak about the charges against you.  There are questions about accuracy of the allegations that we would like to give you the chance to address.  If you are interested, please sign below so that the Sheriff's Department can notify us as soon as they receive your response.  You may call directly at 214 739 1199 if you so choose.

_____
Yes, I would like to be interviewed.

_____
No, I would not like to be interviewed.

_____
Officer/Badge# (Witness)

*Please fax response back to 214.653.2892.

## SheriffMedia

From:      Conner, Mike (NBCUniversal, KXAS) <Mike.Conner@nbcuni.com>
Sent:      Monday, September 10, 2012 10:34 AM
To:        SheriffMedia
Cc:        Villeda, Ray (NBCUniversal)
Subject:   Inmate Interview Request

*Media Inmate Interview Request*
*Inmate: Franklin Davis*
*BNO#12060633*
*Location West Tower (03P1)*

INMATE INTERVIEW REQUEST

September 10, 2012

Name: Franklin Davis
DOB: 1982-01-17
BNO: 12060633
West Tower  03P 11

Mr Franklin:

I'm an Assignments Editor with KXAS Channel 5, and we would like the opportunity to speak with you.

We think our viewers would be very interested in hearing what you have to say about your predicament, and the circumstances of your arrest. We would like to send a reporter and a photographer to interview you.

It is, of course, your right to decline, but it may also be to your advantage to have people learn about your situation. If you are interested, please sign below so the Sheriff's Department can notify us as soon as they receive your response.

We look forward to hearing from you.

Sincerely,

Mike Conner
KXAS
817-654-6300

_____
Yes, I would like to be interviewed.

_____
No, I would not like to be interviewed.

_____
Officer/Badge# (Witness)

Fax:                     Sep 10 2012 10:25am  P002:004

Inmate: Franklin B. Davis
BNO# : 2060633
Location: West Tower / 03P11

**SheriffMedia**

From:       Young, Steven <syoung@wfaa.com>
Sent:       Sunday, September 09, 2012 2:05 PM
To:         SheriffMedia
Cc:         syoung1234
Subject:    Inmate interview request

## MEDIA INMATE INTERVIEW REQUEST"

Date: September 9, 2012

Name:  Franklin B, Davis
DOB: 01/17/1982
BNO: Unknown
Jail Location: Unknown
Tank Location: Unknown

Name: Mr. Davis,

News8/WFAA-TV would like to request an interview with you regarding the capital murder charges that have been filed against you in relation to the death of Shania Gray. We would like to give you an opportunity to tell your story. If you are interested, please sign below so that the Sheriff's Department can notify us as soon as they receive your response. Thank you for your consideration. Steve Young Assignments Editor. News8/WFAA-TV.

_____
Yes. I would like to be interviewed.

_____
No, I would not like to be interviewed.

_____
Officer/Badge# (Witness)

Please Fax to 214.653.2892

1



214-720-3155 OFFICE
214-720-3263 FAX
KDFW@KDFWFOX4.COM
400 N. Griffin St.    Dallas, TX 75202

Fax:                    Sep 10 2012 10:25am PCC3 002

*Media Inmate Interview Request*
*Inmate: Franklin Davis*
*BNO# 12060633*
*Location West Tower /03P11*

9-10-2012

Franklin Davis
West Tower
03p 11

Dear Mr. Davis

KDFW-TV, Fox 4 would like to have the opportunity to talk with you about your current situation. It would also allow you to tell your side of what happened and any other details you would like to share.

If you are willing to talk with one of our reporters, please let the Dallas County Sheriff Department know of your willingness as soon as they deliver this letter.

Thank you for your consideration and we would appreciate your response as soon as possible.

YES, I am willing to talk with KDFW-TV _____
NO, I decline._____

_____
Officer / Badge # (witness)

Kevin Lynch
Assignments Editor
KDFW Fox 4 News
400 N. Griffin St.
Dallas, TX 75202
214-720-3155

*Please Fax to 214.653.2892*

## SheriffMedia

From:       Pantazi, Andrew <apantazi@dallasnews.com>
Sent:       Monday, September 10, 2012 10:46 AM
To:         SheriffMedia
Subject:    DMN -- Interview request

# The Dallas Morning News

Sept. 10, 2012

Andrew Pantazi

The Dallas Morning News
P O Box 224866

Dallas, TX 75222-4866

Franklin Davis

Dob: 1982-01-17

Booking no. 12060633

Jail location: West Tower

Tank Location: 03P 11

Mr Davis

I am a reporter with The Dallas Morning News and I'm writing about Shania Gray's death. I would like to give you the opportunity to tell us what happened with Shania and the capital murder charge filed against you. We would like to give you an opportunity to tell your side of the story If you are interested, please sign below so that the Sheriff's Department can notify us as soon as they receive your response.

Thanks                                          Yes to interview

Andrew Pantazi / Reporter
The Dallas Morning News                          No to interview

                                                 Witness | Badge # officer