

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED
JUN 2 8 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

June 27, 2016

Box 1 of 4

Clerk, United States District Court
Northern District, Dallas Division
1100 Commerce Street, Room 1452
Dallas, TX 75242

Re: *James Garfield Broadnax v Lorie Davis, Dir., TDCJ-CID*
Civil Action No. **3:15-cv-01758-N-BF**

Dear Clerk,

Enclosed please find a copy of the petitioner's state court records for the above referenced case, which consists of fifteen volumes of direct appeal records and two volumes of state writ records (all contained in four boxes), as well as one complete copy on one CD and forty-seven exhibit CDs.

Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

/s/ George O'Hemecourt

GEORGE D'HEMECOURT
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

GAD/ebk
Enclosure

CC:  Daniel Leffell          Lydia Brandt          Adam Mandelsberg      Camille Knight
     1285 Avenue of the      P.O. Box 326          1285 Avenue of the    900 Jackson St, Suite 330
     Americas                                      Americas
     New York, NY 10019      Farmersville, TX 75442 New York, NY 10019   Dallas, TX 75202
     (LETTER ONLY)           (LETTER ONLY)         (LETTER ONLY)         (LETTER ONLY)

     Jordana Haviv           Livia Fine            Steven Herzog
     1285 Avenue of the      1285 Avenue of the    1285 Avenue of the
     Americas                Americas              Americas
     New York, NY 10019      New York, NY 10019    New York, NY 10019
     (LETTER ONLY)           (LETTER ONLY)         (LETTER ONLY)

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov