

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

**LOUISE PEARSON**
CLERK
512-463-1551

**SIAN R. SCHILHAB**
GENERAL COUNSEL
512-463-1597

March 9, 2011

Gary Fitzsimmons
District Clerk
133 N. Riverfront Blvd, LB 12
Dallas, Texas 75207

      RE:   James Garfield Broadnax
            Trial Court Number F08-24667-Y
            CCA Number AP-76,207

Dear Clerk:

Herewith please find the order of this Court requesting State's Exhibits 29-32, 34-36, 43, 45-51, 53-45, 409, 417, 428, 430, 431, and 508-536 in the above referenced case.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk

**CLERK'S OFFICE**
**PLACE IN FILE**
AA

cc:    John Tatum
       Craig Watkins
       Lydia M.V. Brandt



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JAMES GARFIELD BROADNAX

VS.                                                    CAUSE NUMBER AP-76,207

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause is before this Court on direct appeal from appellant's capital murder conviction and sentence of death in Cause No. F08-24667-Y in the Criminal District Court Number 7 of Dallas County.

Appellant's motion to supplement the record is Granted. The Court is of the opinion that State's Exhibit Numbers 29-32, 34-36, 43, 45-51, 53-45, 409, 417, 428, 430, 431, and 508-536 should be inspected. Pursuant to Tex. R. App. 34.6(g)(2), the District Clerk of Dallas County is ordered to file State's Exhibit Numbers 29-32, 34-36, 43, 45-51, 53-45, 409, 417, 428, 430, 431, 508-536 with the Clerk of this Court on or before the 31th day of March, 2011.

IT IS SO ORDERED THIS THE 9th DAY OF MARCH, 2011

PER CURIAM

EN BANC

DO NOT PUBLISH

NO. AP-76,207

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

JAMES GARFIELD BROADNAX
Appellant

VS.

THE STATE OF TEXAS
Appellee

FILED IN
COURT OF CRIMINAL APPEALS

FEB 28 2011

Louise Pearson, Clerk

APPEALING THE TRIAL COURT'S CAPITAL JUDGMENT
ASSESSING THE DEATH SENTENCE BASED ON JURY VERDICT
OF GUILTY AND ANSWERS TO SPECIAL ISSUES
IN CAUSE NUMBER F08-24677-Y   FROM THE CRIMINAL
DISTRICT COURT NO. 7 OF DALLAS COUNTY, TEXAS
THE HONORABLE MIKE SNIPES, JUDGE PRESIDING

ORIG

MOTION TO SUPPLEMENT
THE REPORTER'S RECORD

**COMES NOW James Garfield Broadnax,** by and through his appointed attorney on appeal, John Tatum, and respectfully submits this Motion to Supplement the Reporter's Record in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

The Defendant, James Garfield Broadnax, pleaded not guilty to the charge of Capital Murder before the Honorable Mike Snipes, Judge Presiding of the Criminal District Court No. 7 of Dallas County and a jury. The jury found the Defendant guilty and punishment was assessed at death by lethal injection.

**II.**

The Reporter's Record has been filed in this cause.

**III.**

Appellant has raised issues of prejudice in the admission into evidence of autopsy and prison photographs introduced at trial, State's Exhibits Nos. 29-32, 34-36, 43, 45-51, 53-45, 409,417, 428, 430, 431 and 508-536. The original color photographs were placed into evidence before the jury and are necessary to aid this Court in resolving the issues raised on appeal to the Court of Criminal Appeals. I have conferred with Dallas County Assistant District Attorney, Lisa Smith, who works in the appellate section. She has no objection to the original exhibits being transferred and submitted to this Court.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court will grant his Motion to Supplement the Reporter's Record in this Cause with the above listed State Exhibits (color photographs used in trial).

Respectfully submitted,

John Tatum
990 South Sherman Street
Richardson, Texas 75081
(972)705-9200
Fax (972)690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion has

been mailed to:

The Hon. Craig Watkins
c/o Asst. Dist. Att. Lisa Smith
Criminal District Attorney
Attn: Appellate Section
Frank Crowley Courts Building
133 N. Industrial Blvd. - LB19
Dallas, Texas, 75207-4313

on this _____ day of _____ 2011.

John Tatum

**JOHN TATUM**
ATTORNEY AT LAW

FILED

2011 FEB 22 AM 9: 01

GARY
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

February 10, 2011

Sharon Hazelwood
Court Reporter
Criminal District Court No. 7
133 Riverfront Drive LB 54
Dallas, Texas 75207-4399

Re:  James Garfield Broadnax v. The State of Texas
     Cause No. AP-76,207

Dear Ms. Hazelwood:

I am requesting that you supplement the record in the above reference cause with color photographs, State's Exhibits Nos. 29-32,34-36,43,45-51,53-54,409-417, 428, 430, 431 and 508-536. Thank you for your attention to this matter.

Sincerely,

John Tatum

JT:mt
Enclosures