10/20/2010

John G. Tatum                                    Richardson, TX 75081
990 South Sherman Street

RE:    Case No.            AP-76,207
       Trial Court No.     F08-24557-Y

Style:  BROADNAX, JAMES GARFIELD

Dear Counsel:

   The Appellant's motion for extension of time within which to file the Appellant's brief is granted. The time for filing the Appellant's brief has been extended to **January 14, 2011**.

                           Sincerely yours,

                           Louise Pearson, Clerk

                           By: _____
                               Deputy

RECEIVED IN
COURT OF CRIMINAL APPEALS

NO. AP- 76,207

| | | | |
|---|---|---|---|
| JAMES GARFIELD BROADNAX | () | IN THE COURT OF | OCT 1 5 2010 |
| | () | | |
| VS. | () | CRIMINAL APPEALS | Louise Pearson, Clerk |
| | () | | |
| THE STATE OF TEXAS | () | OF TEXAS | |

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant in the above-styled and numbered cause, and, pursuant to Rule 38.6 and Rule 10.5(b) Texas Rules of Appellate Procedure, submits this Motion requesting that the Appellant be granted additional time in which to file the brief in the above-styled and numbered cause, and in support of same would show the Court the following:

I.

FILED IN
COURT OF CRIMINAL APPEAL
OCT 1 8 2010
Louise Pearson, Clerk

| | | |
|---|---|---|
| (a) | Trial Court Designation: | Criminal District Court No. 7 Dallas |
| | Cause Number: | F08-24667 |
| (b) | Offense: | Capital Murder |
| | Punishment: | Death |
| © | Date of extension sought for brief: | March 16, 2011 |
| (f) | Number of prior extensions: | 0 |
| (g) | Facts relied upon to support extension: | |

Appellant's counsel requests additional time to complete the summary of the record and to research of possible issues in this death penalty case. The record is extremely lengthy and has been incomplete and due to the gravity of the sentence, Appellant's counsel requests additional time to prepare the appellate brief. There are numerous complex procedural issues involved in this case involving jury selection which require additional time to be researched. Additional time is needed to research the particular aspects of the case, and to fully comprehend this complicated issue. To deny this request for an extension would deprive this Appellant to his right to effective assistance of counsel on appeal and to the very basis of the appeal as guaranteed by the Texas Code of Criminal Procedure, Article 44.02, and deprive him of equal protection of the law as guaranteed by Article I, Section 3 of the Texas Constitution and Amendments V and XIV of the U.S.

Constitution, and deprive him of his rights to "due process of law" guaranteed by the Texas Constitution, Article 1, Section 10, and the U.S. Constitution, Amendments V and IV.

## II.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted.

Respectfully submitted,

John Tatum
990 S. Sherman Street
Richardson, Texas 70581
(972) 705-9200
Fax #: (972) 690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been delivered to Craig Watkins, Dallas County District Attorney, Appellate Section, 133 North Industrial, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this the ____ day of _____, 2010.

John Tatum

NORTH TEXAS P&DC
DALLAS TX 750
13 OCT 2010 PM 1 T