1/11/2011

John G. Tatum                                    Richardson, TX 75081
990 South Sherman Street

RE:   Case No.          AP-76,207
      Trial Court No.    F08-24667-Y

Style: BROADNAX, JAMES GARFIELD

Dear Counsel:

       The Appellant's motion for extension of time within which to file the Appellant's brief is granted.  The time for filing the Appellant's brief has been extended to **February 14, 2011**.

                                    Sincerely yours,


                                    Louise Pearson, Clerk


                                    By:  _____
                                         Deputy

*granted pc 10-11*

## NO. AP-76,207

| | | | |
|---|---|---|---|
| JAMES GARFIELD BROADNAX | () | IN THE COURT OF | |
| | () | | |
| VS. | () | CRIMINAL APPEALS | |
| | () | | |
| THE STATE OF TEXAS | () | OF TEXAS | |

### SUPPLEMENT TO MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant in the above-styled and numbered cause, and, pursuant to Rule 38.6 and Rule 10.5(b) Texas Rules of Appellate Procedure, submits this Motion requesting that the Appellant be granted additional time in which to file the brief in the above-styled and numbered cause, and in support of same would show the Court the following:

### I.

| | | |
|---|---|---|
| (a) | Trial Court Designation: Cause Number: | Criminal District Court No. 7 F08-24667-Y |
| (b) | Offense: Punishment: | Capital Murder Death |
| © | Date of extension sought for brief: | 2-14-2011 |
| (f) | Number of prior extensions: | 1 |
| (g) | Facts relied upon to support extension: | |

FILED IN
COURT OF CRIMINAL APPEALS

JAN 05 2011

Louise Pearson, Clerk

This is a supplement to Appellant's counsel requests the additional time to complete this death penalty appellate brief. Appellant's counsel has been diligently working on the brief but has still as of today not been provided a complete and corrected record. Appellant's counsel has spoken with the court reporter about this matter and has been promised that the three missing volumes and uncorrected volumes will be provided to him in due course. Today theses documents have not been acquired by the primary court reporter from substitute court reporters. This has been delayed by the holiday season as the substitute reporters have not responded to the primary reporter's request. An audio recording of the testimony has been provided to corroborate the written reporter's record due to the problem of obtaining a full and complete Reporter's Record that requires time to review for record accuracy. I have conferenced with State's counsel, Asst. District

Attorney Amy Murphy, who states that she has no objection to this request for extension of time to complete the brief in this appeal.

## II.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted.

Respectfully submitted,

John Tatum
990 S. Sherman Street
Richardson, Texas 70581
(972) 705-9200
Fax #: (972) 690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been delivered to Craig Watkins, Dallas County District Attorney, Appellate Section, 133 North Industrial, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this the _____ day of _____, 2010.

John Tatum

**NO. AP-76,207**

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 20 2010

Louise Pearson, Clerk

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX | () | IN THE COURT OF |
| | () | |
| VS. | () | CRIMINAL APPEALS |
| | () | |
| THE STATE OF TEXAS | () | OF TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant in the above-styled and numbered cause, and, pursuant to Rule 38.6 and Rule 10.5(b) Texas Rules of Appellate Procedure, submits this Motion requesting that the Appellant be granted additional time in which to file the brief in the above-styled and numbered cause, and in support of same would show the Court the following:

I.

| | | |
|---|---|---|
| (a) | Trial Court Designation: | Criminal District Court No. 7 |
| | Cause Number: | F08-24667-Y |
| (b) | Offense: | Capital Murder |
| | Punishment: | Death |
| (c) | Date of extension sought for brief: | 2-14-2011 |
| (f) | Number of prior extensions: | 1 |
| (g) | Facts relied upon to support extension: | |

FILED IN
COURT OF CRIMINAL APPEALS

DEC 20 2010

Louise Pearson, Clerk

Appellant's counsel requests the additional time to complete this death penalty appellate brief. Appellant's counsel has been diligently working on the brief but was not provided a complete and corrected record. Appellant's counsel has spoken with the court reporter about this matter and has been promised that the three missing volumes and uncorrected volumes will be provided to him in due course. Additionally, the State requested that an audio recording of the testimony be provided to corroborate the written reporter's record due to the problem of obtaining a full and complete Reporter's Record. This has now become available and the State has made the defense a copy for its use. Appellant's counsel requests additional time of thirty days to complete the death penalty appellate brief due to the inability to obtain a complete and accurate record. Appellant has been working on that part of the record that was provided as to not delay this appeal any longer

than necessary to obtain a full and complete record and sufficient time to complete the required research for any possible error.

## II.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted.

Respectfully submitted,

John Tatum
990 S. Sherman Street
Richardson, Texas 70581
(972) 705-9200
Fax #: (972) 690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been delivered to Craig Watkins, Dallas County District Attorney, Appellate Section, 133 North Industrial, 11th floor, Frank Crowley Criminal Courts Building, Dallas, Texas 75207, on this the _____ day of _____, 2010.

John Tatum