January 04, 2010
Re: Case No. AP-76,207
Tr. Ct. No. F08-24557-Y
STYLE: BROADNAX, JAMES GARFIELD

The motion for extension of time to file the Reporter's Record has been granted. The time for filing has been extended to **April 20, 2010**.

Louise Pearson, Clerk

SHARON HAZLEWOOD
OFFICIAL COURT REPORTER
283RD DISTRICT COURT
133 N INDUSTRIAL BLVD
DALLAS TX  75207

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 04 2010

Louise Pearson, Clerk

TO:   COURT OF CRIMINAL APPEALS
      ABEL ACOSTA

FROM: SHARON HAZLEWOOD, CRIMINAL DISTRICT COURT 7        my cell #
                                                          214-202-2159

RE:   BROADNAX EXTENSION

DATE: December 20, 2009


     I am requesting a 4 month extension.  I certainly will have my
part done within about two months, but as you can tell, there were
numerous court reporters on this case, and I have to wait until
they get their copies to me so I can add them to master index..

     Also, there were 800 exhibits.  I have made copies of the ones
I can but now I need to put them together, go to print shop and get
them copies and then binded.  Also there were approximately 65
DVD's in this case.

                CRIMINAL DISTRICT COURT 7 MONTHLY REPORT        FILED IN
                    SHARON HAZLEWOOD, COURT REPORTER      COURT OF CRIMINAL APPEALS
                          (972) 739-3906
                                                                JAN 04 2010
                        DECEMBER 16, 2009
                                                         Louise Pearson, Clerk

PAT NOBLE HAS MARK BROWN EXHIBITS   ****   11-02-09
BRYAN PORTUGAL HAS EDWARDS EXHIBIT   DECEMBER 7, 2009

F08-24667-Y      JAMES GARFIELD BROADNAX
VOLUME 1          MASTER INDEX
VOLUME 2                   4-07-09  Disk 417, File 25
VOLUME 3                   4-16-09  Disk 417, File 49
VOLUME 4                   4-21-09  Disk 418, File 9,10,11,12,13,14,15
VOLUME 5                   4-24-09  Disk 418, File 32, 33,34Tape 9181
VOLUME 6                   5-18-09  Sharina
VOLUME 7                   5-26-09  Patti
VOLUME 8                   5-27-09  dISK 420, fILE 33
VOLUME 9                   5-27-09  Anne
VOLUME 10                  5-28-09  JOIE
VOLUME 11                  5-29-09  DEBI HARRIS
VOLUME 12               6-01-09  DISK 420, FILES 49, 51 & 53 TAPE 9198
VOLUME 13                  6-01-09  ANNE
VOLUME 14                  6-02-09  ANNE
VOLUME 15                  6-03-09  ANNE
VOLUME 16                  6-04-09  ANNE
VOLUME 17                  6-08-09  HEATHER
VOLUME 18                  6-09-09  HEATHER
VOLUME 19                  6-10-09  HEATHER
VOLUME 20                  6-11-09  HEATHER

HAZLEWOOD EXT. OF TIME
Page 3

NEED CONTACT #'s FOR COURT OF CRIMINAL APPEALS
AND APPELLATE ATTORNEY

JAMES BROADNAX APPEAL

SHARON HAZLEWOOD, CRIMINAL DISTRICT COURT 7, 133 N. INDUSTRIAL, LB54, DALLAS, TX  75207-4399  (972)739-3906  (214) 202-2159


SHARINA FOWLER, CCC10, Official Court Reporter (same address
          as mine, but put CCC10.


HEATHER VECINA, 10211 DONLEY DRIVE, IRVING, TX  75063 (214)793-5665

PATTI HOLT, P. O. BOX 570929, DALLAS, TX  75228
          (972) 741-7086

ANNE MEREDITH, 917 Pleasant Dr., Dallas, TX  75217-4463
          (469) 328-8152

JOIE RIVERA, 2706 Yale Dr., Rowlett, TX  75088 (469) 733-5326

DEBI HARRIS, AUX. CT. 8

VICKI TUCK, 905 Glen Stone Lane, Dallas, TX  75232
          Home -- (972) 223-1213   office -- (214) 653-5606

LAURA WEED, CCC2, 133 N. Industrial, LB15, Dallas TX  75207
          (214) 653-5616    cell (214) 202-1909

NATASHA SPOERL, 12193 FM 2728, Terrell, TX  75161
          (214) 215-5858