May 10, 2010
Re: Case No. AP-76,207
Tr. Ct. No. F08-24557-Y
STYLE: BROADNAX, JAMES GARFIELD

The motion for extension of time to file the Reporters Record has been granted. The time for filing has been extended to **June 22, 2010**.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.

Louise Pearson, Clerk

SHARON HAZLEWOOD
OFFICIAL COURT REPORTER
283RD DISTRICT COURT
133 N INDUSTRIAL BLVD
DALLAS TX  75207

RECEIVED IN
COURT OF CRIMINAL APPEALS

April 20, 2010          APR 22 2010

Louise Pearson, Clerk

Court of Criminal Appeals of TX
Attn: Abel Acosta
P. O. Box 12308
Capitol Station
Austin, TX  78711

                    Re: Court of Appeals No.
                        AP-76,207
                    Trial Court No. F08-24557-Y
                    State of TX vs. James Broadnax

Dear Mr. Acosta:

    I realize that today is the due date for the above-styled case, but I am requesting one more month to get this case finished. Everything but three or four pretrials are done, but composing the master index is proving quite a challenge, considering I didn't take voir dire, but about six or seven other reporters did. There are also approximately 750 exhibits.

                    SHARON HAZLEWOOD
              CRIMINAL DISTRICT COURT 7
                    Dallas, TX  75207
                    (972) 739-3906
                    (214) 202-2159 (cell)