ruary 16, 2011
Case No. AP-76,207
'LE:  BROADNAX, JAMES GARFIELD

The State's motion for extension of time within which to file the State's brief is nted.  The time for filing the State's brief has been extended to **June 09, 2011**.

Louise Pearson, Clerk

DISTRICT ATTORNEY DALLAS COUNTY
CRAIG WATKINS
APPELLATE SECTION
133 N  RIVERFRONT BLVD  LB 19
DALLAS TX  75207

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 14 2011

Louise Pearson, Clerk

NO. AP-76,207

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX | § | IN THE COURT OF |
| vs. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended. In support of this request, the State would show the following:

FILED IN
COURT OF CRIMINAL APP

FEB 15 2011

Louise Pearson, Clerk

Appellant was convicted of capital murder in the Criminal District Court Number 5 of Dallas County, Texas, and sentenced to death. Appellant filed his brief on February 9, 2011, raising fifty-six issues for review. The State's brief is due on March 11, 2011. The State requests a extension of 150 days, or until August 8, 2011, to prepare and file the State's brief. No previous extensions have been requested by or granted to the State in this case.

The undersigned attorney is submitting this extension motion on behalf of assistant district attorney Amy Sue Melo Murphy, who has been assigned to prepare the State's brief in this case. Ms. Murphy has been on maternity leave since January 18, 2011, and is not scheduled to return to work until April 13, 2011. Upon her return to work, Ms. Murphy will be a part-time employee, working twenty-four hours per week.

In addition to managing her direct appeals docket, Ms. Murphy will, upon her return to work in April, be responsible for investigating and responding to applications for writ of habeas corpus and requests for post-conviction DNA testing. Ms. Murphy is also on the trial



support rotation for the months of July and August 2011, which will require her to be on call to respond to issues that arise in the trial courts on a daily basis.

Due to the assigned attorney's present maternity leave, her part-time status upon her return to work, her existing docket, and her other pressing responsibilities, the State respectfully requests that the time for filing the State's brief be extended to August 8, 2011.

Respectfully submitted,

_____
JOHANNA H. KUBALAK
*ASSISTANT DISTRICT ATTORNEY*
STATE BAR NO. 24014297
133 N. RIVERFRONT BLVD., LB-19
DALLAS, TEXAS 75207-4399
(214) 653-3629
(214) 653-3643 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing State's motion for extension of time to file brief has been served on John Tatum, attorney for appellant, 990 South Sherman Street, Richardson, Texas 75081, by depositing same in the United States Mail, postage prepaid, on February 11, 2011.

_____
JOHANNA H. KUBALAK

2