June 20, 2011
Re: Case No. AP-76,207
STYLE:  BROADNAX, JAMES GARFIELD

The State's motion for extension of time within which to file the State's brief is granted.  The time for filing the State's brief has been extended to **August 08, 2011**.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.  Failure to file State's brief may result in the issuance of a show cause order and/or judgment of contempt.

Louise Pearson, Clerk

DISTRICT ATTORNEY DALLAS COUNTY
CRAIG WATKINS
APPELLATE SECTION
133 N  RIVERFRONT BLVD  LB 19
DALLAS TX  75207

JUN 13 2011

Louise Pearson, Clerk

**NO. AP-76,207**

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX | § | IN THE COURT OF |
| vs. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended. In support of this request, the State would show the following:

Appellant was convicted of capital murder in the Criminal District Court Number 7 of Dallas County, Texas, and sentenced to death. Appellant filed his brief on February 9, 2011, raising fifty-six issues for review. The State's brief is due on June 9, 2011. The State requests an extension until August 8, 2011, to prepare and file the State's brief. This Court has already granted one extension to the State.

As set forth in the State's first motion for extension, the undersigned attorney, who was assigned to prepare the State's brief in this case, was on maternity leave until April 13, 2011. She returned to work as a part-time employee, working twenty-four hours per week. Since her return from maternity leave on April 13, 2011, the undersigned attorney has read the entire record, taken notes on the record, researched the issues raised, and as of the date of this motion started to write the fact portion of the State's brief.

In addition to managing her direct appeals docket, the undersigned attorney is responsible for investigating and responding to applications for writ of habeas corpus and

FILED IN
COURT OF CRIMINAL APPEALS

JUN 13 2011

Louise Pearson, Clerk

requests for post-conviction DNA testing. She is also on the trial support rotation for the months of July and August 2011, which will require her to be on call to respond to issues that arise in the trial courts on a daily basis.

Due to the undersigned attorney's prior maternity leave at the time of the filing of appellant's brief, her part-time status upon her return to work, her existing docket, and her other pressing responsibilities, the State respectfully requests that the time for filing the State's brief be extended to August 8, 2011.

Respectfully submitted,

AMY SUE MELO MURPHY
*ASSISTANT DISTRICT ATTORNEY*
STATE BAR NO. 24014297
133 N. RIVERFRONT BLVD., LB-19
DALLAS, TEXAS 75207-4399
(214) 653-3638
(214) 653-3643 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing State's motion for extension of time to file brief has been served on John Tatum, attorney for appellant, 990 South Sherman Street, Richardson, Texas 75081, by depositing same in the United States Mail, postage prepaid, on June 9, 2011.

AMY SUE MELO MURPHY

2