

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

February 17, 2011

John Tatum
Attorney At Law
990 South Sherman Street
Richardson, Tx 75081

RE:    James Garfield Broadnax
       Case No. AP-76,207

Dear Mr. Tatum:

Appellant's brief, in the above referenced cause, was filed February 9, 2011.

In conformity with Rule 71.3, Texas Rules of Appellate Procedure, please advise this Court, within 15 days of the date of this letter, more specifically why oral argument would be helpful, or that argument is waived.

Please call if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
Abel Acosta
Chief Deputy Clerk

**JOHN TATUM**
ATTORNEY AT LAW

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

February 23, 2011

Court of Criminal Appeals
c/o Abel Acosta
Chief Deputy Clerk
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

FEB 28 2011

Louise Pearson, Clerk

Re:   Oral argument in Cause No. AP-76,207
      James Garfield Broadnax v. The State of Texas

Dear Mr.Acosta:

Pursuant to Rule 71.3 Texas Rules of Appellate Procedure, I am advising this Honorable Court that I, on behalf of Appellant in the above referenced cause, am requesting oral argument on issues Nos 1 through 7 which involve challenges to the State's alleged misuse of its peremptory challenge against each of seven prospective jurors that were members of the black race, the same as the defendant, contrary to the doctrines established in the U.S. Supreme Court case of Batson v. Kentucky, 476 U.S. 79(1988).

In this trial the State attempted to use eight peremptory challenges against each and every prospective juror who was a member of the black race. The trial court granted one of the defenses challenges based on 'Batson' and seated one juror.

I believe oral argument would help present these issues in full context and help present a comparative analysis of the seven issues raised concerning the voir dire process in this case. Therefore, I respectfully request oral argument on these issues as they each involve the same issue of law and similar facts.

Sincerely,

John Tatum

JT:mt



## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
   JUDGES

**LOUISE PEARSON**
CLERK
512-463-1551

**SIAN R. SCHILHAB**
GENERAL COUNSEL
512-463-1597

August 10, 2011

Craig Watkins
District Attorney Dallas County
Appellate Section
133 N. Riverfront Blvd, LB 19
Dallas, TX 75207

John G. Tatum
Attorney At Law
990 South Sherman Street
Richardson, TX 75081

RE:    BROADNAX, JAMES GARFIELD
       Case No. AP-76,207
       Trial Court No. F08-24667-Y

Dear Counselors:

The above-styled case is set for submission on, **October 05, 2011** at **9:00 AM.** If you wish to present oral argument, the Court must receive your request in writing within (10) days from the date of this letter.

If oral argument is desired, a party must include in this notice which points of error will be argued.

Please let us know if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
       Chief Deputy Clerk

cc:
Lydia M. V. Brandt
Attorney At Law
P O Box 850843
Richardson, TX 75085-0843

**JOHN TATUM**
**Attorney at Law**

990 South Sherman St.
Richardson, Texas 75081
Off: (972) 705-9200
Fax: (972) 690-9901

August 17 2011

Ms Louise Pearson
Chief Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Re: Restatement of Notice of Issues to be orally argued in Death Penalty case of
James Garfield Broadnax v. State, case no. AP-716,207: trial court no. F08-24667-Y

Dear Ms. Pearson:

        Pursuant to your letter of August 10,2011 sending by regular mail and fax
Appellant's restatement of issues to be presented at oral argument on submission date
of October 5,2011 in the above referenced case. Oral argument is requested on Issues
of error nos. 1-7 which involve challenges to the State's alleged misuse of its
peremptory challenge against each of seven prospective jurors that were members of
the Black race.
        I have previously notified the Dallas County District attorney's office appellate
section of this request by copy of this letter. Thank you for your attention to this matter.

Sincerely,

John Tatum
JT: mt
Faxed same day to ph# (512) 463-7061

FILED IN
COURT OF CRIMINAL APPEALS

AUG 22 2011

Louise Pearson, Clerk