SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 21, 2009

Sharon Hazlewood
Official Court Reporter
283rd District Court
133 N. Industrial Blvd.
Dallas, Texas 75207

Re:    JAMES GARFIELD BROADNAX
Case Number AP-76,207
Trial Court Number F08-24667-Y

Dear Court Reporter:

The Court has received notice that on August 21, 2009, a judgment or appealable order was entered by the trial court. The Reporters Record is due December 21, 2009.

In accordance with and in addition to the rules of appellate procedure and uniform format manual for court reporters, the following are requirements of the Court regarding preparation of the record.

The reporter's record must contain a master index with four sections to include; 1) chronological index of the entire trial, 2) an alphabetical index of all venireman, 3) an alphabetical index of all witnesses, and 4) an index of exhibits. The pages of the master index must be numbered. The master index must also contain an index specifying the page number where each of the four sections is located.

The volumes of the record must be numbered consecutively with out the use of letters such as 10A, 10B, etc. This also applies to the exhibit volumes.

The Court is also requesting all court reporters to exercise the option of preparing the record in a condensed format. In addition to the above requirements, the following are required if the record is prepared in a condensed format. The master index must be bound separate and stand alone from the rest of the record and must be in a full size format. The 4 format boxes, in subsequent

volumes, must meet in the middle of the page without having any unutilized space between the boxes. The cover and index pages of each volume must be full size. The font and pitch must readable. The record will be returned if a normal font is not used or if the pitch is too small. **See the attached examples.**

The Court is requesting the court reporter to also provide a copy of the record on compact disc in ASCII text format.

For the complete rules and format, please see the Uniform Format Manual for Texas Court Reporters effective May 1, 1999 and Rule 34.6 and 35 of the Texas Rules of Appellate Procedure.

*Further, Texas Code of Criminal Procedure Article 35.29 prohibits disclosure of personal information contained in juror questionnaires, jury list, or other documents used in the jury selection process. The personal information is confidential and may be disclosed only under very limited circumstances.*

*Please do not include, in the appellate record, any juror information unless ordered by the convicting court. If the convicting court orders disclosure of the information, the juror information must be forwarded to this court under seal with a copy of the order of the convicting court*

Please call, 512-936-1620, if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk

## COURT OF CRIMINAL APPEALS
### Formatting samples

Page 1 and 2 are acceptable formatting. The typeface or pitch on page 2 is a little small.

Page 3, the blocks do not meet in the middle.

Page 4, the boxes do meet in the middle but the margins are too large at the top and bottom of each block making the typeface or pitch too small.

Page 4, the blocks do meet in the middle and the margins are good. The font, however, is difficult to read.

***The samples should only be used as a guide to assist you in preparing the record.***