# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 22, 2009

Gary Fitzsimmons
District Clerk
133 N. Industrial Blvd. LB 12
Dallas, Texas 75207

        RE:    James Garfield Broadnax
                 Trial Court Number F08-24667-Y
                 CCA Number AP-76,207

Dear Clerk:

The judgment in the above referenced case was entered August 21, 2009.

For your information, Texas Code of Criminal Procedure Article 35.29 prohibits disclosure of personal information contained in juror questionnaires, jury list, or other documents used in the jury selection process. The personal information is confidential and may be disclosed only under very limited circumstances.

Please do not include, in the appellate record, any juror information unless ordered by the convicting court. If the convicting court orders disclosure of the information, the juror information must be forwarded to this court under seal with a copy of the order of the convicting court.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk