August 4, 2010

TX Supreme Court of Criminal Appeals
Supreme Court Bldg.
205 W. 14th #600
Austin, TX    78701

Dear Sir:

I have had the missing volumes replaced.  I had the reporter who had the wrong font to reprint her records.

Also, the volume where the boxes in condensed format have to touch each other has been fixed.

But I'm not quite sure what changes you want to the master index.  It looks like all your requests are in your motion.  The only thing I can think, is the index HAS to be in a specific order.

I am sending you back what you sent me back, but if you could call me with an answer, I would appreciate it.

SHARON HAZLEWOOD
COURT REPORTER
CRIMINAL DISTRICT COURT 7
DALLAS, TX    75207
(972)739-3906
(213)202-2159 cell

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 0 6 2010

Louise Pearson, Clerk

TO:   COURT OF APPEALS

FROM:   SHARON HAZLEWOOD   (972) 739-3906

RE:   JAMES BROADNAX DEATH PENALTY   DALLAS

DATE:   8/5/10

ENCLOSED ARE THE ASCHI'S I HAVE.   OTHER REPORTERS ASSURED ME THEY
WERE CONTAINED WITHIN THE RECORD.

I LEFT MINE AT HOME, SO THEY WILL BE OUT FED EX EARLY TOMORROW.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 0 6 2010

Louise Pearson, Clerk