

CRAIG WATKINS
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

August 19, 2011

Louise Pearson
Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

**FILED IN**
**COURT OF CRIMINAL APPEALS**

**AUG 24 2011**

**Louise Pearson, Clerk**

Re:    Oral argument in *James Garfield Broadnax v. State*, AP-76,207

Dear Madam:

The State is writing in response to the Clerk's notice of oral argument. The State, represented by undersigned counsel Amy Murphy, will be presenting oral argument on October 5, 2011 at 9:00 a.m. in the Court of Criminal Appeals and responding specifically to the issues appellant has designated for oral argument.

Sincerely,

CRAIG WATKINS
*CRIMINAL DISTRICT ATTORNEY*
DALLAS COUNTY, TEXAS

AMY SUE MELO MURPHY
*ASSISTANT DISTRICT ATTORNEY*
FRANK CROWLEY COURTS BLDG.
133 N. RIVERFRONT BLVD., LB-19
DALLAS, TEXAS 75207-4399

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2011

Louise Pearson, Clerk

cc:    John G. Tatum
       990 South Sherman Street
       Richardson, Texas 75081