September 14, 2009

Re: Case No. AP-76,207

Criminal District Court 7 of Dallas County F08-24557-Y

STYLE: BROADNAX, JAMES GARFIELD

The order appointing, Lydia Brandt, counsel pursuant to Article 11.071, V.A.C.C.P., in the above styled and numbered cause, has been received and approved by the Court.

Louise Pearson, Clerk


LYDIA M. V. BRANDT
P O BOX 850843
RICHARDSON TX  75085-0843

THE STATE OF TEXAS

VS.

James Broadnax

CAUSE NO. F   0824667   -Y

_____CRIMINAL___ DISTRICT COURT   #7

DALLAS COUNTY, TEXAS

## ORDER APPOINTING WRIT COUNSEL

The defendant, James Broadnax, having been convicted of the offense of capital murder and sentenced to death:

The Court finds that the defendant is indigent and entitled to appointment of counsel for the purpose of a writ of habeas corpus:

The Court therefore appoints Lydia Brandt as counsel for the defendant to prepare an application for writ of habeas corpus pursuant to Article 11.071 of the Code of Criminal Procedure and to represent the defendant on said writ.

SIGNED AND ENTERED this the   24TH   day of  AUGUST,        2009

_____
JUDGE,    CRIMINAL          DISTRICT COURT    #7
DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 27 2009

Louise Pearson, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

SEP 1 4 2009

Louise Pearson, Clerk

VOL 77 PAGE 146

CASE NO. F-0824667-Y
INCIDENT NO./TRN: 9174212621

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| v. | § | COURT #7 |
| | § | |
| JAMES GARFIELD BROADNAX | § | DALLAS COUNTY, TEXAS |
| AKA: JAMES GARDFIELD BROADNAX | § | |
| | § | |
| STATE ID NO.: TX08189265 | § | JULY TERM |

# JUDGMENT OF CONVICTION BY JURY

| | | |
|---|---|---|
| Judge Presiding: **HON. Michael R. Snipes** | Date Judgment Entered: | **8/21/2009** |
| Attorney for State: **David Alex** | Attorney for Defendant: | **BRAD LOLLAR DOUG PARKS Keri Mallon** |

Offense for which Defendant Convicted:
**CAPITAL MURDER/MULTI**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **19.03 Penal Code** |

Date of Offense:
**6/19/2008**

| | |
|---|---|
| Degree of Offense: **CAPITAL FELONY** | Plea to Offense: **NOT GUILTY** |
| Verdict of Jury: **GUILTY** | Findings on Deadly Weapon: **YES, A FIREARM** |
| Plea to 1st Enhancement Paragraph: **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: **N/A** |
| Findings on 1st Enhancement Paragraph: **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: **N/A** |

| | | |
|---|---|---|
| Punished Assessed by: **JURY** | Date Sentence Imposed: **8/21/2009** | Date Sentence to Commence: |

| | |
|---|---|
| Punishment and Place of Confinement: | **DEATH, CONFINEMENT IN THE INSTITUTIONAL DIVISION UNIL SENTENCE OF DEATH IS CARRIED OUT** |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: $ **N/A** | Court Costs: $ **460.00** | Restitution: $ **N/A** | Restitution Payable to: ☐ **VICTIM** (see below) ☐ **AGENCY/AGENT** (see below) |
|---|---|---|---|

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|
| Time Credited: | From **6/20/2008** to **8/21/2009** From to From to |
| | From to From to From to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS** NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and **ORDERED** it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury**. Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court**. Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election**. Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED**.

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED**. The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Deadly Weapon.**
**The Jury FINDS Defendant used or exhibited a deadly weapon, namely, A FIREARM, during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited. TEX. CODE CRIM. PROC. art. 42.12 §3g.**

**DEFT EXCEPTS AND GIVES NOTICE OF APPEAL TO THE COURT OF APPEALS, FIFTH DISTRICT OF TEXAS AT DALLAS.**

---

**Signed and entered on August 21, 2009**

X _Michael R. Snipes_

Michael R. Snipes
JUDGE PRESIDING

Clerk: L. LITTLES

*Thumbprint Certification attached.

Cause No. F**0824667**-Y          **TRN** 9174212621

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| v. | § | COURT #7 |
| **JAMES GARFIELD** | § | DALLAS COUNTY, TEXAS |
| **BROADNAX** | | |

**AKA: JAMES GARDFIELD
BROADNAX**
<u>SID</u>: **TX**08189265

## CLERK'S CERTIFICATE

I, Gary Fitzsimmons, Clerk of the District Courts within and for the State of Texas and Dallas County, do hereby certify that the above and foregoing is a true and correct copy of judgment and imposition of sentence in Cause No. F**0824667**-Y, entitled The State of Texas vs. **JAMES GARFIELD BROADNAX**

    **AKA: JAMES GARDFIELD BROADNAX** as the same appears on record in **Volume 77, Page 146** now

on file in my office.

Given under my hand and seal of office in Dallas County, Texas on **8/21/2009**.

Gary Fitzsimmons
District Clerk
Dallas County, Texas

by:    L. LITTLES
Deputy District Clerk