anuary 06, 2010
te: Case No. AP-76,207
r. Ct. No. F08-24557-Y
TYLE:  BROADNAX, JAMES GARFIELD

I have this day received and filed the Clerk's Record in the above-styled and umbered cause.  The Reporter's Record is due on **April 20, 2010**.

Louise Pearson, Clerk


DISTRICT CLERK DALLAS COUNTY
GARY FITZSIMMONS
FRANK CROWLEY COURTS BLDG
133 N  INDUSTRIAL BLVD  LB 12
DALLAS TX  75207-4313