September 16, 2010
Re: Case No. AP-76,207
Tr. Ct. No. F08-24557-Y
STYLE: BROADNAX, JAMES GARFIELD

I have this day received and filed the Reporter's Record in the above-styled and numbered cause. The appellant's brief is due on **October 16, 2010**.

Louise Pearson, Clerk


SHARON HAZLEWOOD
OFFICIAL COURT REPORTER
CRIM DIST COURT NUMBER 7
133 N RIVERFRONT BLVD
DALLAS TX 75207

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

April 15, 2011

Sharon Hazlewood
Court Reporter
Crim. Dist. Court No. 7
133 N. Riverfront Blvd
Dallas, Texas 75207

RE:     James G. Broadnax
        Trial Court Case Number F08-24557-Y
        Case Number AP-76,207

Dear Ms. Hazlewood:

This will be, at least, my 5th time I have contacted you in an attempt to get a complete and correct record..

For future reference, please refer to the Uniform Format Manual for Texas Court Reporters. Any records not in compliance with the manual or other requirements by this Court will be returned.

The Court is in receipt of the corrected CDs containing the reporter's record in PDF format. However, the CD containing volume 7 is not viewable. The record on other CD's do not indicate the volume number for that record. The volume number is noted only on the CD. Some CDs continue to contain the file in a text format and not in the required PDF format.. Further, please see Rule 8.4 of the Uniform Format Manual for Texas Court Reporters for an example of the proper way to enter the computer file name. The computer file name should be consistent throughout the record.

Please prepare and file the record in accordance with Uniform Format Manual for Texas Court Reporters within 15 days from the date of this letter.

Please call if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
        Abel Acosta
        Chief Deputy Clerk

cc:     Hon. Mike Snipes



## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**TOM PRICE**
**PAUL WOMACK**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**CHARLES R. HOLCOMB**
**CATHY COCHRAN**
JUDGES

**LOUISE PEARSON**
CLERK
512-463-1551

**SIAN R. SCHILHAB**
GENERAL COUNSEL
512-463-1597

March 15, 2011

Sharon Hazlewood
Court Reporter
Crim. Dist. Court No. 7
133 N. Riverfront Blvd
Dallas, Texas 75207

RE:     James G. Broadnax
        Trial Court Case Number F08-24557-Y
        Case Number AP-76,207

Dear Ms. Hazlewood:

The Court is in receipt of the CDs containing the electronic reporter's record in the above referenced cause.

The entire record, however, is not in the required PDF format.

I am herewith returning the CDs. Please prepare and file the record in the required PDF format within 15 days from the date of this letter.

Please call if you have any questions.

Sincerely,

Louise Pearson
Clerk

By: _____
Abel Acosta
Chief Deputy Clerk

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

## COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

January 21, 2011

Sharon Hazelwood
Official Court Reporter
Criminal District Court Number 7
133 N. Riverfront Blvd.
Dallas, Texas 75207

       RE:    James Garfield Broadnax
               Case Number AP-76,207
               Trial Court Number F08-24557-Y

Dear Ms. Hazelwood:

The reporters record, in the above cause, was filed September 16, 2010. This Court requires the court reporter to provide the record on CD in PDF format. The CDs that were received contain duplicate volumes and do not contain all volumes.

Within 15 days of the date of this letter, please provide this Court with a complete record on CD in PDF format.

Please call if you have any questions.

Sincerely,

Louise Pearson
Clerk

By:_____
Abel Acosta
Chief Deputy Clerk

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

October 6, 2010

Sharon Hazlewood
Court Reporter
Crim. Dist. Court No. 7
133 N. Riverfront Blvd
Dallas, Texas 75207

,RE:     James G. Broadnax
         Trial Court Case Number F08-24557-Y
         Case Number AP-76,207

Dear Ms. Hazlewood:

The Court is in receipt of the record that you have prepared in response to my letter dated September 27, 2010. The September 27, 2010, letter requests that you to prepare a record for **volumes 55 through 57** which are missing from the record. The volumes received today are marked 56, 57 and 58. The September 27, 2010, letter further requests that if it has been deemed that volumes 55 through 57 have been sealed and should not be transmitted to this Court, to please prepare a record with a cover page and index of the contents of each volume with a notation that the record have been sealed and retained.

The index of each volume, which are incorrectly marked volumes 56, 57 and 58 contain a chronological and alphabetical index but do not indicate the type documents such as Juror Questionnaires. The record also does not contain a notation that the contents have been sealed and retained.

I am herewith returning volumes marked 56, 57 and 58. Please make the correction and return the volumes within 5 days.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk

cc:     Hon. Mike Snipes
        John Tatum
        Craig Watkins
        Lydia M.V. Brandt
        Gary Fitzsimmons

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

September 27, 2010

Sharon Hazlewood
Court Reporter
Crim. Dist. Court No. 7
133 N. Riverfront Blvd
Dallas, Texas 75207

RE:    James G. Broadnax
Trial Court Case Number F08-24557-Y
Case Number AP-76,207

Dear Ms. Hazlewood:

The Court is in receipt of the remainder of the reporter's record in the above referenced cause. The Record, however, continues to be incomplete. This will be my fourth attempt to get the correct and complete record in this case.

In your transmittal letter you have indicated that volumes 55 through 57 are sealed and, therefore, were not transmitted. This Court, however, requires that the record be numbered consecutively. This Court will not accept a record that does not contain all volumes.

If it has been deemed that volumes 55 through 57 have been sealed and should not be transmitted to this Court, please prepare a record with a cover page and index of the contents of each volume with a notation that the record have been sealed and retained.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk

cc:    Hon. Mike Snipes
John Tatum
Craig Watkins
Lydia M.V. Brandt
Gary Fitzsimmons

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2010

Louise Pearson, Clerk

TO:     ABEL ACOSTA

FROM:   SHARON HAZLEWOOD

RE:     JAMES BROADNAX

DATE:   SEPTEMBER 18, 2010

I AM ENCLOSING THE "MISSING" VOLUMES.   I JUST HAPPENED TO BE UP HERE ON SATURDAY, SO AM MAILING THEM THIS DATE.

SO AS FAR AS 55-57, YOU ORDERED ME TO "SEAL" THEM.   SO THAT IS WHY YOU DON'T HAVE THOSE.

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

August 6, 2010

Sharon Hazlewood
Official Court reporter
Crim. Dist. Court Number 7
133 N. Riverfront Blvd.
Dallas, Texas 75207

RE:    James Garfield Broadnax
       Trial Court Number F08-24557-Y
       CCA Number AP-76,207

Dear Ms. Hazlewood:

The Court is in receipt of the reporter's record in the above referenced cause. The record does not comply with the order of this Court issued July 2, 2010. Please prepare the master index in accordance with that order. Further, the volumes are not numbered properly. Some of the volumes indicate that there are 73 volumes while other volumes, including the master index, do not have any indication that there are actually 76 volumes. I will correct the numbering of each of the volumes for you. Also, the current reporter's manual requires court reporters to provide the record on CD in a PDF format. The corrected record was due August 2, 2010. The record will not be filed until the complete record is brought into compliance.

I am herewith returning the ASCII disks and master index. Please make the corrections and return the record within 7 days of the date of this letter.

Very truly yours,

Abel Acosta
Chief

cc:    John G. Tatum
       Hon. Mike Snipes
       Craig Watkins
       Gary Fitzgerald
       Lydia M.V. Brandt

SUPREME COURT BUILDING, 201 WEST 14TH STREET, ROOM 106, AUSTIN, TEXAS 78701
WEBSITE WWW.CCA.COURTS.STATE.TX.US