# CCA Scanning Cover Sheet



2479040

CaseNumber: AP-76,207
EventDate: 03/20/2012
Style 1: BROADNAX, JAMES GARFIELD
Style 2:
Event code: WRIT OF CERT USSC

EventID: 2479040
Applicant first name:
Applicant last name:
Offense: 19.03
Offense code: Capital Murder
Trial court case number: F08-24667-Y
Trial court name: Criminal District Court 7 of Dallas County
Trial court number: 330570007
County: Dallas
Trial court ID: 1462
Event map code: GENERIC
Event description:
Event description code:
Remarks: March 14, 2012 as 11-9294

☐ Document Scanned

☐ Created or
☐ Appended

Scanned by _____ date _____    Image ID _____

SCANNED

MAR 2 1 2012

Comment

SCAN
&
PLACE IN FILE

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 14, 2012

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2012

Louise Pearson, Clerk

Re:  James Garfield Broadnax
     v. Texas
     No. 11-9294
     (Your No. AP-76,207)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 9, 2012 and placed on the docket March 14, 2012 as No. 11-9294.

Sincerely,

**William K. Suter**, Clerk

by  Kyle R. Ratliff

Kyle R. Ratliff
Case Analyst