# CCA Scanning Cover Sheet



2471018

CaseNumber: AP-76,207
EventDate: 01/09/2012
Style 1: BROADNAX, JAMES GARFIELD
Style 2:
Event code: MANDATE ISSD

EventID: 2471018
Applicant first name:
Applicant last name:
Offense: 19.03
Offense code: Capital Murder
Trial court case number: F08-24667-Y
Trial court name: Criminal District Court 7 of Dallas County
Trial court number: 330570007
County: Dallas
Trial court ID: 1462
Event map code: MANDATE
Event description:
Event description code:
Remarks:

☐ Document Scanned                                    ☐ Created or
                              SCANNED                 ☐ Appended
Scanned by          date  FEB 0 2 2012    Image ID
Comment

printed by  aacosta                                          vers 1.1 mtc
printed on  1/9/2012 11:43:15 AM                             Page 1 of 1



# TEXAS COURT OF CRIMINAL APPEALS
## Austin, Texas

### M A N D A T E

THE STATE OF TEXAS,

TO THE  **CRIMINAL DISTRICT COURT 7 OF DALLAS COUNTY**  — GREETINGS:

Before our **COURT OF CRIMINAL APPEALS**, on the **DECEMBER 14, 2011**, the cause upon appeal to revise or reverse your Judgment between:

**JAMES GARFIELD BROADNAX**

**VS.**

**THE STATE OF TEXAS**

CCRA NO. AP-76,207

TRIAL COURT NO. F08-24667-Y

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the record of the Court below, and the same being considered, because it is the Opinion of this Court that there was no error in the judgment, it is **ORDERED, ADJUDGED AND DECREED** by the Court that the judgment be **AFFIRMED**, in accordance with the Opinion of this Court, and that this Decision be certified below for observance."

**WHEREFORE**, We command you to observe the Order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**,

Presiding Judge of our said **COURT OF CRIMINAL APPEALS**,

with the Seal thereof annexed, at the City of Austin,

on this day January 09, 2012.

LOUISE PEARSON, Clerk

_____, Chief Deputy Clerk

Abel Acosta



# COURT OF CRIMINAL APPEALS

# MANDATE RECEIPT ACKNOWLEDGEMENT

January 09, 2012

Case Number AP-76,207

BROADNAX, JAMES GARFIELD

COA No.     Tr. Ct. No. F08-24667-Y

Dallas County, Criminal District Court 7 of Dallas County

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _____,
hereby acknowledge receipt of the mandate of the Court of Criminal
Appeals on _____ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**