SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

LOUISE PEARSON
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

July 2, 2010

Sharon Hazlewood
Official Court Reporter
Crim. Dist. Court Number 7
133 N. Industrial Blvd
Dallas, Texas 75207

Re:   James Garfield Broadnax
Trial Court Number F08-24557-Y
CCA Number AP-76,207

Dear Ms. Hazlewood:

Enclosed please find the order of the Court issued this day.  The corrected reporter's record is due August 2, 2010.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Chief Deputy Clerk

cc:   John G. Tatum
Hon. Mike Snipes
Craig Watkins
Gary Fitzgerald
Lydia M. V. Brandt



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## No. AP-76,207

### JAMES GARFIELD BROADNAX, Appellant

### DIRECT APPEAL
### FROM DALLAS COUNTY
### ORDER RETURNING REPORTER'S
### RECORD FOR CORRECTIONS

*The order was entered per curiam.*

## O R D E R

The above styled and numbered cause is before this Court on direct appeal from appellant's

capital murder conviction and sentence of Death in Cause No. F08-24557-Y in the Criminal District

Court Number 7 of Dallas County. The Court Reporter forwarded the Reporter's Record to this

Court on June 25, 2010.

An examination of the Reporter's Record reveals it is not in compliance with the Texas Rules

of Appellate Procedure and Uniform Format Manual for Texas Court Reporters. Specifically, 1) the

Master index should be compiled containing four sections to include (a) a chronological index of the

1 OF 2

entire trial (excluding alphabetical and exhibit indexes), b) an alphabetical index of all venireman, c) an alphabetical index of all witnesses, and d) an index of all exhibits. **2)** the record is missing volumes 12, 39, 43, and 44. **3)** Volumes 9, 13-16 , 29 – 34, 37 are printed in a font that is not acceptable by this Court (please see volume 2 or 17 for an example of the correct font). **4)** Volume 36 is not in the proper format. The 4 format boxes are not adjoined as required by Section 22 of the Uniform Format Manual for Texas Court Reporters. **5)** Volumes 55, 56 and 57 contain juror questionnaires. This Court requires the questionnaires to be forwarded to this Court only upon order of the convicting court. The questionnaires must be sealed and must be accompanied by the order of the convicting court.

The Court Reporter in this case is instructed to prepare the reporters record in accordance with the Uniform Format Manual for Texas Court Reporters and requirements of this Court. The Reporter's Record is being returned to Sharon Hazlewood, the Official Court Reporter who forwarded the Reporter's Record to this Court.

The Reporter's Record shall be corrected and brought into compliance with the Rules within thirty (30) days of the date of this Order.

IT IS SO ORDERED THIS THE 2nd DAY OF JULY, 2010.

PER CURIAM

En Banc

Do Not Publish