FILED IN
COURT OF CRIMINAL APPEALS

JAN 0 6 2...

Louise Pearson, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 2 8 2009

Louise Pearson, Clerk

# INDEX

# DEATH PENALTY

# JAMES GARFIELD BROADNAX

# F08-24667-Y

FILED IN
COURT OF CRIMINAL APPEALS

JAN 0 6 2010

Louise Pearson, Clerk

SCANNED

_____
DATE

JAMES GARFIELD BROADNAX          CAUSE NO.          F08-24667-Y

VS                               IN THE CRIMINAL DISTRICT COURT

THE STATE OF TEXAS               NO. 7, OF DALLAS, COUNTY, TEXAS

# * INDEX *

Caption                                                          Vol. 1-01

True Bill of Indictment    (15 Sep 08)                           Vol. 1-02

Trial Docket                                                     Vol. 1-04

Writ/Officer's Return    (22 Sep 08)                             Vol. 1-17

Subpoena Duces Tecum Request    (04 Dec 08)                      Vol. 1-18
Record Custodian - Parkland Hospital

Order of the Court    (05 Dec 08)                                Vol. 1-20
Custodian of Records - Texarkana, Arkansas Independent
School District

State's Notice of Intent to Seek the Death Penalty               Vol. 1-21
(30 Jan 09)

Discovery and Notice of Extraneous (1st)                         Vol. 1-22
(17 Feb 09)

Order of the Court   (03 Mar 09)                                 Vol. 1-27
Custodian of Records for Hope High School

Objections to State's Proposed Questionnaire                     Vol. 1-28
(06 Apr 09)

Jury Questionnaire - draft 3(4-1-09)                             Vol. 1-36
(07 Apr 09)

State's Motion in Support of Proposed Questionnaire              Vol. 1-54
(07 Apr 09)

Order Changing Name of Defendant                                 Vol. 1-56
(07 Apr 09)

JAMES GARFIELD BROADNAX                                              PAGE   2

F08-24667-Y

=================================================================

Motion to Exclude Evidence of So-Called Lack of                Vol. 1-57
Remorse   (16 Apr 09)

Motion in Limine to Preclude Testimony About Violent           Vol. 1-61
Acts by Others    (16 Apr 09)

Defendant's Motion in Limine Voir Dire      (16 Apr 09)        Vol. 1-65

Mr. Broadnax's Motion to Exercise Retroactive                  Vol. 1-71
Peremptory Challenges and to Alternate Questioning
Potential Jurors During Individual Voir Dire
(16 Apr 09)

Motion to Limit State's Cross-Examination of Defendant         Vol. 1-87
to the Scope of the Direct Examination by the Defense
During Punishment Phase     (16 Apr 09)

Motion to Read, Mark and Inwardly Digest Jones V.              Vol. 1-90
State and Threadgill V. State Relating to Defense Challenges
for Cause   (16 Apr 09)

State's Motion for Psychiatric Examination of Defendant        Vol. 1-93
for Rebuttal Testimony/Granted     (20 Apr 09)

State's Omnibus Pretrial Motions/Granted                       Vol. 1-96
(20 Apr 09)

Motion to Disclose Experts and Hearing/Granted                 Vol. 1-99
(20 Apr 09)

State's Motion in Limine/Granted     (20 Apr 09)               Vol. 1-102

Discovery and Notice of Extraneous     (2nd)                   Vol. 1-104
(21 Apr 09)

Discovery and Notice of Extraneous     (3rd)                   Vol. 1-106
(21 Apr 09)

Discovery and Notice of Extraneous     (4th)                   Vol. 1-108
(18 May 09)

JAMES GARFIELD BROADNAX                                        PAGE   3

F08-24667-Y

==========================================================================

State's Notice of Intent to Use Business Records                Vol. 1-190
Accompanied by Affidavit     (18 May 09)
Jay R. Soules/KDFW FOX 4
Disc #1,2, & 3

State's Notice of Intent to Use Business Records                Vol. 1-194
Accompanied by Affidavit     (18 May 09)
Sharla Alford/KXAS-TV
Disc #1

State's Notice of Intent to Use Business Records                Vol. 1-198
Accompanied by Affidavit     (18 May 09)
Angela Williams/KTVT-TV
Disc #1 and Video

State's Notice of Intent to Use Business Records                Vol. 1-202
Accompanied by Affidavit     (18 May 09)
Merrill J. Balanciere/Garland Fire Department

State's Response to Defendant's Motion to Give Notice           Vol. 1-212
of State's Intent to Use Certified Documents
(18 May 09)

Defendant's Application for Probation in Jury Trial             Vol. 1-215
(18 May 09)

Motion to Quash Subpoena of Non-Party Shaun Rabb                Vol. 1-216
(27 May 09)

Order - Motion to Quash the Subpoena of Non-Party              Vol. 1-259
Shaun Rabb/Denied    (28 May 09)

Non-Party Ellen Goldberg's Motion to Quash Trial               Vol. 1-260
Subpoena    (29 May 09)

Clerk's Certification that Appellate Record is True and        Vol. 1-279
Correct

JAMES GARFIELD BROADNAX                                     PAGE    4

F08-24667-Y

=================================================================

Motion to Quash Subpoena    (01 Jun 09)                     Vol. 2-280

Supplemental Motion to Quash Subpoena and Motion           Vol. 2-285
for Reconsideration of Non-Party Shaun Rabb    (01 Jun 09)
Exhibit 1, Exhibit A, B, C, D, E. F, G, H, I, Exhibit 2, Exhibit 3,
Exhibit A (Sharla Alford), Exhibit B (Ellen Goldberg), Exhibit 4 &
Exhibit 5

Discovery and Notice of Extraneous (5th)                   Vol. 2-370
Discovery 5, Inventory      (04 Jun 09)

State's Response to Motions to Quash Media                  Vol. 2-407
Subpoenas    (09 Jun 09)

State's Notice of Intent to Use Business Records            Vol. 2-414
Accompanied by Affidavit    (10 Jun 09)
- Elizabeth Lutton, Dallas Sheriff's Office

State's Notice of Intent to Use Business Records            Vol. 2-433
Accompanied by Affidavit    (10 Jun 09)
- Scott Seacat, Value Added Communication (VAC)

Reply to State's Response to Motions to Quash              Vol. 2-462
Media Subpoenas of Non-Party Shaun Rabb
Exhibits 1, 2, Exhibit A, & Exhibit 3    (12 Jun 09)

Reply to Response to Motion to Quash Subpoena,             Vol. 2-501
and Motion to Reconsider    (12 Jun 09)

Non-Parties Steve Pickett and Troy Larkins' Joinder        Vol. 2-505
and Adoption of Non-Party Sean Rabb's Supplemental
Motion to Quash Subpoena, Motion for Reconsideration,
and Reply to State's Response to Motions to Quash
Media Subpoenas    (15 Jun 09)
Exhibit 1, 2 & 3 - Exhibit A,  Exhibit 4 - Exhibit A

Non-Party Ellen Goldberg's Motion to Reconsider           Vol. 2-520
Court's Denial of Motion to Quash Subpoena
(15 Jun 09)

JAMES GARFIELD BROADNAX                                    PAGE   5

F08-24667-Y

==============================================================

Amended Order on Movants' Motions to Quash/Denied          Vol. 2-524
(16 Jun 09)

Defendant's List of Expert Witnesses    (22 Jun 09)        Vol. 2-525

State's Potential Witnesses ** Amended June 22, 2009  **    Vol. 2- 527
(Not File Marked)

State's Response to Defense Motion to Disclose             Vol. 2-530
Experts    (Not File Marked)

Defendant's List of Expert Witnesses    (23 Jun 09)        Vol. 2-533

Discovery and Notice of Extraneous   (6th)                 Vol. 2-535
(24 Jun 09)

Emergency Motion to Stay Pre-Trial Hearing of              Vol. 2-537
Non-Parties Shaun Rabb, Stephen Pickett, and
Troy Larkins    (24 Jul 09)

Clerk's Certification that Appellate Record is True and    Vol. 2-541
Correct

JAMES GARFIELD BROADNAX                                                PAGE   6

F08-24667-Y

=================================================================

Defendant's Brief in Support of Batson Motion                          Vol. 3-542
(27 Jul 09)

State's Response to Batson Challenge    (27 Jul 09)                    Vol. 3-550

State's Trial Brief on the Admissibility of Intoxication               Vol. 3-559
Evidence    (28 Jul 09)

Defendant's Trial Brief Regarding Diminished Capacity                  Vol. 3-566
(30 Jul 09)

Greyhound Results - Broadnax Travel January - May 2008                 Vol. 3-575
(30 Jul 09)

Affidavit - Verifications of Authenticity of Records                   Vol. 3-603
Nicole E. Pfaff - MoneyGram International
(30 Jul 09)

Affidavit - Muskegon Rescue Mission                                   Vol. 3-612
Barry Pierce    (30 Jul 09)

Discovery and Notice of Extraneous (7th)                              Vol. 3-616
(04 Aug 09)

Order on Defendant's Batson Objection/Granted                        Vol. 3-618
(07 Aug 09)

Charge of the Court - Guilt/Innocence                                 Vol. 3-619
(12 Aug 09)

Jury Verdict on Guilt                                                Vol. 3-635

Charge of the Court - Punishment                                     Vol. 3-636
(19 Aug 09)

Note to the Court:   We request the 2 special issue                  Vol. 3-644
presentation boards.    (20 Aug 09)

JAMES GARFIELD BROADNAX                                          PAGE    7

F08-24667-Y

===============================================================

Note to the Court: Photo titled Free Styling found in jail          Vol. 3-645
(20 Aug 09)

Note to the Court:   Is the letter presented to Mr. Swan            Vol. 3-646
by the defense attorney evidence and if so, can we review,
- Tape of jail conversations on 8/12.  And the Court's
response.    (21 Aug 09)

Note to the Court:   Need school records, Journals from car         Vol. 3-648
and jail, Transcript of 4:30 phone call on 8/12, Video of
Channel 5 Interview, Photos from crime seen shown today by
Prosecution, and the Court's response.    (21 Aug 09)

Special Issue No. 1 & Special Issue No. 2                           Vol. 3-650

Oral and Videotaped Deposition of Francine Mazone                   Vol. 3-652
Hearing August 15, 2009 - Not File Marked

Judgment/Sentence    (21 Aug 09)                                    Vol. 3-698
Judgment of Conviction by Jury

Defendant's Motion for New Trial/Overruled                          Vol. 3-701
(21 Aug 09)

Defendant's Notice of Appeal and Pauper Oath                        Vol. 3-702
Appointment of Attorney on Appeal   (21 Aug 09)

Order Appointing Counsel   (21 Aug 09)                              Vol. 3-703
John Tatum - Appeal        Lydia Brandt - Writ 11.071

Trial Court's Certification of Defendant's Right of Appeal          Vol. 3-704
Signed:   (24 Aug 09)

Order Appointing Writ Counsel    (24 Aug 09)                        Vol. 3-705
Lydia Brandt - Writ 11.071

Applications for Subpoenas                                          Vol. 3-706