Case 3:15-cv-01758-N Document 38-9 Filed 06/28/16 Page 1 of 20 PageID 1424

**THE STATE OF TEXAS**
**TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER**
**OF THE STATE OF TEXAS – GREETINGS:**
**YOU ARE HEREBY COMMANDED TO SUMMON**

NO. F08-24667-Y

00794

<u>CRIMINAL</u> DISTRICT COURT <u>#7</u>
DALLAS COUNTY, TEXAS

MARK SHERMER
UNKNOWN
DALLAS, TEXAS

THE STATE OF TEXAS
VS.

JAMES BROADNAX.

CAPITAL MURDER

To be and appear before the <u>CRIMINAL</u> District Court <u>#7</u> of Dallas County, Texas at the courthouse of said County, in the City of Dallas, on the <u>23RD</u> day of <u>JULY</u>, 20 <u>09</u>, at <u>11:30</u> o'clock <u>A.</u> M., Then and there to testify as a witness in behalf of the <u>STATE</u> in a criminal Action pending in said court, wherein THE STATE OF TEXAS is plaintiff, and <u>JAMES BROADNAX</u> Defendant No. <u>F08-24667-Y</u>

SUBPOENA

**DUECES TECUM (IF APPLICABLE)**          ☒ NOT APPLICABLE
and that he bring with him and produce in said Court, at said time and place,

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

ISSUED
This <u>20TH</u> day of <u>MAY</u>, 20 <u>09</u>
Gary Fitzsimmons
Clerk, District Courts
Dallas County, Texas
By <u>T. JACKSON</u> Deputy

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**          ☒ NOT APPLICABLE
/ )SOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

ATTORNEY:

DAVID ALEX
ASSISTANT DISTRICT ATTORNEY
133 N. INDUSTRIAL BLVD., LB 19
DALLAS, TEXAS 75207
214-653-3600

WITNESS MY OFFICIAL SIGNATURE, THIS 20TH day of MAY, 20 09
Gary Fitzsimmons
Clerk, District Courts
Dallas, County Texas

By _____ Deputy
T. JACKSON

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS 75207

## OFFICER'S RETURN

CAME TO HAND on the _20_ day of _May_ .................. .... 20 _05_ and executed by delivering a copy
of the within Subpoena to the following within named witnesses, all of whom were summoned in _Dallas_
County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|------|------|------|-------|--------|----------|
| Mark Shesmer | | 5/26/05 | ...... miles | ...... from | ...... miles |
| | | | ...... miles | ...... from | ...... miles |
| | | | ...... miles | ...... from | ...... miles |
| | | | ...... miles | ...... from | ...... miles |
| | | | ...... miles | ...... from | ...... miles |
| | | | ...... miles | ...... from | ...... miles |

I actually and necessarily traveled .................. miles in the service of this Subpoena, in addition to any other mileage I
may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS................ ..................

..................................................... .............................. $ ..................
..................................................... .............................. $ ..................
..................................................... .............................. $ ..................

TOTAL ..........

The following named witnesses not summoned for the reasons set opposite their names:

.................................................................................................................................
.................................................................................................................................
.................................................................................................................................
.................................................................................................................................
.................................................................................................................................
.................................................................................................................................
................................................................ Criminal District Attorney Dallas County, Texas ................

To total amount of money furnished ................     By _____ Investigator _4/7_
witnesses ...................................... $..................
For summoning ............... Witnesses          Sheriff .................................................... County, Texas
at ................. each ...............    ..................     By ................................................... Deputy
Mileage .......... miles at ...........    ..................
TOTAL ...............................    $..................
Subscribed and sworn to before me, this ................. day of ................ ................................................ 20........
................................................................................................
................................................................................................

00795

Case 3:15-cv-01758-N Document 38-9 Filed 06/28/16 Page 3 of 20 PageID 1426

**THE STATE OF TEXAS**
**TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER**
**OF THE STATE OF TEXAS – GREETINGS:**
**YOU ARE HEREBY COMMANDED TO SUMMON**

DUSTIN THOMPSON
UNKNOWN
DALLAS, TEXAS

To be and appear before the CRIMINAL District Court #7 of Dallas County, Texas at the courthouse of said

County, in the City of Dallas, on the 23RD day of JULY , 20 09 , at 11:30 o'clock A. M., Then and there to testify

as a witness in behalf of the STATE in a criminal Action pending in said court, wherein THE STATE OF TEXAS

is plaintiff, and JAMES BROADNAX Defendant No. F08-24667-Y

**DUECES TECUM (IF APPLICABLE)**　　　　　　　　☒ NOT APPLICABLE
and that he bring with him and produce in said Court, at said time and place,

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**　　　　　　　☒ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS 20TH day of MAY , 20 09
　　　　　　　　　　　　　　　Gary Fitzsimmons
　　　　　　　　　　　　　　　Clerk, District Courts
　　　　　　　　　　　　　　　Dallas County Texas
By _____ Deputy
　　　　　T. JACKSON

---

NO. F08-24667-Y

00796

CRIMINAL DISTRICT COURT #7
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.

JAMES BROADNAX.

CAPITAL MURDER

SUBPOENA

ISSUED
This 20TH day of MAY, 20 09
Gary Fitzsimmons
Clerk, District Courts
Dallas County, Texas
By T. JACKSON Deputy

ATTORNEY:

DAVID ALEX
ASSISTANT DISTRICT ATTORNEY
133 N. INDUSTRIAL BLVD., LB 19
DALLAS, TEXAS 75207
214-653-3600

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS 75207

## OFFICER'S RETURN

CAME TO HAND on the 20 day of *May* .................................... 20 09 and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in *Dallas* .................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|------|------|------|-------|--------|----------|
| *Dustin Thompson* | | 5/21/09 | ............ miles | from ............ | ............ miles |
| | | | ............ miles | from ............ | ............ miles |
| | | | ............ miles | from ............ | ............ miles |
| | | | ............ miles | from ............ | ............ miles |
| | | | ............ miles | from ............ | ............ miles |
| | | | ............ miles | from ............ | ............ miles |

I actually and necessarily traveled ................... miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS.............. ..................

|  |  | $ ................ |
|---|---|---|
|  |  | $ ................ |
|  |  | $ ................ |

TOTAL ...........

The following named witnesses not summoned for the reasons set opposite their names:

.................................................................................................................................................
.................................................................................................................................................
.................................................................................................................................................
.................................................................................................................................................

Criminal District Attorney, Dallas County, Texas ..............

By ~~~~~~~~~~~~~~~~~~~~~~ Investigator 413

To total amount of money furnished ................
witnesses .................................... $....................
For summoning ................ Witnesses
at ................ each ............ ....................
Mileage .......... miles at .......... ....................
TOTAL .................................... $....................
Subscribed and sworn to before me, this ................. day of

Sheriff .................................................... County, Texas
By .................................................... Deputy

.................... day of .................................................... 20........

Case 3:15-cv-01758-N   Document 38-9   Filed 06/28/16   Page 5 of 20   PageID 1428

00798

**THE STATE OF TEXAS**
**TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER**
**OF THE STATE OF TEXAS – GREETINGS:**
**YOU ARE HEREBY COMMANDED TO SUMMON**

NO. F08-24667-Y

<u>CRIMINAL</u> DISTRICT COURT <u>#7</u>
DALLAS COUNTY, TEXAS

**CUSTODIAN OF RECORDS FOR WESTERN UNION**
**UNKNOWN**
**UNKNOWN, TEXAS**

THE STATE OF TEXAS
VS.

<u>JAMES BROADNAX</u>

To be and appear before the <u>CRIMINAL</u> District Court <u>#7</u> of Dallas County, Texas at the courthouse of said County, in the City of Dallas, on the <u>10TH</u> day of <u>AUGUST</u>, 20 <u>09</u>, at <u>9:00</u> o'clock <u>A.</u> M., Then and there to testify as a witness in behalf of the <u>DEFENDANT</u> in a criminal Action pending in said court, wherein THE STATE OF TEXAS is Plaintiff, and <u>JAMES BROADNAX,</u> Defendant No. F08-24667-Y

<u>CAPITAL MURDER</u>

SUBPOENA

**DUECES TECUM (IF APPLICABLE)**                     ☐ NOT APPLICABLE
and that he bring with him and produce in said Court, at said time and place,

*ANY AND ALL DOCUMENTS RELATING TO A WIRE TRANSFER FROM AUDREY KELLY, LOCATED IN DALLAS, TEXAS TO JAMES BROADNAX, LOCATED IN MARIETTA GEORGIA IN JANUARY OR FEBRUARY 2008.*

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

ISSUED
This <u>19TH</u> day of <u>JUNE,</u> 20 <u>09</u>
GARY FITZSIMMONS

Clerk, District Courts
Dallas County, Texas
By <u>C. BROWN</u> Deputy

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**                     ☒ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS  19TH  day of  JUNE , 20 09
GARY FITZSIMMONS

Clerk, District Courts
Dallas, County Texas
By _____ Deputy
C. BROWN

ATTORNEY:

KERI MALLON
133 N. INDUSTRIAL BLVD. LB 2
DALLAS, TX. 75207
214-653-3550

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS  75207

Case 3:15-cv-01758-N   Document 38-9   Filed 06/28/16   Page 6 of 20   PageID 1429

```
SURHANC3                                    Western Union Financial Services                              PAGE   1
 7/09/09                              Subpoena Request Results For Subpoena # 145738                      13:30:25

    Subpoena Request: 654537  By: R197843        Comments:
                      MTCN:                                   Date From:      2008/01/01        To: 2008/02/28
                      Payee Name:                             Sender Name:    AUDREY KELLY       Origin City/St:
                      Origin Agent:                           Paying Agent:                      Paying City/St:           TX
                      Origin ZIP:                             Paying ZIP:                        Amount Is:
                      Origin Country:                         Paying Country:


    Subpoena Request: 654538  By: R197843        Comments:
                      MTCN:                                   Date From:      2008/01/01        To: 2008/02/28
                      Payee Name: JAMES BROADENAX              Sender Name:                      Origin City/St:
                      Origin Agent:                           Paying Agent:                      Paying City/St:
                      Origin ZIP:                             Paying ZIP:                        Amount Is:               GA
                      Origin Country:                         Paying Country:



  MTCN        Rec Date         Amount  CD Origin/Paying City/ST/ZIP/Country      Pay Date    Sender/Payee Name     Rec/Pay Agt  Grid1/2
    -         1900/00/00                  NO RECORDS FOUND                       1900/00/00


                          * * * * E N D   O F   R E P O R T * * * *
```

# WESTERN UNION

Date:           07/14/2009


To:             LEONARD CLEMENS
                DALLAS COUNTY PUBLIC DEFENDER'S OFFICE
                133 N INDUSTRIAL BOULEVARD, LB-2

                DALLAS , TX   75207-4399

Reference:      Western Union Subpoena File Number  145738

Western Union searched its Money Transfer records in response to the attached Subpoena and did not ~~~~~ records that are responsive to it.

Please contact Western Union at the address and telephone number below if you have any questions.


Custodian of Records
Western Union Financial Services, Inc.
20 Corporate Hills Drive
St. Charles, MO  63301
Phone:  1-866-455-9007 Option 5
Fax:  1-720-332-1732
Email: subicw@westernunion.com


Attachments:
        ✔ Copy of Subpoena
        ✔ Search Printout
          Data Diskette/CD
          Instructions
          Search Documents
          Invoice
          Signed Affidavit
          Agency Originals
          Contract / Business Application
          Other

00800

CAUSE NO.  F0824669

| | | |
|---|---|---|
| STATE OF TEXAS | ' | IN THE  CRIMINAL |
| VS. | ' | DISTRICT COURT # 7 OF |
| JAMES BROADNAX | | DALLAS COUNTY, TEXAS |

### ORDER FOR SCHOOL RECORD RELEASE

On this 04 day of DECEMBER_, 2008, the Court has reviewed the attached subpoena and good cause has been shown for the issuance of the attached subpoena to further the prosecution of a criminal matter pending before this court.

**IT IS HEREBY ORDERED** that the health care provider/mental health care provider named in the subpoena release all records designated therein.

SIGNED 12 - 4 ,2008

MICHAEL SNIPES

The Honorable

Judge Presiding

**In lieu of personally appearing before the said court at said time place, the said witness may comply with this subpoena by furnishing true and correct certified copies of the aforesaid records to the following named person at the following address: Robert Miller Criminal Investigator, Frank Crowley Courts Building, 133 N. Industrial Blvd., LB 19, Dallas, Texas 75207-4399 (214) 653.3600.**

00801

Case 3:15-cv-01758-N Document 38-9 Filed 06/28/16 Page 9 of 20 PageID 1432

00802

THE STATE OF TEXAS
TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS – GREETINGS:
YOU ARE HEREBY COMMANDED TO SUMMON

NO. **F08-24667-Y**

CRIMINAL DISTRICT COURT **#7**
DALLAS COUNTY, TEXAS

CUSTODIAN OF RECORDS FOR GREYHOUND BUS LINE
UNKNOWN
DALLAS, TEXAS

THE STATE OF TEXAS
VS.

To be and appear before the **CRIMINAL** District Court **#7** of Dallas County, Texas at the courthouse of said County, in the City of Dallas, on the **10TH** day of **AUGUST** , 20 **09** , at **09:00** o'clock **A.** M., Then and there to testify as a witness in behalf of the **DEFENDANT** in a criminal Action pending in said court, wherein THE STATE OF TEXAS is plaintiff, and JAMES BROADNAX Defendant No. **F08-24667-Y**

**JAMES BROADNAX**.

**CAPITAL MURDER**

SUBPOENA

**DUECES TECUM (IF APPLICABLE)**                                    ☒ NOT APPLICABLE
and that he bring with him and produce in said Court, at said time and place,

ISSUED
This **11TH** day of **AUGUST**, 20 **09**
**Gary Fitzsimmons**
Clerk, District Courts
Dallas County, Texas
By **T. VARNADO** Deputy

Desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**                                    ☒ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

ATTORNEY:
**KERI L. MALLON**
**133 N. INDUSTRIAL LB 2**
**DALLAS, TEXAS 75207**
**214-653-3550**

WITNESS MY OFFICIAL SIGNATURE, THIS **11TH** day of **AUGUST** , 20 **09**

Gary Fitzsimmons
Clerk, District Courts
Dallas, County Texas

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS 75207

By                                                                Deputy
**T. VARNADO**

## OFFICER'S RETURN

CAME TO HAND on the ..*12*.. day of ......*August*.................. 20*01*. and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in ............................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|---|---|---|---|---|---|
| *Doris Silvernell* | *Faxed* | *08-12-01* | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |

I actually and necessarily traveled .................. miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS...............................

........................................................    ............................    $ ....................
........................................................    ............................    $ ....................
........................................................    ............................    $ ....................

TOTAL ...........

The following named witnesses not summoned for the reasons set opposite their names:

..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................

To total amount of money furnished ...............
   witnesses ................................. $...................
For summoning ................ Witnesses
   at .................. each ................ ....................
Mileage ........... miles at ............ ....................
   TOTAL .............................. $...................

Sheriff ....*Dallas*............................ County, Texas
By ........*Jason Shanks*................. Deputy

Subscribed and sworn to before me, this .................. day of ........................................................... 20........
..............................................................................................................................................
..............................................................................................................................................

00803

00804

## THE STATE OF TEXAS
### TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
### OF THE STATE OF TEXAS – GREETINGS:
### YOU ARE HEREBY COMMANDED TO SUMMON

**CUSTODIAN OF RECORDS FOR MONEY GRAM INTERNATIONAL, INC.**
**UNKNOWN**
**DALLAS, TEXAS**

To be and appear before the **CRIMINAL** District Court   **#7** of Dallas County, Texas at the courthouse of said County, in the City of Dallas, on the **10ᵀᴴ** day of **AUGUST** , 20 **09** , at **09:00** o'clock **A.** M., Then and there to testify as a witness in behalf of the **DEFENDANT** in a criminal Action pending in said court, wherein THE STATE OF TEXAS is plaintiff, and JAMES BROADNAX Defendant No. **F08-24667-Y**

---

**DUECES TECUM (IF APPLICABLE)**                                           ☒ NOT APPLICABLE
and that he bring with him and produce in said Court. at said time and place,

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**                                        ☒ NOT APPLICABLE
DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as Fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS   11ᵀᴴ   day of   AUGUST , 20 **09**

**Gary Fitzsimmons**
Clerk, District Courts
Dallas, County Texas

By _____ Deputy
**T. VARNADO**

---

NO. **F08-24667-Y**

**CRIMINAL** DISTRICT COURT **#7**
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.

**JAMES BROADNAX**.

**CAPITAL MURDER**

SUBPOENA

ISSUED
This **11TH** day of **AUGUST**, 20 **09**
**Gary Fitzsimmons**
Clerk, District Courts
Dallas County, Texas
By **T. VARNADO** Deputy

ATTORNEY:
**KERI L. MALLON**
**133 N. INDUSTRIAL LB 2**
**DALLAS, TEXAS 75207**
**214-653-3550**

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS  75207

## OFFICER'S RETURN

CAME TO HAND on the 12 day of ......AUGUST...................... 20 09 and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in ..................................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|------|------|------|-------|--------|----------|
| Nicole Pfaff | Failed | 08-12-09 | ....... miles | ....... from | ....... miles |
| | | | ....... miles | ....... from | ....... miles |
| | | | ....... miles | ....... from | ....... miles |
| | | | ....... miles | ....... from | ....... miles |
| | | | ....... miles | ....... from | ....... miles |
| | | | ....... miles | ....... from | ....... miles |

I actually and necessarily traveled .................... miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS.................................

.......................................................
.......................................................
.......................................................

.......................... $ ..................
.......................... $ ..................
.......................... $ ..................

TOTAL ............

The following named witnesses not summoned for the reasons set opposite their names:

..................................................................................................................
..................................................................................................................
..................................................................................................................
..................................................................................................................
..................................................................................................................
..................................................................................................................
..................................................................................................................

To total amount of money furnished ...............
witnesses .......................... $ ..................
For summoning ............... Witnesses
at ................. each ...............     ..................
Mileage ........... miles at ...........   ..................
TOTAL .......................... $ ..................

Sheriff ...DALLAS..................... County, Texas
By ..............JASON SHANKS.............. Deputy

Subscribed and sworn to before me, this ............... day of ............................................................ 20........
..................................................................................................................
..................................................................................................................

00805

Case 3:15-cv-01758-N Document 38-9 Filed 06/28/16 Page 13 of 20 PageID 1436

00806

<table>
<tr><td>

**THE STATE OF TEXAS**
**TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER**
**OF THE STATE OF TEXAS – GREETINGS:**
**YOU ARE HEREBY COMMANDED TO SUMMON**

**CUSTODIAN OF RECORDS FOR MUSKEGON RESCUE MISSION**
**UNKNOWN**
**DALLAS, TEXAS**

To and appear before the **CRIMINAL** District Court   **#7** of Dallas County, Texas at the courthouse of said County, in the City of Dallas, on the **10**TH day of **AUGUST** , 20 **09** , at **09:00** o'clock **A.** M., Then and there to testify as a witness in behalf of the **DEFENDANT** in a criminal Action pending in said court, wherein THE STATE OF TEXAS is plaintiff, and JAMES BROADNAX Defendant No.  **F08-24667-Y**

**DUCES TECUM** (IF APPLICABLE)                                ☒ NOT APPLICABLE

and that he bring with him and produce in said Court, at said time and place,

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**( ) OF COUNTY** (IF APPLICABLE)                               ☒ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS  **11**TH  day of  **AUGUST** , 20 **09**

Gary Fitzsimmons
Clerk, District Courts
Dallas, County Texas

By _____  Deputy
**T. VARNADO**

</td><td>

NO.**F08-24667-Y**

**CRIMINAL** DISTRICT COURT **#7**
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.

**JAMES BROADNAX**.

**CAPITAL MURDER**

SUBPOENA

ISSUED
This 11TH day of AUGUST, 20 09
**Gary Fitzsimmons**
Clerk, District Courts
Dallas County, Texas
By **T. VARNADO** Deputy

ATTORNEY:
**KERI L. MALLON**
**133 N. INDUSTRIAL LB 2**
**DALLAS, TEXAS 75207**
**214-653-3550**

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS  75207

</td></tr>
</table>

## OFFICER'S RETURN

CAME TO HAND on the *12.* day of *August* ............................................. 20 *09.* and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in ....................................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|------|------|------|-------|--------|----------|
| *Barry Pierce* | *Faxed* | *08-12-09* | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |

I actually and necessarily traveled ..................... miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS.............................

.................................................................    ...............................    $ ...................
.................................................................    ...............................    $ ...................
.................................................................    ...............................    $ ...................

TOTAL ............

The following named witnesses not summoned for the reasons set opposite their names:

..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................
..............................................................................................................................................

To total amount of money furnished ................
witnesses ............................... $...................
For summoning ............... Witnesses
at .................. each ...............    ...................
Mileage ........... miles at ...........    ...................
TOTAL ................................. $...................
Subscribed and sworn to before me, this ................. day of

Sheriff .... *Dallas* ........................... County, Texas
By .......... *Jason Shanks* ........... Deputy

.......................................................................................... 20.......
..............................................................................................................................................
..............................................................................................................................................

00807

Case 3:15-cv-01758-O Document 389 Filed 06/28/20 Page 15 of 20 PageID 1438

00808

**THE STATE OF TEXAS**
**TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER**
**OF THE STATE OF TEXAS – GREETINGS:**
**YOU ARE HEREBY COMMANDED TO SUMMON**

*CUSTODIAN OF RECORDS/MANAGER OF CENTRAL REGISTRY*
*ARKANSAS DEPT. OF HEALTH AND HUMAN SERVICES*
*P.O BOX 1437, SLOT 5560, 700 MAIN STREET*
*LITTLE ROCK, AR  72203-1437*

To be and appear before the **CRIMINAL** District Court **#7** of Dallas County, Texas at the courthouse of said

County, in the City of Dallas, on the **17**<sup>TH</sup> day of **AUGUST** , 20**09** , at **09:00** o'clock **A.** M., Then and there to

testify as a witness in behalf of the **DEFENDANT**  in a criminal action pending in said court, wherein *THE STATE*

*OF TEXAS* is plaintiff, and **JAMES BRODNAX** is defendant, cause no. **F08-24667-Y.**

---

**DUCES TECUM (IF APPLICABLE)**                                     ☐ NOT APPLICABLE
and that he/she bring with him/her and produce in said Court, at said time and place,

*ANY AND ALL RECORDS RELATING TO AN ABUSE CASE INVOLVING  NOKIA BRODNAX IN 2001.*

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

---

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

---

**OUT OF COUNTY (IF APPLICABLE)**                                     ☐ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
Fines and costs in other criminal cases.

---

WITNESS MY OFFICIAL SIGNATURE, THIS   **13**<sup>TH</sup>  day of  **AUGUST**, 20**09.**
Gary Fitzsimmons
Clerk, District Courts
Dallas, Dallas County, Texas

By _____ Deputy
**G. NIMTZ**

---

NO. **F08-24667-Y.**

**CRIMINAL** DISTRICT COURT **#7**
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

**JAMES BRODNAX**

**CAPITAL MURDER**

*SUBPOENA*

ISSUED
This **13**TH  day of **AUGUST**, 20 **09.**
Gary Fitzsimmons
Clerk, District Courts
Dallas County, Texas

By **G. NIMTZ**
Deputy District Clerk

*ATTORNEY:*

KERI MILTON
133 N. INDUSTRIAL BLVD., LB 2
DALLAS, TEXAS  75207
*214.653.3550*

*REPORT TO:*

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS  75207

## OFFICER'S RETURN

CAME TO HAND on the .13. day of ....*August*........................... 20 *04*.. and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in ..................................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | | COURSE | | DISTANCE | |
|------|------|------|-------|--|--------|--|----------|--|
| | *Veude Williams* | *08-13-14* | ........ miles | ............... from | ............................. | ........................... miles |
| | | | ........ miles | ............... from | ............................. | ........................... miles |
| | | | ........ miles | ............... from | ............................. | ........................... miles |
| | | | ........ miles | ............... from | ............................. | ........................... miles |
| | | | ........ miles | ............... from | ............................. | ........................... miles |
| | | | ........ miles | ............... from | ............................. | ........................... miles |

I actually and necessarily traveled .................. miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip.
AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS.............................

$ ...................
$ ...................
$ ...................

TOTAL ...........

The following named witnesses not summoned for the reasons set opposite their names:

To total amount of money furnished ...............
witnesses .................................. $...................
For summoning ............... Witnesses
at ................. each ............    ...................
Mileage ........... miles at ...........    ...................
TOTAL .............................. $...................
Subscribed and sworn to before me, this .................. day of ........................................................... 20.........

Sheriff *Dallas*   ........................... County, Texas
By .............. *Jason Shanks* ............... Deputy

00809

PageID 1440

Case 3:15-cv-01159-N Document 889 Filed 06/28/16 Page 17 of 20

00810 ✓

THE STATE OF TEXAS
TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS – GREETINGS:
YOU ARE HEREBY COMMANDED TO SUMMON

**ELIZABETH LUTTON / LEGAL ADVISER & CUSTODIAN OF RECORDS**
**133 N. INDUSTRIAL BLVD. / LEW STERRETT JAIL**
**DALLAS, TX**

be and appear before the CRIMINAL District Court #7 of Dallas County, Texas at the courthouse of said (INSTANTER) County, in the City of Dallas, on the 14TH day of AUGUST , 20 09 , at 9:00 o'clock A. M., Then and there to testify as a witness in behalf of the STATE in a criminal Action pending in said court, wherein THE STATE OF TEXAS is Plaintiff, and BROADNAX, JAMES, Defendant No. F-0824667-Y

**DUECES TECUM (IF APPLICABLE)**          ☐ NOT APPLICABLE
and that he bring with him and produce in said Court, at said time and place,

*A CERTIFIED COPY OR BUSINESS RECORDS AFFIDAVIT WITH ANY AND ALL RECORDS PERTAINING TO INMATE BROADNAX, JAMES, B/M,DOB, 10/30/88, BOOKIN #08047374 SPECIFICALLY BROADNAX'S COMMISSARY ACCOUNT FROM 6/19/08 THUR 8/13/09 DETAILING MONE BEING DEPOSITED, NAME OF DEPOSITOR AND ACCOUNT ACTIVITY.*

desired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

and there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**          ☒ NOT APPLICABLE
A DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as fines and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS 14TH day of AUGUST , 20 09 (INSTANTER)

GARY FITZSIMMONS
Clerk, District Courts
Dallas, County Texas

By _____ Deputy
B. BOWSER

---

NO. F-0824667-Y

CRIMINAL DISTRICT COURT #7
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

vs

BROADNAX, JAMES

CAPITAL MURDER

SUBPOENA

ISSUED
This 14TH day of AUGUST, 20 09
GARY FITZSIMMONS
(INSTANTER) Clerk, District Courts
Dallas County, Texas
By B. BOWSER Deputy

ATTORNEY:

ELAINE EVANS, ASST. D.A.
133 N. INDUSTRIAL BLVD. LB 19
DALLAS, TX 75207
214/653-3600

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS 75207

**OFFICER'S RETURN**

CAME TO HAND on the 14 day of August 20 09 and executed by delivering a copy of the within Subpoena to the following within named witnesses, all of whom were summoned in ........................... County, on the dates and at the places hereinafter set forth, as follows:

| NAME | NAME | DATE | WHERE | COURSE | DISTANCE |
|------|------|------|-------|--------|----------|
| Elizabeth Lutton | | 8/14/09 | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |
| | | | miles | from | miles |

I actually and necessarily traveled .................... miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other Subpoenas, or Attachments, in this or any other case during the same trip. AMOUNT OF MONEY FURNISHED ABOVE NAMED WITNESS...............................

$ ..................
$ ..................
$ ..................

TOTAL ............

The following named witnesses not summoned for the reasons set opposite their names:

To total amount of money furnished ................
witnesses ............................... $...................
For summoning ................ Witnesses
at .................... each ...............    .....................
Mileage ............ miles at ...........    .....................
TOTAL ............................... $............

Sheriff ......................................... County, Texas
By ......................................... Deputy

Subscribed and sworn to before me, this ........14.. day of ......August........................... 20 09

F08·24667·QY

00812

*John Tatum*
Appellant Attorney
(appointed/retained)

ON APPEAL

ORIGINAL                    REVOCATION

**JAIL**

THE STATE OF TEXAS
VS

Court Reporter S. Hazlewood

Atty. for State *Challis Otey / Andrea Handley*

OFFENSE

F08-24667
Garfield
JAMES GARFIELD BROADNAX

B/M 103028

Atty. for Defendant *Brad Lollar / Doug Parks / Keri Mallon*

Judge SNIPES
(VISITING/MAGISTRATE)          (VISITING/MAGISTRATE)

CAPITAL MURDER, A CAPITAL FELONY OFFENSE AS
CHARGED IN THE INDICTMENT/FEL

19·03

TRN 9174212621   SID 08189265

| Date | MEMORANDUM OF PAPERS FILED |
|---|---|
| 07-07-09 | Order changing name of Δ James |
| | Garfield Broadnax 7/40 |
| 08-21-09 | Dft excepts and gives notice of appeal |
| | to the court of appeals, Fifth District |
| | of Texas @ Dallas |
| | Jury makes Deadly Weapon finding a |
| | firearm |
| | Mtn New trial filed |
| 08-25-09 | Mtn New Trial overruled 77/165 |

INDICTMENT FILED
SEP 1 5 2008
DATE

CERTIFIED COPY OF INDICTMENT DELIVERED
TO THE SHERIFF TO BE SERVED ON DEFENDANT
IN THE COUNTY JAIL ON SEP 1 5 2008
DATE

Judgment Rendered 08/21 20 09   DATE OF OFFENSE: 06·19·08

JCP, Death, cc 8 460

VOL 77   PAGE 146

Sentenced 20

BEGINNING ON DATE OF

CREDIT FOR TIME SERVED: 062008 - 082109   Verified 10-20-09 cw

Attorney

Address

Received Copy of Indictment on
Date

THESE ARE DISTRICT COURT PAPERS
AND MUST NOT BE REMOVED
FROM THE DISTRICT CLERK'S OFFICE
Gary Fitzsimmons, District Clerk, Dallas County

F.08·24667·QY

# CERTIFICATION

The State of Texas                    §

County of Dallas                      §


I, Gary Fitzsimmons, Clerk of the __Criminal District Court No. 7__ of Dallas County, Texas do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL at my office in Dallas County, Texas this __18th__ day of __December__ , __2009__ .

Signature of Clerk: _Ana Mc Daniel_

Name of Clerk:    Ana McDaniel

Title:            Deputy Clerk

00813