38

77/165

THE STATE OF TEXAS

VS.

CAUSE NO. F08-24667-Y

_____ DISTRICT COURT No. 7

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court

to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to

the law and the evidence.

Wherfore, Defendant prays the Court grant a new trial herein.

FILED
2009 AUG 21 PM 2:27
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

Respectfully submitted,

_____
Attorney for Defendant
SBOT # 9672500
214 507-3455

## ORDER

The above Motion is hereby (granted) (overruled).

_____
Judge

JUDGEMENT / SENTENCE DATE 00/21/09
MOTION FOR NEW TRIAL FILED ___ YES ___ NO DATE 00/21/09

_Monica Stitler_
Deputy District Clerk

DRAWER #40

THE STATE OF TEXAS

VS.

_James Goodlow_

CAUSE NO. F-08-24667-Y

Criminal DISTRICT COURT No. 7

DALLAS COUNTY, TEXAS

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein.
WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

/S/ _James Goodlow_
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Gary Fitzsimmons
DISTRICT CLERK
Dallas County, Texas

FILED
2009 AUG 21 PM 2:
GARY FITZSIMMONS
DISTRICT CLERK, TEXAS
DALLAS CO., TEXAS
DEPUTY

By _Monica Stitler_
Deputy District Clerk

### ORDER

The Defendant having requested the Court to appoint Counsel,
it is Ordered the Honorable _John Tatum_

(214) 507-3455

Address: _990 So. Sherman St. Richardson Texas 75081_
a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_Michael R. Snipes_
Judge

FORM 40

Cause No. _FC8 - 24669_

| THE STATE OF TEXAS | ▯ | IN THE _Criminal_ |
|---|---|---|
| VS. | ▯ | DISTRICT COURT _No 7_ |
| _James Broadnax_ | ▯ | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____        _24 AUG 09_
Judge                                Date Signed

    I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, as set forth below, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_James Broadnax_                     _John Tac_
Defendant                            Defendant's Counsel
Mailing Address:                     State Bar No.: _196-7350?_
                                     Mailing Address: _990 So Sherman S._
                                     _Richardson Texas 750_
Telephone #:                         Telephone #:
Fax # (if any):                      Fax # (if any): _972-235-9200_
                                     _972-_

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant --- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2). In order to perfect an appeal a written notice of appeal must be filed with the trial court clerk within **30 days (90 days if a timely motion for new trial is filed) after the day sentence is imposed or suspended in open court or after the day the trial court enters an appealable order.**

THE STATE OF TEXAS

VS.

James Broadnax

CAUSE NO. F  0824667  -Y

_____CRIMINAL_ DISTRICT COURT _#7_

DALLAS COUNTY, TEXAS

## ORDER APPOINTING WRIT COUNSEL

The defendant, James Broadnax, having been convicted of the offense of capital murder and sentenced to death:

The Court finds that the defendant is indigent and entitled to appointment of counsel for the purpose of a writ of habeas corpus:

The Court therefore appoints Lydia Brandt as counsel for the defendant to prepare an application for writ of habeas corpus pursuant to Article 11.071 of the Code of Criminal Procedure and to represent the defendant on said writ.

SIGNED AND ENTERED this the  24TH  day of  AUGUST,  2009

JUDGE,  CRIMINAL  DISTRICT COURT  #7
DALLAS COUNTY, TEXAS