*AP-76207*

REPORTER'S RECORD

VOLUME 8 OF _____ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

| THE STATE OF TEXAS | ) IN THE CRIMINAL DISTRICT |
|---|---|
| | ) |
| | ) |
| | ) |
| | ) |
| VS. | ) COURT NO. 7 |
| | ) |
| | ) |
| | ) |
| JAMES GARFIELD BROADNAX | ) Of DALLAS COUNTY, TEXAS |

ORIGINAL

==============================================================

FILED IN
COURT OF CRIMINAL APPEALS

SEP 16 2010

Louise Pearson, Clerk

WITNESSES SWORN IN

==============================================================

On the 27TH day of MAY, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

APPEARANCES

FOR THE STATE OF TEXAS:


  HONORABLE DAVID M. ALEX
  SBOT NO. 24003256
  HONORABLE LISA SMITH
  SBOT NO. 00787131
  HONORABLE GORDON HIKEL
  SBOT NO. 00787696
  HONORABLE ANDREA HANDLEY
  SBOT NO. 08898800
  HONORABLE ELAINE EVANS
  SBOT NO. 24032880
  133 N. INDUSTRIAL BLVD.
  FRANK CROWLEY COURTHOUSE
  DALLAS, TEXAS 75207
  TEL. 214-653-3600


FOR THE DEFENDANT:

  HONORABLE BRAD LOLLAR
  SBOT NO. 12508700
  1700 COMMERCE ST, STE. 404
  DALLAS, TEXAS 75201
  TEL. 214-384-8178

  HONORABLE DOUGLAS H. PARKS
  SBOT NO. 15520000
  321 CALM WATER LANE
  HOLLY LAKE RANCH, TEXAS 75765
  TEL. 903-769-3120

  HONORABLE KERI MALLON
  SBOT NO. 24049165
  DALLAS COUNTY PUBLIC DEFENDERS OFFICE
  133 N. INDUSTRIAL BLVD., LB 2
  FRANK CROWLEY COURT BLDG.
  DALLAS, TEXAS  75207
  TEL. 214-653-3550

## VOLUME 8

## WITNESSES SWORN IN

MAY 27TH, 2009                                    PAGE     VOL.

PROCEEDINGS..................................    3     8
CASE CALLED BY THE COURT.....................    3     8

ADJOURNMENT..................................    3     8

REPORTER'S CERTIFICATE......................    3     8

SHARON HAZLEWOOD, CSR          972-739-3906
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TEXAS

PROCEEDINGS

(Court convened.) On the record.

This is the State of Texas versus James Broadnax. Before me are Morris Contreras, common spelling; Mike Batley, B-A-T-L-E-Y; and Ollie Polk who are about to be sworn in.

If each of you could please raise your right hand.

(Three witnesses were sworn.)

Okay. You are sworn in.

(Court adjourned.)

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

        I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

        I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

        Witness my hand this the 1st day of June, 2010.

        Sharon Hazlewood
        _____
        SHARON HAZLEWOOD, CSR
        Certified Shorthand Reporter
        Official Court Reporter
        Criminal District Court No. 7
        972-739-3906
        Texas CSR No. 628
        Expiration Date:  12/31/10

SHARON HAZLEWOOD, CSR          972-739-3906
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TEXAS