REPORTER'S RECORD

VOLUME 54 OF _____ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2010

Louise Pearson, Clerk

| THE STATE OF TEXAS | ) | IN THE CRIMINAL DISTRICT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| VS. | ) | COURT NO. 7 |
| | ) | |
| | ) | |
| JAMES GARFIELD BROADNAX | ) | Of DALLAS COUNTY, TEXAS |

**ORIGINAL**

================================================

VERDICT ON PUNISHMENT

FILED IN
COURT OF CRIMINAL APPEALS

SEP 16 2010

Louise Pearson, Clerk

================================================

On the 20TH day of AUGUST, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

A P P E A R A N C E S

FOR THE STATE OF TEXAS:

    HONORABLE DAVID M. ALEX
    SBOT NO. 24003256
    HONORABLE LISA SMITH
    SBOT NO. 00787131
    HONORABLE GORDON HIKEL
    SBOT NO. 00787696
    HONORABLE ANDREA HANDLEY
    SBOT NO. 08898800
    HONORABLE ELAINE EVANS
    SBOT NO. 24032880
    133 N. INDUSTRIAL BLVD.
    FRANK CROWLEY COURTHOUSE
    DALLAS, TEXAS 75207
    TEL. 214-653-3600

FOR THE DEFENDANT:

    HONORABLE BRAD LOLLAR
    SBOT NO. 12508700
    1700 COMMERCE ST, STE. 404
    DALLAS, TEXAS 75201
    TEL. 214-384-8178

    HONORABLE DOUGLAS H. PARKS
    SBOT NO. 15520000
    321 CALM WATER LANE
    HOLLY LAKE RANCH, TEXAS 75765
    TEL. 903-769-3120

    HONORABLE KERI MALLON
    SBOT NO. 24049165
    DALLAS COUNTY PUBLIC DEFENDERS OFFICE
    133 N. INDUSTRIAL BLVD., LB 2
    FRANK CROWLEY COURT BLDG.
    DALLAS, TEXAS  75207
    TEL. 214-653-3550

# VOLUME 54

## VERDICT ON PUNISHMENT

**AUGUST 20TH, 2009**

| | PAGE | VOL. |
|---|---|---|
| PROCEEDINGS................................. | 3 | 54 |
| CASE CALLED BY THE COURT................... | 3 | 54 |
| JURY NOTE.................................. | 3 | 54 |
| VERDICT: | | |
|     SPECIAL ISSUE NO. 1.................. | 4 | 54 |
|     SPECIAL ISSUE NO. 2.................. | 5 | 54 |
| JURY DISMISSED............................. | 5 | 54 |
| SENTENCING................................. | 7 | 54 |
| ADJOURNMENT................................ | 8 | 54 |
| REPORTER'S CERTIFICATE..................... | 9 | 54 |

P R O C E E D I N G S

(Court convened; jury not present.)

THE COURT:  On the record.  The State of Texas versus James Broadnax.

The Court has received the following note. The jury is deliberating.

First, is the letter presented to Mr. Swan by the defense attorney in evidence?  And, if so, can we review it?  And the answer is:  It's not in evidence and they may not consider it.

That's how I intend to respond to that.

And the tape of the jail conversation on August 12th, which is a reference to the tape that the defendant was talking about the jury being out 30 or 40 minutes.

What is the number on that, Mr. Alex?

MR. ALEX:  It is 592.

THE COURT:  And so 592 will be presented to the jury.

Then they also asked for the entire transcript of Dr. Roache's testimony and Dr. Price's testimony, and obviously, I cannot provide that.

So any objection from the State to that procedure?

MR. ALEX:  No, sir.  What was the answer

going to be to their request for a transcript? Just you have all the law and evidence? They didn't ask for a transcript.

THE COURT: Oh, I told them that I can't answer it that way; if they've got a question, they can ask a question.

Any objection from the State?

MR. ALEX: No, Judge.

THE COURT: Defense?

MR. LOLLAR: No, Your Honor.

(Recess taken.)

(Court reconvened; Jury present.)

THE COURT: Be seated, please.

Mr. Patterson, you are the foreman of the jury, presiding juror, and it's my understanding that the jury has reached a decision on the Special Issues; is that correct?

PRESIDING JUROR: That is correct.

THE COURT: Accused and counsel, please stand and receive the verdict.

With regard to Special Issue Number 1, the issue being: Do you find from the evidence beyond a reasonable doubt that there's a probability that the defendant, James Garfield Broadnax, would commit criminal acts of violence that would constitute a

continuing threat to society?

The answer is yes.

With regard to Special Issue Number 2, the issue being: Do you find taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, that there's a sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

And the answer is no.

You may be seated.

Ladies and gentlemen of the jury, in just a few moments your service in this case will be concluded. I want to thank you for your service in this case. I know that this had to have been a very difficult decision for you and I certainly understand that.

You are free from all of your obligations in the case. If you wish to talk to the media or anyone else, such as the lawyers or the family members, you can do that. However, you don't have to. That's your right. That's each of your individual rights.

The gag order in this case is lifted.

I have some ministerial matters I have to

conduct by way of pronouncing sentence and so forth that I will do outside of your presence, so you will be excused in just a moment.

I would like for you to please stay for at least a little while so I can come back and talk to you about the case and personally thank all of you.

All rise for the jury.

(The jury left the courtroom)

MR. ALEX:  You want to poll them?

THE COURT:  Be seated, please.  I take it there's no request to poll the jury?

MR. LOLLAR:  That's correct.

THE COURT:  Let the record reflect in Cause Number F08-24667, the State of Texas versus James Garfield Broadnax, the attorney for the State of Texas, the attorney for defendant, and the defendant are present in the courtroom.

This case was tried before this Court and a jury beginning on August 10th, 2009.

Mr. Broadnax, you came before this Court and a jury and entered a plea of not guilty to the offense of capital murder as set out in the Indictment. The evidence was submitted and the jury was charged by the Court, and after deliberating, the jury returned a verdict finding you guilty of the offense of capital

murder and your punishment was assessed at a death sentence in this case.

It is the order of the Court that you, James Garfield Broadnax, the defendant herein, who has been found guilty of the offense of capital murder, and whose punishment has been assessed by the jury of death, shall be delivered by the sheriff of Dallas County, State of Texas, immediately to the director of the Institutional Division of the Texas Department of Criminal Justice, or any other person authorized to receive such convicts, there to be confined in the Institutional Division in accordance with the provisions regarding the Texas Department of Corrections Institutional Division until the date your execution is imposed by this Court, and having received in this court a mandate from the Court of Criminal Appeals for the State of Texas.

The defendant is remanded to jail until the sheriff can obey the directions of this sentence.

Will there be victim impact testimony?

MR. ALEX:  Yes.

THE COURT: Before we do that, I need to take a brief recess of about five minutes and talk to the jury for a minute.

Anything from the defense?

MR. LOLLAR: No.

THE COURT: We're in recess for about five minutes.

(Recess taken.)

(Court reconvened; Jury not present.)

THE COURT: All right. On the record.

I have signed the appropriate writ order, and any other appellate work that needs to be signed, I will take care of that.

Anything else, Mr. Lollar?

MR. LOLLAR: No, Your Honor.

THE COURT: Anything else from the State?

MR. ALEX: That's all we have.

THE COURT: The jury is waiting for whatever lawyers want to talk to them.

We're in recess.

(Court adjourned.)

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is _____ and will be paid by Dallas County.

Witness my hand this the 1st day of ____June____, 2010.

_____Sharon Hazlewood_____
SHARON HAZLEWOOD, CSR
Certified Shorthand Reporter
Official Court Reporter
Criminal District Court No. 7
972-739-3906
Texas CSR No. 628
Expiration Date:  12/31/10