*76207*

REPORTER'S RECORD

VOLUME 55 OF ___ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

| THE STATE OF TEXAS | * | IN THE CRIMINAL |
| | * | |
| VS. | * | DISTRICT COURT 7 |
| | * | |
| JAMES GARFIELD BROADNAX | * | DALLAS COUNTY, TEXAS |

ORIGINAL

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 20 2010

Louise Pearson, Clerk

=================================================

SEALED JURY QUESTIONNAIRES

QUALIFIED JURORS 1 - 15

VOLUME 55

FILED IN
COURT OF CRIMINAL APPEALS

SEP 1 6 2010

Louise Pearson, Clerk

=================================================

On the 10th day of August, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

*SHARON HAZLEWOOD, CSR          972-739-3906*
*CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TEXAS*

A P P E A R A N C E S

FOR THE STATE OF TEXAS:


   HONORABLE DAVID M. ALEX
   SBOT NO. 24003256
   HONORABLE LISA SMITH
   SBOT NO. 00787131
   HONORABLE GORDON HIKEL
   SBOT NO. 00787696
   HONORABLE ANDREA HANDLEY
   SBOT NO. 08898800
   HONORABLE ELAINE EVANS
   SBOT NO. 24032880
   133 N. INDUSTRIAL BLVD.
   FRANK CROWLEY COURTHOUSE
   DALLAS, TEXAS 75207
   TEL. 214-653-3600


FOR THE DEFENDANT:

   HONORABLE BRAD LOLLAR
   SBOT NO. 12508700
   1700 COMMERCE ST, STE. 404
   DALLAS, TEXAS 75201
   TEL. 214-384-8178

   HONORABLE DOUGLAS H. PARKS
   SBOT NO. 15520000
   321 CALM WATER LANE
   HOLLY LAKE RANCH, TEXAS 75765
   TEL. 903-769-3120

   HONORABLE KERI MALLON
   SBOT NO. 24049165
   DALLAS COUNTY PUBLIC DEFENDERS OFFICE
   133 N. INDUSTRIAL BLVD., LB 2
   FRANK CROWLEY COURT BLDG.
   DALLAS, TEXAS  75207
   TEL. 214-653-3550

CHRONOLOGICAL INDEX

VOLUME 55


JURY QUESTIONNAIRE, QUALIFIED JUROR 1

JEROME WILLIAMS, PANEL MEMBER #6


JURY QUESTIONNAIRE, QUALIFIED JUROR 2

JASON ROSS, PANEL MEMBER #58


JURY QUESTIONNAIRE, QUALIFIED JUROR 3

JOHN WHERRY, PANEL MEMBER #34


JURY QUESTIONNAIRE, QUALIFIED JUROR 4

JON DESMOND, PANEL MEMBER #101


JURY QUESTIONNAIRE, QUALIFIED JUROR 5

SUE MCCORMICK, PANEL MEMBER #123


JURY QUESTIONNAIRE, QUALIFIED JUROR 6

SHAVEN MCCRANEY, PANEL MEMBER #165


JURY QUESTIONNAIRE, QUALIFIED JUROR 7

ELAINE CLEMENTS, PANEL MEMBER #134

CHRONOLOGICAL INDEX --VOLUME 55 (CONT.)

JURY QUESTIONNAIRE, QUALIFIED JUROR 8

BRADLEY WILTSHIRE, PANEL MEMBER #150


JURY QUESTIONNAIRE, QUALIFIED JUROR 9

MATTIE VATION, PANEL MEMBER #131


JURY QUESTIONNAIRE, QUALIFIED JUROR 10

ALEX FOLZ, PANEL MEMBER #227


JURY QUESTIONNAIRE, QUALIFIED JUROR 11

ASHLEY RIVERA, PANEL MEMBER #208


JURY QUESTIONNAIRE, QUALIFIED JUROR 12

CURTIS RISER, PANEL MEMBER #222


JURY QUESTIONNAIRE, QUALIFIED JUROR 13

JOHNNY SANFORD, PANEL MEMBER #265


JURY QUESTIONNAIRE, QUALIFIED JUROR 14

VICKI WOOD, PANEL MEMBER #277


JURY QUESTIONNAIRE, QUALIFIED JUROR 15

KELLY MCDONALD, PANEL MEMBER #272

ALPHABETICAL INDEX -- VOLUME 55

JURY QUESTIONNAIRE, QUALIFIED JUROR 7

ELAINE CLEMENTS, PANEL MEMBER #134


JURY QUESTIONNAIRE, QUALIFIED JUROR 4

JON DESMOND, PANEL MEMBER #101


JURY QUESTIONNAIRE, QUALIFIED JUROR 10

ALEX FOLZ, PANEL MEMBER #227


JURY QUESTIONNAIRE, QUALIFIED JUROR 5

SUE MCCORMICK, PANEL MEMBER #123


JURY QUESTIONNAIRE, QUALIFIED JUROR 6

SHAVEN MCCRANEY, PANEL NUMBER #165


JURY QUESTIONNAIRE, QUALIFIED JUROR 15

KELLY MCDONALD, PANEL MEMBER #272


JURY QUESTIONNAIRE, QUALIFIED JUROR 12

CURTIS RISER, PANEL NUMBER #222


JURY QUESTIONNAIRE, QUALIFIED JUROR 11

ASHLEY RIVERA, PANEL NUMBER #208

ALPHABETICAL INDEX (CONT.) VOLUME 55

JURY QUESTIONNAIRE, QUALIFIED JUROR 2

JASON ROSS, PANEL MEMBER #58


JURY QUESTIONNAIRE, QUALIFIED JUROR 13

JOHNNY SANFORD, PANEL MEMBER #265


JURY QUESTIONNAIRE, QUALIFIED JUROR 9

MATTIE VATION, PANEL MEMBER #131


JURY QUESTIONNAIRE, QUALIFIED JUROR 3

JOHN WHERRY, PANEL MEMBER #34


JURY QUESTIONNAIRE, QUALIFIED JUROR 1

JEROME WILLIAMS, PANEL MEMBER #6


JURY QUESTIONNAIRE, QUALIFIED JUROR 8

BRADLEY WILTSHIRE, PANEL MEMBER #150


JURY QUESTIONNAIRE, QUALIFIED JUROR 14

VICKI WOOD, PANEL MEMBER #277

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me. I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties. I further certify that the total cost for the preparation of this Reporter's Record will be paid by Dallas County.  Witness my hand this the 2nd day of October, 2010.

_Sharon Hazlewood_
_____

SHARON HAZLEWOOD, CSR #628   EXP. 12-31-10

Certified Shorthand Reporter

Official Court Reporter

Criminal District Court No. 7

972-739-3906

REPORTER'S RECORD

VOLUME 55 OF ___ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

THE STATE OF TEXAS          *          IN THE CRIMINAL

                            *

VS.                         *          DISTRICT COURT 7

                            *

JAMES GARFIELD BROADNAX     *          DALLAS COUNTY, TEXAS

================================================================

SEALED JURY QUESTIONNAIRES

QUALIFIED JURORS 1 - 15

VOLUME 55

================================================================

On the 10th day of August, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

A P P E A R A N C E S

FOR THE STATE OF TEXAS:


  HONORABLE DAVID M. ALEX
  SBOT NO. 24003256
  HONORABLE LISA SMITH
  SBOT NO. 00787131
  HONORABLE GORDON HIKEL
  SBOT NO. 00787696
  HONORABLE ANDREA HANDLEY
  SBOT NO. 08898800
  HONORABLE ELAINE EVANS
  SBOT NO. 24032880
  133 N. INDUSTRIAL BLVD.
  FRANK CROWLEY COURTHOUSE
  DALLAS, TEXAS 75207
  TEL. 214-653-3600


FOR THE DEFENDANT:

  HONORABLE BRAD LOLLAR
  SBOT NO. 12508700
  1700 COMMERCE ST, STE. 404
  DALLAS, TEXAS 75201
  TEL. 214-384-8178

  HONORABLE DOUGLAS H. PARKS
  SBOT NO. 15520000
  321 CALM WATER LANE
  HOLLY LAKE RANCH, TEXAS 75765
  TEL. 903-769-3120

  HONORABLE KERI MALLON
  SBOT NO. 24049165
  DALLAS COUNTY PUBLIC DEFENDERS OFFICE
  133 N. INDUSTRIAL BLVD., LB 2
  FRANK CROWLEY COURT BLDG.
  DALLAS, TEXAS  75207
  TEL. 214-653-3550

CHRONOLOGICAL INDEX

VOLUME 55


JURY QUESTIONNAIRE, QUALIFIED JUROR 1

JEROME WILLIAMS, PANEL MEMBER #6


JURY QUESTIONNAIRE, QUALIFIED JUROR 2

JASON ROSS, PANEL MEMBER #58


JURY QUESTIONNAIRE, QUALIFIED JUROR 3

JOHN WHERRY, PANEL MEMBER #34


JURY QUESTIONNAIRE, QUALIFIED JUROR 4

JON DESMOND, PANEL MEMBER #101


JURY QUESTIONNAIRE, QUALIFIED JUROR 5

SUE MCCORMICK, PANEL MEMBER #123


JURY QUESTIONNAIRE, QUALIFIED JUROR 6

SHAVEN MCCRANEY, PANEL MEMBER #165


JURY QUESTIONNAIRE, QUALIFIED JUROR 7

ELAINE CLEMENTS, PANEL MEMBER #134

CHRONOLOGICAL INDEX --VOLUME 55 (CONT.)

JURY QUESTIONNAIRE, QUALIFIED JUROR 8

BRADLEY WILTSHIRE, PANEL MEMBER #150


JURY QUESTIONNAIRE, QUALIFIED JUROR 9

MATTIE VATION, PANEL MEMBER #131


JURY QUESTIONNAIRE, QUALIFIED JUROR 10

ALEX FOLZ, PANEL MEMBER #227


JURY QUESTIONNAIRE, QUALIFIED JUROR 11

ASHLEY RIVERA, PANEL MEMBER #208


JURY QUESTIONNAIRE, QUALIFIED JUROR 12

CURTIS RISER, PANEL MEMBER #222


JURY QUESTIONNAIRE, QUALIFIED JUROR 13

JOHNNY SANFORD, PANEL MEMBER #265


JURY QUESTIONNAIRE, QUALIFIED JUROR 14

VICKI WOOD, PANEL MEMBER #277


JURY QUESTIONNAIRE, QUALIFIED JUROR 15

KELLY MCDONALD, PANEL MEMBER #272

ALPHABETICAL INDEX -- VOLUME 55

JURY QUESTIONNAIRE, QUALIFIED JUROR 7

ELAINE CLEMENTS, PANEL MEMBER #134


JURY QUESTIONNAIRE, QUALIFIED JUROR 4

JON DESMOND, PANEL MEMBER #101


JURY QUESTIONNAIRE, QUALIFIED JUROR 10

ALEX FOLZ, PANEL MEMBER #227


JURY QUESTIONNAIRE, QUALIFIED JUROR 5

SUE MCCORMICK, PANEL MEMBER #123


JURY QUESTIONNAIRE, QUALIFIED JUROR 6

SHAVEN MCCRANEY, PANEL NUMBER #165


JURY QUESTIONNAIRE, QUALIFIED JUROR 15

KELLY MCDONALD, PANEL MEMBER #272


JURY QUESTIONNAIRE, QUALIFIED JUROR 12

CURTIS RISER, PANEL NUMBER #222


JURY QUESTIONNAIRE, QUALIFIED JUROR 11

ASHLEY RIVERA, PANEL NUMBER #208

ALPHABETICAL INDEX (CONT.) VOLUME 55

JURY QUESTIONNAIRE, QUALIFIED JUROR 2

JASON ROSS, PANEL MEMBER #58


JURY QUESTIONNAIRE, QUALIFIED JUROR 13

JOHNNY SANFORD, PANEL MEMBER #265


JURY QUESTIONNAIRE, QUALIFIED JUROR 9

MATTIE VATION, PANEL MEMBER #131


JURY QUESTIONNAIRE, QUALIFIED JUROR 3

JOHN WHERRY, PANEL MEMBER #34


JURY QUESTIONNAIRE, QUALIFIED JUROR 1

JEROME WILLIAMS, PANEL MEMBER #6


JURY QUESTIONNAIRE, QUALIFIED JUROR 8

BRADLEY WILTSHIRE, PANEL MEMBER #150


JURY QUESTIONNAIRE, QUALIFIED JUROR 14

VICKI WOOD, PANEL MEMBER #277

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me. I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties. I further certify that the total cost for the preparation of this Reporter's Record will be paid by Dallas County.  Witness my hand this the 2nd day of October, 2010.

_Sharon Hazlewood_
_____

SHARON HAZLEWOOD, CSR #628   EXP. 12-31-10

Certified Shorthand Reporter

Official Court Reporter

Criminal District Court No. 7

972-739-3906