REPORTER'S RECORD

VOLUME 56 OF ___ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE CRIMINAL |
| | * | |
| VS. | * | DISTRICT COURT 7 |
| | * | |
| JAMES GARFIELD BROADNAX | * | DALLAS COUNTY, TEXAS |

ORIGINAL

==================================================

SEALED JURY QUESTIONNAIRES

QUALIFIED JURORS 16 - 30

VOLUME 56

==================================================

On the 10th day of August, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

A P P E A R A N C E S

FOR THE STATE OF TEXAS:

   HONORABLE DAVID M. ALEX
   SBOT NO. 24003256
   HONORABLE LISA SMITH
   SBOT NO. 00787131
   HONORABLE GORDON HIKEL
   SBOT NO. 00787696
   HONORABLE ANDREA HANDLEY
   SBOT NO. 08898800
   HONORABLE ELAINE EVANS
   SBOT NO. 24032880
   133 N. INDUSTRIAL BLVD.
   FRANK CROWLEY COURTHOUSE
   DALLAS, TEXAS 75207
   TEL. 214-653-3600

FOR THE DEFENDANT:

   HONORABLE BRAD LOLLAR
   SBOT NO. 12508700
   1700 COMMERCE ST, STE. 404
   DALLAS, TEXAS 75201
   TEL. 214-384-8178

   HONORABLE DOUGLAS H. PARKS
   SBOT NO. 15520000
   321 CALM WATER LANE
   HOLLY LAKE RANCH, TEXAS 75765
   TEL. 903-769-3120

   HONORABLE KERI MALLON
   SBOT NO. 24049165
   DALLAS COUNTY PUBLIC DEFENDERS OFFICE
   133 N. INDUSTRIAL BLVD., LB 2
   FRANK CROWLEY COURT BLDG.
   DALLAS, TEXAS  75207
   TEL. 214-653-3550

CHRONOLOGICAL INDEX

VOLUME 56

JURY QUESTIONNAIRE, QUALIFIED JUROR 16

HELEN NOBLE, JURY PANEL MEMBER #377


JURY QUESTIONNAIRE, QUALIFIED JUROR 17

BILLY HENRY, JURY PANEL MEMBER #301


JURY QUESTIONNAIRE, QUALIFIED JUROR 18

HEATHER EGAR, JURY PANEL MEMBER #284


JURY QUESTIONNAIRE, QUALIFIED JUROR 19

JOHN MAGUIRE, JURY PANEL MEMBER #289


JURY QUESTIONNAIRE, QUALIFIED JUROR 20

LISA DAVISON, JURY PANEL MEMBER #392


JURY QUESTIONNAIRE, QUALIFIED JUROR 21

CARL JACKSON, JURY PANEL MEMBER #544


JURY QUESTIONNAIRE, QUALIFIED JUROR 22

LEAH KUNARD, JURY PANEL MEMBER #401

CHRONOLOGICAL INDEX (CONT) VOLUME 56

JURY QUESTIONNAIRE, QUALIFIED JUROR 23

BRUCE MCDONALD, JURY PANEL MEMBER #451

JURY QUESTIONNAIRE, QUALIFIED JUROR 24

TERESA RANDEALS, JURY PANEL MEMBER #601

JURY QUESTIONNAIRE, QUALIFIED JUROR 25

KIMBERLY MORRIS, JURY PANEL MEMBER #626

JURY QUESTIONNAIRE, QUALIFIED JUROR 26

GUY FERREIRA, JURY PANEL MEMBER #573

JURY QUESTIONNAIRE, QUALIFIED JUROR 27

RINDY WOODWARD, JURY PANEL MEMBER #596

JURY QUESTIONNAIRE, QUALIFIED JUROR 28

JOHN CANTWELL, JURY PANEL MEMBER #474

JURY QUESTIONNAIRE, QUALIFIED JUROR 29

ALEXANDER KONKLE, JURY PANEL MEMBER #660

JURY QUESTIONNAIRE, QUALIFIED JUROR 30

WESLEY MARSHALL, JURY PANEL MEMBER #551

ALPHABETICAL INDEX   VOLUME 56

JURY QUESTIONNAIRE, QUALIFIED JUROR 28

JOHN CANTWELL, JURY PANEL MEMBER #474

JURY QUESTIONNAIRE, QUALIFIED JUROR 20

LISA DAVISON, JURY PANEL MEMBER 392

JURY QUESTIONNAIRE, QUALIFIED JUROR 18

HEATHER EGAR, JURY PANEL MEMBER #284

JURY QUESTIONNAIRE, QUALIFIED JUROR 26

GUY FERREIRA, JURY PANEL MEMBER #573

JURY QUESTIONNAIRE, QUALIFIED JUROR 17

BILLY HENRY, JURY PANEL MEMBER #301

JURY QUESTIONNAIRE, QUALIFIED JUROR 21

CARL JACKSON, JURY PANEL MEMBER #544

JURY QUESTIONNAIRE, QUALIFIED JUROR 29

ALEXANDER KONKLE, PANEL MEMBER #660

JURY QUESTIONNAIRE, QUALIFIED JUROR 22

LEAH KUNARD, JURY PANEL MEMBER #401

ALPHABETICAL INDEX   VOLUME 56

JURY QUESTIONNAIRE, QUALIFIED JUROR 19

JOHN MAGUIRE, JURY PANEL MEMBER #289

JURY QUESTIONNAIRE, QUALIFIED JUROR 30

WESLEY MARSHALL, JURY PANEL NUMBER #551

JURY QUESTIONNAIRE, QUALIFIED JUROR 23

BRUCE MCDONALD, JURY PANEL MEMBER #451

JURY QUESTIONNAIRE, QUALIFIED JUROR 25

KIMBERLY MORRIS, JURY PANEL #626

JURY QUESTIONNAIRE, QUALIFIED JUROR 16

HELEN NOBLE, JURY PANEL MEMBER #377

JURY QUESTIONNAIRE, QUALIFIED JUROR 24

TERESA RANDEALS, JURY PANEL MEMBER #601

JURY QUESTIONNAIRE, QUALIFIED JUROR 27

RINDY WOODWARD, JURY PANEL MEMBER #596

JURY QUESTIONNAIRE, QUALIFIED JUROR 28

JOHN CANTWELL, JURY PANEL MEMBER #474

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties. I further certify that the total cost for the preparation of this Reporter's Record will be paid by Dallas County.

Witness my hand this the 2nd day of October, 2010.

_Sharon Hazlewood_

_____
SHARON HAZLEWOOD, CSR #628   EXP. 12-31-10
Certified Shorthand Reporter
Official Court Reporter
Criminal District Court No. 7
972-739-3906