16207

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 20 2010

Louise Pearson, Clerk

REPORTER'S RECORD

VOLUME 57 OF ___ VOLUMES

TRIAL COURT CAUSE NO. F08-24667-Y

| THE STATE OF TEXAS | * | IN THE CRIMINAL |
| | * | |
| VS. | * | DISTRICT COURT 7 |
| | * | |
| JAMES GARFIELD BROADNAX | * | DALLAS COUNTY, TEXAS |

ORIGINAL

=======================================================

SEALED JURY QUESTIONNAIRES

QUALIFIED JURORS 31 - 48

VOLUME 57

FILED IN
COURT OF CRIMINAL APPEALS

SEP 16 2010

Louise Pearson, Clerk

=======================================================

On the 10th day of August, 2009, the following proceedings came on to be heard in the above-entitled and -numbered cause to be heard before the Honorable MICHAEL SNIPES, Judge presiding, held in Dallas, Dallas County, Texas;

Proceedings reported by machine shorthand; computer-aided transcription.

A P P E A R A N C E S

FOR THE STATE OF TEXAS:


   HONORABLE DAVID M. ALEX
   SBOT NO. 24003256
   HONORABLE LISA SMITH
   SBOT NO. 00787131
   HONORABLE GORDON HIKEL
   SBOT NO. 00787696
   HONORABLE ANDREA HANDLEY
   SBOT NO. 08898800
   HONORABLE ELAINE EVANS
   SBOT NO. 24032880
   133 N. INDUSTRIAL BLVD.
   FRANK CROWLEY COURTHOUSE
   DALLAS, TEXAS 75207
   TEL. 214-653-3600


FOR THE DEFENDANT:

   HONORABLE BRAD LOLLAR
   SBOT NO. 12508700
   1700 COMMERCE ST, STE. 404
   DALLAS, TEXAS 75201
   TEL. 214-384-8178

   HONORABLE DOUGLAS H. PARKS
   SBOT NO. 15520000
   321 CALM WATER LANE
   HOLLY LAKE RANCH, TEXAS 75765
   TEL. 903-769-3120

   HONORABLE KERI MALLON
   SBOT NO. 24049165
   DALLAS COUNTY PUBLIC DEFENDERS OFFICE
   133 N. INDUSTRIAL BLVD., LB 2
   FRANK CROWLEY COURT BLDG.
   DALLAS, TEXAS  75207
   TEL. 214-653-3550

CHRONOLOGICAL INDEX

VOLUME 57


JURY QUESTIONNAIRE, QUALIFIED JUROR 31

LANCE BEDFORD, PANEL MEMBER #468


JURY QUESTIONNAIRE, QUALIFIED JUROR 32

STEVE ZAIDEL, PANEL MEMBER #412


JURY QUESTIONNAIRE, QUALIFIED JUROR 33

WM. STINSON, PANEL MEMBER #684


JURY QUESTIONNAIRE, QUALIFIED JUROR 34

LYLE LIVINGSTON, PANEL MEMBER #797


JURY QUESTIONNAIRE, QUALIFIED JUROR 35

JENNIFER STOCKTON, PANEL MEMBER #824


JURY QUESTIONNAIRE, QUALIFIED JUROR 36

AGWANA LONG, PANEL MEMBER #868


JURY QUESTIONNAIRE, QUALIFIED JUROR 37

ROBERT PATTERSON, PANEL MEMBER #930

CHRONOLOGICAL INDEX (CONT.)  VOLUME 57

JURY QUESTIONNAIRE, QUALIFIED JUROR 38

WM. KREIGHBAUM, PANEL MEMBER #874


JURY QUESTIONNAIRE, QUALIFIED JUROR 39

PATRICIA HODGES, PANEL MEMBER #977


JURY QUESTIONNAIRE, QUALIFIED JUROR 40

BETTY JACKSON, PANEL MEMBER #1391


JURY QUESTIONNAIRE, QUALIFIED JUROR 41

DEDRICK MORRISON, PANEL MEMBER #1062


JURY QUESTIONNAIRE, QUALIFIED JUROR 42

CLARENCE WINFIELD, PANEL MEMBER #1321


JURY QUESTIONNAIRE, QUALIFIED JUROR 43

JOHN VESSELS, PANEL MEMBER #1345


JURY QUESTIONNAIRE, QUALIFIED JUROR 44

EMILY BLEVINS, PANEL MEMBER #1313


JURY QUESTIONNAIRE, QUALIFIED JUROR 45

BARRY FIDDICK, PANEL MEMBER #1094

CHRONOLOGICAL INDEX (CONT.) VOLUME 57

JURY QUESTIONNAIRE, QUALIFIED JUROR 46

ELSA OVERA, PANEL MEMBER #1178


JURY QUESTIONNAIRE, QUALIFIED JUROR 47

GEORGE PARADISE, PANEL MEMBER #1389


JURY QUESTIONNAIRE, QUALIFIED JUROR 48

JAMES MCELROY, PANEL MEMBER #1335

ALPHABETICAL INDEX    VOLUME 57


JURY QUESTIONNAIRE, QUALIFIED JUROR 31

LANCE BEDFORD, JURY PANEL MEMBER #468


JURY QUESTIONNAIRE, QUALIFIED JUROR 44

EMILY BLEVINS, JURY PANEL MEMBER #1313


JURY QUESTIONNAIRE, QUALIFIED JUROR 45

BARRY FIDDICK, JURY PANEL MEMBER #1094


JURY QUESTIONNAIRE, QUALIFIED JUROR 39

PATRICIA HODGES, JURY PANEL MEMBER #977


JURY QUESTIONNAIRE, QUALIFIED JUROR 40

BETTY JACKSON, JURY PANEL MEMBER #1391


JURY QUESTIONNAIRE, QUALIFIED JUROR 38

WM. KREIGHBAUM, JURY PANEL MEMBER #874


JURY QUESTIONNAIRE, QUALIFIED JUROR 34

LYLE LIVINGSTON, JURY PANEL MEMBER #797


JURY QUESTIONNAIRE, QUALIFIED JUROR 36

AGWANA LONG, JURY PANEL MEMBER #868

ALPHABETICAL INDEX (CONT)  VOLUME 57

JURY QUESTIONNAIRE, QUALIFIED JUROR 48

JAMES MCELROY, JURY PANEL MEMBER #1335

JURY QUESTIONNAIRE, QUALIFIED JUROR 41

DEDRICK MORRISON, JURY PANEL MEMBER #1062

JURY QUESTIONNAIRE, QUALIFIED JUROR 46

ELSA OLVERA, JURY PANEL MEMBER #1178

JURY QUESTIONNAIRE, QUALIFIED JUROR 47

GEORGE PARADISE, JURY PANEL MEMBER #1389

JURY QUESTIONNAIRE, QUALIFIED JUROR 37

ROERT PATTERSON, JURY PANEL MEMBER #930

JURY QUESTIONNAIRE, QUALIFIED JUROR 33

WILLIAM STINSON, JURY PANEL MEMBER #684

JURY QUESTIONNAIRE, QUALIFIED JUROR 35

JENNIFER STOCKTON, JURY PANEL MEMBER #824

JURY QUESTIONNAIRE, QUALIFIED JUROR 43

JOHN VESSELS, JURY PANEL MEMBER #1345

ALPHABETICAL INDEX (CONT)  VOLUME 57

JURY QUESTIONNAIRE, QUALIFIED JUROR 42

CLARENCE WINFIELD, JURY PANEL MEMBER #1321


JURY QUESTIONNAIRE, QUALIFIED JUROR 32

STEVE ZAIDEL, JURY PANEL MEMBER #412

THE STATE OF TEXAS )

COUNTY OF DALLAS    )

I, SHARON HAZLEWOOD, Official Court Reporter in and for Criminal District Court No. 7 of Dallas County, State of Texas, do HEREBY CERTIFY that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties. I further certify that the total cost for the preparation of this Reporter's Record will be paid by Dallas County.

Witness my hand this the 2nd day of October, 2010.

_____Sharon Hazlewood_____
SHARON HAZLEWOOD, CSR #628   EXP. 12-31-10
Certified Shorthand Reporter
Official Court Reporter
Criminal District Court No. 7
972-739-3906