REPORTER'S RECORD
TRIAL COURT CAUSE NO. F08-24667-Y
VOLUME 28 of ___VOLUMES_____

| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT |
| VS. | COURT NUMBER 7 |
| JAMES GARFIELD BROADNAX | DALLAS COUNTY, TEXAS |

INDIVIDUAL VOIR DIRE EXAMINATION

FILED IN
COURT OF CRIMINAL APPEALS

SEP 16 2010

Louise Pearson, Clerk

ORIGINAL

On the 25th of June, 2009, the following proceedings came on to be heard in the above-entitled and numbered cause before the HONORABLE WEBB BIARD, Presiding Judge, sitting for the HONORABLE MICHAEL SNIPES, Judge of said court, held in Dallas, Dallas County, Texas:

Proceedings reported by oral stenography.

Debi C. Harris, CSR
(214) 653-3416

A P P E A R A N C E S

THE HONORABLE CRAIG WATKINS
Criminal District Attorney
Dallas County, Texas
Frank Crowley Courts Building, 10th Floor
133 N. Industrial Boulevard, LB 19
Dallas, Texas   75207-4313
Telephone: 214-653-3600

BY:   MR. DAVID ALEX, SBOT No. 24003256
      MS. ANDREA HANDLEY, SBOT No. 08898800
      MS. ELAINE EVANS, SBOT No. 24032880
      MR. GORDON HIKEL, SBOT No. 00787696
      Assistant District Attorneys

      Also present: Ms. Zandra Robinson


                APPEARING FOR THE STATE OF TEXAS


      MR. BRADLEY LOLLAR, SBOT NO. 12508700
      Attorney at law
      1700 Commerce, Suite 450
      Dallas, Texas   75201
      Telephone No. 214-384-8178

      MR. DOUGLAS PARKS, SBOT No. 15520000
      Attorney at Law
      321 Calm Waters Lane
      Holly Lake Ranch, Texas   75765
      Telephone No. 903-769-3120

      DALLAS COUNTY PUBLIC DEFENDER'S OFFICE
      133 N. Industrial Boulevard, LB 2
      Dallas, Texas   75207-4399
      Telephone No. 214-653-3550

BY;   MS. KERI MALLON, SBOT No. 24049165
      Assistant Public Defender

                APPEARING FOR THE DEFENDANT

CHRONOLOGICAL INDEX - VOLUME 28

|                                     | COURT | STATE | DEFENSE | PAGE |
|-------------------------------------|-------|-------|---------|------|
| Proceedings, June 25, 2009          |       |       |         | 5    |
| VENIREPERSON                        |       |       |         |      |
| MOLLY MEYER                         | 6     |       |         |      |
| State's Challenge                   |       |       |         | 14   |
| Excused                             |       |       |         | 14   |
| Court Adjourned for the Day         |       |       |         | 19   |
| Court Reporter's Certificate        |       |       |         | 20   |

ALPHABETICAL INDEX - VOLUME 28

| VENIREPERSON | COURT STATE DEFENSE | PAGE |
|---|---|---|
| MOLLY MEYER | 6 | |
| State's Challenge | | 14 |
| Excused | | 14 |

Page 5

PROCEEDINGS

[Defendant present.]

THE BAILIFF: All rise for the juror.

[Venireperson Meyer entered the courtroom and approached the bench.]

THE COURT: Here we go. Thank you very much. Please be seated, Ms. Meyer. Be seated, folks.

I'll say good morning to you, Ms. Meyer.

VENIREPERSON MEYER: Good morning.

THE COURT: Is it Meyer; is that correct?

VENIREPERSON MEYER: Yes, sir.

THE COURT: All right. My name is Webb Biard and I'll be with you this morning during the jury selection process.

The presiding judge of this court, you met Judge Michael Snipes the day that you were there with the large panel. He's actually the presiding judge and I'm just helping out with the jury selection.

Should you be selected as a juror, Judge Snipes will preside over the trial, for whatever that's worth.

Also I want to introduce to you at this time Andrea Handley.

Page 6

MS. HANDLEY: Good morning, Ms. Meyer, how are you?

THE COURT: Elaine Evans.

MS. EVANS: Good morning.

THE COURT: These folks represent Dallas County and the State of Texas. Further to my right is Brad Lollar.

MR. LOLLAR: Good morning.

THE COURT: Doug Parks.

MR. PARKS: Hi.

THE COURT: Keri Mallon.

MS. MALLON: Good morning.

THE COURT: And they represent Mr. James Broadnax. Mr. Broadnax.

Do this for me before we go any further, please. Raise your right hand.

[Venireperson Molly Meyer sworn by the Court.]

Whereupon,

MOLLY MEYER,

having been first duly sworn, testified as follows:

EXAMINATION

BY THE COURT:

Q. The way we're going to proceed, Ms. Meyer, is I'm going to talk to you briefly and then one attorney

Page 7

for each, the State and the Defendant, will talk to you up to 45 minutes.

So in about an hour and a half I will tell you here in open court to you whether or not you've been found to be a qualified juror by this Court and by the attorneys.

by that I mean we're in the process of qualifying some 50 jurors. When that's done, the actual 12 will be selected. We anticipate to be able to accomplish that within probably three weeks.

At that time you will be notified by the same person who called you to appear whether or not you're on the jury or not, and that will give you an idea of what we're doing.

Now, did you have an opportunity to read the pamphlet?

A. Yes, sir.

Q. Did that help you understand this process a little bit better?

A. Yes, sir.

Q. All right. I'm going to hand you your questionnaire or ask Debi to. We appreciate you filling out that questionnaire. It's been a big help to us.

I know it took you time to fill it out

Page 8

but you'll actually save more time here this morning since the attorneys have had an opportunity to work on it.

They're not going to go through it word for word but I'm sure there will be a question or two they'll just want you to explain a little further. They're not going to argue with you about your answer, just maybe expound a little bit.

And we also realize at the time you filled out that questionnaire you did not -- hadn't read the pamphlet or didn't know about a lot of these laws we're going to talk to you about.

Now, some of the laws we'll talk to you about you've known since fifth grade, but some of them, I would imagine, are going to be a little new to you. But there's nothing wrong with that.

The lawyers have the ability to explain the law to you. Then the bottom line will be, once you understand what the law is, can you follow the law and perform your duties as a juror.

You don't have to know the law. You don't have to agree with the law. It's not like we've got some legal pop quiz we're fixing to put on you and ever who makes the best grade gets to be on the jury. That doesn't have anything to do with it. Okay?

Page 9

Also I want to assure you, these are some of the finest lawyers in Texas or they wouldn't be involved in this case. They're also fine people.

It's out of the question that anybody involved in this process is going to intentionally embarrass, intimidate, browbeat you, because all we want to know is how you honestly feel. Is that a fair deal?

A. Yes, sir.

Q. In other words, this is not some situation where we're going to ask you questions like, what's two plus two and there's only one correct answer and that's four. It's more you tell us what you think about this or that.

Do you understand from filling out that questionnaire, reading that pamphlet, Judge Snipes' remarks and sitting here now that this is a capital murder case?

A. Yes, sir.

Q. You understand the State of Texas through their attorneys is seeking the death penalty?

A. Yes, sir.

Q. All right. So that's what we're here about and that's the importance of the day and you can't get any more important than that.

Page 10

Now, have you ever sat on a jury before?

A. No, sir.

Q. All criminal jury trials are in two parts. They're called the guilt/innocence phase and the punishment phase, and that's exactly the way a capital murder case is tried.

What we're going to be talking to you about is will you be able to find somebody guilty or not guilty under the law and evidence, and then should you find somebody guilty, would you be able to set what's called the proper punishment.

In a capital murder case there's only two possible punishments, and that's either life in prison without parole or death. And when I say "life in prison without parole," I mean, life in prison without parole, not after you serve so many years you're eligible for parole.

The law in Texas now, you never become eligible. You never become eligible for parole. If you're given a life sentence, you will serve the rest of your life in prison. Or the death penalty.

What we're looking for is people who think under the proper set of circumstances in accordance with the law and the evidence they hear in the case, they will either be able to assess the

Page 11

sentence of life in prison without parole or death.

It's going to be up to you to make that decision and just tell us whether you can or you can't. If you can, fine, and frankly, if you can't, fine. Does that sound fair?

A. Yes, sir.

Q. From reading that pamphlet, did you see where Judge Snipes says that this trial, the presentation of evidence is going to start August the 10th?

A. Yes.

Q. It will last up to two weeks. That's 9:00 to 5:00, break in the morning, break in the afternoon, lunch break. The jury will not have to stay together overnight unless and until you commence your deliberations and have gone late into the evening and became fatigued, unable to concentrate, wanted to keep working on the case.

The Judge would probably, there's a chance, take everybody together to a fine hotel at county expense, individual private rooms, where you would spend the night and then come back the next morning to avoid any outside influence.

That could happen. Might not happen, but I just want to make you aware of that situation.

Now, I tell you all that to ask you

Page 12

this. Knowing when the trial date is, knowing how long this might take, knowing how the procedure, the daily routine is, as you sit here now from filling out the questionnaire and thinking about this case, do you know any reason why you can't sit as a juror in this case?

A. Well, I don't know if it qualifies as a legitimate reason but I thought that it was going to start a couple of weeks earlier and I work for myself. I'm a tutor.

Q. What?

A. I'm a tutor for high school students and it would be kind of -- school will have started and I will have started, so that is kind of a big financial hardship for me. But I don't know if that counts as a legitimate excuse or not.

Q. Well, it can be. Let me tell you. I can't excuse you for economic reasons alone but I think this is the law. If you are required to sit starting August 10th, sit here as a juror and listen to the case and decide the evidence, reach a verdict, do you think not being able to be at your job would prevent or substantially impair your ability to concentrate on the evidence as it is presented?

A. Probably not. I don't know how to say that with certainty but...

Page 13

Q. Do you think -- you're self-employed, you tell me. Would the fact that you were unable to earn any income during that period of time, do you think that would interfere with your ability to sit and concentrate on the evidence?

A. I don't know how to predict. I mean, I would hope not but I don't know. That's all I can tell you. I'm sorry. I would like to think that I could separate that, but it would be stressful, so I don't know.

Q. Well, I'm going to --

MR. LOLLAR: Could we have just a moment, please?

THE COURT: Yes.

[Off the record.]

MR. LOLLAR: Judge, we have an agreement. We don't want to cause the juror any financial harm.

MS. HANDLEY: I understand. School starts when? Exactly what date, ma'am?

VENIREPERSON MEYER: Well, I do work with them before school starts. So pretty much right around when this trial starts will be when my -- and I didn't put that in the questionnaire and I didn't mean to be misleading. I thought that we'd be kind of wrapping up around when my work was starting.

MS. HANDLEY: Exactly. So we're starting

Page 14

this case at the same time that you're starting your tutoring of these high school kids.

VENIREPERSON MEYER: Yes, ma'am.

MS. HANDLEY: That's your sole means of income?

VENIREPERSON MEYER: Yes, ma'am.

MS. HANDLEY: Okay. That's fine, Judge.

THE COURT: All right. You'll be excused. You're free to go. You do not have to return. Thank you.

[Venireperson Meyer left the courtroom.]

THE COURT: On the record. What says the State of Texas?

MS. HANDLEY: We would challenge the juror as not being able to give her full attention to the case.

THE COURT: It will be granted.

[Off the record.]

THE COURT: On the record. In the presence of Mr. Broadnax, what says the State?

MS. HANDLEY: Your Honor, with respect to Juror No. 728, John Cody Langford, he was contacted by the court coordinator for this case, told to be here this morning. He has not -- he still has not arrived.

Page 15

It's approximately 9:30. He hasn't called or anything.

But even outside of that, Judge, looking at this young man's questionnaire, he does state that he has an eleventh grade education, which in and of itself wouldn't normally cause me any concerns, but he has stated throughout his questionnaire that he wants to make sure that we understand that he is somewhat recently diagnosed with attention deficit disorder as well as dyslexia.

When you read through his question, I think it becomes somewhat apparent that he is already having difficulty grasping some generally easy concepts.

His answers seem to be somewhat inappropriate to the question. He has even stated in here when asked about a particular offense, for example, that intoxication is not a defense, he stated, "I don't understand that. I don't know what you're talking about."

Given that he was ordered to be here and is not, given that he has shown that he has attention deficit disorder as well as dyslexia, given the answers on his questionnaire and the lack of any explanations, he just checks yes and no, yes and no, and the

Page 16

complexity of this case as well as the issues, we would certainly agree that he's probably not qualified to serve on this particular case and would agree to let him go from this case.

MR. LOLLAR: And we would agree with that, Your Honor. His answers to the questionnaire are not favorable for the Defendant anyway and that he does have these other problems.

A number of the issues we talked about in the questionnaire he simply did not answer, like, for instance, "What purposes, if any, do you believe the death penalty serves?" And his answer is, "Yes."

"What purposes, if any, do you believe life without parole would serve?" His answer is, "No." So we agree.

THE COURT: It will be granted.

[Recess.]

[Defendant present.]

THE COURT: Back on the record.

In the presence of Mr. Broadnax, what says the State of Texas?

MS. EVANS: Your Honor, we have Juror No. 804, which is Bertran Bell. He has a date of birth of 9/20/67. On his questionnaire he failed to disclose any person, himself, close friend or family member that

**-#-**

#1869 [1]          21:19

**-0-**

00787696 [1]      2:8
08898800 [1]      2:7

**-1-**

1 [17]     1:1      5:1
6:1      7:1      8:1
9:1      10:1     11:1
12:1     13:1     14:1
15:1     16:1     17:1
18:1     19:1     20:1
10 [17]    1:10     2:10
5:10     6:10     7:10
8:10     9:10     10:10
11:10    12:10    13:10
14:10    15:10    16:10
17:10    18:10    19:10
10th [3]   2:4      11:9
12:19
11 [16]    1:11     5:11
6:11     7:11     8:11
9:11     10:11    11:11
12:11    13:11    14:11
15:11    16:11    17:11
18:11    19:11
12 [18]    1:12     2:12
5:12     6:12     7:9
7:12     8:12     9:12
10:12    11:12    12:12
13:12    14:12    15:12
16:12    17:12    18:12
19:12
12/31/11 [1]       21:20
12508700 [1]       2:12
13 [16]    1:13     5:13
6:13     7:13     8:13
9:13     10:13    11:13
12:13    13:13    14:13
15:13    16:13    17:13
18:13    19:13
133 [2]    2:4      2:19
14 [20]    1:14     3:6
3:7      4:4      4:5
5:14     6:14     7:14
8:14     9:14     10:14
11:14    12:14    13:14
14:14    15:14    16:14
17:14    18:14    19:14
15 [17]    1:15     2:15
5:15     6:15     7:15
8:15     9:15     10:15
11:15    12:15    13:15
14:15    15:15    16:15
17:15    18:15    19:15
15520000 [1]       2:15
16 [16]    1:16     5:16
6:16     7:16     8:16
9:16     10:16    11:16
12:16    13:16    14:16
15:16    16:16    17:16
18:16    19:16
17 [16]    1:17     5:17
6:17     7:17     8:17

9:17     10:17    11:17
12:17    13:17    14:17
15:17    16:17    17:17
18:17    19:17
1700 [1]  2:13
18 [17]    1:18     2:18
5:18     6:18     7:18
8:18     9:18     10:18
11:18    12:18    13:18
14:18    15:18    16:18
17:18    18:18    19:18
180 [1]    17:9
19 [18]    1:19     2:4
3:8      5:19     6:19
7:19     8:19     9:19
10:19    11:19    12:19
13:19    14:19    15:19
16:19    17:19    18:19
19:19
1996 [1]  17:7

**-2-**

2 [19]     1:2      2:2
2:19     5:2      6:2
7:2      8:2      9:2
10:2     11:2     12:2
13:2     14:2     15:2
16:2     17:2     18:2
19:2     20:2
20 [17]    1:20     3:9
5:20     6:20     7:20
8:20     9:20     10:20
11:20    12:20    13:20
14:20    15:20    16:20
17:20    18:20    19:20
2009 [3]  1:15     3:3
19:9
2010 [1]  21:17
21 [16]    1:21     5:21
6:21     7:21     8:21
9:21     10:21    11:21
12:21    13:21    14:21
15:21    16:21    17:21
18:21    19:21
214 [1]    21:25
214-384-8178 [1]
2:14
214-653-3550 [1]
2:20
214-653-3600 [1]
2:5
22 [17]    1:22     2:22
5:22     6:22     7:22
8:22     9:22     10:22
11:22    12:22    13:22
14:22    15:22    16:22
17:22    18:22    19:22
23 [17]    1:23     2:23
5:23     6:23     7:23
8:23     9:23     10:23
11:23    12:23    13:23
14:23    15:23    16:23
17:23    18:23    19:23
24 [16]    1:24     5:24
6:24     7:24     8:24
9:24     10:24    11:24
12:24    13:24    14:24
15:24    16:24    17:24

18:24    19:24
24003256 [1]      2:6
24032880 [1]      2:7
24049165 [1]      2:21
25 [18]    1:25     2:25
3:3      5:25     6:25
7:25     8:25     9:25
10:25    11:25    12:25
13:25    14:25    15:25
16:25    17:25    18:25
19:25
25th [1]   1:15
28 [3]     1:1      3:1
4:1
29 [1]     19:9

**-3-**

3 [17]     1:3      5:3
6:3      7:3      8:3
9:3      10:3     11:3
12:3     13:3     14:3
15:3     16:3     17:3
18:3     19:3     20:3
321 [1]    2:16

**-4-**

4 [17]     1:4      5:4
6:4      7:4      8:4
9:4      10:4     11:4
12:4     13:4     14:4
15:4     16:4     17:4
18:4     19:4     20:4
45 [1]     7:2
450 [1]    2:13

**-5-**

5 [18]     1:5      3:3
5:5      6:5      7:5
8:5      9:5      10:5
11:5     12:5     13:5
14:5     15:5     16:5
17:5     18:5     19:5
20:5
50 [1]     7:8
5:00 [1]   11:12

**-6-**

6 [19]     1:6      2:6
3:5      4:3      5:6
6:6      7:6      8:6
9:6      10:6     11:6
12:6     13:6     14:6
15:6     16:6     17:6
18:6     19:6
653-3416 [1]      21:25

**-7-**

7 [18]     1:4      1:7
5:7      6:7      7:7
8:7      9:7      10:7
11:7     12:7     13:7
14:7     15:7     16:7
17:7     18:7     19:7
21:4

728 [1]    14:23
75201 [1]          2:14
75207-4313 [1]
2:5
75207-4399 [1]
2:19
75765 [1]          2:17

**-8-**

8 [16]     1:8      5:8
6:8      7:8      8:8
9:8      10:8     11:8
12:8     13:8     14:8
15:8     16:8     17:8
18:8     19:8
804 [1]    16:23
829 [1]    18:3
886 [1]    18:12

**-9-**

9 [17]     1:9      2:9
5:9      6:9      7:9
8:9      9:9      10:9
11:9     12:9     13:9
14:9     15:9     16:9
17:9     18:9     19:9
9/20/67 [1]        16:24
903-769-3120 [1]
2:17
9:00 [1]  11:11
9:30 [1]  15:1
9th [1]    17:7

**-A-**

ability [3]         8:17
12:22    13:4
able [6]   7:9      10:8
10:10    10:25    12:21
14:16
above [2]          21:5
21:10
above-entitled [1]
1:16
accomplish [1]    7:10
accordance [1]   10:24
actively [2]       18:19
18:19
actual [1]         7:9
adjourned [2]     3:8
19:8
adjudication [1]
17:22
advised [2]        18:4
18:12
afternoon [2]      11:12
19:1
again [1]          17:17
aggravated [1]    17:17
agree [6] 8:22     16:2
16:3     16:5     16:15
19:5
agreement [1]     13:15
ALEX [1]          2:6

alone [1]          12:17
ALPHABETICAL [1]
4:1
Andrea [2]         2:7
5:25
answer [5]         8:7
9:12     16:10    16:12
16:14
answers [3]        15:15
15:23    16:6
anticipate [1]    7:9
anyway [1]         16:7
apparent [1]       15:12
appear [1]         7:12
APPEARING [2]
2:11     2:22
appreciate [1]    7:22
approached [1]    5:5
argue [1]          8:7
Armstrong [1]     18:25
arrested [1]       17:1
arrests [1]        17:4
arrived [1]        14:25
assess [1]         10:25
Assistant [4]      2:8
2:21     18:24    19:4
associated [1]     18:18
assure [1]         9:1
attention [3]      14:16
15:9     15:22
attorney [5]       2:3
2:13     2:16     6:25
18:8
Attorney's [1]     18:14
attorneys [5]      2:8
7:6      8:2      9:21
19:5
August [2]         11:9
12:18
avoid [1]          11:22
aware [1]          11:24

**-B-**

BAILIFF [1]        5:3
became [1]         11:16
become [2]         10:18
10:19
becomes [1]        15:12
Bell [1]  16:23
bench.] [1]        5:5
benefits [2]       17:8
17:21
Bertran [1]        16:23
best [1]  8:24
better [1]         7:19
Biard [2]          1:17
5:15
bias [1]  18:17
big [2]   7:23     12:13
birth [1] 16:23
bit [2]   7:19     8:8

reflect [1] 18:23
reflects [1] 21:13
relatives [1] 18:13
remarks [1] 9:17
reported [2] 1:20  21:11
Reporter [2] 21:4  21:21
Reporter's [4] 3:9  19:10  21:9  21:12
represent [2] 6:5  6:13
representing [1] 18:20
requested [1] 21:8
required [1] 12:18
respect [2] 14:22  18:2
respective [1] 21:14
rest [1] 10:20
return [1] 14:11
right [7] 5:14  6:6  6:16  7:21  9:23  13:20  14:9
rise [1] 5:3
robbery [1] 17:17
Robinson [1] 2:9
rooms [1] 11:20
routine [1] 12:3
running [1] 17:3

-S-

S [2] 2:1  5:1
Sanders [1] 18:12
Sara [1] 18:3
sat [1] 10:1
save [1] 8:1
says [4] 11:8  14:13  14:21  16:21
SBOT [7] 2:6  2:7  2:7  2:8  2:12  2:15  2:21
school [5] 12:11  12:12  13:17  13:20  14:2
seated [2] 5:7  5:7
see [1] 11:7
seeking [1] 9:21
seem [1] 15:15
selected [2] 5:21  7:9
selection [2] 5:16  5:20
self-employed [1] 13:1
sentence [2] 10:20  11:1
separate [1] 13:8
serve [4] 10:16  10:20  16:3  16:14
serves [2] 16:12

18:5
service [1] 17:12
set [2] 10:10  10:23
showing [1] 17:20
shown [1] 15:22
sides [1] 18:21
simply [1] 16:10
sit [5] 12:3  12:5  12:18  12:19  13:4
sitting [2] 1:18  9:17
situation [1] 9:10  11:24
Snipes [4] 1:18  5:18  5:22  11:8
Snipes' [1] 9:16
sole [1] 14:4
somewhat [3] 15:8  15:12  15:15
sorry [1] 13:8
sound [1] 11:5
spend [1] 11:21
start [2] 11:9  12:8
started [2] 12:12  12:13
starting [4] 12:18  13:24  13:25  14:1
starts [3] 13:18  13:20  13:21
state [14] 1:3  2:11  3:4  4:2  6:6  7:1  9:20  14:14  14:21  15:4  16:21  17:11  17:24  21:1
State's [2] 3:6  4:4
statement [2] 17:8  17:21
stay [1] 11:13
stenography [1] 1:20
still [2] 14:25  18:9
stressful [1] 13:9
strike [1] 17:24
students [1] 12:11
styled [1] 21:10
substantially [1] 12:22
Suite [1] 2:13
Suzette [1] 18:3
sworn [2] 6:17  6:21

-T-

team [1] 18:24
Telephone [4] 2:5  2:14  2:17  2:20
testified [1] 6:21
Texas [20] 1:3  1:5  1:19  2:3  2:5  2:11  2:14  2:17  2:19  6:6

9:2  9:20  10:18  14:14  16:21  21:1  21:5  21:19  21:22  21:24
Thank [2] 5:6  14:11
thinking [1] 12:4
thought [2] 12:7  13:23
three [1] 7:10
through [3] 8:4  9:20  15:11
throughout [1] 15:7
together [2] 11:13  11:19
too [1] 18:18
took [1] 7:25
transcription [1] 21:6
trial [5] 1:1  5:22  11:8  12:1  13:21
trials [1] 10:3
tried [1] 10:6
true [1] 21:6
truly [1] 21:13
tutor [2] 12:9  12:11
tutoring [1] 14:2
two [7] 8:5  9:11  9:12  10:3  10:13  11:11  17:10

-U-

unable [2] 11:16  13:2
under [2] 10:9  10:23
understand [7] 7:18  8:19  9:15  9:20  13:17  15:8  15:19
unless [1] 11:14
up [5] 7:2  11:2  11:11  13:23  19:3

-V-

VENIREPERSON [7] 3:4  4:2  5:11  5:13  13:19  14:3  14:6
verdict [1] 12:20
Vesta [1] 18:25
VOIR [1] 1:9
volume [4] 1:1  3:1  4:1  21:9
volume.] [1] 19:11
VOLUMES [1] 1:1
VS [1] 1:4

-W-

wants [1] 15:7
Waters [1] 2:16
WATKINS [1] 2:2
Webb [2] 1:17

5:14
week [2] 18:11  19:3
weeks [3] 7:10  11:11  12:8
within [1] 7:10
without [5] 10:14  10:15  10:16  11:1  16:14
WITNESS [1] 21:16
word [2] 8:4  8:5
words [1] 9:10
works [2] 18:9  18:24
worth [1] 5:23
wrapping [1] 13:23
writing [1] 21:8
wrong [1] 8:16

-X-

X [2] 21:1  21:2

-Y-

years [2] 10:16  17:10
young [1] 15:4

-Z-

Zandra [1] 2:9

-[-

[Defendant [2] 5:2  16:18
[Off [2] 13:14  14:19
[Recess.] [1] 16:17
[Venireperson [3] 5:4  6:17  14:12
[Whereupon [1] 19:8

-l-

l [5] 1:3  1:4  1:4  1:5  1:5