REPORTER'S RECORD

CAUSE NO. F08-24667

VOLUME 40 OF _____

| | |
|---|---|
| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT |
| VS. | COURT NO. 7 |
| JAMES BROADNAX | DALLAS COUNTY, TEXAS |

PRETRIAL HEARING

FILED IN
COURT OF CRIMINAL APPEALS

SEP 1 6 2010

Louise Pearson, Clerk

**ON THE 24TH DAY OF JULY, 2009,** the following proceedings came on for hearing in the above-entitled and numbered cause before the Honorable Mike Snipes, Judge Presiding for the Criminal District Court No. 7, held in Dallas, Dallas County, Texas.

Proceedings reported by oral stenography.

— — — — —

ORIGINAL

SHARINA A. FOWLER, CSR
214-653-5696

A P P E A R A N C E S

**DAVID ALEX**
SBOT NO.
**ANDREA HANDLEY**
SBOT NO. 08898800
Assistant Criminal
District Attorneys of Dallas
Frank Crowley Courts Building
133 N. Industrial Blvd.
Dallas, Texas    75207
214-653-3600

**FOR THE STATE OF TEXAS**


**DOUG PARKS**
SBOT NO. 15520000
Attorney at Law
321 Calm Water Lane
Holly Lake Ranch, Texas 77765
903-769-3120

**BRAD LOLLAR**
SBOT NO. 12508700
Attorney at Law
1700 Commerce, Suite 450
Dallas, Texas    75201
214-384-8178

**KERI MALLON**
SBOT NO. 24049165
Assistant Public Defender
Frank Crowley Courts Building
131 N. Industrial Blvd., LB2
Dallas, Texas    75270-4399
214-653-3600

**FOR THE DEFENDANT**

INDEX

|                                                                 | PAGE | VOL |
|-----------------------------------------------------------------|------|-----|
| Proceedings, July 24, 2009                                      |      |     |
| APPEARANCES                                                      | 2    |     |
| PROFFER OF WITNESS, BARRETT NELSON                              | 5    |     |
|   By Mr. Alex                                                   |      |     |
| TESTIMONY OF BARRETT KEITH NELSON                              |      |     |
|   Direct Examination by Mr. Alex                               | 7    |     |
|   Cross Examination by Mr. Parks                               | 30   |     |
|   Redirect Examination by Mr. Alex                            | 34   |     |
| SWEAR IN WITNESS, JOHN CALHOUN                                 | 38   |     |
| PROFFER OF WITNESS, CHERYL SILVER                             | 43   |     |
|   By Mr. Lollar                                                |      |     |
| TESTIMONY OF CHERYL SILVER                                     |      |     |
|   Direct Examinatoin by Mr. Lollar                            | 45   |     |
|   Cross Examination by Mr. Alex                               | 57   |     |
|   Redirect Examination by Mr. Lollar                          | 64   |     |
|   Recross Examination by Mr. Alex                             | 65   |     |
| COURT REPORTER'S CERTIFICATE                                   | 69   |     |

```
                    INDEX OF EXHIBITS

** RO - Record Only              ## DO - Demonstrative Only

Number            Description        Offered Admitted Vol.

State's:

Nos. 6-12         Photographs            17      25

No. 13            Printout of Classes     9      11

Nos. 14-15        Photographs            24      25

Defense's:

No. 2             CV of Cheryl Silver    64      64
```

Page 1

REPORTER'S RECORD
CAUSE NO.
VOLUME _____ OF _____

THE STATE OF TEXAS          |          IN THE CRIMINAL DISTRICT
                           |
VS.                        |          COURT NO. 7
                           |
JAMES BROADNAX             |          DALLAS COUNTY, TEXAS

PRETRIAL HEARING

ON THE 24TH DAY OF JULY, 2009, the following proceedings came on for hearing in the above-entitled and numbered cause before the Honorable Mike Snipes, Judge Presiding for the Criminal District Court No. 7, held in Dallas, Dallas County, Texas.
Proceedings reported by oral stenography.

- - - -

Page 2

A P P E A R A N C E S

DAVID ALEX
SBOT NO.
ANDREA HANDLEY
SBOT NO.08898800
Assistant Criminal
District Attorneys of Dallas
Frank Crowley Courts Building
133 N. Industrial Blvd.
Dallas, Texas  75207
214-653-3600

FOR THE STATE OF TEXAS

DOUG PARKS
SBOT NO. 15520000
Attorney at Law
321 Calm Water Lane
Holly Lake Ranch, Texas 77765
903-769-3120
BRAD LOLLAR
SBOT NO. 12508700
Attorney at Law
1700 Commerce, Suite 450
Dallas, Texas  75201
214-784-8178

KERI MALLON
SBOT NO. 24049165
Assistant Public Defender
Frank Crowley Courts Building
133 N. Industrial Blvd., LB2
Dallas, Texas  75270-4399
214-653-3600

FOR THE DEFENDANT

Page 3

INDEX

|  | PAGE | VOL |
|---|---|---|
| Proceedings, July 24, 2009 | | |
| APPEARANCES | 2 | |
| PROFFER OF WITNESS, BARRETT NELSON | 5 | |
| By Mr. Alex | | |
| TESTIMONY OF BARRETT KEITH NELSON | | |
| Direct Examination by Mr. Alex | 7 | |
| Cross Examination by Mr. Parks | 30 | |
| Redirect Examination by Mr. Alex | 34 | |
| SWEAR IN WITNESS, JOHN CALHOUN | 38 | |
| PROFFER OF WITNESS, CHERYL SILVER | 43 | |
| By Mr. Lollar | | |
| TESTIMONY OF CHERYL SILVER | | |
| Direct Examinatoin by Mr. Lollar | 45 | |
| Cross Examination by Mr. Alex | 57 | |
| Redirect Examination by Mr. Lollar | 64 | |
| Recross Examination by Mr. Alex | 65 | |
| COURT REPORTER'S CERTIFICATE | 69 | |

Page 4

INDEX OF EXHIBITS

** RO - Record Only          ## DO - Demonstrative Only

| Number | Description | Offered | Admitted | Vol. |
|---|---|---|---|---|
| State's: | | | | |
| Nos. 6-12 | Photographs | 17 | 25 | |
| No. 13 | Printout of Classes | 9 | 11 | |
| Nos. 14-15 | Photographs | 24 | 25 | |
| Defense's: | | | | |
| No. 2 | CV of Cheryl Silver | 64 | 64 | |

SHARINA FOWLER, CSR  214-653-5696

Page 5

PROCEEDINGS

[Defendant present.]

THE COURT: This is the State of Texas versus James Broadnax. This is a continuation of our hearing on expert witnesses under Texas Rules of Evidence, 702 through 705.

If you can proffer to me what the nature of this testimony is, please, Mr. Alex.

MR. ALEX: Judge, this will be simply -- Let me just say and proffer to counsel the witness' experience, training and education with the police department. The topic is that -- We're making copies, Judge, where you can see from the articles that he's reviewed and going to testify.

Mr. Nelson, Judge, is a member of the Dallas Police Department Gang Unit and he will be testifying as an expert, as he's testified on many occasions as an expert on gangs. His primary opinion is going to be that the defendant is a member of the Gangster Disciples, which is a part of the Focal Nation.

The basis of his opinion is going to be that the defendant himself admitted on the video to the news media and in addition to a phone call from the jail -- himself admitted. The other basis for his opinion in addition to his training, experience and

Page 6

education will be items that he's reviewed, in particular items and notebooks that the defendant was in possession of when he was arrested, which identify the Focal Nation Gangster Disciples to begin with.

In addition to that, since he's been in jail, some of the same types of items the defendant had in his cell identifies Focal Nation and Gangster Disciples. That's going to be the primary basis of his opinion. That's really the only opinion he'll be giving the -- to the jury in the punishment phase of the trial, and that is the relationship -- the defendant's relationship to the gang.

THE COURT: Will there be objection?

MR. PARKS: Oh, yeah.

THE COURT: What is that?

MR. PARKS: Well, let me see. I think his testimony will not be relevant under Rule 401. To the extent that it might be relevant, it is excluded under Rule 403 as being -- the probative value is substantially outweighed by unfair prejudice.

We also object to it in that it is a violation of the 1st and 14th Amendment to the United States Constitution.

THE COURT: What is this relevant to in the punishment phase?

Page 7

MR. ALEX: Judge, the affiliation to gang membership goes directly to future endangerment. I mean, I could give you a preview of my opening or my closing, but I think that the -- the type of gang that we're talking about is not relevant yet.

The Gangster Disciples is a gang who's existence is primarily crime, and violent crime. If the defendant was aspiring to be or a member of --

THE COURT: Hold on a second.

Tell your client to quit laughing.

MR. ALEX: If he was a member of or aspiring to be a member of the Rotary Club, then obviously it would go maybe towards location. But if he is a member of an organization that takes part in these -- in criminal activities, violent criminal activity, I think it's relevant to future danger.

THE COURT: Raise your right hand.

Whereupon,

BARRETT KEITH NELSON,

having been first duly cautioned and sworn, testified as follows:

DIRECT EXAMINATION

BY MR. ALEX:

Q. State your full name, sir.

A. Barrett Keith Nelson.

Page 8

Q. Mr. Nelson, tell the Court what you do for a living.

A. I'm employed with the City of Dallas as a police officer.

THE COURT: Is that D-e-r-r-i-c-k?

THE WITNESS: B-a-r-r-e-t-t Nelson.

THE COURT: Barrett?

THE WITNESS: Barrett, yes, sir.

Q. [By Mr. Alex] Mr. Nelson, what do you do for the police department?

A. I'm assigned to the gang unit.

Q. How long have you been in the gang unit?

A. I've been in the gang unit for 12 years.

Q. And before you were in the gang unit, where were you?

A. I was in patrol.

Q. How long were you in patrol?

A. Four years.

Q. Before going into patrol, did you have to go through training to be a police officer?

A. Yes, I did.

Q. Prior to being a police officer, did you do anything by way of law enforcement or military?

A. I am currently still in the military. Yes, I was in the military also, sir.

Page 9

Q. Were you in the military before you went to the police?

A. Yes, sir.

Q. How many years was that?

A. 20 last month.

Q. 20 years this last month?

A. Yes, sir.

Q. And you know why you're here?

A. Yes, sir.

Q. Have you testified on one or many occasions as an expert in the area of gangs?

A. Yes, I have.

Q. Just briefly, you have printed out for us --

Do you have a copy of that up there?

A. Yes, sir.

Q. I'm going to have it marked.

[State's Exhibit No. 13 was marked for identification.]

Q. [By Mr. Alex]. State's Exhibit 13, is that a -- just a -- a printout that you asked your secretary to do a little while ago of all the classes that you yourself have attended?

A. Yes, sir.

Q. We were --

MR. ALEX: We'll tender to opposing

Page 10

counsel.

THE COURT: Any objection?

MR. PARKS: No objection.

Q. [By Mr. Alex]  Now, tell the Court what it takes to become a member of the gang unit.

A. To be with the gang unit, first and foremost, you have to be an outstanding police officer. You have to interview for the job. They look at everything you do from the moment you're in patrol. They look at your activity. They look at how you handle yourself and carry yourself.

Q. How many members would you say there are in the gang unit?

A. Right now we have 33 members.

Q. If somebody was to leave the gang unit and go somewhere else, what's -- would a police officer have to interview for this job?

A. Yes, they do.

Q. And out of the whole police department out there, how many you got?

A. 3200.

Q. Out of 3200, there's how many gang officers?

A. 33, 34.

Q. And you guys have to be interviewed to be accepted?

A. Yes, sir.

Q. As it relates to today, can you tell the judge about how many times you've testified as an expert in the area of gangs?

A. I've testified numerous times as an expert with gang trials. Several times. I'm one of the senior guys over the gang unit and I primarily work --

THE COURT: Hold on a second. I didn't do this.

Is this State's Exhibit 13?

MR. ALEX: Yes, sir.

THE COURT: It's admitted for the purposes of this expert hearing.

[State's Exhibit No. 13 was admitted into evidence.]

Q. [By Mr. Alex]  And as it relates to testifying as an expert on gangs, particularly do you have an opinion in this case as it relates to the defendant, James Broadnax, and the Gangster Disciples Folk Nation?

A. Yes, sir.

Q. And what is that opinion?

A. That he is a member of the criminal street gang, Gangster Disciples.

Q. I told you before we started that we were going to try and outline what your opinion was and then what

Page 12

the underlying material was that you relied on; is that right?

A. Yes.

Q. And as it stands right now, it's the only opinion that you're going to offer this jury as it relates to the defendant in the case; is that right?

A. Yes, sir.

Q. And as it relates to what you relied upon to come to this opinion, what was that?  Let's start with your training, experience and education.

A. My training, I've gone to several schools, Texas Gang Investigation Association.  That's once a year, guaranteed.  I --

Q. So every year you go to a --

A. A gang training.  It's held down in Austin or various cities around the state where we discuss gangs throughout the State of Texas and throughout the United States where we have presenters come in to present to us.

Q. How long is that?

A. That's a week long.

Q. That's a week long training?

A. Yes, sir.  Also my experience is on the streets here in Dallas.  I've dealt with several, several gang members through my career with the City of Dallas being with the gang unit.  I also --

Page 13

Q. When you say "several," to me "several" means two or three. You've only run into three gang members the whole time you've been here?

A. No, sir. No, sir.

Q. Has it been many?

A. It's been well, well over the thousands. Yes, sir.

Q. All right. So you interact with people who are members of a gang, and through your training and experience, it's part of the basis of your opinion; is that right?

A. Yes, sir.

Q. Now let's talk specifically about the Gangster Disciples. The defendant, it's your opinion that he's a member of that gang, right?

A. Yes.

Q. And what is your basis for that?

A. From the things that were presented to me from watching interviews and television.

Q. Let's start there. In the gang world, is there such a term as "self admitting"?

A. Yes, there is.

Q. Now you heard the defendant self admitting to the media when he was on -- being interviewed by the media?

Page 14

A. Yes, sir.

Q. I don't know if the Court has actually reviewed the video from the media, but is there a time when he's talking on the -- on the -- Is there a time when he's talking to the reporter when he says -- he's talking about the gun and he said he wraps it in his flag because I'm a folk and then -- because I'm a folk -- I thought he was saying "four," but in your opinion, he's saying "folk."

A. He's saying "folk."

Q. And he throws something up with his hand like that [Indicating]; is that right?

A. Yes, sir.

Q. And then he keeps going on with the interview?

A. Yes, sir.

Q. And in your opinion, is that a self admission?

A. That's self admission.

Q. What he throws up in the air, can you tell if it's a pitchfork or a --

A. I --

Q. Is it difficult to tell?

A. I couldn't tell if it was a pitchfork or not, but with him doing a -- throwing up his gang sign, nine times out of ten, he's throwing up a pitchfork.

Q. And you clearly heard him say he was a folk?

Page 15

A. Yes, sir.

Q. And then --

THE COURT: What significance is throwing a pitchfork up --

Q. [By Mr. Alex] The Folk Nation -- Let's just -- So the Judge understands, give the jury -- I mean, the Judge sort of a brief lesson on Folk Nation and Gangster Disciples and how Gangster Disciples evolved.

THE WITNESS: Folk Nation and People Nation mostly is gangs of the midwest. They're based out of Chicago. You have "folk" and you have "people". Here we're discussing folk.

Folk is aligned with Gangster Disciples out of Chicago. It is -- It is -- It's like this, sir. If I was -- Am I correct in saying you were in the army?

THE COURT: Yes.

THE WITNESS: We call -- If you and I were having a discussion and I say "jarhead", you know what that is, that's a marine. Folk is aligned with Gangster Disciples. That symbol, the pitchfork, is Gangster Disciples.

THE COURT: Okay.

Q. [By Mr. Alex] I'm gonna -- In addition to him self admitting on the tape, was he also self admitting on the jail phone calls in which the defendant was talking

Page 16

to his mom and her boyfriend?

A. Yes.

Q. And he asked her boyfriend, "Were you serious about being an OG-7 and 4?"

A. Yes, sir.

Q. And her boyfriend said something to the affect of, "No, I was just trying to relate to you guys."

A. Yes, sir.

Q. And that's when the defendant says to him, "You know I'm a member of that organization."

A. Yes, sir.

Q. All right. Now, when we say, "OG-7 and 4," what is the significance of the number "7 and 4"?

A. 7 and 4 -- 7 in the alphabet is "G" for "Gangster." 4th letter in the alphabet is "D" for "Disciple." So in most of their drawings -- they even have a website that has 7 and 4 on it, Gangster Disciples. Most of these gangs nowadays, they have their own website and all of that information is out there free for anybody to read.

Q. So the internet is another great source for people to learn about the gangs --

A. Yes.

Q. -- that they want to join or that they want to stay away from?

Page 17

A. Yes, sir.

Q. Now, in addition to the two self admissions, did I ask you to take a look at some material that the defendant had in his cell while he was in the Dallas County jail?

A. Yes, sir.

[State's Exhibit Nos. 6 through 12 were marked for identification.]

Q. [By Mr. Alex] State's Exhibits 6, 7, 8, 9, 10, 11 and 12, are those all items that you reviewed as part of making any opinions?

A. Yes, sir.

Q. And that's not all the --

A. No, it's not all.

Q. I gave you all the photographs that were taken from his cell; is that right?

A. Yes, sir.

Q. These items are a few that show Gangster Disciples relationships; is that right?

A. Yes, sir.

Q. Let's talk about --

MR. ALEX: Can he step down, Judge?

THE COURT: Yes.

Q. [By Mr. Alex] Let's talk about State's Exhibit No. 6, for instance. And you weren't -- you weren't with

Page 18

the investigator when they took pictures of the defendant's cell; is that right?

A. No.

Q. Detective, for me, if you will, if these are from his cell, does it identify what we're talking about for Folk Nation?

A. Yes, sir, right here [Indicating]. You can look at it right here. That's the "F" over there [Indicating] and the pitchfork right there is for the "K", Folk Nation. And you see the pitchfork is right here [Indicating], that is their trademark.

Q. Is that a common sign for the Gangster Disciples?

A. That is their sign.

Q. When we see this -- I guess it's a 5-point star here, does that have any significance -- Actually, what --

A. It's a 6-point star.

Q. 6-point star.

A. If you look at it right here [Indicating], here's the 7 and 4 right above the 6-point star. Inside the -- Inside here on the side you have "GD", Gangster Disciples.

Q. What about the "BOS"? What's that all about?

A. That's his nickname.

Page 19

Q. Is it common -- When you're looking at Gangster Disciples, is it common to see an acronym of BOS?

A. You won't see that -- Here he personalizes it.

Q. Okay.

A. He personalized it by putting "BOS." If you look at some of these writings that he has, "BOS" is all through there -- often in there identifying himself as that. Here, he just took the "O" out and put the Gangster Disciples sign in his nickname itself. Also you see a "JB" that he's written on the --

Q. The "JB" would be his initials and that's right across the [unintelligible]; is that correct?

A. Yes, sir.

Q. And then we see -- Detective, if you will, if this is the cell in which the defendant was in, State's Exhibit 7, is there an indication that says "IM" and a "4" with a pitchfork.

A. Pitchfork, IM, Gangster Disciples.

Q. Now, obviously you weren't there when these were put on the wall; is that right?

A. No, sir.

Q. If you take that into consideration with his self admissions and these drawings, does that all add up to your --

Page 20

A. Yeah, it does. Yes, sir.

Q. And State's Exhibit No. 8 was one of the items in the defendant's cell. Can we still see the "GD, 7 and 4 Gangster Disciples, To the World Below."

A. To the World Below is, like, their motto. To the World Below, that is there on the left side.

Q. What's the significance of the "6/3" and "3/6"?

A. That is -- The 6/3 and 3/6, that is -- that indicates that they are -- This is another gang type. That information like that, you'll -- It's just another thing they do when they draw the wings and the number 5 added to -- it's a despairing word to another gang.

Q. To another gang?

A. Yes, sir.

Q. State's Exhibit No. 9, assume for me, if you will, that this was also found in his cell --

A. Gangster City.

Q. We see "Gangster City". Do we still see --

A. Pitchforks, Folk Nation, GD, 7 and 4, Gangster City.

Q. What's in the middle of that?

A. That, sir, I'm still trying to figure it out. Sometimes you look at it and your eyes get blurry. I haven't been able to figure that out yet.

Q. So you can't make out the word that's in the

BROADNAX, JAMES 7/24/09

Page 21

middle of that?

A. I cannot, sir.

Q. Okay.

A. I cannot -- It's an "MOB" at the end.

Q. MOB?

A. Yes. I haven't figured that one out yet.

Q. Was there at least -- Can you tell the judge if the word "Hoover" has any significance to the gang, Gangster Disciples?

A. The word "Hoover" means, like -- He's the founding father of the Gangster Disciples. Everybody goes by the word of [unintelligible] Hoover. He is the president. He's currently incarcerated right now. He's been incarcerated for quite a long time.

Q. Is he in the maximum federal --

A. Maximum federal, no visitors, no nothing, bread and water. When he was in prison, he was still running the gang from prison. They found out, they took him out of prison, reindicted him, put charges back on him and sent him back to prison.

Q. And a letter that was found in the defendant's cell, can you read that, what that letter says?

A. "Peace to the Nation. [Unintelligible], King Hoover.

Q. King Hoover? Is that what it says?

Page 22

A. King Hoover, yes, sir. That's in reference to Larry Hoover. So that's -- That paragraph alone, he is giving his -- all of his respect -- He's just bowing down to Larry Hoover, the president of --

Q. Let me stop you there for a second. You don't know if the defendant wrote this, do you?

A. No, I don't.

Q. But this is a letter that was in his cell?

A. Yes, sir.

Q. It could have very easily been written by the person who appears to have signed it, some --

A. Yes, sir.

Q. And this is something that was in his cell that we're speaking of?

A. Yes.

Q. And what does it say?

A. BOS, which is the nickname. Good luck on bringing [unintelligible] lose it. I'm trying to get back in my zone. With that, he's -- The reality is setting in where he is and what's occurred. So when he's trying to get back to his zone, he's trying to get peace with himself.

Much love. I am what I am, and what I am I will never be.

Q. "I'm trying to get back in the zone and --

Page 23

A. "I am what I am and -- "

Q. At the bottom of it, you see the -- What does it say there?

A. It says, "Gangster makes -- " Just like I mentioned that motto to you.

Q. You're not trying to tell this judge that you know the defendant well, are you?

A. No, I'm not saying that. I'm --

Q. This second letter that was in his cell, "Peace and honor to the honorable founder of the gangster society;" is that right?

A. Yes, sir.

Q. And that's a good sampling of what was in his cell that helped form your opinion; is that correct?

A. Yes, sir.

Q. Now, I also gave you some information by way of a black notebook and red notebook that was found in the victim's car that the defendant was driving when he was caught.

A. Yes, sir.

Q. And you weren't there when they were caught?

A. No, sir.

Q. I just asked you to look at those notebooks and see if they're similar to what was found in his cell?

A. Yes, sir.

Page 24

Q. And if they had any indications of Gangster Disciples; is that --

A. Yes, sir.

Q. And for the -- Just for the hearing, Judge, I'm going to have these two marked.

[State's Exhibit Nos. 14 and 15 were marked for identification.]

THE COURT: Can the witness go back to his seat?

MR. ALEX: We're going to show you a couple of more things, if you don't mind.

THE COURT: Okay. I'm just worried about time.

Q. [By Mr. Alex] So we saw things that were in his cell related to Gangster Disciples and we have self admission; is that correct?

A. Yes, sir.

Q. Prior to him going to jail, if he was found to be in possession of these items -- You looked at these items; is that correct?

A. Yes, sir.

Q. And in particular, we're talking about State's Exhibits 14 and 15?

A. Yes, sir.

Q. And they also make up part of the things that

SHARINA FOWLER, CSR  214-653-5696

Page 25

helped you form your opinion; is that right?

A. Yes, sir.

MR. ALEX: We'll offer 14 and 15 for the hearing, Judge.

THE COURT: You're offering all these as well?

MR. ALEX: Yes, sir.

THE COURT: You didn't offer any of those.

MR. ALEX: We would offer for the hearing, Judge, State's Exhibits 6, 7, 8 and 9, 10 and 11, 12, and there should be a 13. 13 is going to be his -- I think we already --

THE COURT: That's admitted.

MR. ALEX: And then --

THE COURT: 14 and 15?

MR. ALEX: 14 and 15.

THE COURT: Any objection?

MR. PARKS: No objection.

THE COURT: State's Exhibits 6 through 15 inclusive are admitted for purposes of this evidentiary hearing.

[State's Exhibit Nos. 6 through 15 were admitted into evidence.]

Q. [By Mr. Alex] If we look at State's Exhibit 14, which is going to be a red notebook found in

Page 26

the victim's car that the defendant was driving, if we go to the back of that, then we see indications -- same indications that we saw in his cell?

A. Yes, sir.

Q. Let's talk about those. We're still talking about State's Exhibit 14 for the record.

Could you explain to the Court what you see here that's in reference to Gangster Disciples?

A. Here at the beginning you have pitchforks right here [Indicating] and you have the "5" here, which is a -- is in respect to another gang. You have the "7" and "4", which means Gangster Disciples in alphabet terms.

You have "Folk Nation" right here. You have a pitchfork, you've got a "G", "Charles Street, The Grove," his nickname, "BOS." --

THE COURT: What's the significance of "Charles Street, The Grove"?

THE WITNESS: That, sir, I am still trying to figure that one out. Because the Charles Street that we have in Pleasant Grove, you know, it --

Q. [By Mr. Alex] Well, let me follow-up on that just a little bit. Are the Gangster Disciples -- Are they prevalent in the Dallas/Fort Worth area at all?

A. Not prevalent. We might have contacted less

Page 27

than 30.

Q. Where do they -- Did they formulate in Chicago?

A. Formulated in Chicago, but they are in the military. You have a lot of them in the army, especially based in El Paso. This gang was -- What's so unique about them, they groom their gang members to go to the military to learn so they can bring it back to the neighborhood.

Q. And are there -- are there Gangster Disciples, from your research, all over the country?

A. There are Gangster Disciples everywhere. You also have Gangster Disciples -- In Chicago, they have people that are elected officials that are tied in to Gangster Disciples.

Q. And what we see here, is this one of the -- one of the -- When we talk about gangs, usually we see them throwing up some kind of sign. Is that one --

A. Yes, sir.

Q. -- of the signs that would be thrown up?

A. See this? This is a hand holding on to the world. As far as a pitchfork throwing up, or something like that, I don't see that there. I'm still trying to figure that one out.

Q. But this is a hand holding on to the world?

Page 28

A. Like, I have control of the world.

Q. And the "MOB," do you have any --

A. MOB, several different gangs use MOB. You can be a member of the Bloods, you can be -- It's everybody who -- Money Over Bitches. You could be -- It just depends on which specific one that that gang is using.

Q. And that could just mean "Money Over Bitches" as a general rule --

A. Means a hustler.

Q. Very good. All right.

And we've got -- Again, we've got BOS on here a couple of times.

A. Yes, sir.

Q. We see -- Again in this same exhibit we see --

A. The crown and you see --

Q. Folk in --

A. -- folk in the --

Q. -- the middle of the crown.

A. -- crown. You've got "G" right there [Indicating].

THE COURT: I obviously would let you do all of this in front of the jury, but is it really necessary for this hearing?

MR. ALEX: No. No, sir. I just wanted the Court to be aware of all the things that we relied on

Page 29

for the basis of this hearing and --

THE COURT: I have it.

MR. ALEX: Very good.

Q. [By Mr. Alex] In addition to the things we just mentioned to the judge, I've provided you with those -- all of the items we just talked about, including the photos from his cell, the video and the phone calls from jail; is that correct?

A. Yes, sir.

Q. We didn't talk about offense reports and that kind of thing, but just -- it's not the kind of thing that you've used to form -- to base your opinion; is that correct?

A. No, sir.

Q. And so that the Judge is clear, the Gangster Disciples are involved in what kind of criminal activity?

A. They are involved in everything: drug selling, ag robberies, robberies, murder. You name it, they do it.

Q. And is that typical of a criminal street gang?

A. Very typical, sir.

MR. ALEX: We'll pass the witness.

THE COURT: Cross examination?

MR. PARKS: Thank you, Your Honor.

CROSS EXAMINATION

Page 30

BY MR. PARKS:

Q. Officer Nelson, I see what I think is State's Exhibit 13, which appears to be the listing of your various training courses?

A. Yes.

Q. In all of that, I only recognize one of those about ten years ago, or a little longer, as a gang school.

A. Yes, sir.

Q. Is that the only gang school you've attended?

A. No, sir, that's not.

Q. And why wouldn't you have listed the other gang schools?

A. I didn't list that, sir. That's what's uploaded into our personnel records by the City of Dallas. When we attend schools, they usually put that stuff in. There's a lot of schools that I've gone to that they have not listed.

Q. Why would that be?

A. Sir, I have no idea.

Q. Now, with respect to -- Well, let me -- The Gangster Disciples do not have a significant presence in Dallas, do they?

A. No.

Q. I believe you testified you've only seen 30 in

Page 31

all your years?

A. Yes, sir.

Q. Where did you get your information? I have here what's been given to me, I guess by the State, which looks like a Google search. Is that what you're basing your testimony on about the Gangster Disciples, what you saw on the internet?

A. Yes, sir. I'm basing my testimony on stuff that I've researched that came across the internet. Also gang officers that I spoke with from Chicago who gave me some information also.

Q. When was that?

A. About two weeks ago, sir.

Q. Do you remember who you talked to?

A. I have his name as a contact, yes, sir.

Q. Do you think you could get that for us?

A. Yes, sir.

Q. Are you familiar with the Latin Kings?

A. No, sir. I know of them.

Q. Do you know where they originated?

A. No.

Q. Do you know whether they're "folk" or "people"?

A. If I remember correctly -- Like I said, I haven't dealt with Latin Kings, but people nation.

Q. So they would not be affiliated with Gangster

Page 32

Disciples?

A. Nowadays, sir, all these gangs are affiliated with one another. One thing that you read could change drastically, in 30 or 40 days.

Q. Can you tell me, Officer Nelson, whether or not the Gangster Disciples are a disruptive prison organization as those organized nations or identified in the Texas Department of Criminal Justice?

A. Are they organized in the Texas Department --

Q. Yes.

A. Most of our gangs here in Texas, the state of Texas and our prison systems, they are usually -- belong to the Bloods and Crypts, a black gang. As far as being a -- a unit here in the State of Texas, I'm sure we have some, but they are not as active as Bloods and Crypts, sir, because of the --

Q. Maybe you misunderstood my question, Officer.

A. I'm sorry.

Q. Are you aware that the Texas Department of Criminal Justice prison system has a list of what they consider to be disruptive gangs or organizations that they automatically put into administrative segregation?

A. I'm sure they do, yes, sir.

Q. Were you aware of that?

A. Yeah.

Page 33

Q. Is Gangster Disciples one of those listed organizations?

A. Sir, without having reviewed that list, I'm not sure.

Q. Do you know which set Mr. Broadnax would be affiliated with if he were affiliated?

A. If he were affiliated?

Q. Uh-huh.

A. Not what specific set, no, I wouldn't. Now, I know he -- he's admitted he's Gangster Disciples by his drawings and his admissions. As far as what set -- what neighborhood he's coming from, no, sir.

Q. Do you know what level he would be if he was associated?

A. No, sir.

Q. Can you connect Mr. Broadnax to any of the criminal activity of the Gangster Disciples directly?

A. No, sir.

Q. So you're not testifying that he's been involved in any of these murders, aggravated robberies, drug dealings and things that you say that the Gangster Disciples do? You're not saying that he's been involved in that, are you?

A. No, sir. I'm testifying on exactly what was given to me. I don't know anything about him besides

Page 34

what was given to me.

Q. So it's your opinion that based on what you've been shown, he appears to be affiliated with the Gangster Disciples, a Chicago gang, that is involved in criminal activity?

A. Yes.

MR. PARKS: I'll pass the witness.

MR. ALEX: I just want to ask one follow-up, Judge.

REDIRECT EXAMINATION

BY MR. ALEX:

Q. Are you -- Are you saying that it just appears to you that he's a member of Gangster Disciples? That was the last question he asked you. Or are you saying in your opinion, he is a member of Gangster Disciples?

A. In my opinion, he is a member.

MR. ALEX: That's all I have, Judge.

THE COURT: Anything else?

MR. PARKS: Nothing further, Your Honor.

THE COURT: Any argument?

MR. ALEX: No, sir.

MR. PARKS: Well, Judge, I guess I'm a little bit -- a little bit confused. I certainly don't want to waive any of the objections that I previously made. I guess my question really is, for what purpose is

Page 35

this being offered? Is this being offered for the purpose that Mr. Alex originally said, that it shows future dangerousness? I would suggest to the Court that it is -- that it does no such thing, that it's irrelevant based upon that particular issue.

I think Beasley versus State is essentially controlling and we would suggest to the Court that if the Court does feel that this is admissible evidence and that it's not -- it's not admissible under 403 and it's relevant, then we should have at least a limiting instruction to the jury as to what purpose it is offered for. As I read the law, it really is -- is reputation-type evidence.

Unless he can show that Mr. Broadnax has personally been involved in the bad acts of the prison gang, then really all it does is show an association with an organization that has a bad reputation. And that's --

THE COURT: Do you have the Beasley case?

MR. PARKS: Yes, sir.

THE COURT: May I see that?

[Brief pause in proceedings.]

MR. PARKS: Judge, I have some concerns about his being an expert on the issue of Gangster Disciples to begin with. I don't -- I'm not concerned about him being an expert of -- I guess about the gang

Page 36

unit, but, as I understand, all he has done is gone to Google for his information.

THE COURT: The facts of his testimony are a variety of other things that he's researched and including, most compellingly to the Court, his conversations with his colleagues from Chicago.

MR. ALEX: Judge, if I -- if I can, I waived the argument in the first part, but I would like to speak to the issue of punishment phase of the trial of future endangerment. If the jury is deciding whether or not the defendant is a future danger and we're talking about what is relevant and what is not, then his -- Even if he is not a member, if he's aspiring to go out and join a gang that is known for murder, robbery and dope dealing, that is relevant to whether or not he can be a future danger.

Now, if he is actually in a gang that is involved with that kind of activity, then the jury can certainly -- That's certainly relevant when we talk about the standard of relevance and what makes an issue more or less probable than not. And now we're talking about a guy that...

THE COURT: The Court has before it the case of Beasley versus State, 902 SW 2nd 452, 457, which counsel for the defendant has said that he believes is

**Page 37**

the controlling authority. In that case it says, quote, "A fair reading of Article 37.07, Section 3(A) and Rule 404(C) implicates that the sentencier should be provided with all relevant evidence in order to assess fair and appropriate punishment."

In letting gang evidence, far less probative than the evidence here, into -- to allow the jury to hear that -- That case was affirmed. And, again, I've read the entire case here and it's far less probative than what I've found to be very compelling testimony.

I note as far as the record that the various exhibits taken from various locations were linked to the defendant in his gang name "BOS." Any objections along those lines then would go to the weight of the evidence, not the admissibility, under the Kelley versus State case, 824 SW 2d 568.

The Court concludes that the testimony is sufficiently reliable and relevant, would assist the trier of facts in understanding the evidence and this is as to future dangerousness, and that the witness has sufficiently tied the facts of this case to the evidence that he has proffered. The probative value of the testimony is not as substantially outweighed by the prejudicial effect.

**Page 38**

Now, having said all that, as far as what instructions -- limiting instructions I might give to the jury, I'm at least tentatively persuaded that I would do that. We will take that up later. We don't need to take that up right now.

Anything else on this?

MR. ALEX: That's all we have, Judge.

THE COURT: All right. We're in recess on this.

If we can get our other witness down here, I can go right now. Thank y'all.

[Recess taken from 3:12 p.m. to 3:30 p.m.]

THE COURT: Back on the record in the Broadnax case.

MR. ALEX: Judge, on the record we have John Calhoun to be sworn in. Mr. Calhoun has given statements to the police and to the State regarding a weapon that he had in his possession after this offense. After researching Mr. Calhoun's criminal history, he also has a felony conviction.

In an abundance of caution, I'd ask the Court to have Mr. Calhoun talk to his attorney about his rights as it relates to testifying, that it could potentially open him up to criminal liability. I explained to Mr. Calhoun and to his lawyer that we have

**Page 39**

no intention of pursuing a UPFF charge as it relates to -- or any record related here.

I wanted it to be in open court and I wanted counsel to --

THE COURT: Of course, that doesn't bar the Defense from going on him on 922(G).

MR. ALEX: I'm sorry?

THE COURT: It doesn't bar the Defense from going on him on 922(G).

MR. ALEX: That's absolutely correct, Judge. I mean, but --

THE COURT: He can't make any representations as far as that.

MR. ALEX: I have not made any representations.

THE COURT: Well, he can't and he couldn't.

MR. ALEX: No, not me personally.

THE COURT: Right.

MR. ALEX: He would have to fall under their criteria, which I know he could, but, again, I haven't made any representations as far as that's concerned.

THE COURT: Mr. Calhoun, would you come up here, please.

**Page 40**

[Witness sworn.]

THE COURT: The facts that were just proffered to me by the State suggest the possibility that conceivably you could be prosecuted by the State for unlawful possession of a firearm by a felon. That is a third degree felony offense, a penalty range of from two to ten years in the Texas Department of Corrections Institutional Division.

The State has indicated on the record that they have no intentions of pursuing those charges, and I would hold them to that. However, the federal government could prosecute you also under Title 18, United States Code, Section 922(G), which has a maximum sentence of ten years in that case.

There can be -- The State does not have the power to say you wouldn't be prosecuted under that. Now, it is correct that you likely would not be, but that doesn't mean that you couldn't be.

Do you understand that?

MR. CALHOUN: Yes, sir.

THE COURT: And I've appointed Mr. Weatherspoon on this case, a seasoned criminal defense lawyer with an outstanding reputation. Have you consulted with him on this case?

MR. CALHOUN: Yes, sir.

BROADNAX, JAMES 7/24/09 Condensed!™

Page 41

THE COURT: And he also has significant knowledge on federal cases, as well. In fact, he and I tried a case against each other one time about ten years ago.

Now, knowing all that, do you wish to invoke your rights against self-incrimination, which you can do, or do you wish to testify in this case?

MR. CALHOUN: I choose to testify.

THE COURT: And you understand the potential --

MR. CALHOUN: Yes, sir.

THE COURT: And you still want to testify?

MR. CALHOUN: Yes, sir.

THE COURT: And you have talked with Mr. Weatherspoon about the case?

MR. CALHOUN: Yes, sir.

THE COURT: If you could put on the record what you discussed with him.

MR. WEATHERSPOON: Your Honor, I spoke with Mr. Calhoun. I explained to him his right to testify and his right not to testify. I explained to him what Mr. Alex has suggested, that the State cannot prosecute him. I also explained to him that -- that he could be subject to other penalties, but he told me he wanted to go forward.

Page 42

I also explained to him -- Mr. Alex had told me that if he invoked his Fifth Amendment right as to any State charge, that the State can grant him immunity, which is what Mr. Alex told me. We discussed immunity and the ramifications and how that's limited to State and not Federal. After explaining all that to Mr. Calhoun, he indicated to me that he still desired to testify.

THE COURT: Is that right, sir?

MR. CALHOUN: Yes, sir.

THE COURT: You're now a witness in this case and that means you have the obligation to tell the truth at all times. You're not the State's witness and you're not the Defense's witness. Your obligation is to tell the truth in order to insure that justice is done in this case.

Do you understand that?

MR. CALHOUN: Yes, sir.

THE COURT: The lawyers are officers of this court and they have the full authority of the Court to order your presence down here.

Do you understand that?

MR. CALHOUN: Yes.

THE COURT: In the event you should decide not to come when one of them ask you to come down here,

Page 43

you could be held in contempt of court, which is a separate criminal offense and you could end up being in jail. We don't want that, okay?

Do you understand all that?

MR. CALHOUN: Yes, sir.

THE COURT: You're not allowed to discuss your testimony with any of the witnesses in the case. You may discuss the testimony with the lawyers in this case if you wish to. However, if you choose not to, you don't have to. That's your right.

Do you understand all that?

MR. CALHOUN: Yes.

THE COURT: Any questions for me?

MR. CALHOUN: No.

THE COURT: All right. Thank you for coming down here.

MR. WEATHERSPOON: Thank you, Your Honor.

THE COURT: Call your next witness.

MR. LOLLAR: Your Honor, would you like us to make a proffer first?

THE COURT: Yes, sir. I'm sorry. I forgot.

MR. LOLLAR: Your Honor, we intend to call Dr. Cheryl Silver who is a professor at the Southwestern Medical Center -- University of Texas Southwestern

Page 44

Medical Center here in Dallas. Dr. Silver is an expert in brain development. We intend to ask her about brain development in adolescence, particularly in regard to 19-year olds, as the defendant was 19 at the time he committed the offense.

Dr. Silver will tell us about the research that she's aware and has participated in and the research conducted by the National Institute of Health in regards to brain development in adolescence. She'll say that essentially brain development does not end until the mid twenties. She --

THE COURT: Okay. I don't need all that.

MR. LOLLAR: Yes, sir.

THE COURT: Let me call time out. Is this going to be another diminished capacity witness that you hope to put on in guilt/innocence?

MR. LOLLAR: Actually, this would go only to -- Well, ostensibly it could actually. We had thought about only calling her in the punishment phase if we make the punishment phase. But, actually, we're talking about a diminished capacity --

THE COURT: Is that a "Yes"?

MR. LOLLAR: Yes, sir. It's a poss --

THE COURT: If it is, you need to include that in your brief.

Page 45

MR. LOLLAR: Yes, sir.

THE COURT: Let's say it's just punishment phase that I allow this witness, do you have any objections to this witness testifying?

MR. ALEX: I have no idea what the witness's opinion is, Judge, but I -- I don't know any connection to this defendant that --

THE COURT: I'll call the witness in, but let me just say this, it's 3:37 right now and I've got to go at 4:15. Call the witness.

Whereupon,

CHERYL SILVER,

having been first duly cautioned and sworn, testified as follows:

DIRECT EXAMINATION

BY MR. LOLLAR:

Q. Would you tell us your name, please?

A. Cheryl H. Silver.

Q. Ms. Silver, what is your occupation or profession?

A. I'm a professor.

Q. What is the area of your expertise?

A. Neuropsychology.

THE COURT: Excuse me just a second. Is it Cheryl, C-h-e-r-y-l, Doctor?

Page 46

THE WITNESS: That's correct.

THE COURT: Thank you, ma'am.

Q. [By Mr. Lollar] What is your educational background, Dr. Silver?

A. I have a Ph.D.

Q. From where?

A. From the University of Texas in Austin.

Q. And where are you currently employed?

A. I'm currently employed at the University of Texas Southwestern Medical Center here in Dallas.

Q. And what is your particular duties there with UT Southwestern Medical School?

A. I run a graduate program in rehabilitation counseling psychology, and I have a clinical practice there in developmental neuropsychology and testing.

Q. Is it part of your body of work to be aware of and keep up with the body of research involved with brain development?

A. Yes.

Q. And would that include brain development in adolescence?

A. Yes.

Q. And have we asked you, Doctor, to consult with us and to testify to the Court and jury about the development of the adolescent brain, particularly 19-year

Page 47

olds that might be relevant in this case --

A. Yes.

Q. And have you done that with us? Have we talked with you about that?

A. Yes.

Q. Doctor, let me ask you, keeping in mind that we have certain brain limitations, is the brain fully developed at 19?

A. May I answer that in a way other than yes or no?

Q. Sure.

A. I would say it's more accurate to say it's not fully functional.

Q. All right, ma'am. Can you explain that?

A. Well, that is that all of the -- Most of the pieces and parts that are needed to think, move and to remember things -- most of those pieces and parts are there, but they're not functioning at an adult level.

Q. Why are they not functioning at an adult level? What is it about the 19-year old brain?

A. Well, there are two processes that go on in brain development through childhood, adolescence and early adulthood. One of the processes has to do with the growth of connections between the nerve cells in the brain. The property of that growth is that for the brain

Page 48

to be functioning at its peak, at its best efficiency at an adult level, is that the brain grows branches, grows connections between neurons up to a certain age. That age is different depending upon what part of the brain we're talking about.

After that age, the brain prunes itself. It gets rid of the extra connections that get in the way of efficient and effective thinking. So that's one process.

The other is a process called myelination where, again --

Q. I'm sorry, Doctor. Could you spell that for the court reporter.

A. Sure. M-y-e-l-i-n-a-t-i-o-n.

Q. I'm sorry. Go ahead.

A. The process of myelination where, again, the connections between the brain, that's between the brain's nerve cells, gets insulated by a fatty sheath. That also helps the timing of the connections between the nerve cells when we think, move or we memorize, and it also helps the efficiency, the speed at which we do the thinking so that if there is a complex thing we have to do, we can do all of the -- the parts of that complex activity in a way that it all comes together and we behave like an adult.

Page 45 - Page 48

**Page 49**

Q. Doctor, you said that the brain is not fully functional at age 19. When does it become fully functional, at what age?

A. Well, there's probably the need for more research to really talk about how far into the 20s and 30s that pruning happens. The research that's coming out of the National Institute of Health suggests that that pruning is not over until -- Well, they haven't looked beyond about 22 or 23, and at that point, pruning is still going on.

For the myelination, the unfortunate news for some of us that's over 40, is that by the time you get 40, it has hit its peak of myelination and that starts to go downhill.

Q. Translating into behaviors and actions, can you describe how the undeveloped brain is different from the developed brain?

A. The undeveloped brain, or the brain that's not working at the adult level during adult deficiency, won't be able to process as much information at the same time. You know, we talk about multi-tasking, so multi-tasking will not be happening as efficiently or effectively or well done. Decision making is not going to be happening as well as it would in adult -- in an adult brain.

Q. Do different parts of the brain develop at

**Page 50**

different ages?

A. Yes. At different speeds, you might say.

Q. Yes. And are there different parts of the brain that control executive function?

A. Yes. I think you asked me two questions. Different parts of the brain develop at different rates, and the parts of the brain in the pre-frontal area, in the front of the frontal lobe, are the ones to develop last, and the other -- the frontal lobe has to do with executive functioning or decision making, impulse control, all of that kind of adult reasoning.

Q. Could you explain to the judge when you're talking about executive function, exactly what it is that would be the last thing to develop in the human brain.

A. Impulse control and pulling together information about how we've learned in the past and using it in the current situation are probably the two last functions to develop.

Q. Would that --

A. Well, I'll -- I'll make a correction. In fact, impulse control starts very young, but effective adult levels of impulse control --

Q. Would that also be the area of the brain where a person considers consequences of his actions?

A. That's correct.

**Page 51**

Q. And logical thinking, planning ability and judgment?

A. That's right.

Q. And you've already mentioned impulse control.

A. Right.

Q. So that's in the part of the brain that's the last to develop?

A. That's right.

Q. And that is the pre-frontal cortex; is that correct?

A. That is correct.

Q. And then, Doctor, is there something called the amygdala, the a-m-y-g-d-a-l-a, in the brain?

A. The amygdala [pronouncing]?

Q. There you go. Could you tell us what that is?

A. That's the emotional part of the brain, if you will.

Q. And does the amygdala control a person's brain more when they are younger, and does that give way to the pre-frontal cortex as they get older?

A. Yes.

Q. And does that explain why teenagers do what we sometimes look at as being stupid things?

A. Yes.

Q. And including not doing things where they

**Page 52**

haven't foreseen the consequences of their actions, they act impulsively, rashly, violently, without invoking logical thinking? All those types of things?

A. Yes. That would -- that would describe it, uh-huh.

Q. And the 19-year old brain, is that -- Is it accurate to say that the 19-year old brain has not formed -- has not -- Well, that the pre-frontal cortex in a 19-year old is not fully formed?

A. Right. It is not.

Q. And that doesn't tend to fully form until the mid 20s? Would that be safe to say?

A. Early 20s.

Q. Very good. All right.

And, Doctor, I don't mean to rush through this, but I know the judge has a time deadline here. You talked about the myelination process that goes on in late adolescence, early 20s; is that correct?

A. Yes.

Q. And you mentioned the NIH study, The National Institute of Health study. Could you briefly describe what that is for the Court?

A. It's a project that was initiated in 1989 and the purpose of the project was to map the developing brain with the idea that it actually -- they're going to

Page 53

be looking at the contributions of genetics and environment to the developing brain. So it's in this project they have, I believe, enrolled about 2,000 children. They're doing brain scans on the children every two years, so they're gathering huge amount of data to help science to understand how the brain develops.

Q. If I heard what you just said correctly, you mentioned that both genetics can have an effect on brain development, and environment can have an effect on brain develop; is that correct?

A. That's correct.

Q. Now, what we have been talking about is the brain of a normal adolescent. But you're saying in the normal adolescence, the 19-year old brain is not fully developed, and particularly that part of the brain that controls the executive functions we've talked about?

A. That's correct.

Q. But that can also be negatively affected by the genetics that a person inherits and can be affected by the environment that they grew up in; is that correct?

A. Yes.

Q. Can it also be affected by alcohol or drug usage?

A. Yes.

Q. Can alcohol or drug usage affect brain

Page 54

development?

A. Yes.

Q. Doctor, I believe you had mentioned to us -- before, not here today -- and I want to ask you about this. Is this aspect of brain development that is now fairly well accepted within the psychiatric community, is that something that industry and the law is -- have long recognized here in Texas and in this country?

A. I really can't say anything about industry.

Q. Let me tell you what I'm talking about. You're aware, for instance, that insurance companies either decline to insure a driver under 25, or they jack up the rates for a driver under 25?

A. Correct.

Q. And you're aware that, for instance, you cannot rent a car from a car rental place until you're 25 years old?

A. I hadn't known that until just a few weeks ago.

Q. Is this something that legislatures across the country, federal congress and legislatures here in Texas recognize, that there are certain things you can't do until you get to be certain ages?

A. It seems to me, yes, that they realize that until a certain age, you might need -- a person is likely to not think things through, not make wise decisions, not

Page 55

be able to multi-task, as I said earlier, in the case of driving.

Q. I think we've talked about some of these, Doctor, between you and myself, but are you aware that here in the State of Texas you cannot drink alcohol until you're 21?

A. Yes.

Q. Can't possess tobacco until you're 21?

A. Yes.

Q. Can't place a bet at a racetrack, like, out here in Grand Prairie. You can't place a bet there until you're 21 years of age.

A. Yes.

Q. Can't play bingo until you're 21?

A. Yes.

Q. You can't ride a motorcycle without a helmet until you're 21.

A. [Inaudible response.]

Q. So, you know, these are all different things that the legislature in the State of Texas says that a person who is 19-years old doesn't have the maturity to handle; is that right?

A. That's correct.

Q. And is that going back to the brain development that you described?

Page 56

A. Yes.

Q. Now, is this brain development testimony that you're giving us here today, is that something that is recognized in the psychiatric community as being accurate?

A. Yes.

Q. And there is growing research in regards to that all the time; is that right?

A. There is, yes.

Q. So the points you would make to the jury, Doctor, if you're called to testify in front of the jury, is to tell them about brain development and how the brain is not developed as a 19-year old?

A. [Inaudible response.]

Q. And you're going to describe these different studies that you're aware of and your own research that shows the different things you've talked about here today?

A. Probably not my own research, but certainly the research done by the large -- large scale projects.

Q. You have not yourself examined James Broadnax, the defendant in this case?

A. That's correct.

Q. Your testimony is going to be about the brain development of any 19-year old?

Page 57

A. Yes.

MR. LOLLAR: Pass the witness.

THE COURT: Cross examination?

MR. ALEX: Thank you, Judge.

CROSS EXAMINATION

BY MR. ALEX:

Q. Ma'am, my name is David Alex and I have a few questions for you. I'm not an expert in your field and if I ask you questions that don't make sense to you or you don't understand, please let me know, okay?

A. Okay.

Q. Now, I just -- I'm going to start off first with your opinions. Do you know whether or not you are testifying in the guilt/innocence phase of the trial as to the mental state of the defendant?

A. I will not be.

Q. Very good. And so you are not going to be giving an opinion that the defendant cannot form the intent to kill because he's got a 19-year old brain, or anything like that, are you?

A. No.

Q. And you won't be giving an opinion as to the defendant cannot form the intent to commit a robbery because of this undeveloped brain?

A. No.

Page 58

Q. And you're not going to be giving an opinion as it relates to the defendant's -- Well, is a 19-year old brain, are we considering that an adolescent brain?

A. Yes.

Q. That the defendant's adolescent brain would stop him from committing any of the acts necessary in a capital murder case?

A. No, I'm not.

THE COURT: Let me interrupt you for a second, Mr. Alex.

Based on the testimony I've heard so far, it will not be necessary for the parties to brief her as a witness for diminished capacity during guilt/innocence. I'm not going to allow it. She hasn't even examined the defendant, so you need not address that.

Go ahead, Mr. Alex.

Q. [By Mr. Alex] And let's talk about what your opinion is, that you'll be giving in front of the jury, and that is the brain development of a 19-year old that's not as developed as a what? Can you answer that "what" part? As a who?

A. As an adult.

Q. As an adult. And an adult starts at what age, in your opinion?

Page 59

A. Well, I'd say adulthood probably starts in the early 20s, and certainly there are other opinions about exactly when that age is.

Q. And I want to try and be as clear as I can. I'm not always, but right now what I'm trying to decipher is what your opinion will be to the jury. Are you going to be saying to the jury, "It is my professional opinion that a 19-year old brain is not as fully developed as a person in their early 20s," and that's sort of your cut-off for adults?

A. I will say that, certainly, and might go beyond that a little bit. It might go beyond the early 20s, based on the research.

Q. And the basis of that opinion is it has to do with brain imaging; is that correct?

A. That's correct.

Q. Is that the -- Is that sort of the primary basis, that the brain imaging, technology and science has led to that sort of conclusion?

A. One might say that's the primary evidence, although there is behavioral evidence that matches up with the imaging as well.

Q. Okay. Very good. Let's talk about that as an opinion. Will you be giving the jury an opinion that a specific behavior, you can tell that by imaging a brain

Page 60

of anybody, an adult or a child? That you can determine the behavior by imaging a person's brain and looking at that? Is that part of your opinion?

A. No, that would not be part of what I'm going to talk about or what I intend to talk about.

Q. As it relates to brain imaging, you would agree with me that that's pre -- still in experimental stages as it relates to determining behavior?

A. No, I would say it's beyond the experimental stages.

Q. Okay. Fine. And do you have an opinion about -- Well, I guess you're not giving an opinion as it relates to imaging a person's brain and taking that image and being able to determine the behavior? You've already told us --

A. Yeah. I won't be talking about that. I don't plan to.

Q. And I just want to be clear, you're not giving an opinion as to this particular defendant at all; is that right?

A. That's right.

Q. Do you believe if you have an image of the defendant's brain that that would be helpful to you at all in giving an opinion to the jury as to whether or not he has a fully developed brain past the age of -- of what

Page 61

you call adolescence?

A. No, that would be insufficient information.

Q. So you cannot look at a person's brain and tell that they're -- Let me ask you this as a general matter. If we imaged everybody's brain in here and the defendant is the only one that's 19, would you be able to pick his brain out of all those images?

A. I don't know the answer to that. I'm not sure.

Q. You're not sure?

A. That's right.

Q. But you are saying that brain imaging is the catalyst behind the theory that a person's brain is not fully developed at the age of 19?

A. I'm sorry. Could you say that --

Q. You are saying that brain imaging -- the science of brain imaging -- is the forefront of the conclusions that a person's brain is not fully developed at the age of 19?

A. That's correct.

Q. But you couldn't pick it out if it was in front of you with all the other adults; is that right?

A. That's right, because I think I would need more information.

Q. And you are aware that there are lots of -- Are you familiar with The Society -- Are you a member of

Page 62

The Society of Nuclear Medicine?

A. No, I'm not.

Q. Do you know what it is?

A. No, I don't.

Q. Are you a member of any organizations that -- involving the brain imaging?

A. Yes.

Q. Which ones are those?

A. The International Neuropsychological Society.

Q. Okay.

A. And the National Academy of Neuropsychology.

Q. And you've never heard of the Society of Nuclear Medicine?

A. I didn't say I've never heard of them, but I don't know anything about them. I couldn't describe their mission statement or who their members are.

Q. And you know that there are a lot of people that are in this field that think that this is still a very experimental theory of science, imaging a person's brain during the development of an adolescence? Are you aware of that?

A. I think there are some people who would say that.

Q. Very good.

THE COURT: Remember parties, there is no

Page 63

jury here. Questions that would be good to ask them are not necessarily good to ask now.

Q. [By Mr. Alex] What is your primary -- your job description? What do you do for a living?

A. Well, as I said, we have a graduate program at the University of Texas Southwestern. I'm the program chair for that graduate program, so I run the program, teach in the program and do clinical supervision and clinical teaching in the program. I have a small amount of research that I do myself. I run a clinical service and teach students how to do the work that I do in that clinical service, and then serve on various committees.

Q. To accomplish what?

A. To accomplish what? To --

Q. What do you do? What do you accomplish? What is it -- When you go to work everyday, what is it that --

A. Well, part of what I do is to accomplish the goal of educating students to go out to be human service providers, mental health providers to clients. Then the other part of what I do is provide services to children and a limited number of adults who have various kind of brain problems that create problems with learning and behavior.

Q. Tell me if this is correct: "Dr. Silver, child

Page 64

neuropsychologist, is the coordinator of a testing and evaluation center focused on children with developmental learning difficulties, such as dyslexia and ADD;" is that correct?

A. That's very old.

Q. That's very old?

A. It's not even called the Research and Evaluation Center for Learning anymore.

Q. But is that part of what you do?

A. That is part of what I do.

MR. ALEX: That's all I have, Judge.

[Defendant's Exhibit No. 2 was marked for identification.]

REDIRECT EXAMINATION

BY MR. LOLLAR:

Q. Doctor, I forgot to ask you to identify your CV for the record. I'm going to show you what's been marked here as Defendant's Exhibit No. 2.

THE COURT: Is there any objection to Defendant's 2?

MR. ALEX: No objection.

THE COURT: Defendant's 2 is admitted.

[Defendant's Exhibit No. 2 was admitted.]

Q. [By Mr. Lollar] Thank you, Doctor. That's all the questions we -- Oh, let me ask you: Is that

Page 61 - Page 64

SHARINA FOWLER, CSR 214-653-5696

Page 65

your CV?

A. Yes, it is.

Q. Thank you --

MR. ALEX: You're going to kill me, Judge, but I do have one other question.

THE COURT: If it's one I won't, but I've heard that before from you. It turns into 30.

RECROSS EXAMINATION

BY MR. ALEX:

Q. The articles that you relied on for your opinions, can you get us those articles?

A. Yes.

Q. And you can give us those, off the record, the names and the articles; is that correct?

A. Yes.

MR. ALEX: No further questions.

THE COURT: You may step down, ma'am.

The Court notes in passing that although a 19-year old is not allowed to drink or bet out at Lone Star Park, they are required to make decisions in war as to who an enemy combatant is. However, that goes to the weight and not the admissibility of this witness' testimony.

For the tests that I've previously stated under Kelley versus State, I am going to permit the

Page 66

witness to testify.

Anything else?

MS. HANDLEY: A housekeeping matter, Your Honor, with respect to a hearing we had earlier with Dr. Roach. He had -- I think there were four articles he was relying on. He's given us copies of those, and I'll offer them into the record now as State's Exhibits 2, 3, 4 and 5.

[State's Exhibit Nos. 2 through 5 were offered into evidence.]

MR. LOLLAR: No objection.

THE COURT: It's admitted.

[State's Exhibit Nos. 2 through 5 were admitted into evidence.]

MR. ALEX: Just briefly, Judge. There was a pretrial hearing in which the State -- at a suggestion of the Court, requested that our Dr. Price be able to evaluate the defendant in the event that the Defense would call an expert to testify who has examined him.

The Court granted that ruling. We're about three weeks away from trial and I wanted to get that accomplished. I think Defense counsel said they were gonna draft an order. I haven't seen the order, but we're at the point where we will be making that request to get it done.

Page 67

MR. PARKS: We're not going to be calling anyone who has examined Mr. Broadnax, and under Lagroan, we're not entitled to do that unless we do that. We've indicated that to you, I believe, before.

MR. ALEX: So on the record, am I hearing that you're not going to be calling anybody who has examined the defendant? If that's the case, then --

MR. LOLLAR: Well, now, with the exception of the ones you let us know about, which were the people in jail: The psychiatrist, Dr. Lane, Dr. Mersmedal [phonetic], Jason Barghesy [phonetic] --

MR. ALEX: He'll --

MR. LOLLAR: You've given us their records and you put them on your witness list.

MR. ALEX: The jail doc --

MR. LOLLAR: Yes.

MR. ALEX: Well, yeah, the jail doctors have examined him for the purposes of treatment, not the purposes of --

MR. LOLLAR: Right.

MR. ALEX: But if they're telling me they're not going to call anybody --

THE COURT: They just said that they weren't.

MR. ALEX: Okay. Very good.

Page 68

THE COURT: Anything else? What time are we starting Monday?

MR. LOLLAR: I thought --

THE COURT: Off the record.

[Whereupon, this day's proceedings were concluded at 4:06 p.m. To be continued in the next numbered volume.]

BROADNAX, JAMES 7/24/09

Condenselt!™

Page 69

THE STATE OF TEXAS        X
COUNTY OF DALLAS        X
                I, Sharina Fowler, Deputy Official Court
Reporter for the Criminal District Court No. 7, Dallas
County, Texas, do hereby certify that the above and
foregoing contains a true and correct transcription of
all portions of evidence and other proceedings requested
in writing by counsel for the parties to be included in
this volume of the Reporter's Record in the above styled
and numbered cause, all of which occurred in open court
or in chambers and were reported by me.
                I further certify that this Reporter's
Record of the proceedings truly and correctly reflects
the exhibits, if any, offered by the respective parties.

                WITNESS MY OFFICIAL HAND, this the _____
day of March, 2010.


_____
Sharina A. Fowler, Texas CSR #6132
Expiration Date: 12/31/11
Deputy Official Court Reporter
Criminal District Court No. 7
Dallas County, Texas
Crowley Courts Building
Dallas, Texas
214-653-5696

**-#-**

## [1]  4:2
#6132 [1]  69:16

**-1-**

1 [66]  3:1  4:1
5:1  6:1  7:1
8:1  9:1  10:1
11:1  12:1  13:1
14:1  15:1  16:1
17:1  18:1  19:1
20:1  21:1  22:1
23:1  24:1  25:1
26:1  27:1  28:1
29:1  30:1  31:1
32:1  33:1  34:1
35:1  36:1  37:1
38:1  39:1  40:1
41:1  42:1  43:1
44:1  45:1  46:1
47:1  48:1  49:1
50:1  51:1  52:1
53:1  54:1  55:1
56:1  57:1  58:1
59:1  60:1  61:1
62:1  63:1  64:1
65:1  66:1  67:1
68:1

10 [69]  1:10  3:10
5:10  6:10  7:10
8:10  9:10  10:10
11:10  12:10  13:10
14:10  15:10  16:10
17:9  17:10  18:10
19:10  20:10  21:10
22:10  23:10  24:10
25:10  25:10  26:10
27:10  28:10  29:10
30:10  31:10  32:10
33:10  34:10  35:10
36:10  37:10  38:10
39:10  40:10  41:10
42:10  43:10  44:10
45:10  46:10  47:10
48:10  49:10  50:10
51:10  52:10  53:10
54:10  55:10  56:10
57:10  58:10  59:10
60:10  61:10  62:10
63:10  64:10  65:10
66:10  67:10  69:10
69:10

11 [70]  1:11  3:11
4:6  5:11  6:11
7:11  8:11  9:11
10:11  11:11  12:11
13:11  14:11  15:11
16:11  17:10  17:11
18:11  19:11  20:11
21:11  22:11  23:11
24:11  25:10  25:11
26:11  27:11  28:11
29:11  30:11  31:11
32:11  33:11  34:11
35:11  36:11  37:11
38:11  39:11  40:11
41:11  42:11  43:11
44:11  45:11  46:11
47:11  48:11  49:11

50:11  51:11  52:11
53:11  54:11  55:11
56:11  57:11  58:11
59:11  60:11  61:11
62:11  63:11  64:11
65:11  66:11  67:11
69:11  69:11

12 [71]  1:12  3:12
5:12  6:12  7:12
8:12  8:13  9:12
10:12  11:12  12:12
13:12  14:12  15:12
16:12  17:7  17:10
17:12  18:12  19:12
20:12  21:12  22:12
23:12  24:12  25:10
25:12  26:12  27:12
28:12  29:12  30:12
31:12  32:12  33:12
34:12  35:12  36:12
37:12  38:12  39:12
40:12  41:12  42:12
43:12  44:12  45:12
46:12  47:12  48:12
49:12  50:12  51:12
52:12  53:12  54:12
55:12  56:12  57:12
58:12  59:12  60:12
61:12  62:12  63:12
64:12  65:12  66:12
67:12  69:12  69:12

12/31/11 [1]  69:16
12508700 [1]  2:13

13 [75]  1:13  3:13
4:6  5:13  6:13
7:13  8:13  9:13
9:17  9:19  10:13
11:10  11:13  11:14
12:13  13:13  14:13
15:13  16:13  17:13
18:13  19:13  20:13
21:13  22:13  23:13
24:13  25:11  25:11
25:13  26:13  27:13
28:13  29:13  30:3
30:13  31:13  32:13
33:13  34:13  35:13
36:13  37:13  38:13
39:13  40:13  41:13
42:13  43:13  44:13
45:13  46:13  47:13
48:13  49:13  50:13
51:13  52:13  53:13
54:13  55:13  56:13
57:13  58:13  59:13
60:13  61:13  62:13
63:13  64:13  65:13
66:13  67:13  69:13
69:13

131 [1]  2:18
133 [1]  2:5
14 [73]  3:14  5:14
6:14  7:14  8:14
9:14  10:14  11:14
12:14  13:14  14:14
15:14  16:14  17:14
18:14  19:14  20:14
21:14  22:14  23:14
24:6  24:14  24:23
25:3  25:14  25:15
25:16  25:25  26:6

26:14  27:14  28:14
29:14  30:14  31:14
32:14  33:14  34:14
35:14  36:14  37:14
38:14  39:14  40:14
41:14  42:14  43:14
44:14  45:14  46:14
47:14  48:14  49:14
50:14  51:14  52:14
53:14  54:14  55:14
56:14  57:14  58:14
59:14  60:14  61:14
62:14  63:14  64:14
65:14  66:14  67:14
69:14  69:14

14-15 [1]  4:7
14th [1]  6:22
15 [73]  3:15  5:15
6:15  7:15  8:15
9:15  10:15  11:15
12:15  13:15  14:15
15:15  16:15  17:15
18:15  19:15  20:15
21:15  22:15  23:15
24:6  24:15  24:23
25:3  25:15  25:15
25:16  25:19  25:22
26:15  27:15  28:15
29:15  30:15  31:15
32:15  33:15  34:15
35:15  36:15  37:15
38:15  39:15  40:15
41:15  42:15  43:15
44:15  45:15  46:15
47:15  48:15  49:15
50:15  51:15  52:15
53:15  54:15  55:15
56:15  57:15  58:15
59:15  60:15  61:15
62:15  63:15  64:15
65:15  66:15  67:15
69:15  69:15

15520000 [1]  2:10
16 [65]  2:16  3:16
5:16  6:16  7:16
8:16  9:16  10:16
11:16  12:16  13:16
14:16  15:16  16:16
17:16  18:16  19:16
20:16  21:16  22:16
23:16  24:16  25:16
26:16  27:16  28:16
29:16  30:16  31:16
32:16  33:16  34:16
35:16  36:16  37:16
38:16  39:16  40:16
41:16  42:16  43:16
44:16  45:16  46:16
47:16  48:16  49:16
50:16  51:16  52:16
53:16  54:16  55:16
56:16  57:16  58:16
59:16  60:16  61:16
62:16  63:16  64:16
65:16  66:16  67:16

17 [65]  3:17  4:5
5:17  6:17  7:17
8:17  9:17  10:17
11:17  12:17  13:17
14:17  15:17  16:17
17:17  18:17  19:17

20:17  21:17  22:17
23:17  24:17  25:17
26:17  27:17  28:17
29:17  30:17  31:17
32:17  33:17  34:17
35:17  36:17  37:17
38:17  39:17  40:17
41:17  42:17  43:17
44:17  45:17  46:17
47:17  48:17  49:17
50:17  51:17  52:17
53:17  54:17  55:17
56:17  57:17  58:17
59:17  60:17  61:17
62:17  63:17  64:17
65:17  66:17  67:17

1700 [1] 2:14
18 [65]  3:18  5:18
6:18  7:18  8:18
9:18  10:18  11:18
12:18  13:18  14:18
15:18  16:18  17:18
18:18  19:18  20:18
21:18  22:18  23:18
24:18  25:18  26:18
27:18  28:18  29:18
30:18  31:18  32:18
33:18  34:18  35:18
36:18  37:18  38:18
39:18  40:12  40:18
41:18  42:18  43:18
44:18  45:18  46:18
47:18  48:18  49:18
50:18  51:18  52:18
53:18  54:18  55:18
56:18  57:18  58:18
59:18  60:18  61:18
62:18  63:18  64:18
65:18  66:18  67:18

19 [70]  3:19  5:19
6:19  7:19  8:19
9:19  10:19  11:19
12:19  13:19  14:19
15:19  16:19  17:19
18:19  19:19  20:19
21:19  22:19  23:19
24:19  25:19  26:19
27:19  28:19  29:19
30:19  31:19  32:19
33:19  34:19  35:19
36:19  37:19  38:19
39:19  40:19  41:19
42:19  43:19  44:4
44:19  45:19  46:19
47:8  47:19  48:19
49:2  49:19  50:19
51:19  52:19  53:19
54:19  55:19  56:19
57:19  58:19  59:19
60:19  61:6  61:13
61:18  61:19  62:19
63:19  64:19  65:19
66:19  67:19

19-year [14]  44:4
46:25  47:20  52:6
52:7  52:9  53:14
56:13  56:25  57:19
58:2  58:20  59:8
65:19

19-years [1]  55:21
1989 [1] 52:23

1st [1]  6:22

**-2-**

2 [76]  3:2  3:4
4:2  4:9  5:2
6:2  7:2  8:2
9:2  10:2  11:2
12:2  13:2  14:2
15:2  16:2  17:2
18:2  19:2  20:2
21:2  22:2  23:2
24:2  25:2  26:2
27:2  28:2  29:2
30:2  31:2  32:2
33:2  34:2  35:2
36:2  37:2  38:2
39:2  40:2  41:2
42:2  43:2  44:2
45:2  46:2  47:2
48:2  49:2  50:2
51:2  52:2  53:2
54:2  55:2  56:2
57:2  58:2  59:2
60:2  61:2  62:2
63:2  64:2  64:12
64:18  64:20  64:22
64:23  65:2  66:2
66:8  66:9  66:13
67:2  68:2

2,000 [1]  53:3
20 [68]  2:20  3:20
5:20  6:20  7:20
8:20  9:5  9:6
9:20  10:20  11:20
12:20  13:20  14:20
15:20  16:20  17:20
18:20  19:20  20:20
21:20  22:20  23:20
24:20  25:20  26:20
27:20  28:20  29:20
30:20  31:20  32:20
33:20  34:20  35:20
36:20  37:20  38:20
39:20  40:20  41:20
42:20  43:20  44:20
45:20  46:20  47:20
48:20  49:20  50:20
51:20  52:20  53:20
54:20  55:20  56:20
57:20  58:20  59:20
60:20  61:20  62:20
63:20  64:20  65:20
66:20  67:20  69:20

2009 [2] 1:14  3:3
2010 [1] 69:13
20s [7]  49:5  52:12
52:13  52:18  59:2
59:9  59:12

21 [73]  1:21  2:21
3:21  5:21  6:21
7:21  8:21  9:21
10:21  11:21  12:21
13:21  14:21  15:21
16:21  17:21  18:21
19:21  20:21  21:21
22:21  23:21  24:21
25:21  26:21  27:21
28:21  29:21  30:21
31:21  32:21  33:21
34:21  35:21  36:21

37:21 38:21 39:21
40:21 41:21 42:21
43:21 44:21 45:21
46:21 47:21 48:21
49:21 50:21 51:21
52:21 53:21 54:21
55:6 55:8 55:12
55:14 55:17 55:21
56:21 57:21 58:21
59:21 60:21 61:21
62:21 63:21 64:21
65:21 66:21 67:21
69:21 69:21

**214-384-8178** [1]
2:15

**214-653-3600** [2]
2:6    2:19

**214-653-5696** [1]
69:19

**22** [69] 1:22 2:22
3:22 5:22 6:22
7:22 8:22 9:22
10:22 11:22 12:22
13:22 14:22 15:22
16:22 17:22 18:22
19:22 20:22 21:22
22:22 23:22 24:22
25:22 26:22 27:22
28:22 29:22 30:22
31:22 32:22 33:22
34:22 35:22 36:22
37:22 38:22 39:22
40:22 41:22 42:22
43:22 44:22 45:22
46:22 47:22 48:22
49:9 49:22 50:22
51:22 52:22 53:22
54:22 55:22 56:22
57:22 58:22 59:22
60:22 61:22 62:22
63:22 64:22 65:22
66:22 67:22 69:22
69:22

**23** [69] 1:23 2:23
3:23 5:23 6:23
7:23 8:23 9:23
10:23 11:23 12:23
13:23 14:23 15:23
16:23 17:23 18:23
19:23 20:23 21:23
22:23 23:23 24:23
25:23 26:23 27:23
28:23 29:23 30:23
31:23 32:23 33:23
34:23 35:23 36:23
37:23 38:23 39:23
40:23 41:23 42:23
43:23 44:23 45:23
46:23 47:23 48:23
49:9 49:23 50:23
51:23 52:23 53:23
54:23 55:23 56:23
57:23 58:23 59:23
60:23 61:23 62:23
63:23 64:23 65:23
66:23 67:23 69:23
69:23

**24** [70] 1:24 2:24
3:3 3:24 4:7
5:24 6:24 7:24
8:24 9:24 10:24

11:24 12:24 13:24
14:24 15:24 16:24
17:24 18:24 19:24
20:24 21:24 22:24
23:24 24:24 25:24
26:24 27:24 28:24
29:24 30:24 31:24
32:24 33:24 34:24
35:24 36:24 37:24
38:24 39:24 40:24
41:24 42:24 43:24
44:24 45:24 46:24
47:24 48:24 49:24
50:24 51:24 52:24
53:24 54:24 55:24
56:24 57:24 58:24
59:24 60:24 61:24
62:24 63:24 64:24
65:24 66:24 67:24
69:24 69:24

**24049165** [1] 2:17
**24TH** [1] 1:14
**25** [73] 1:25 2:25
3:25 4:5 4:7
5:25 6:25 7:25
8:25 9:25 10:25
11:25 12:25 13:25
14:25 15:25 16:25
17:25 18:25 19:25
20:25 21:25 22:25
23:25 24:25 25:25
26:25 27:25 28:25
29:25 30:25 31:25
32:25 33:25 34:25
35:25 36:25 37:25
38:25 39:25 40:25
41:25 42:25 43:25
44:25 45:25 46:25
47:25 48:25 49:25
50:25 51:25 52:25
53:25 54:12 54:13
54:16 54:25 55:25
56:25 57:25 58:25
59:25 60:25 61:25
62:25 63:25 64:25
65:25 66:25 67:25
69:25 69:25

**2d** [1] 37:17
**2nd** [1] 36:24

**-3-**

**3** [70] 3:3 4:3
5:3 6:3 7:3
8:3 9:3 10:3
11:3 12:3 13:3
14:3 15:3 16:3
17:3 18:3 19:3
20:3 21:3 22:3
23:3 24:3 25:3
26:3 27:3 28:3
29:3 30:3 31:3
32:3 33:3 34:3
35:3 36:3 37:2
37:3 38:3 39:3
40:3 41:3 42:3
43:3 44:3 45:3
46:3 47:3 48:3
49:3 50:3 51:3
52:3 53:3 54:3
55:3 56:3 57:3
58:3 59:3 60:3

61:3 62:3 63:3
64:3 65:3 66:3
66:8 67:3 68:3
69:3 69:3
**3/6** [2] 20:7 20:8
**30** [5] 3:7 27:1
30:25 32:4 65:7
**30s** [1] 49:6
**3200** [2] 10:21 10:22
**321** [1] 2:11
**33** [2] 10:14 10:23
**34** [2] 3:8 10:23
**37.07** [1] 37:2
**38** [1] 3:9
**3:12** [1] 38:12
**3:30** [1] 38:12
**3:37** [1] 45:9

**-4-**

**4** [77] 3:4 4:4
5:4 6:4 7:4
8:4 9:4 10:4
11:4 12:4 13:4
14:4 15:4 16:4
16:4 16:12 16:13
16:14 16:17 17:4
18:4 18:21 19:4
19:18 20:4 20:4
20:19 21:4 22:4
23:4 24:4 25:4
26:4 26:12 27:4
28:4 29:4 30:4
31:4 32:4 33:4
34:4 35:4 36:4
37:4 38:4 39:4
40:4 41:4 42:4
43:4 44:4 45:4
46:4 47:4 48:4
49:4 50:4 51:4
52:4 53:4 54:4
55:4 56:4 57:4
58:4 59:4 60:4
61:4 62:4 63:4
64:4 65:4 66:4
66:8 67:4 68:4
**40** [3] 32:4 49:12
49:13
**401** [1] 6:17
**403** [2] 6:19 35:10
**404** [1] 37:3
**43** [1] 3:10
**45** [1] 3:12
**450** [1] 2:14
**452** [1] 36:24
**457** [1] 36:24
**4:06** [1] 68:6
**4:15** [1] 45:10
**4th** [1] 16:15

**-5-**

**5** [74] 3:5 3:5
4:5 5:5 6:5
7:5 8:5 9:5
10:5 11:5 12:5
13:5 14:5 15:5

16:5 17:5 18:5
19:5 20:5 20:11
21:5 22:5 23:5
24:5 25:5 26:5
26:10 27:5 28:5
29:5 30:5 31:5
32:5 33:5 34:5
35:5 36:5 37:5
38:5 39:5 40:5
41:5 42:5 43:5
44:5 45:5 46:5
47:5 48:5 49:5
50:5 51:5 52:5
53:5 54:5 55:5
56:5 57:5 58:5
59:5 60:5 61:5
62:5 63:5 64:5
65:5 66:5 66:8
66:9 66:13 67:5
68:5 69:5 69:5
**5-point** [1] 18:15
**568** [1] 37:17
**57** [1] 3:12

**-6-**

**6** [74] 3:6 4:6
5:6 6:6 7:6
8:6 9:6 10:6
11:6 12:6 13:6
14:6 15:6 16:6
17:6 17:7 17:9
17:25 18:6 19:6
20:6 21:6 22:6
23:6 24:6 25:6
25:10 25:19 25:22
26:6 27:6 28:6
29:6 30:6 31:6
32:6 33:6 34:6
35:6 36:6 37:6
38:6 39:6 40:6
41:6 42:6 43:6
44:6 45:6 46:6
47:6 48:6 49:6
50:6 51:6 52:6
53:6 54:6 55:6
56:6 57:6 58:6
59:6 60:6 61:6
62:6 63:6 64:6
65:6 66:6 67:6
68:6 69:6 69:6
**6-12** [1] 4:5
**6-point** [3] 18:18
18:19 18:21
**6/3** [2] 20:7 20:8
**64** [3] 3:13 4:9
4:9
**65** [1] 3:13
**69** [1] 3:14

**-7-**

**7** [83] 1:5 1:7
1:17 3:7 3:7
4:7 5:7 6:7
7:7 8:7 9:7
10:7 11:7 12:7
13:7 14:7 15:7
16:7 16:13 16:14
16:14 16:17 17:7
17:9 18:7 18:21

19:7 19:17 20:3
20:7 20:19 21:7
22:7 23:7 24:7
25:7 25:10 26:7
26:11 27:7 28:7
29:7 30:7 31:7
32:7 33:7 34:7
35:7 36:7 37:7
38:7 39:7 40:7
41:7 42:7 43:7
44:7 45:7 46:7
47:7 48:7 49:7
50:7 51:7 52:7
53:7 54:7 55:7
56:7 57:7 58:7
59:7 60:7 61:7
62:7 63:7 64:7
65:7 66:7 67:7
68:7 69:4 69:17
**702** [1] 5:6
**705** [1] 5:6
**75201** [1] 2:15
**75207** [1] 2:6
**75270-4399** [1]
2:19
**77765** [1] 2:11

**-8-**

**8** [72] 1:8 2:8
3:8 4:8 5:8
6:8 7:8 8:8
9:8 10:8 11:8
12:8 13:8 14:8
15:8 16:8 17:8
17:9 18:8 19:8
20:2 20:8 21:8
22:8 23:8 24:8
25:8 25:10 26:8
27:8 28:8 29:8
30:8 31:8 32:8
33:8 34:8 35:8
36:8 37:8 38:8
39:8 40:8 41:8
42:8 43:8 44:8
45:8 46:8 47:8
48:8 49:8 50:8
51:8 52:8 53:8
54:8 55:8 56:8
57:8 58:8 59:8
60:8 61:8 62:8
63:8 64:8 65:8
66:8 67:8 69:8
69:8
**824** [1] 37:17

**-9-**

**9** [71] 1:9 2:9
3:9 4:6 4:9
5:9 6:9 7:9
8:9 9:9 10:9
11:9 12:9 13:9
14:9 15:9 16:9
17:9 17:9 18:9
19:9 20:9 20:15
21:9 22:9 23:9
24:9 25:9 25:10
26:9 27:9 28:9
29:9 30:9 31:9
32:9 33:9 34:9

35:9 36:9 37:9
38:9 39:9 40:9
41:9 42:9 43:9
44:9 45:9 46:9
47:9 48:9 49:9
50:9 51:9 52:9
53:9 54:9 55:9
56:9 57:9 58:9
59:9 60:9 61:9
62:9 63:9 64:9
65:9 66:9 67:9
**902** [1] 36:24
**903-769-3120** [1]
2:12
**922** [3] 39:6 39:9
40:13

### -A-

**a-m-y-g-d-a-l-a** [1]
51:13
**ability** [1] 51:1
**able** [6] 20:24 49:20
55:1 60:14 61:6
66:17
**above** [3] 18:21
69:4 69:7
**above-entitled** [1]
1:15
**absolutely** [1] 39:10
**abundance** [1] 38:21
**Academy** [1] 62:11
**accepted** [2] 10:25
54:6
**accomplish** [4] 63:13
63:14 63:15 63:18
**accomplished** [1]
66:22
**accurate** [3] 47:12
52:7 56:5
**acronym** [1] 19:2
**act** [1] 52:2
**actions** [3] 49:15
50:24 52:1
**active** [1] 32:15
**activities** [1] 7:15
**activity** [7] 7:16
10:10 29:16 33:17
34:5 36:18 48:24
**acts** [2] 35:15 58:6
**add** [2] 19:24 64:3
**added** [1] 20:12
**addition** [6] 5:23
5:25 6:5 15:23
17:2 29:4
**address** [1] 58:15
**administrative** [1]
32:22
**admissibility** [2]
37:16 65:22
**admissible** [2] 35:8
35:9
**admission** [3] 14:16
14:17 24:16
**admissions** [3] 17:2

19:24 33:11
**admitted** [12] 4:3
5:22 5:24 11:12
11:14 25:13 25:20
25:23 33:10 64:22
66:12 66:14
**admitted.]** [1] 64:23
**admitting** [4] 13:21
13:23 15:24 15:24
**adolescence** [8] 44:3
44:9 46:14 47:22
52:18 53:14 61:1
62:20
**adolescent** [4] 46:25
53:13 58:3 58:5
**adult** [14] 47:18
47:19 48:2 48:25
49:19 49:19 49:24
49:24 50:11 50:21
58:23 58:24 58:24
60:1
**adulthood** [2] 47:23
59:1
**adults** [3] 59:10
61:21 63:22
**affect** [2] 16:6
53:25
**affected** [3] 53:18
53:19 53:22
**affiliated** [6] 31:25
32:2 33:6 33:6
33:7 34:3
**affiliation** [1] 7:1
**affirmed** [1] 37:8
**ag** [1] 29:18
**again** [6] 28:11
28:14 37:9 39:21
48:11 48:16
**against** [2] 41:3
41:6
**age** [12] 48:3 48:4
48:6 49:2 49:3
54:24 55:12 58:24
59:3 60:25 61:13
61:18
**ages** [2] 50:1 54:22
**aggravated** [1] 33:20
**ago** [5] 9:21 30:7
31:13 41:4 54:18
**agree** [1] 60:6
**ahead** [2] 48:15
58:17
**air** [1] 14:18
**alcohol** [3] 53:22
53:25 55:5
**Alex** [57] 2:2
3:5 3:7 3:8
3:12 3:13 5:8
5:9 7:1 7:11
7:23 9:25 11:11
17:22 24:10 25:3
25:7 25:9 25:14
25:16 28:24 29:3
29:22 34:8 34:11
34:17 34:21 35:2
36:7 38:7 38:15
39:7 39:10 39:14

39:18 39:20 41:22
42:1 42:4 45:5
57:4 57:6 57:7
58:10 58:17 64:11
64:21 65:4 65:9
65:16 66:15 67:5
67:12 67:15 67:17
67:21 67:25
**Alex]** [14] 8:9
9:19 10:4 11:16
15:5 15:23 17:9
17:24 24:14 25:24
26:22 29:4 58:18
63:3
**aligned** [2] 15:13
15:19
**allow** [3] 37:7
45:3 58:14
**allowed** [2] 43:6
65:19
**alone** [1] 22:2
**along** [1] 37:15
**alphabet** [3] 16:14
16:15 26:12
**always** [1] 59:5
**Amendment** [2]
6:22 42:2
**amount** [2] 53:5
63:9
**amygdala** [3] 51:13
51:14 51:18
**ANDREA** [1] 2:3
**answer** [3] 47:9
58:21 61:8
**APPEARANCES** [1]
3:4
**appointed** [1] 40:21
**appropriate** [1] 37:5
**area** [6] 9:11 11:4
26:24 45:22 50:7
50:23
**argument** [2] 34:20
36:8
**army** [2] 15:15 27:5
**arrested** [1] 6:3
**Article** [1] 37:2
**articles** [5] 5:13
65:10 65:11 65:14
66:5
**aspect** [1] 54:5
**aspiring** [3] 7:8
7:12 36:13
**assess** [1] 37:4
**assigned** [1] 8:11
**assist** [1] 37:19
**Assistant** [2] 2:4
2:17
**associated** [1] 33:14
**association** [2] 12:12
35:16
**assume** [1] 20:15
**attend** [1] 30:16
**attended** [2] 9:22
30:10

**attorney** [3] 2:10
2:14 38:22
**Attorneys** [1] 2:4
**Austin** [2] 12:15
46:7
**authority** [2] 37:1
42:20
**automatically** [1]
32:22
**aware** [11] 28:25
32:19 32:24 44:7
46:16 54:11 54:15
55:4 56:16 61:24
62:21
**away** [2] 16:25 66:21

### -B-

**B-a-r-r-e-t-t** [1]
8:6
**background** [1] 46:4
**bad** [2] 35:15 35:17
**bar** [2] 39:5 39:8
**Barghesy** [1] 67:11
**Barrett** [6] 3:5
3:6 7:19 7:25
8:7 8:8
**base** [1] 29:12
**based** [6] 15:10
27:6 34:2 35:5
58:11 59:13
**basing** [2] 31:5
31:8
**basis** [8] 5:21 5:24
6:8 13:10 13:17
29:1 59:14 59:18
**Beasley** [3] 35:6
35:18 36:24
**become** [2] 10:5
49:2
**begin** [2] 6:4
35:24
**beginning** [1] 26:9
**behave** [1] 48:25
**behavior** [5] 59:25
60:2 60:8 60:14
63:24
**behavioral** [1] 59:21
**behaviors** [1] 49:15
**behind** [1] 61:12
**believes** [1] 36:25
**belong** [1] 32:12
**Below** [3] 20:4
20:5 20:6
**best** [1] 48:1
**bet** [3] 55:10 55:11
65:19
**between** [6] 47:24
48:3 48:17 48:17
48:19 55:4
**beyond** [4] 49:9
59:11 59:12 60:9
**bingo** [1] 55:14
**bit** [4] 26:23 34:23
34:23 59:12

**Bitches** [1] 28:3
28:7
**black** [2] 23:17
32:13
**Bloods** [3] 28:4
32:13 32:15
**blurry** [1] 20:23
**Blvd** [2] 2:5 2:18
**body** [2] 46:16 46:17
**BOS** [8] 18:24 19:3
19:6 19:7 22:17
26:16 28:11 37:14
**bottom** [1] 23:2
**bowing** [1] 22:3
**boyfriend** [3] 16:1
16:3 16:6
**BRAD** [1] 2:13
**brain** [77] 44:2
44:2 44:9 44:10
46:17 46:20 46:25
47:7 47:7 47:20
47:22 47:25 47:25
48:2 48:4 48:6
48:17 49:1 49:16
49:17 49:18 49:18
49:24 49:25 50:4
50:6 50:7 50:14
50:23 51:6 51:13
51:16 51:18 52:6
52:7 52:25 53:2
53:4 53:6 53:8
53:9 53:13 53:14
53:15 53:25 54:5
55:24 56:2 56:12
56:12 56:24 57:19
57:24 58:3 58:3
58:5 58:20 59:8
59:15 59:18 59:25
60:2 60:6 60:13
60:23 60:25 61:3
61:5 61:7 61:11
61:12 61:15 61:16
61:17 62:6 62:20
63:23
**brain's** [1] 48:17
**branches** [1] 48:2
**bread** [1] 21:16
**brief** [3] 15:7 44:25
58:12
**briefly** [3] 9:13
52:21 66:15
**bring** [1] 27:8
**bringing** [1] 22:18
**Broadnax** [9] 1:6
5:4 11:19 33:5
33:16 35:14 38:14
56:21 67:2
**Building** [3] 2:5
2:18 69:18

### -C-

**C** [3] 2:1 5:1
37:3
**C-h-e-r-y-l** [1] 45:25
**Calhoun** [20] 3:9
38:16 38:16 38:22

Case 3:15-cv-01758-N   Document 41-14   Filed 06/29/16   Page 26 of 32   PageID 9754

38:25  39:24  40:20
40:25  41:8  41:11
41:13  41:16  41:20
42:7  42:10  42:18
42:23  43:5  43:12
43:14

Calhoun's [1]  38:19

calls [2] 15:25  29:7

Calm [1]  2:11

cannot [8]  21:2
21:4  41:22  54:15
55:5  57:18  57:23
61:3

capacity [3]  44:15
44:21  58:13

capital [1]  58:7

car [4]  23:18  26:1
54:16  54:16

career [1]  12:24

carry [1] 10:10

case [25] 11:18  12:6
35:18  36:24  37:1
37:8  37:9  37:17
37:22  38:14  40:14
40:22  40:24  41:3
41:7  41:15  42:12
42:16  43:7  43:9
47:1  55:1  56:22
58:7  67:7

cases [1]  41:2

catalyst [1]  61:12

caught [2]  23:19
23:21

caution [1]  38:21

cautioned [2]  7:20
45:13

cell [17] 6:7  17:4
17:16  18:2  18:5
19:16  20:3  20:16
21:22  22:8  22:13
23:9  23:14  23:24
24:15  26:3  29:7

cells [3] 47:24  48:18
48:20

center [5]  43:25
44:1  46:10  64:2
64:8

certain [5]  47:7
48:3  54:21  54:22
54:24

certainly [6]  34:23
36:19  36:19  56:19
59:2  59:11

CERTIFICATE [1]
3:14

certify [2]  69:4
69:9

chair [1] 63:7

chambers [1]  69:9

change [1]  32:3

charge [2]  39:1
42:3

charges [2]  21:19
40:10

Charles [3]  26:15
26:18  26:20

Cheryl [7]  3:10
3:11  4:9  43:24
45:12  45:18  45:25

Chicago [8]  15:11
15:14  27:3  27:4
27:13  31:10  34:4
36:6

child [2] 60:1  63:25

childhood [1]  47:22

children [4]  53:4
53:4  63:21  64:2

choose [2]  41:8
43:9

cities [1]  12:16

City [6] 8:3  12:24
20:17  20:18  20:20
30:15

classes [2]  4:6
9:21

clear [3] 29:15  59:4
60:18

clearly [1]  14:25

client [1]  7:10

clients [1]  63:20

clinical [5]  46:14
63:8  63:9  63:10
63:12

closing [1]  7:3

Club [1] 7:12

Code [1] 40:13

colleagues [1]  36:6

combatant [1]  65:21

coming [3]  33:12
43:16  49:6

Commerce [1]  2:14

commit [1]  57:23

committed [1]  44:5

committees [1]  63:12

committing [1]  58:6

common [3]  18:12
19:1  19:2

community [2]  54:6
56:4

companies [1]  54:11

compelling [1]  37:10

compellingly [1]
36:5

complex [2]  48:22
48:23

conceivably [1]
40:4

concerned [2]  35:24
39:23

concerns [1]  35:22

concluded [1]  68:6

concludes [1]  37:18

conclusion [1]  59:19

conclusions [1] 61:17

conducted [1]  44:8

confused [1]  34:23

congress [1]  54:20

connect [1]  33:16

connection [1]  45:7

connections [5] 47:24
48:3  48:7  48:17
48:19

consequences [2]
50:24  52:1

consider [1]  32:21

consideration [1]
19:23

considering [1] 58:3

considers [1]  50:24

Constitution [1]
6:23

consult [1]  46:23

consulted [1]  40:24

contact [1]  31:15

contacted [1]  26:25

contains [1]  69:5

contempt [1]  43:1

continuation [1]
5:4

continued [1]  68:6

contributions [1]
53:1

control [8]  28:1
50:4  50:11  50:15
50:21  50:22  51:4
51:18

controlling [2]  35:7
37:1

controls [1]  53:16

conversations [1]
36:6

conviction [1]  38:20

coordinator [1] 64:1

copies [2]  5:12
66:6

copy [1] 9:14

correct [28]  15:15
19:13  23:14  24:16
24:20  29:8  29:13
39:10  40:17  46:1
50:25  51:10  51:11
52:18  53:10  53:11
53:17  53:20  54:14
55:23  56:23  59:15
59:16  61:19  63:25
64:4  65:14  69:5

correction [1]  50:20

Corrections [1] 40:7

correctly [3]  31:23
53:7  69:10

cortex [3]  51:9
51:20  52:8

counsel [6]  5:10
10:1  36:25  39:4
66:22  69:7

counseling [1]  46:14

country [3]  27:11
54:8  54:20

County [6]  1:6
1:18  17:5  69:2
69:4  69:18

couple [2]  24:11

28:12

course [1]  39:5

courses [1]  30:4

court [106]  1:5
1:17  3:14  5:3
6:13  6:15  6:24
7:9  7:17  8:1
8:5  8:7  10:2
10:4  11:8  11:12
14:2  15:3  15:16
15:22  17:23  24:8
24:12  25:5  25:8
25:13  25:15  25:17
25:19  26:7  26:17
28:21  28:25  29:2
29:23  34:18  34:20
35:3  35:7  35:8
35:18  35:20  36:3
36:5  36:23  36:23
37:18  38:8  38:13
38:22  39:3  39:5
39:8  39:12  39:16
39:19  39:24  40:2
40:21  41:1  41:9
41:12  41:14  41:17
42:9  42:11  42:19
42:20  42:20  42:24
43:1  43:6  43:13
43:15  43:18  43:21
44:12  44:14  44:22
44:24  45:2  45:8
45:24  46:2  46:24
48:13  52:22  57:3
58:9  62:25  64:19
64:22  65:6  65:17
65:18  66:12  66:17
66:20  67:23  68:1
68:4  69:3  69:4
69:8  69:17  69:17

Courts [3]  2:5
2:18  69:18

create [1]  63:23

crime [2]  7:7
7:7

criminal [18]  1:4
1:17  2:4  7:15
7:15  11:22  29:16
29:20  32:8  32:20
33:17  34:4  38:19
38:24  40:22  43:2
69:4  69:17

criteria [1]  39:21

Cross [6]  3:7
3:12  29:23  29:25
57:3  57:5

Crowley [3]  2:5
2:18  69:18

crown [3]  28:15
28:18  28:19

Crypts [2]  32:13
32:15

CSR [1]  69:16

current [1]  50:17

cut-off [1]  59:10

CV [3]  4:9  64:16
65:1

D [2]  16:15

D-e-r-r-i-c-k [1]
8:5

Dallas [20]  1:6
1:18  1:18  2:4
2:6  2:15  2:19
5:16  8:3  12:23
12:24  17:4  30:16
30:23  44:1  46:10
69:2  69:4  69:18
69:19

Dallas/Fort [1]  26:24

danger [3]  7:16
36:11  36:16

dangerousness [2]
35:3  37:21

data [1]  53:5

Date [1] 69:16

David [2]  2:2
57:7

day's [1]  68:5

days [1] 32:4

deadline [1]  52:16

dealing [1]  36:15

dealings [1]  33:21

dealt [2] 12:23  31:24

decide [1]  42:24

deciding [1]  36:10

decipher [1]  59:5

decision [2]  49:23
50:10

decisions [2]  54:25
65:20

decline [1]  54:12

defendant [32]  2:20
5:19  5:22  6:2
6:6  7:8  11:18
12:6  13:14  13:23
15:25  16:9  17:4
19:16  22:6  23:7
23:18  26:1  36:11
36:25  37:14  44:4
45:7  56:22  57:15
57:18  57:23  58:15
60:19  61:5  66:18
67:7

defendant's [10]
6:11  18:2  20:3
21:21  58:2  58:5
60:23  64:18  64:20
64:22

Defender [1]  2:17

defense [5]  39:6
39:8  40:23  66:18
66:22

Defense's [2]  4:8
42:14

deficiency [1]  49:19

degree [1]  40:6

Demonstrative [1]
4:2

department [8]  5:12
5:16  8:10  10:19
32:8  32:9  32:19
40:7

-D-

Case 3:15-cv-01758-N    Document 41-14    Filed 06/29/16    Page 27 of 32    PageID 9755

depending [1] 48:4

Deputy [2] 69:3
69:17

describe [5] 49:16
52:4   52:21   56:15
62:15

described [1] 55:25

description [2] 4:3
63:4

desired [1] 42:7

despairing [1] 20:12

Detective [2] 18:4
19:15

determine [2] 60:1
60:14

determining [1] 60:8

develop [7] 49:25
50:6   50:8   50:14
50:18   51:7   53:10

developed [9] 47:8
49:17   53:15   56:13
58:21   59:8   60:25
61:13   61:17

developing [2] 52:24
53:2

development [17]
44:2   44:3   44:9
44:10   46:18   46:20
46:25   47:22   53:9
54:1   54:5   55:24
56:2   56:12   56:25
58:20   62:20

developmental [2]
46:15   64:2

develops [1] 53:6

different [12] 28:3
48:4   49:16   49:25
50:1   50:2   50:3
50:6   50:6   55:19
56:15   56:17

difficult [1] 14:21

difficulties [1] 64:3

diminished [3] 44:15
44:21   58:13

Direct [4] 3:7
3:12   7:22   45:15

directly [2] 7:2
33:17

Disciple [1] 16:16

Disciples [44] 5:20
6:4   6:8   7:6
11:19   11:23   13:14
15:8   15:8   15:13
15:20   15:21   16:18
17:19   18:13   18:23
19:2   19:10   19:19
20:4   21:9   21:11
24:2   24:15   26:8
26:12   26:23   27:10
27:12   27:13   27:15
29:16   30:22   31:6
32:1   32:6   33:1
33:10   33:17   33:22
34:4   34:13   34:15
35:24

discuss [3] 12:16
43:6   43:8

discussed [2] 41:18
42:4

discussing [1] 15:12

discussion [1] 15:18

disruptive [2] 32:6
32:21

District [5] 1:4
1:17   2:4   69:4
69:17

Division [1] 40:8

doc [1] 67:15

Doctor [12] 45:25
46:23   47:6   48:12
49:1   51:12   52:15
54:3   55:4   56:11
64:16   64:24

doctors [1] 67:17

doesn't [5] 39:5
39:8   40:18   52:11
55:21

done [6] 36:1   42:15
47:3   49:23   56:20
66:25

dope [1] 36:14

DOUG [1] 2:9

down [8] 12:15
17:22   22:4   38:10
42:21   42:25   43:16
65:17

downhill [1] 49:14

Dr [9] 43:24   44:1
44:6   46:4   63:25
66:5   66:17   67:10
67:10

draft [1] 66:23

drastically [1] 32:4

draw [1] 20:11

drawings [3] 16:16
19:24   33:11

drink [2] 55:5
65:19

driver [2] 54:12
54:13

driving [3] 23:18
26:1   55:2

drug [4] 29:17   33:21
53:22   53:25

duly [2] 7:20   45:13

during [3] 49:19
58:13   62:20

duties [1] 46:11

dyslexia [1] 64:3

-E-

E [4] 2:1   2:1
5:1   5:1

early [6] 47:23   52:13
52:18   59:2   59:9
59:12

easily [1] 22:10

educating [1] 63:19

education [3] 5:11
6:1   12:10

educational [1] 46:3

effect [3] 37:25
53:8   53:9

effective [2] 48:8
50:21

effectively [1] 49:22

efficiency [2] 48:1
48:21

efficient [1] 48:8

efficiently [1] 49:22

either [1] 54:11

El [1] 27:6

elected [1] 27:14

emotional [1] 51:16

employed [3] 8:3
46:8   46:9

end [3] 21:4   43:2
44:10

endangerment [2]
7:2   36:10

enemy [1] 65:21

enforcement [1]
8:23

enrolled [1] 53:3

entire [1] 37:9

entitled [1] 67:3

environment [3]
53:2   53:9   53:20

especially [1] 27:5

essentially [2] 35:7
44:10

evaluate [1] 66:18

evaluation [2] 64:2
64:8

event [2] 42:24
66:18

everybody [2] 21:11
28:4

everybody's [1]
61:5

everyday [1] 63:16

everywhere [1] 27:12

evidence [12] 5:6
35:9   35:13   37:4
37:6   37:7   37:16
37:20   37:22   59:20
59:21   69:6

evidence.] [4] 11:15
25:23   66:10   66:14

evidentiary [1] 25:20

evolved [1] 15:8

exactly [3] 33:24
50:13   59:3

examination [15]
3:7   3:7   3:8
3:12   3:13   3:13
7:22   29:23   29:25
34:10   45:15   57:3
57:5   64:14   65:8

Examinatoin [1]
3:12

examined [6] 56:21
58:15   66:19   67:2
67:7   67:18

exception [1] 67:8

excluded [1] 6:18

Excuse [1] 45:24

executive [4] 50:4
50:10   50:13   53:16

exhibit [20] 9:17
9:19   11:10   11:14
17:7   17:24   19:17
20:2   20:15   24:6
25:22   25:25   26:6
28:14   30:3   64:12
64:18   64:23   66:9
66:13

exhibits [8] 4:1
17:9   24:23   25:10
25:19   37:13   66:8
69:11

existence [1] 7:7

experience [5] 5:11
5:25   12:10   12:22
13:10

experimental [3]
60:7   60:9   62:19

expert [13] 5:5
5:17   5:18   9:11
11:3   11:5   11:13
11:17   35:23   35:25
44:1   57:8   66:19

expertise [1] 45:22

Expiration [1] 69:16

explain [4] 26:7
47:14   50:12   51:22

explained [5] 38:25
41:20   41:21   41:23
42:1

explaining [1] 42:6

extent [1] 6:18

extra [1] 48:7

eyes [1] 20:23

-F-

F [1] 18:8

fact [2] 41:2   50:20

facts [4] 36:3   37:20
37:22   40:2

fair [2] 37:2   37:4

fairly [1] 54:6

fall [1] 39:20

familiar [2] 31:18
61:25

far [11] 27:22   32:13
33:11   37:6   37:9
37:12   38:1   39:13
39:22   49:5   58:12

father [1] 21:11

fatty [1] 48:18

federal [6] 21:15
21:16   40:11   41:2
42:6   54:20

felon [1] 40:5

felony [2] 38:20
40:6

few [3] 17:18   54:18
57:7

field [2] 57:8   62:18

Fifth [1] 42:2

figure [4] 20:22
20:24   26:20   27:24

figured [1] 21:6

Fine [1] 60:11

firearm [1] 40:5

first [6] 7:20   10:6
36:8   43:20   45:13
57:12

flag [1] 14:6

Focal [3] 5:20
6:3   6:7

focused [1] 64:2

folk [20] 11:19   14:7
14:7   14:9   14:10
14:25   15:5   15:7
15:9   15:11   15:12
15:13   15:19   18:6
18:10   20:19   26:14
28:16   28:17   31:22

follow-up [2] 26:22
34:9

following [1] 1:14

follows [2] 7:21
45:14

forefront [1] 61:16

foregoing [1] 69:5

foremost [1] 10:6

foreseen [1] 52:1

forgot [2] 43:22
64:16

form [6] 23:14   25:1
29:12   52:11   57:18
57:23

formed [2] 52:8
52:9

formulate [1] 27:2

Formulated [1] 27:4

forward [1] 41:25

found [8] 20:16
21:18   21:21   23:17
23:24   24:18   25:25
37:10

founder [1] 23:10

founding [1] 21:11

four [3] 8:18   14:8
66:5

Fowler [2] 69:3
69:16

Frank [2] 2:5
2:18

free [1] 16:19

front [5] 28:22   50:8
56:11   58:19   61:20

frontal [2] 50:8
50:9

full [2] 7:24   42:20

fully [11] 47:7
47:13   49:1   49:2
52:9   52:11   53:14
59:8   60:25   61:13
61:17

function [2] 50:4
50:13

Case 3:15-cv-01758-N   Document 41-14   Filed 06/29/16   Page 28 of 32   PageID 9256

**functional** [3] 47:13
49:2   49:3
**functioning** [4] 47:18
47:19   48:1   50:10
**functions** [2]   50:18
53:16
**future** [7]   7:2
7:16   35:3   36:10
36:11   36:16   37:21

**-G-**

**G** [7]   5:1   16:14
26:15   28:19   39:6
39:9   40:13
**gang** [48]   5:16
6:12   7:1   7:4
7:6   8:11   8:12
8:13   8:14   10:5
10:6   10:13   10:15
10:22   11:6   11:7
11:23   12:12   12:15
12:23   12:25   13:2
13:9   13:15   13:20
14:23   20:9   20:12
20:13   21:8   21:18
26:11   27:6   27:7
28:6   29:20   30:7
30:10   30:12   31:10
32:13   34:4   35:16
35:25   36:14   36:17
37:6   37:14
**gangs** [13]   5:18
9:11   11:4   11:17
12:16   15:10   16:18
16:22   27:17   28:3
32:2   32:11   32:21
**gangster** [50]   5:20
6:4   6:7   7:6
11:19   11:23   13:13
15:8   15:8   15:13
15:20   15:21   16:15
16:17   17:18   18:12
18:22   19:2   19:10
19:19   20:4   20:17
20:18   20:19   21:9
21:11   23:4   23:10
24:1   24:15   26:8
26:12   26:23   27:10
27:12   27:13   27:15
29:15   30:22   31:6
31:25   32:6   33:1
33:10   33:17   33:21
34:3   34:13   34:15
35:23
**gathering** [1]   53:5
**GD** [3]   18:22   20:3
20:19
**general** [2]   28:8
61:4
**genetics** [3]   53:1
53:8   53:19
**given** [6]   31:4
33:25   34:1   38:16
66:6   67:13
**giving** [11]   6:9
22:3   56:3   57:18
57:22   58:1   58:19
59:24   60:12   60:18
60:24

**goal** [1]   63:19
**goes** [4]   7:2   21:12
52:17   65:21
**gone** [3]   12:11   30:17
36:1
**gonna** [2]   15:23
66:23
**good** [11]   22:17
23:13   28:10   29:3
52:14   57:17   59:23
62:24   63:1   63:2
67:25
**Google** [2]   31:5
36:2
**government** [1]   40:11
**graduate** [3]   46:13
63:5   63:7
**Grand** [1]   55:11
**grant** [1]   42:3
**granted** [1]   66:20
**great** [1]   16:21
**grew** [1]   53:20
**groom** [1]   27:7
**Grove** [3]   26:16
26:18   26:21
**growing** [1]   56:7
**grows** [2]   48:2
48:2
**growth** [2]   47:24
47:25
**guaranteed** [1]   12:13
**guess** [6]   18:15
31:4   34:22   34:25
35:25   60:12
**guilt/innocence** [3]
44:16   57:14   58:14
**gun** [1]   14:6
**guy** [1]   36:22
**guys** [3]   10:24   11:6
16:7

**-H-**

**H** [1]   45:18
**hand** [5]   7:17   14:11
27:21   27:25   69:12
**handle** [2]   10:10
55:22
**HANDLEY** [2]   2:3
66:3
**happening** [2]   49:22
49:23
**health** [4]   44:8
49:7   52:21   63:20
**hear** [1]   37:8
**heard** [7]   13:23
14:25   53:7   58:11
62:12   62:14   65:7
**hearing** [13]   1:9
1:15   5:5   11:13
24:4   25:4   25:9
25:21   28:23   29:1
66:4   66:16   67:5
**held** [3]   1:17   12:15
43:1

**helmet** [1]   55:16
**help** [1]   53:6
**helped** [2]   23:14
25:1
**helpful** [1]   60:23
**helps** [2]   48:19
48:21
**hereby** [1]   69:4
**himself** [4]   5:22
5:24   19:8   22:22
**history** [1]   38:19
**hit** [1]   49:13
**hold** [3]   7:9   11:8
40:11
**holding** [2]   27:21
27:25
**Holly** [1]   2:11
**honor** [8]   23:10
29:24   34:19   41:19
43:17   43:19   43:23
66:4
**honorable** [2]   1:16
23:10
**Hoover** [8]   21:8
21:10   21:12   21:24
21:25   22:1   22:2
22:4
**hope** [1]   44:16
**housekeeping** [1]
66:3
**huge** [1]   53:5
**human** [2]   50:14
63:19
**hustler** [1]   28:9

**-I-**

**idea** [3]   30:20   45:5
52:25
**identification.]** [4]
9:18   17:8   24:7
64:13
**identified** [1]   32:7
**identifies** [1]   6:7
**identify** [3]   6:3
18:5   64:16
**identifying** [1]   19:8
**image** [2]   60:14
60:22
**imaged** [1]   61:5
**images** [1]   61:7
**imaging** [12]   59:15
59:18   59:22   59:25
60:2   60:6   60:13
61:11   61:15   61:16
62:6   62:19
**immunity** [2]   42:4
42:5
**implicates** [1]   37:3
**impulse** [5]   50:10
50:15   50:21   50:22
51:4
**impulsively** [1]   52:2
**incarcerated** [2]
21:13   21:14

**include** [2]   43:21
46:20
**included** [1]   69:7
**including** [3]   29:6
36:5   51:25
**inclusive** [1]   25:20
**INDEX** [2]   3:1
4:1
**indicated** [3]   40:9
42:7   67:4
**indicates** [1]   20:9
**indication** [1]   19:17
**indications** [3]   24:1
26:2   26:3
**Industrial** [2]   2:5
2:18
**industry** [2]   54:7
54:9
**information** [10]
16:19   20:10   23:16
31:3   31:11   36:2
49:20   50:16   61:2
61:23
**inherits** [1]   53:19
**initials** [1]   19:12
**initiated** [1]   52:23
**Inside** [2]   18:21
18:22
**instance** [3]   17:25
54:11   54:15
**Institute** [3]   44:8
49:7   52:21
**Institutional** [1]
40:8
**instruction** [1]   35:11
**instructions** [2]   38:2
38:2
**insufficient** [1]   61:2
**insulated** [1]   48:18
**insurance** [1]   54:11
**insure** [2]   42:15
54:12
**intend** [3]   43:23
44:2   60:5
**intent** [2]   57:19
57:23
**intention** [1]   39:1
**intentions** [1]   40:10
**interact** [1]   13:8
**International** [1]
62:9
**internet** [3]   16:21
31:7   31:9
**interrupt** [1]   58:9
**interview** [3]   10:8
10:17   14:14
**interviewed** [2]   10:24
13:24
**interviews** [1]   13:19
**Investigation** [1]
12:12
**investigator** [1]   18:1
**invoke** [1]   41:6

**invoking** [1]   52:2
**involved** [8]   29:16
29:17   33:20   33:22
34:4   35:15   36:18
46:17
**involving** [1]   62:6
**irrelevant** [1]   35:4
**issue** [4]   35:5   35:23
36:9   36:20
**items** [9]   6:1
6:2   6:6   17:10
17:18   20:2   24:19
24:20   29:6
**itself** [2]   19:10   48:6

**-J-**

**jack** [1]   54:12
**jail** [10]   5:24   6:6
15:25   17:5   24:18
29:8   43:3   67:10
67:15   67:17
**James** [4]   1:6
5:4   11:19   56:21
**jarhead** [1]   15:18
**Jason** [1]   67:11
**JB** [2]   19:11   19:12
**job** [3]   10:8   10:17
63:3
**John** [2]   3:9   38:16
**join** [2]   16:24   36:14
**judge** [31]   1:16
5:9   5:13   5:15
7:1   11:2   15:6
15:7   17:22   21:7
23:6   24:4   25:4
25:10   29:5   29:15
34:9   34:17   34:22
35:22   36:7   38:7
38:15   39:11   45:6
50:12   52:16   57:4
64:11   65:4   66:15
**judgment** [1]   51:2
**July** [2]   1:14   3:3
**jury** [18]   6:10   12:5
15:6   28:22   35:11
36:10   36:18   37:8
38:3   46:24   56:10
56:11   58:19   59:6
59:7   59:24   60:24
63:1
**justice** [3]   32:8
32:20   42:15

**-K-**

**K** [1]   18:10
**keep** [1]   46:17
**keeping** [1]   47:6
**keeps** [1]   14:14
**Keith** [3]   3:6
7:19   7:25
**Kelley** [2]   37:16
65:25
**KERI** [1]   2:16

SHARINA FOWLER, CSR 214-653-5696

Case 3:15-cv-01758-N    Document 41-14    Filed 06/29/16    Page 29 of 32    PageID 9757

kill [2] 55:19   63:4
kind [7] 27:18   29:11
   29:11   29:16   36:18
   50:11   63:22
King [3] 21:23   21:25
   22:1
Kings [2]   31:18
   31:24
knowing [1]   41:5
knowledge [1]   41:2
known [2]   36:14
   54:18

**-L-**

Lagroan [1]   67:2
Lake [1] 2:11
Lane [2] 2:11   67:10
large [2] 56:20   56:20
Larry [2]   22:2
   22:4
last [7] 9:5   9:6
   34:14   50:9   50:14
   50:17   51:7
late [1]   52:17
Latin [2]   31:18
   31:24
laughing [1]   7:10
law [5] 2:10   2:14
   8:23   35:12   54:7
lawyer [2]   38:25
   40:23
lawyers [2]   42:19
   43:8
LB2 [1] 2:18
learn [2] 16:22   27:8
learned [1]   50:16
learning [3]   63:23
   64:3   64:8
least [3] 21:7   35:10
   38:3
leave [1] 10:15
led [1]   59:19
left [1]   20:6
legislature [1]   55:20
legislatures [2]   54:19
   54:20
less [4] 26:25   36:21
   37:6   37:9
lesson [1]   15:7
letter [5] 16:15   21:21
   21:22   22:8   23:9
letting [1]   37:6
level [5] 33:13   47:18
   47:19   48:2   49:19
levels [1]   50:22
liability [1]   38:24
likely [2]   40:17
   54:24
limitations [1]   47:7
limited [2]   42:5
   63:22
limiting [2]   35:11

lines [1] 37:15
linked [1]   37:13
list [4] 30:14   32:20
   33:3   67:14
listed [3]   30:12
   30:18   33:1
listing [1]   30:3
living [2]   8:2
   63:4
lobe [2] 50:8   50:9
location [1]   7:13
locations [1]   37:13
logical [2]   51:1
   52:3
Lollar [19]   2:13
   3:10   3:12   3:13
   43:19   43:23   44:13
   44:17   44:23   45:1
   45:16   57:2   64:15
   66:11   67:8   67:13
   67:16   67:20   68:3
Lollar] [2]   46:3
   64:24
Lone [1] 65:20
longer [1]   30:7
look [12] 10:8   10:9
   10:10   17:3   18:8
   18:20   19:7   20:23
   23:23   25:24   51:23
   61:3
looked [2]   24:19
   49:9
looking [3]   19:1
   53:1   60:2
looks [1]   31:5
lose [1] 22:18
lots [1] 61:24
love [1] 22:23
luck [1] 22:17

**-M-**

M-y-e-l-i-n-a-t-i-o-n
   [1]   48:14
ma'am [4]   46:2
   47:14   57:7   65:17
makes [2]   23:4
   36:20
MALLON [1]   2:16
map [1] 52:24
March [1]   69:13
marine [1]   15:19
marked [7]   9:16
   9:17   17:8   24:5
   24:7   64:12   64:17
matches [1]   59:21
material [2]   12:1
   17:3
matter [2]   61:4
   66:3
maturity [1]   55:21
maximum [3]   21:15
   21:16   40:13

may [4] 35:20   38:8
   47:9   65:17
mean [6]   7:2
   15:7   28:7   39:11
   40:18   52:15
means [5]   13:1
   21:10   26:12   28:9
   42:12
media [4]   5:23
   13:24   13:25   14:3
Medical [4]   43:25
   44:1   46:10   46:12
Medicine [2]   62:1
   62:13
member [17]   5:15
   5:19   7:8   7:11
   7:12   7:14   10:5
   11:22   13:15   16:10
   28:4   34:13   34:15
   34:16   36:13   61:25
   62:5
members [7]   10:12
   10:14   12:24   13:2
   13:9   27:7   62:16
membership [1]
   7:2
memorize [1]   48:20
mental [2]   57:15
   63:20
mentioned [6]   23:5
   29:5   51:4   52:20
   53:8   54:3
Mersmedal [1]   67:10
mid [2] 44:10   52:12
middle [3]   20:21
   21:1   28:18
midwest [1]   15:10
might [9]   6:18
   26:25   38:2   47:1
   50:2   54:24   59:11
   59:12   59:20
Mike [1] 1:16
military [6]   8:23
   8:24   8:25   9:1
   27:5   27:8
mind [2] 24:11   47:6
mission [1]   62:16
misunderstood [1]
   32:17
MOB [5]   21:4
   21:5   28:2   28:3
   28:3
mom [1] 16:1
moment [1]   10:9
Monday [1]   68:2
Money [2]   28:5
   28:7
month [2]   9:5
   9:6
most [6] 16:16   16:18
   32:11   36:5   47:15
   47:17
mostly [1]   15:10
motorcycle [1]   55:16
motto [2]   20:5

move [2]   47:16
   48:20
Ms [2]   45:19   66:3
multi-task [1]   55:1
multi-tasking [2]
   49:21   49:21
murder [3]   29:18
   36:14   58:7
murders [1]   33:20
myelination [5] 48:10
   48:16   49:11   49:13
   52:17

**-N-**

N [4]   2:1   2:5
   2:18   5:1
name [6]   7:24
   29:18   31:15   37:14
   45:17   57:7
names [1]   65:14
nation [14]   5:20
   6:3   6:7   11:19
   15:5   15:7   15:9
   15:10   18:6   18:10
   20:19   21:23   26:14
   31:24
National [4]   44:8
   49:7   52:20   62:11
nations [1]   32:7
nature [1]   5:7
necessarily [1]   63:2
necessary [3]   28:23
   58:6   58:12
need [7] 38:4   44:12
   44:24   49:4   54:24
   58:15   61:22
needed [1]   47:16
negatively [1]   53:18
neighborhood [2]
   27:9   33:12
Nelson [10]   3:5
   3:6   5:15   7:19
   7:25   8:1   8:6
   8:9   30:2   32:5
nerve [3]   47:24
   48:18   48:19
neurons [1]   48:3
Neuropsychological
   [1]   62:9
neuropsychologist [1]
   64:1
neuropsychology [3]
   45:23   46:15   62:11
never [3]   22:24
   62:12   62:14
news [2] 5:23   49:11
next [2] 43:18   68:7
nickname [4]   18:25
   19:10   22:17   26:16
NIH [1]   52:20
nine [1] 14:23
NO.08898800 [1]
   2:3

normal [1]   53:23
   53:14
Nos [7]   4:5   4:7
   17:7   24:6   25:22
   66:9   66:13
note [1] 37:12
notebook [3]   23:17
   23:17   25:25
notebooks [2]   6:2
   23:23
notes [1]   65:18
nothing [2]   21:16
   34:19
now [29] 10:4   10:14
   12:4   13:13   13:23
   16:12   17:2   19:20
   21:13   23:16   30:21
   33:9   36:17   36:21
   38:1   38:5   38:11
   40:17   41:5   42:11
   45:9   53:12   54:5
   56:2   57:12   59:5
   63:2   66:7   67:8
nowadays [2]   16:18
   32:2
Nuclear [2]   62:1
   62:13
number [4]   4:3
   16:13   20:11   63:22
numbered [3]   1:16
   68:7   69:8
numerous [1]   11:5

**-O-**

O [2]   5:1   19:9
object [1]   6:21
objection [8]   6:13
   10:2   10:3   25:17
   25:18   64:19   64:21
   66:11
objections [3]   34:24
   37:14   45:4
obligation [2]   42:12
   42:14
obviously [3]   7:13
   19:20   28:21
occasions [2]   5:18
   9:10
occupation [1]   45:19
occurred [2]   22:20
   69:8
off [3]   57:12   65:13
   68:4
offense [5]   29:10
   38:18   40:6   43:2
   44:5
offer [5] 12:5   25:3
   25:8   25:9   66:7
offered [6]   4:3
   35:1   35:1   35:12
   66:10   69:11
offering [1]   25:5
officer [8]   8:4
   8:20   8:22   10:7
   10:16   30:2   32:5

Case 5.15-cv-01758-N   Document 41-14   Filed 06/29/16   Page 30 of 32   PageID 9758

32:17
officers [3] 10:22
  31:10   42:19
Official [3] 69:3
  69:12   69:17
officials [1] 27:14
often [1] 19:8
OG-7 [2] 16:4
  16:12
old [16] 47:20   52:6
  52:7   52:9   53:14
  54:17   55:21   56:13
  56:25   57:19   58:2
  58:20   59:8   64:5
  64:6   65:19
older [1] 51:20
olds [2] 44:4   47:1
once [1] 12:12
one [23] 9:10   11:6
  20:2   21:6   26:20
  27:16   27:16   27:18
  27:24   28:6   30:6
  32:3   32:3   33:1
  34:8   41:3   42:25
  47:23   48:8   59:20
  61:6   65:5   65:6
ones [3] 50:8   62:8
  67:9
open [3] 38:24   39:3
  69:8
opening [1] 7:3
opinion [36] 5:18
  5:21   5:25   6:9
  6:9   11:18   11:21
  11:25   12:5   12:9
  13:10   13:14   14:8
  14:16   23:14   25:1
  29:12   34:2   34:15
  34:16   45:6   57:18
  57:22   58:1   58:19
  58:25   59:6   59:7
  59:14   59:24   59:24
  60:3   60:11   60:12
  60:19   60:24
opinions [4] 17:11
  57:13   59:2   65:11
opposing [1] 9:25
oral [1] 1:19
order [5] 37:4   42:15
  42:21   66:23   66:23
organization [4]
  7:14   16:10   32:7
  35:17
organizations [3]
  32:21   33:2   62:5
organized [2] 32:7
  32:9
originally [1] 35:2
originated [1] 31:20
ostensibly [1] 44:18
outline [1] 11:25
outstanding [2] 10:7
  40:23
outweighed [2] 6:20
  37:24
own [3] 16:19   56:16

56:19

-P-

P [3] 2:1   2:1
  5:1
p.m [2] 38:12   68:6
p.m.] [1] 38:12
PAGE [1] 3:2
paragraph [1] 22:2
Park [1] 65:20
Parks [14] 2:9
  3:7   6:14   6:16
  10:3   25:18   29:24
  30:1   34:7   34:19
  34:22   35:19   35:22
  67:1
part [18] 5:20   7:14
  13:10   17:10   24:25
  36:8   46:16   48:4
  51:6   51:16   53:15
  58:22   60:3   60:4
  63:18   63:21   64:9
  64:10
participated [1] 44:7
particular [5] 6:1
  24:22   35:5   46:11
  60:19
particularly [4] 11:17
  44:3   46:25   53:15
parties [4] 58:12
  62:25   69:7   69:11
parts [7] 47:16   47:17
  48:23   49:25   50:3
  50:6   50:7
Paso [1] 27:6
pass [3] 29:22   34:7
  57:2
passing [1] 65:18
past [2] 50:16   60:25
patrol [4] 8:16
  8:17   8:19   10:9
pause [1] 35:21
peace [3] 21:23
  22:21   23:9
peak [2] 48:1   49:13
penalties [1] 41:24
penalty [1] 40:6
people [10] 13:8
  15:9   15:11   16:22
  27:14   31:22   31:24
  62:17   62:22   67:9
permit [1] 65:25
person [6] 22:11
  50:24   53:19   54:24
  55:21   59:9
person's [7] 51:18
  60:2   60:13   61:3
  61:12   61:17   62:19
personalized [1]
  19:6
personalizes [1]
  19:4
personally [2] 35:15
  39:18

personnel [1] 30:15
persuaded [1] 38:3
Ph.D [1] 46:5
phase [7] 6:10
  6:25   36:9   44:19
  44:20   45:3   57:14
phone [3] 5:23
  15:25   29:7
photographs [3]
  4:5   4:7   17:15
photos [1] 29:7
pick [2] 61:6   61:20
pictures [1] 18:1
pieces [2] 47:16
  47:17
pitchfork [11] 14:19
  14:22   14:24   15:4
  15:20   18:9   18:10
  19:18   19:19   26:15
  27:22
pitchforks [2] 20:19
  26:9
place [3] 54:16
  55:10   55:11
plan [1] 60:17
planning [1] 51:1
play [1] 55:14
Pleasant [1] 26:21
point [2] 49:9   66:24
points [1] 56:10
police [11] 5:11
  5:16   8:4   8:10
  8:20   8:22   9:2
  10:7   10:16   10:19
  38:17
portions [1] 69:6
poss [1] 44:23
possess [1] 55:8
possession [4] 6:2
  24:19   38:18   40:5
possibility [1] 40:3
potential [1] 41:10
potentially [1] 38:24
power [1] 40:16
practice [1] 46:14
Prairie [1] 55:11
pre [1] 60:7
pre-frontal [4] 50:7
  51:9   51:20   52:8
prejudice [1] 6:20
prejudicial [1] 37:25
presence [2] 30:22
  42:21
present [1] 12:18
present.] [1] 5:2
presented [1] 13:18
presenters [1] 12:18
president [2] 21:13
  22:4
Presiding [1] 1:17
pretrial [2] 1:9
  66:16

prevalent [2] 26:24
  26:25
preview [1] 7:3
previously [2] 34:24
  65:24
Price [1] 66:17
primarily [2] 7:7
  11:7
primary [5] 5:18
  6:8   59:17   59:20
  63:3
printed [1] 9:13
printout [2] 4:6
  9:20
prison [8] 21:17
  21:18   21:19   21:20
  32:6   32:12   32:20
  35:15
probable [1] 36:21
probative [4] 6:19
  37:7   37:10   37:23
problems [2] 63:23
  63:23
proceedings [6] 1:15
  1:19   3:3   68:5
  69:6   69:10
proceedings.] [1]
  35:21
process [5] 48:9
  48:10   48:16   49:20
  52:17
processes [2] 47:21
  47:23
profession [1] 45:20
professional [1]
  59:7
professor [2] 43:24
  45:21
proffer [5] 3:5
  3:10   5:7   5:10
  43:20
proffered [2] 37:23
  40:3
program [7] 46:13
  63:5   63:6   63:7
  63:7   63:8   63:9
project [3] 52:23
  52:24   53:3
projects [1] 56:20
property [1] 47:25
prosecute [2] 40:12
  41:23
prosecuted [2] 40:4
  40:16
provide [1] 63:21
provided [2] 29:5
  37:3
providers [2] 63:20
  63:20
prunes [1] 48:6
pruning [3] 49:6
  49:8   49:9
psychiatric [2] 54:6
  56:4
psychiatrist [1] 67:10

psychology [1] 46:14
Public [1] 2:17
pulling [1] 50:15
punishment [7] 6:10
  6:25   36:9   37:5
  44:19   44:20   45:2
purpose [4] 34:25
  35:2   35:11   52:24
purposes [4] 11:12
  25:20   67:18   67:19
pursuing [2] 39:1
  40:10
put [8] 19:9   19:21
  21:19   30:16   32:22
  41:17   44:16   67:14
putting [1] 19:6

-Q-

questions [7] 43:13
  50:5   57:8   57:9
  63:1   64:25   65:16
quit [1] 7:10
quite [1] 21:14
quote [1] 37:1

-R-

R [2] 2:1   5:1
racetrack [1] 55:10
Raise [1] 7:17
ramifications [1]
  42:5
Ranch [1] 2:11
range [1] 40:6
rashly [1] 52:2
rates [2] 50:6   54:13
read [5] 16:20   21:22
  32:3   35:12   37:9
reading [1] 37:2
reality [1] 22:19
realize [1] 54:23
really [7] 6:9
  28:22   34:25   35:12
  35:16   49:5   54:9
reasoning [1] 50:11
recess [1] 38:8
recognize [2] 30:6
  54:21
recognized [2] 54:8
  56:4
record [16] 1:1
  4:2   26:6   37:12
  38:13   38:15   39:2
  40:9   41:17   64:17
  65:13   66:7   67:5
  68:4   69:7   69:10
records [2] 30:15
  67:13
Recross [2] 3:13
  65:8
red [2] 23:17   25:25
Redirect [4] 3:8
  3:13   34:10   64:14
reference [2] 22:1

26:8

reflects [1]   69:10
regard [1]   44:3
regarding [1]   38:17
regards [2]   44:8
56:7
rehabilitation [1]
46:13
reindicted [1]   21:19
relate [1]   16:7
related [2]   24:15
39:2
relates [11]   11:2
11:16   11:18   12:6
12:8   38:23   39:1
58:2   60:6   60:8
60:13
relationship [2] 6:11
6:12
relationships [1]
17:19
relevance [1]   36:20
relevant [12]   6:17
6:18   6:24   7:5
7:16   35:10   36:12
36:15   36:19   37:4
37:19   47:1
reliable [1]   37:19
relied [4]   12:1
12:8   28:25   65:10
relying [1]   66:6
remember [4]   31:14
31:23   47:17   62:25
rent [1]   54:16
rental [1]   54:16
reported [2]   1:19
69:9
reporter [4]   14:5
48:13   69:4   69:17
Reporter's [4]   1:1
3:14   69:7   69:9
reports [1]   29:10
representations [3]
39:13   39:15   39:22
reputation [2]   35:17
40:23
reputation-type [1]
35:13
request [1]   66:24
requested [2]   66:17
69:6
required [1]   65:20
research [13]   27:11
44:6   44:7   46:17
49:5   49:6   56:7
56:16   56:19   56:20
59:13   63:10   64:7
researched [2]   31:9
36:4
researching [1]   38:19
respect [4]   22:3
26:11   30:21   66:4
respective [1]   69:11
response.] [2]   55:18

56:14
reviewed [5]   5:14
6:1   14:2   17:10
33:3
rid [1]   48:7
ride [1]   55:16
right [54]   7:17
10:14   12:2   12:4
12:6   13:8   13:11
13:15   14:12   16:12
17:16   17:19   18:2
18:7   18:8   18:9
18:10   18:20   18:21
19:12   19:21   21:13
23:11   25:1   26:9
26:14   28:10   28:19
38:5   38:8   38:11
39:19   41:20   41:21
42:2   42:9   43:10
43:15   45:9   47:14
51:3   51:5   51:8
52:10   52:14   55:22
56:8   59:5   60:20
60:21   61:10   61:21
61:22   67:20
rights [2]   38:23
41:6
RO [1]   4:2
Roach [1]   66:5
robberies [3]   29:18
29:18   33:20
robbery [2]   36:14
57:23
Rotary [1]   7:12
rule [4]   6:17   6:19
28:8   37:2
Rules [1]   5:5
ruling [1]   66:20
run [4]   13:2   46:13
63:7   63:10
running [1]   21:17
rush [1]   52:15

### -S-

S [2]   2:1   5:1
safe [1]   52:12
sampling [1]   23:13
saw [3]   24:14   26:3
31:7
says [8]   14:5   16:9
19:17   21:22   21:25
23:4   37:1   55:20
SBOT [5]   2:2
2:3   2:10   2:13
2:17
scale [1] 56:20
scans [1]   53:4
school [3]   30:8
30:10   46:12
schools [4]   12:11
30:13   30:16   30:17
science [4]   53:6
59:18   61:16   62:19
search [1]   31:5
seasoned [1]   40:22

seat [1]   24:9
second [6]   7:9
11:8   22:5   23:9
45:24   58:10
secretary [1]   9:20
Section [2]   37:2
40:13
see [24]   5:13   6:16
18:10   18:15   19:2
19:4   19:11   19:15
20:3   20:18   20:18
23:2   23:24   26:2
26:8   27:16   27:17
27:21   27:23   28:14
28:14   28:15   30:2
35:20
segregation [1] 32:22
self [9]   13:21   13:23
14:16   14:17   15:24
15:24   17:2   19:24
24:15
self-incrimination [1]
41:6
selling [1]   29:17
senior [1]   11:6
sense [1]   57:9
sent [1]   21:20
sentence [1]   40:13
sentencier [1]   37:3
separate [1]   43:2
serious [1]   16:3
serve [1] 63:12
service [3]   63:10
63:12   63:19
services [1]   63:21
set [3]   33:5   33:9
33:11
setting [1]   22:20
several [7]   11:6
12:11   12:23   12:23
13:1   13:1   28:3
Sharina [2]   69:3
69:16
sheath [1]   48:18
show [5] 17:18   24:10
35:14   35:16   64:17
shown [1]   34:3
shows [2]   35:2
56:17
side [2]   18:22   20:6
sign [5]   14:23   18:12
18:14   19:10   27:18
signed [1]   22:11
significance [6]
15:3   16:13   18:16
20:7   21:8   26:17
significant [2]   30:22
41:1
signs [1] 27:20
Silver [11]   3:10
3:11   4:9   43:24
44:1   44:6   45:12
45:18   45:19   46:4
63:25

similar [1]   21:24
simply [1]   5:9
situation [1]   50:17
small [1]   63:9
Snipes [1]   1:16
society [5]   23:11
61:25   62:1   62:9
62:12
sometimes [2]   20:23
51:23
somewhere [1]   10:16
sorry [6] 32:18   39:7
43:21   48:12   48:15
61:14
sort [4]   15:7   59:9
59:17   59:19
source [1]   16:21
Southwestern [5]
43:24   43:25   46:10
46:12   63:6
speak [1]   36:9
speaking [1]   22:14
specific [3]   28:6
33:9   59:25
specifically [1] 13:13
speed [1]   48:21
speeds [1]   50:2
spell [1] 48:12
spoke [2]   31:10
41:19
stages [2]   60:7
60:10
standard [1]   36:20
stands [1]   12:4
star [5]   18:16   18:18
18:19   18:21   65:20
start [3]   12:9   13:20
57:12
started [1]   11:24
starting [1]   68:2
starts [4]   49:14
50:21   58:24   59:1
state [27]   1:4
2:7   5:3   7:24
12:16   12:17   31:4
32:11   32:14   35:6
36:24   37:17   38:17
40:3   40:4   40:9
40:15   41:22   42:3
42:3   42:6   55:5
55:20   57:15   65:25
66:16   69:1
State's [16]   4:4
9:19   11:10   17:9
17:24   19:16   20:2
20:15   24:22   25:10
25:19   25:24   26:6
30:2   42:13   66:7
statement [1]   62:16
statements [1]   38:17
States [3]   6:23
12:18   40:12
stay [1]   16:25

stenographic [1]
1:19
step [2]   17:22   65:17
still [13] 8:24   20:3
20:18   20:22   21:17
26:5   26:19   27:23
41:12   42:7   49:10
60:7   62:18
stop [2]   22:5   58:6
street [5]   11:22
26:15   26:18   26:20
29:20
streets [1]   12:22
students [2]   63:11
63:19
studies [1]   56:16
study [2]   52:20
52:21
stuff [2] 30:17   31:8
stupid [1]   51:23
styled [1]   69:7
subject [1]   41:24
substantially [2]
6:19   37:24
such [3]   13:21   35:4
64:3
sufficiently [2] 37:19
37:22
suggest [3]   35:3
35:7   40:3
suggested [1]   41:22
suggestion [1]   66:16
suggests [1]   49:7
Suite [1] 2:14
supervision [1] 63:8
SW [2]   36:24   37:17
SWEAR [1]   3:9
sworn [3]   7:20
38:16   45:13
sworn.] [1]   40:1
symbol [1]   15:20
system [1]   32:20
systems [1]   32:12

### -T-

takes [2] 7:14   10:5
taking [1]   60:13
tape [1]   15:24
teach [2] 63:8   63:11
teaching [1]   63:9
technology [1]   59:18
teenagers [1]   51:22
television [1]   13:19
telling [1]   67:21
ten [5]   14:24   30:7
40:7   40:13   41:3
tend [1]   52:11
tender [1]   9:25
tentatively [1]   38:3
term [1]   13:21
terms [1]   26:13

Case 3:15-cv-01758-N   Document 41-14   Filed 06/29/16   Page 32 of 32   PageID 9760

**testified** [7]    5:17
7:20    9:10    11:3
11:5    30:25    45:13

**testify** [11]    5:14
41:7    41:8    41:12
41:21    41:21    42:8
46:24    56:11    66:1
66:19

**testifying** [7]    5:17
11:16    33:19    33:24
38:23    45:4    57:14

**testimony** [16]    3:6
3:11    5:8    6:17
31:6    31:8    36:3
37:11    37:18    37:24
43:7    43:8    56:2
56:24    58:11    65:23

**testing** [2]    46:15
64:1

**tests** [1]  65:24

**Texas** [32]    1:4
1:6    1:18    2:6
2:7    2:11    2:15
2:19    5:3    5:5
12:12    12:17    32:8
32:9    32:11    32:12
32:14    32:19    40:7
43:25    46:7    46:10
54:8    54:20    55:5
55:20    63:6    69:1
69:4    69:16    69:18
69:19

**Thank** [8]    29:24
38:11    43:15    43:17
46:2    57:4    64:24
65:3

**theory** [2]    61:12
62:19

**thinking** [4]    48:8
48:22    51:1    52:3

**third** [1] 40:6

**thought** [3]    14:7
44:19    68:3

**thousands** [1]    13:6

**three** [3] 13:2    13:2
66:21

**through** [13]    5:6
8:20    12:24    13:9
17:7    19:8    25:19
25:22    47:22    52:15
54:25    66:9    66:13

**throughout** [2]  12:17
12:17

**throwing** [5]    14:23
14:24    15:3    27:18
27:22

**thrown** [1]    27:20

**throws** [2]    14:11
14:18

**tied** [2]  27:14    37:22

**times** [6]    11:3
11:5    11:6    14:24
28:12    42:13

**timing** [1]    48:19

**Title** [1] 40:12

**tobacco** [1]    55:8

**today** [4]    11:2

**together** [2]    48:24
50:15

**took** [3]  18:1    19:9
21:18

**topic** [1] 5:12

**towards** [1]    7:13

**trademark** [1]    18:11

**training** [9]    5:11
5:25    8:20    12:10
12:11    12:15    12:21
13:9    30:4

**transcription** [1]
69:5

**Translating** [1] 49:15

**treatment** [1]    67:18

**trial** [4]  6:10    36:9
57:14    66:21

**trials** [1] 11:6

**tried** [1] 41:3

**trier** [1]  37:20

**true** [1]  69:5

**truly** [1] 69:10

**truth** [2] 42:13    42:15

**try** [2]    11:25    59:4

**trying** [10]    16:7
20:22    22:18    22:21
22:21    22:25    23:6
26:19    27:23    59:5

**turns** [1] 65:7

**twenties** [1]    44:11

**two** [9]    13:2    17:2
24:5    31:13    40:6
47:21    50:5    50:17
53:5

**type** [2]  7:4    20:9

**types** [2]    6:6
52:3

**typical** [2]    29:20
29:21

**- U -**

**under** [12]    5:5
6:17    6:18    35:10
37:16    39:20    40:12
40:16    54:12    54:13
65:25    67:2

**underlying** [1]    12:1

**understand** [9]    36:1
40:19    41:9    42:17
42:22    43:4    43:11
53:6    57:10

**understands** [1]
15:6

**undeveloped** [3]
49:16    49:18    57:24

**unfair** [1]    6:20

**unfortunate** [1] 49:11

**unique** [1]    27:6

**unit** [13] 5:16    8:11
8:12    8:13    8:14
10:5    10:6    10:13
10:15    11:7    12:25
32:14    36:1

**United** [3]    6:22
12:17    40:12

**University** [4]    43:25
46:7    46:9    63:6

**unlawful** [1]    40:5

**unless** [2]    35:14
67:3

**up** [21]    9:14    14:11
14:18    14:23    14:24
15:4    19:24    24:25
27:18    27:20    27:22
38:4    38:5    38:24
39:24    43:2    46:17
48:3    53:20    54:12
59:21

**UPFF** [1]    39:1

**uploaded** [1]    30:15

**usage** [2]    53:23
53:25

**used** [1]  29:12

**using** [2]    28:6
50:16

**usually** [3]    27:17
30:16    32:12

**UT** [1]    46:12

**- V -**

**value** [2]    6:19
37:23

**variety** [1]    36:4

**various** [6]    12:16
30:4    37:13    37:13
63:12    63:22

**versus** [5]    5:4
35:6    36:24    37:16
65:25

**victim's** [2]    23:18
26:1

**video** [3]    5:22
14:3    29:7

**violation** [1]    6:22

**violent** [2]    7:7
7:15

**violently** [1]    52:2

**visitors** [1]    21:16

**Vol** [2]    3:2    4:3

**volume** [2]    1:3
69:7

**volume.]** [1]    68:7

**VS** [1]    1:5

**- W -**

**waive** [1]    34:24

**waived** [1]    36:8

**wall** [1]  19:21

**war** [1]  65:21

**watching** [1]    13:19

**water** [2]    2:11
21:17

**weapon** [1]    38:18

**Weatherspoon** [4]
40:22    41:15    41:19
43:17

**website** [2]    16:17
16:19

**week** [2] 12:20    12:21

**weeks** [3]    31:13
54:18    66:21

**weight** [2]    37:15
65:22

**whole** [2]    10:19
13:3

**wings** [1]    20:11

**wise** [1]  54:25

**wish** [3]  41:5    41:7
43:9

**within** [1]    54:6

**without** [3]    33:3
52:2    55:16

**witness** [28]    3:5
3:9    3:10    8:6
8:8    15:9    15:17
24:8    26:19    29:22
34:7    37:21    38:10
42:11    42:13    42:14
43:18    44:15    45:3
45:4    45:8    45:10
46:1    57:2    58:13
66:1    67:14    69:12

**witness'** [2]    5:10
65:22

**witness's** [1]    45:6

**witnesses** [2]    5:5
43:7

**word** [5] 20:12    20:25
21:8    21:10    21:12

**world** [7]    13:20
20:4    20:5    20:6
27:22    27:25    28:1

**worried** [1]    24:12

**Worth** [1]    26:24

**wraps** [1]    14:6

**writing** [1]    69:7

**writings** [1]    19:7

**written** [2]    19:11
22:10

**wrote** [1]    22:6

**- X -**

**X** [2]    69:1    69:2

**- Y -**

**y'all** [1]  38:11

**year** [2]  12:13    12:14

**years** [12]    8:13
8:18    9:4    9:6
30:7    31:1    40:7
40:14    41:3    53:5
54:16    55:12

**yet** [3]    7:5    20:24
21:6

**young** [1]    50:21

**younger** [1]    51:19

**yourself** [4]    9:21
10:10    10:11    56:21

**- Z -**

**zone** [3]  22:19    22:21
22:25

**- [ -**

**[Brief** [1]    35:21

**[By** [16]  8:9    9:19
10:4    11:16    15:5
15:23    17:9    17:24
24:14    25:24    26:22
29:4    46:3    58:18
63:3    64:24

**[Defendant** [1]  5:2

**[Defendant's** [2]
64:12    64:23

**[Inaudible** [2]    55:18
56:14

**[Indicating]** [7] 14:12
18:7    18:9    18:11
18:20    26:10    28:20

**[phonetic]** [2]    67:11
67:11

**[pronouncing]** [1]
51:14

**[Recess** [1]    38:12

**[State's** [7]    9:17
11:14    17:7    24:6
25:22    66:9    66:13

**[unintelligible]** [4]
19:13    21:12    21:23
22:18

**[Whereupon** [1]
68:5

**[Witness** [1]    40:1

**- I -**

**I** [5]    1:4    1:5
1:5    1:6    1:6