# TAMES Barcode Cover Sheet



1976ccc41dce4d87a86bcbd648dd8b3f

| | |
|---|---|
| **Case Number:** | WR-81,573-01 |
| **Style:** | Broadnax, James Garfield |
| **Event Date:** | 7/18/2012 |
| **Event Details:** | HABEAS CORPUS RECEIVED - 11.071/This Court/MISC DOCUMENT RECD// |
| **Filename:** | WR-81,573-01 MISC DOCUMENT RECD 7-18-2012 |
| **Document Description:** | LETTER |
| **Document Remarks:** | Agreed Order Designating the Issues to be Resolved by Affidavits, Depositions, Interrrogatories, and/or Evidentiary Hearing |
| **Document(s):** | |
| **Generated By:** | bhooper |
| **Generated On:** | 10/27/2014 2:20:08 PM |

SCANNED

APR 11 5 201

4

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 18 2012

Louise Pearson, Clerk

IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX

| | |
|---|---|
| Ex Parte James Garfield Broadnax, *Applicant,* | TCCA No. AP 76,207 Trial Court Cause No. wr08-24667-Y |

### AGREED ORDER DESIGNATING THE ISSUES TO BE RESOLVED BY AFFIDAVITS, DEPOSITIONS, INTERROGATORIES, AND/OR EVIDENTIARY HEARING

Having considered the Application for Writ of Habeas Corpus in the above-captioned cause, including the separate volumes of exhibits, the Motion for Oral Argument, and the Motion for Evidentiary Hearing (hereinafter collectively referred to as "Application"), the Respondent's original answer, and the documents of the court, the Court **ORDERS** that the issues to be resolved are Issues One through and including Eight, as set out in the Application.

A Dallas County jury convicted Applicant of the capital murder of Stephen Swan on August 12, 2009. (RR Vol. 47:203; CR 3:635). On August 20, 2009, the jurors answered "yes" to the future dangerousness special issue No. 1, and "no" to the mitigation special issue No. 2. (RR Vol. 54:4-5; CR 3:650, 651). On August 21, 2009, the trial judge sentenced Broadnax to death. (RR Vol. 54:7; CR 3:698). On December 14, 2011, the Texas Court of Criminal Appeals affirmed Applicant's conviction and sentence of death. *Broadnax v. State*, No. AP-76,207, 2011 WL 6225399 (Tex. Crim. App. Dec. 14, 2011). On December 20, 2011, Applicant filed his Application, in which he collaterally attacks his conviction and sentence.

The Court designates the following issues to be resolved outside of the official transcript and court documents:

1.  GROUND ONE (Denial of *Procedural* Right to Counsel and Due Process, and to Equal Protection, Re: Media Interviews – 6th and 14th amendment violations). Mr. Broadnax was denied his procedural 6th & 14th amendment right to counsel, due process of law, and equal protection, during the media interviews

2.  GROUND TWO (Denial of *Substantive* Right to Counsel and Due Process, and to Equal Protection, Re: Media Interviews – 6th and 14th amendment violations). Mr. Broadnax was denied his substantive 6th & 14th amendment right to counsel, due process of law, and equal protection, during the media interviews

3.  GROUND THREE (IAC & Media Interviews – 6th and 14th amendment violations). Mr. Broadnax was denied his federal constitutional right to effective assistance of counsel, who failed to perform an adequate investigation into, and develop and present, the facts of Lollar's appointment and the media interviews

4.  GROUND FOUR: (False and Misleading Gang Testimony – 8th & 14th amendment violation). Mr. Broadnax was denied his right to due process and to be free from cruel and unusual punishment, through false and misleading evidence of gang affiliation sponsored by the prosecution

5.  GROUND FIVE: (Free Speech & Gang Evidence – 1st and 14th amendment violations). Mr. Broadnax was denied his right to free speech by materially false and misleading evidence of gang affiliation

6.  GROUND SIX: (IAC & Gang Evidence – 6th & 14th amendment violation). Mr. Broadnax was denied his right to effective assistance of counsel, who failed to object to, and/or properly cross examine on, and/or call its own defense gang expert to refute evidence of gang affiliation

7.  GROUND SEVEN: (ASPD & PCL-R – Use of False and Misleading Evidence – 8th and 14th amendment violations). Mr. Broadnax was denied his right to due process, and to be free from cruel and unusual punishment when the prosecution used materially false and misleading evidence of future dangerousness based on ASPD and PCL-R

8.  GROUND EIGHT (IAC & ASPD, PCL-R – 6th and 14th amendment violations). Mr. Broadnax was denied his right to effective assistance of trial counsel, who sponsored defense expert testimony of ASPD, which opened the door to the prosecutor-sponsored, unreliable and invalid testimony on psychopathy and ASPD

The clerk is ORDERED to send a copy of this order to the Applicant (Broadnax), to the

2

Applicant's attorney (Brandt), and a copy of this order to Respondent's attorney (Murphy).

BY THE FOLLOWING SIGNATURE, THE COURT ADOPTS THE AGREED PROPOSED ORDER SUBMITTED BY THE APPLICANT AND THE STATE OF TEXAS DESIGNATING THE ISSUES TO BE RESOLVED BY AFFIDAVITS, DEPOSITIONS, INTERROGATORIES, AND/OR EVIDENTIARY HEARINGS.

SIGNED this _____ day of _____, 2012.

_____
Michael Snipes, Judge Presiding
Criminal District Court No. 7
Dallas County, Texas

## AGREEMENT TO PROPOSED ORDER

I certify that on July 13, 2012, that on behalf of the party that I represent, that party agrees to the aforementioned Agreed Proposed Order Designating the Issues:

Amy Sue Melo Murphy, Esq.
SBOT No. 24041545
Assistant District Attorney
Counsel for the State of Texas
Attn: Capital Writs – Appellate Section
Dallas County District Attorney's Office
Frank Crowley Courthouse
133 N. Riverfront Blvd., LB-19
Dallas, TX 75207

Lydia M.V. Brandt, Esq.
SBOT No. 00795262
Attorney for James Broadnax
P.O. Box 850843
Richardson, TX 75085-0843

3

## CERTIFICATE OF SERVICE

I certify that on July 13, 2012, I caused a copy of the foregoing Proposed Order

Designating the Issues to be sent by email, and also in paper format by depositing the same

in the U.S. Mail, postage prepaid, to:

    Amy Sue Melo Murphy
    Attn: Capital Writs – Appellate Section
    Dallas County District Attorney's Office
    Frank Crowley Courthouse
    133 N. Riverfront Blvd., LB-19
    Dallas, TX 75207

_____
                        Lydia M.V. Brandt

cc:    Judge Michael Snipes
        Criminal District Court #7
        Frank Crowley Court Building
        133 North Industrial Blvd.
        Dallas, TX 75207

        Attn: Betty Hooper
        Clerk of Court
        Texas Court of Criminal Appeals
        Supreme Court Building
        201 West 14th Street, RM 106
        Austin, TX   78701

        James Broadnax #999549
        TDCJ, Polunsky Unit
        3872 FM 350 South
        Livingston, TX 77351-8580

4