• • • Reevaluate, document, modify as required the policies/processes/procedures that govern the Help Desk, Desktop Support and other responders to customer partner requests for assistance. Approval from County business partners is required.

 ➢ Evaluate having the County acquire its own application for incident/ticket management, independent but simultaneous to the evaluation and negotiation of the contract for the new help desk service provider.

• • • Define, document and approve a policy/process/procedure for submitting work to the IT organization. The scope includes all work: break/fix requests, small programming or operational enhancements as well as project work. Approval from business partners is required.

• • • Define, document and approve a policy/process/procedure for the consistent management of projects submitted to IT for implementation. The scope includes project initiation (such as project charter, roles and responsibilities, project governance, project financials, project plan), project execution (including defined deliverables, risk and issue management, milestones, approvals) and project completion (including completion criteria, post project evaluation). Approval from County business partners is required.

• • • Define, document and approve policy/processes/procedures for a "systems development life cycle (SDLC)" methodology for Dallas County, with particular focus on implementation and application maintenance. The process should define project phases, deliverables, approvals and completion criteria for all types of design/development/implementation activities.

© 2010 Tatum. All Rights Reserved

35

- Document a complete Disaster Recovery Plan that meets the service level requirements of each and all business department operations. Define, execute and test the changes necessary to meet those service levels.

- Review and revise the IT purchasing process, including communications to the business departments with their approval. Implement the change with the right resources and tools.

- Research, document and make consistent the log-on, password and time-out capabilities of the critical customer partner applications and systems.

- Research, define and negotiate addendum to Support Desk policy/process/procedure to allow Support Desk to manage Audio Visual equipment in the paperless courts.

- Evaluate, document, and modify as required the Change Management policy/process/procedures for all functions within IT.

- Evaluate, document, and modify as required the policies/procedures/processes that govern the Operations function within IT. First review all processes and documentation, then revise or create documentation, train and initiate tracking and reporting.

- Define Enterprise Architecture policies and technical standards for all IT-supported functions.

- Evaluate, document, and modify as required the policies/processes/procedures that govern Security of the County's IT operation. Some policies are drafted but others are missing.

2010 Tatum. All Rights Reserved

Case 3:15-cv-01758-N   Document 42-2   Filed 06/29/16   Page 3 of 98   PageID 10893

## Tatum · Recommendations – Internal Communications

- ••• Institute and conduct regularly scheduled all-hands meetings and other vehicles (newsletters, intranet pages, application briefs, project updates, etc.) to foster top down management communications.
  - > Monthly all-hands meetings, at least through the reorganization and transformation period, to ensure a full flow of communications
  - > Once management is functioning and communicating effectively on a regular basis, the frequency may be reconsidered
- ••• Create and implement an IT Open Door policy, a process that fosters open non-threatening written or verbal communications, at the employee's discretion, between the employee and management to discuss business or personnel issues.
- ••• Conduct regularly scheduled weekly or bi-weekly IT management team meetings with the purpose of keeping the entire management team informed on both business and management topics relevant to the IT organization.

257

37

©2010 Tatum. All Rights Reserved

Tatum

- ••• Review the County performance planning and review process and adjust as appropriate to the IT organization. Document process and update forms as appropriate.
- ••• Ensure that all managers complete Dallas County manager's training.
- ••• Require each manager to provide to each employee an agreed-upon performance evaluation that covers their assigned activities over the previous six months. Evaluations will be reviewed by the change leadership team prior to discussion with the employee.
- ••• Establish a schedule for performance reviews with the management team and establish a process to track progress.
- ••• Require each manager to provide to each employee an agreed-upon performance plan for assigned activities for the next six months. Each plan will be reviewed by the change leadership team prior to discussion with the employee.
- ••• Review Dallas County job descriptions to ensure they are up-to-date with appropriate skills and competency fit, and to identify job pathing opportunities within the IT organization.
- ••• Review Dallas County career development plan processes and make adjustments appropriate to IT. Document process and update forms appropriately.

2010 Tatum. All Rights Reserved

••• Require each manager provide each employee an agreed-to employee development plan outlining their career development and training requirements for the next two years. Each plan will be reviewed by the change leadership team prior to discussion with the employee.

••• Establish a schedule for employee development plan reviews with the management team and establish a process to track progress.

©2000 Tatum. All Rights Reserved

39

Case 3:15-cv-01758-N    Document 42-2    Filed 06/29/16    Page 6 of 98    PageID 10896

••• It is understood that personnel turnover will occur throughout this period of IT Organization Transformation, due to the degree of change in the culture and in performance expectations.

  ➢ Initially as this change is agreed upon and announced, some in IT may believe that they may not fit well with the new expectations, organization and culture. It is important that we communicate the change effectively in a non-threatening manner, and aid our valued managers and staff in making the adjustment. Some attrition may occur anyway, which may not be all bad.

  ➢ In the near term, once position responsibilities are updated along with skills requirements, and skills are assessed, some may not fit well with requirements, and be asked to consider a new assignment. Some may elect to leave.

  ➢ It will be necessary to aid in manager and staff adjustments through the first few months of working within the transformed organization. After the first few months, performance will be reassessed against the expectations of partnership, teamwork and accountability for results. Some may elect to leave, some may be asked to consider a new assignment, and others may be asked to leave.

40

2010 Tatum. All Rights Reserved

# *Tab* 13

261



DA CASE ID F-0824629        JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA        C010 DEF NAME BROADNA

### JUDICIAL INFORMATION

A010-020-030-040                    FILE DATE 070308

DEF NAME BROADNAX_JAMES_GARDIELD_____ RACE B SEX M DOB 10301988 AGE 23

DEF ADR1************************************** AC ___ PH _____ SS *********************

DEF CITY TEXARKANA_____ ST AR ZIP 71854 DLNUM ************* DLST __

OFF CAP_MUR_MULT_____ DT 061908 TYP/CL F X GOC/CAT _ _ CODE MR000000

COMT F_____ SID NUM 08189265 OF AMT _____

COMPLAINANT ****************************** TAPE # _____ ARREST DATE 062008

JUV STAT N  REPEAT OFFENDER N  CAREER OFFENDER N  ORIG-LOC DSO____  CURR-LOC P

FILING AGENCY TX0571100 SER/CAS NO _____R015948  ARREST NUM ____2008015303

LAI NUM _____1077722 AIS/DSO NO _____2725502  BOOKIN NUM _____08047374

JP FILE DATE 000000 JP CASE ID _____ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE 062108  MAGIS COURT 97  MAGIS JUDGE MIRACLE__  BOUND OVER _

EXAM TRIAL DATE 000000 EXAM COURT __  EXAM JUDGE _____  IND METH IND

GJ/H/R DT 091208 H GJ# _4696_A2 GJ/W/FILE 091508 GJ DS T DA DSP A ACC Y REAS _

DA DISPOS DATE 070308      MISDEMEANOR REDUCTION _  SENTENCE PROBATED _

JUDCL CASE ID F-0824629  GJ CT FQ  PROS STAT A 514  PROS NAME ALEX_DAVID_____

COURT ASSIGNED TO FY  DATE ASSIGNED 062308   ASSIGNED BY M  REASON C

PRECEEDING DA CASE ID _____       SUCCEEDING DA CASE ID _____

TRN 9174212621  TRS A001      WARRANT STATUS _ STATE OFF CD 09990015__

DA CASE ID F-0824629        JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA        C010 DEF NAME BROADNA

### BONDS

B050

DATE BOND SET 062108 AMT _100000.00 TYPE __ SET BY COURT 97 JUDGE MIRACLE__

REC NO 01      _

### SETS AND PASSES

B060

SET FOR DATE 092308  SET FOR TIME 0900  SET TYPE FIRS  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 092308   SET FOR TIME 0900   SET TYPE FIRS   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 02      _

B060

SET FOR DATE 093008   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01      _

**DA CASE ID F-0824629          JUDCL CASE ID F-0824629**

**A010 DEF NAME BROADNA       C010 DEF NAME BROADNA**

**SETS AND PASSES**

B060

SET FOR DATE 100708   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01      _

B060

SET FOR DATE 101308   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS NEED_REC_____

STATES RECOMMENDATION _____          REC NO 01      _

B060

SET FOR DATE 101608   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01      _

B060

SET FOR DATE 103008   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01      _

**DA CASE ID F-0824629          JUDCL CASE ID F-0824629**

**A010 DEF NAME BROADNA       C010 DEF NAME BROADNA**

**SETS AND PASSES**

B060

SET FOR DATE 112008   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 121808   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS NEED_REC_____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 122208   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS NEED_REC_____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 013009   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01        _


DA CASE ID F-0824629          JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA         C010 DEF NAME BROADNA

SETS AND PASSES

B060

SET FOR DATE 021109   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS TRIAL_DATE_____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 051809   SET FOR TIME 0830   SET TYPE HEAR   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 061609   SET FOR TIME 0900   SET TYPE HEAR   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS MTQUASH/TV_____

STATES RECOMMENDATION _____                    REC NO 01        _

B060

SET FOR DATE 072009   SET FOR TIME 0900   SET TYPE HEAR   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS PRE_TRIAL_____

STATES RECOMMENDATION _____                    REC NO 01        _

DA CASE ID F-0824629        JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA        C010 DEF NAME BROADNA

**SETS AND PASSES**

B060

SET FOR DATE 072409   SET FOR TIME 0900   SET TYPE HEAR   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS PRE_TRIAL_____ ____ __

STATES RECOMMENDATION _____ ___                REC NO 01        _

B060

SET FOR DATE 072709   SET FOR TIME 0820   SET TYPE TRIL   PASSED TO DATE _____ _

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____ _____ ____

STATES RECOMMENDATION _____ _____                REC NO 01        _

B060

SET FOR DATE 072709   SET FOR TIME 0900   SET TYPE HEAR   PASSED TO DATE ____ __.

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS PRE_TRIAL_____ __

STATES RECOMMENDATION _____ _____                REC NO 02        _

B060

SET FOR DATE 081009   SET FOR TIME 0820   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____ _____ _____ _

STATES RECOMMENDATION _____ _____                REC NO 01        _

DA CASE ID F-0824629        JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA        C010 DEF NAME BROADNA

**NAMES**

B070

ASSOCIATED NAME LOLLAR_BRAD_____ _____ _____ ___        NAME REF CODE CD0806240

CT APPOINTED Y   BAR NO _____ ___ BOND MAKER _ DT BOND MADE _____ __        _

B070

ASSOCIATED NAME ALEX_DAVID_____ _____ _____ ___        NAME REF CODE LP0809080

CT APPOINTED _   BAR NO _____ ___ BOND MAKER _ DT BOND MADE _____        _

**CHARGE**

C010

DEF NAME BROADNAX_JAMES_GARFIELD_____ OFFENSE CD MR000000 STATE CD 09990015__

DESC CAP_MUR_MULT_____ COMT F_____ TYP/CL F X GOC _

GJ COURT FQ  CURRENT COURT FY  PREVIOUS COURTS _____ ___ CHOV DT 000000

Dallas County Criminal Background Search                    http://www.dallascounty.org/criminalBackgroundSearch/defendant_de...

DA CASE ID F-0824629          JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA          C010 DEF NAME BROADNA

**DISPOSITION**

C020-01-02                              CT DISP NO 01

VERDICT DATE 082809  BY JG  DISP DISM  TC __  DISM TYP OTHR  VOL 78_  PAGE 42__

SENTENCE DATE _____  BY __  TO _ YEARS ____  MTHS ____  DAYS ____  HOURS ____

SENTENCE TO BEGIN _____  SENTENCE VOL ___  PAGE ____ DISCHARGE N TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ____ MONTHS ____ DAYS ____      MULT SENT _

PROBATED FOR  YEARS ____  MONTHS ____  DAYS ____  PROBATION START DATE _____

SPEC COND 1 __ __ _____ FOR ___ _ 2 __ __ _____ FOR ___ _

FINE CODE _ AMT _____0.00  COST CODE _ AMT ____0.00  PAYMENT DUE _____

**REDUCED/ENHANCED CHARGE**

DESC _____ COMT _____ TYP/CL _ _ GOC _

COUNTY CODE _____  STATE CODE _____

PROBATION REVOCATION FILE DATE _____  WARRANT ISSUED DATE _____

DISPOSITION COMMENT DEFT_SENTENCED_TO_DEATH_ON_F0824667Y_____    _

**GENERAL COMMENTS**

C080 040709_ORDER_CHANGING_NAME_OF_DEFT_GRANTED _JAMES_GARFIELD_BROADNAX_____

_____ DATE 050709                _

DA CASE ID F-0824629          JUDCL CASE ID F-0824629

A010 DEF NAME BROADNA          C010 DEF NAME BROADNA

**GENERAL COMMENTS**

C080 071409_B/W_ISSD_FOR_WITNESS_TREVAUN_MILLER-WALLACE_UNIT-07/31/09_____

_____ DATE 071409                _

Dallas County Criminal Background Search                    http://www.dallascounty.org/criminalBackgroundSearch/defendant_de...

Tue Nov 29 15:03:26 CST 2011

| New Search | Printer View | Back |

## View disposition and court codes

Copyright © 2010 Dallas County Online. All Rights Reserved.
Frequently Asked Questions | Privacy Statement | Help | ADA Statement | Site Index | Send comments to webmaster@dallascounty.org

# *Tab* 14

268



DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

**J U D I C I A L   I N F O R M A T I O N**

A010-020-030-040                    FILE DATE 070208

DEF NAME CUMMINGS_DAMARIUS_DWIGHT_____ RACE B SEX M DOB 11111988 AGE 23

DEF ADR1************************************** AC ___ PH _____ SS *******************

DEF CITY DALLAS_____ ST TX  ZIP 75215  DLNUM ************** DLST __

OFF CAP_MUR_MULT_____ DT 061908 TYP/CL F X GOC/CAT _ _ CODE MR000000

COMT F_____ SID NUM 06630880 OF AMT _____

COMPLAINANT *************************************** TAPE # _____ ARREST DATE 062008

JUV STAT N  REPEAT OFFENDER N  CAREER OFFENDER N  ORIG-LOC DSO____  CURR-LOC P

FILING AGENCY TX0571100  SER/CAS NO _____R015948  ARREST NUM ____2008015302

LAI NUM _____1018730  AIS/DSO NO _____2614443  BOOKIN NUM _____08047373

JP FILE DATE 000000  JP CASE ID _____  JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE 062108  MAGIS COURT 0H  MAGIS JUDGE LUSK_____  BOUND OVER _

EXAM TRIAL DATE 000000  EXAM COURT __  EXAM JUDGE _____  IND METH IND

GJ/H/R DT 091208 H GJ# _4695_A2 GJ/W/FILE 091508 GJ DS T DA DSP A ACC Y REAS _

DA DISPOS DATE 070208      MISDEMEANOR REDUCTION _  SENTENCE PROBATED _

JUDCL CASE ID F-0824628  GJ CT FQ  PROS STAT A 514  PROS NAME ALEX_DAVID_____

COURT ASSIGNED TO FY  DATE ASSIGNED 062108   ASSIGNED BY O  REASON B

PRECEEDING DA CASE ID _____      SUCCEEDING DA CASE ID _____

TRN 9174212605  TRS A001·    WARRANT STATUS _ STATE OFF CD 09990015__


DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

**BONDS**

B050

DATE BOND SET 062108  AMT _100000.00  TYPE __  SET BY COURT 0H  JUDGE LUSK_____

REC NO 01        _

**SETS AND PASSES**

B060

SET FOR DATE 073108  SET FOR TIME 0900  SET TYPE HEAR  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS CCC#1_CAP_MUR_____

STATES RECOMMENDATION _____         REC NO 01        _

B060

SET FOR DATE 082208   SET FOR TIME 0900   SET TYPE HEAR   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS RESET_CAP_MUR_CCC1____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 092308   SET FOR TIME 0900   SET TYPE FIRS   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _


DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 093008   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 101008   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 103108   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 111908   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _


DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 121908   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 011609  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 020509  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 021109  SET FOR TIME 0900  SET TYPE OTHE  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01        _


DA CASE ID F-0824628          JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING          C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 022709  SET FOR TIME 0900  SET TYPE INVE  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 022709  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 02        _

B060

SET FOR DATE 040309  SET FOR TIME 0900  SET TYPE OTHE  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS DISCOVERY_____

STATES RECOMMENDATION _____          REC NO 01        _

B060

SET FOR DATE 040309  SET FOR TIME 0900  SET TYPE OTHE  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____          REC NO 02        _

DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 042409   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 052209   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 070209   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 080609   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 090309   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 100809   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 102209   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS BRING_ADMONISH_____

STATES RECOMMENDATION _____        REC NO 01      _

B060

SET FOR DATE 110509   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS ADMONISH__BRING_____

STATES RECOMMENDATION _____            REC NO 01        _

DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 120709   SET FOR TIME 0900   SET TYPE OTHE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS TRIAL_DATE_____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 122109   SET FOR TIME 0900   SET TYPE INVE   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 011110   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 011710   SET FOR TIME 0820   SET TYPE TRIL   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

DA CASE ID F-0824628        JUDCL CASE ID F-0824628

A010 DEF NAME CUMMING        C010 DEF NAME CUMMING

SETS AND PASSES

B060

SET FOR DATE 012810   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 021810   SET FOR TIME 0900   SET TYPE ANNO   PASSED TO DATE _____

SET DISPOSITION CODE __   PASSED GENERALLY _   COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01        _

B060

SET FOR DATE 030210  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01      _

B060

SET FOR DATE 031810  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01      _


**DA CASE ID F-0824628        JUDCL CASE ID F-0824628**

**A010 DEF NAME CUMMING        C010 DEF NAME CUMMING**

**SETS AND PASSES**

B060

SET FOR DATE 042210  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01      _

B060

SET FOR DATE 061110  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01      _

B060

SET FOR DATE 072210  SET FOR TIME 0900  SET TYPE ANNO  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

STATES RECOMMENDATION _____            REC NO 01      _

B060

SET FOR DATE 010711  SET FOR TIME 0900  SET TYPE HEAR  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS PRE_TRIAL_____

STATES RECOMMENDATION _____            REC NO 01      _


**DA CASE ID F-0824628        JUDCL CASE ID F-0824628**

**A010 DEF NAME CUMMING        C010 DEF NAME CUMMING**

**SETS AND PASSES**

B060

SET FOR DATE 011711  SET FOR TIME 0820  SET TYPE TRIL  PASSED TO DATE _____

SET DISPOSITION CODE __  PASSED GENERALLY _  COMMENTS _____

Dallas County Criminal Background Search                    http://www.dallascounty.org/criminalBackgroundSearch/defendant_de...

STATES RECOMMENDATION ___ ___ ___ ___ ___                    REC NO 01        _

**NAMES**

B070

ASSOCIATED NAME MAEDGEN_WARD_2/2076595__ ___ ___ ___        NAME REF CODE CD0806230

CT APPOINTED Y   BAR NO ___ ___ ___   BOND MAKER _   DT BOND MADE ___ ___        _

B070

ASSOCIATED NAME JOHNSON_PAUL___ ___ ___ ___ ___ ___        NAME REF CODE CD0911050

CT APPOINTED Y   BAR NO ___ ___ ___   BOND MAKER _   DT BOND MADE ___ ___        _

B070

ASSOCIATED NAME ALEX_DAVID___ ___ ___ ___ ___ ___ ___        NAME REF CODE LP0809080

CT APPOINTED _   BAR NO ___ ___ ___   BOND MAKER _   DT BOND MADE ___ ___        _

**CHARGE**

C010

DEF NAME CUMMINGS_DAMARIUS_DWIGHT__ ___   OFFENSE CD MR000000 STATE CD 09990015__

DESC CAP_MUR_MULT__ ___ ___ ___ ___   COMT F___ ___ ___   TYP/CL F X  GOC _

GJ COURT FQ   CURRENT COURT FY   PREVIOUS COURTS ___ ___ ___ ___   CHOV DT ___ ___

**DA CASE ID F-0824628**        **JUDCL CASE ID F-0824628**

**A010 DEF NAME CUMMING**        **C010 DEF NAME CUMMING**

**DISPOSITION**

C020-01-02                    CT DISP NO 01

VERDICT DATE 012811  BY JG  DISP DISM TC __  DISM TYP DA__  VOL 106  PAGE 392_

SENTENCE DATE ___ ___   BY __  TO _ YEARS ___   MTHS ___   DAYS ___   HOURS ___

SENTENCE TO BEGIN ___ ___   SENTENCE VOL ___   PAGE ___   DISCHARGE N TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ___  MONTHS ___  DAYS ___        MULT SENT _

PROBATED FOR YEARS ___  MONTHS ___  DAYS ___   PROBATION START DATE ___ ___

SPEC COND 1 __ ___ ___ ___   FOR ___ _ 2 __ ___ ___ ___   FOR ___ _

FINE CODE _ AMT ___ ___ 0.00  COST CODE _ AMT ___ 0.00  PAYMENT DUE ___ ___

**REDUCED/ENHANCED CHARGE**

DESC ___ ___ ___ ___ ___ ___ ___   COMT ___ ___ ___   TYP/CL _ _ GOC _

COUNTY CODE ___ ___   STATE CODE ___ ___

PROBATION REVOCATION FILE DATE ___ ___   WARRANT ISSUED DATE ___ ___

DISPOSITION COMMENT ___ ___ ___ ___ ___ ___ ___ ___ ___        _

Tue Nov 29 15:08:03 CST 2011

New Search        Printer View :        Back

# *Tab* 15

State and County Courts, Dallas County, Texas                    http://www.dallascounty.org/department/courts/judicial_administrati...



| Home | About Us | County Government | Departments | How Do I... | Records | Services | Transparency |

Search                                                                     WEATHER/TRAFFIC

Home

Alternative Dispute
Resolution

Civil District Courts

County Court at Law

County Criminal Courts

Criminal District

Family District

First Administrative Region

Juvenile District

Probate Courts

Local Rules and Guidelines

# Dallas County Court System
## Judicial Administration

### Office of First Administrative Region

Regional Administrative Judge: Honorable John D. Ovard
Frank Crowley Courts Building
Dallas, TX 75202
fax 214/653-2957
First Administrative Assistant: Sandy Hughes  214/653-2943
Second Administrative Assistant  George Cowart  214/653-2943

### District Court Administration

Local Administrative District Judge (LADJ)   Honorable Martin Lowy
Presiding Civil District Judge: Honorable Ken Molberg
Presiding Family District Judge: Honorable Dennise Garcia

District Court Administrator  Lori Ann Bodino
Administrative Assistant:  Michelle Canion  214/653-6034
600 E  Commerce St., Suite 680
Dallas TX, 75202

Presiding Criminal District Judge   Honorable Don Adams
Criminal District Manager: Dana Wrisner
Administrative Assistant: Robin Solomon  214-653-5722

### County Court Administration

County Criminal Court Administrative Judge  Honorable Angela King
County Criminal Court Manager: Patricia Johnson
Secretary County Criminal Court Manager: Jimeka Allen-Long 214/653-5720

Presiding County Civil Court at Law Judge:  Honorable D'Metria Benson

### Jury Room Administration

**George Allen Courthouse**
Presiding Judge:

**Frank Crowley Courthouse**
Presiding Judge:

| | Most Visited |
|---|---|
| | State and County Courts |
| | Civil District Courts |
| | County Criminal Courthouse |
| | Criminal District Courthouse |
| | Family Courthouse |
| | County Courts At Law Courthouse |
| | 14th Judicial District Court |
| | Mental Health |
| | Probate Courts Home |
| | 68th Judicial District Court |

| Dallas County Help Center |
|---|
| Online Services |
| Employment |
| Emergency Prepardness |
| Report a Concern |
| Employee Self Service |
| Newsletters |

Home | Government | Online Services | Departments
Contact Us | Help | Privacy Policy |  ADA Statement

Select Language
Powered by Google Translate

Case 3:15-cv-01758-N   Document 42-2   Filed 06/29/16   Page 24 of 98   PageID 10914

**Lydia Brandt (lydiamb@airmail.net) - Sun, 12/18/11 10:59:35 -0600**

**Show Full Headers | Print | Close Printer View**

**From:**   Dana Wrisner <Dana.Wrisner@dallascounty.org>
**To:**     Lydia Brandt <lydiamb@airmail.net>
**Subject:** RE: Broadnax: time of recording Lollar appointment
**Date:**   Wed 12/07/11 01:41 PM

Brad Lollar was added to the computer as the attorney of record on case number F08-24629 on 6/24/08 10:09:17.

---

**From:** Lydia Brandt [lydiamb@airmail.net]
**Sent:** Wednesday, December 07, 2011 10:50 AM
**To:** Dana Wrisner
**Subject:** Broadnax: time of recording Lollar appointment

Hi Dana,

I was just following up to see if you rec'd any feedback from IT on the time that Lollar's appointment was entered into the computer. If not, do you have any idea of when IT will get back to you?

Thanks,
lydia

Lydia M.V. Brandt, Esq.
lydiamb@airmail.net
The Brandt Law Firm, P.C.
P.O. Box 850843
Richardson, TX  75085-0843
(972) 699-7020 Voice
(972) 699-7030 Fax

**Lydia Brandt (lydiamb@airmail.net) - Sun, 12/18/11 10:59:35 -0600**

# *Tab* 16

TRIAL DOCKET — CRIMINAL DISTRICT COURT — DALLAS COUNTY, TEXAS

BAIL STATUS:

No. F08-24629

| STATE OF TEXAS | ATTORNEYS | OFFENSE | DATE OF FILING |
|---|---|---|---|
| James Broadnax | | | |
| | | | |
| | | | |
| | | | |

| DATE OF ORDER | ORDERS OF COURT |
|---|---|
| | 9-16-09 *done* |
| 08-26-09 | Dismissed on motion of DA Michael R. Snipes |

280

# *Tab* 17

CAUSE NO. F08-24667-Y

THE STATE OF TEXAS                    CRIMINAL DISTRICT COURT #7

v.

JAMES G. BROADNAX                     DALLAS COUNTY, TEXAS

AFFIDAVIT

Before me, the undersigned authority, personally appeared __Elizabeth Lutton__, who, being by me duly sworn, deposed as follows:

My name is Elizabeth Lutton, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of the records of **Dallas Sheriff's Office (DSO), Dallas County, Texas**. Attached hereto is **1 page** of records from DSO. This said **1 page** of records are kept by DSO in the regular course of business, and it was the regular course of business of **DSO** for an employee or representative of **DSO**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _20_ day of June , 2011___ .
My commission expires: __9/13/2011___

_____

Notary Public, State of Texas
Notary's printed name:
Roberta Denise Whited



ROBERTA DENISE WHITED
Notary Public
STATE OF TEXAS
Commission Exp. 09-13-2011

282

AIS



**BROADNAX , JAMES**

| Identification | Offense (3) | Arrest (2) | Book-In | Magistrate | Warrants | Jail | Bonds | Pre-Trial Rel |
| Dist. Attorney | | | Grand Jury | | Divert Court | Court |

Current Bookin No: 10048680 - Released

## Adult Identification Information

| | | | |
|---|---|---|---|
| **AIS Number** 2725502 | **DPS/SID Number** 08189265 | **LAI Number** 1077722 | **FBI Number** |
| **True Last Name** BROADNAX | **Suffix** | **True First Name** JAMES | **Middle Name** GARDIELD |
| **Date of Birth** 10/30/1988 | **Current Age** 22 | **Height** 6' 3" | **Weight** 160 lb |
| **Photo** Unavailable | **Fingerprints** Unavailable | **In Dallas Jail Before** NO | **Native Language** |
| **Race** Black | **Sex** Male | **Ethnicity** Non Hispanic | **Skin Tone** Dark |

Date: 9/10/2010
Photos(2)

| Jail Classification | Custody Assessment | Jail Incidents | Jail Misc. | Jail Visitors | D/O | EMO |

### Jail Visitors

| | Book-In No. | Last Name | First Name | DOB | Sex | Race | Book-In DT/TM | Jail |
|---|---|---|---|---|---|---|---|---|
| – | 08047374 | BROADNAX | JAMES | 10/30/1988 | Male | Black | 6/21/2008 2:51:00 AM | North Tower |

| # | Last Name | First Name | Driver's License | Visitor Type | Status | Visit DT/TM |
|---|---|---|---|---|---|---|
| 1 | LOLLAR | BRAD | | Attorney | Cleared | 6/24/2008 10:15:00 AM |
| 2 | thompson | teresa | | Other | Cleared | 6/28/2008 12:00:00 AM |
| 3 | kelly | audry | | Family Member | Cleared | 8/18/2008 7:14:00 PM |
| 4 | lollar | brad | | Attorney | Cleared | 12/3/2008 12:00:00 AM |
| 5 | KELLY | AUDREY | | Family Member | Cleared | 12/21/2008 8:55:00 AM |
| 6 | ROSS | BRANDON | | Attorney | Cleared | 2/27/2009 1:30:00 PM |
| 7 | ross | wade | mitigation specialis | Parole Officer | Cleared | 3/12/2009 1:30:00 PM |
| 8 | ROSS | BRENDA | | Attorney | Cleared | 4/9/2009 12:00:00 AM |
| 9 | LOLLAR | BRAD | | Attorney | Cleared | 5/20/2009 10:00:00 AM |
| 10 | MAILON | KERI | | Attorney | Cleared | 6/7/2009 12:00:00 AM |
| 11 | FINDLEY | MEGANN | | Other | Cleared | 6/9/2009 12:00:00 AM |
| 12 | ROSS | WADE | | Attorney | Cleared | 6/26/2009 12:00:00 AM |
| 13 | findley | megann | | Other | Cleared | 7/8/2009 8:28:00 PM |
| 14 | FINDLEY | MEGANN | | Other | Cleared | 7/20/2009 8:25:00 PM |
| 15 | FINDLEY | MEGANN | | Other | Cleared | 8/11/2009 12:00:00 AM |
| 18 | EASON | KEVEN | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 21 | MARTIN-WYNN | AIQUIA | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 19 | AARON | JACKIE | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 16 | AARON | GARY | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 20 | WYNN | PARNELL | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 17 | KELLY | AUDREY | | Family Member | Cleared | 8/17/2009 7:00:00 PM |
| 22 | FINDLEY | MEGANN | | Other | Cleared | 8/18/2009 12:00:00 AM |
| 23 | KELLY | AUDREY | | Other | Cleared | 8/19/2009 12:00:00 AM |
| 24 | Tatum | John | | Attorney | Cleared | 8/24/2009 12:15:00 PM |
| 25 | FINDLEY | MEGANN | | Other | Cleared | 8/24/2009 8:10:00 PM |
| 26 | findley | megann | | Other | Cleared | 8/28/2009 8:35:00 PM |
| 27 | FINDLEY | MEAGANN | | Other | Cleared | 8/31/2009 8:36:00 PM |

| | Book-In No. | Last Name | First Name | DOB | Sex | Race | Book-In DT/TM | Jail |
|---|---|---|---|---|---|---|---|---|
| + | 10048680 | BROADNAX | JAMES | 10/30/1988 | Male | Black | 7/1/2010 7:46:00 PM | North Tower |

# *Tab* 18

Affidavit of Fact

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared Bradley K. Lollar, who being by me duly sworn, did depose and state upon oath as follows:

1.  My name is Bradley K. (Brad) Lollar. I am over twenty-one years of age and am fully competent to make this affidavit.

2.  Except where stated that I have been told by someone else, I have personal knowledge of all the facts set forth herein, and all such facts are true and correct.

3.  I am Board Certified in Criminal Law by the Texas Board of Legal Specialization.

4.  I was appointed as lead trial counsel to represent Mr. James Broadnax who was initially charged in Cause F08-24629 (which was subsequently dismissed) and then in Cause No. F08-24667-Y in *State of Texas v. James Garfield Broadnax*, in Criminal District Court #7, Dallas County, TX.

5.  I remember that my appointment to represent Mr. Broadnax came from Criminal District Court (CDC) #7, Judge Michael Snipes. although I can not recall if I learned of the appointment from Judge Snipes or from his court coordinator Sharon Johnson. I do not remember the appointment coming from Criminal District Court #1.

285

6. Although many of my time sheets and other documents recite that I was appointed on June 23, 2008, I had checked the computer printout for Dallas County and it records my name as counsel appointed to represent Mr. Broadnax, followed by the date, June 24, 2008.

7. I believe that I was appointed on June 24, 2008, the day after the media interviews on June 23, 2008, based on my recollection of the circumstances of my appointment, which are as follows:

   a. I was appointed on the same day as I visited Mr. Broadnax in the Dallas County jail. The jail visitor log shows that I saw Mr. Broadnax for the first time on June 24, 2008.

   b. I also recall that I had seen the broadcasts of the media interviews of Mr. Broadnax before I had been appointed to represent Mr. Broadnax. The media interviews had been the "talk of the courthouse," and the defense bar was saying that as a result of the broadcasts; they "felt sorry" for whoever got appointed to the case because of the difficulty it would cause in representing the accused.

   c. Because I had already seen the media interviews before I had been appointed, upon learning of the appointment and immediately before I visited Mr. Broadnax in the Dallas County jail, I prepared a written document. That written document was drafted by me to prevent any further media or law enforcement interviews of Mr. Broadnax. I hand delivered that writing to jail personnel who were authorized to prevent further interviews, and I did that immediately before I visited with Mr. Broadnax at the jail.

8. My billing records also show that I had requested payment for work in the Broadnax case for the period that began on June 24, 2008.

286

9. It is common knowledge among the Dallas County judges who handle criminal cases at the Crowley Courthouse that when a capital murder occurs, the press seeks to interview and videotape the person accused of capital murder as soon as they possibly can get access to the accused. The prosecutors and defense counsel, who represent an accused. also know that the media seek immediate access to a capital murder suspect.

10. Mr. Broadnax's case is typical of a high profile capital murder case in which typically the press seeks immediate access to the suspect. In Mr. Broadnax's case, the press did in fact interview him on the first business day, Monday June 23, 2009, following his incarceration in Dallas County jail on Saturday, June 21, 2008.

11. I did not know that the Dallas County computer printout shows that June 23, 2008 was the date that Ward Maedgen was entered as having been appointed to represent Damarius Dwight Cummings, the co-defendant of Mr. Broadnax. The trial of Mr. Cummings case, like the trial of Mr. Broadnax's case, was presided over by Judge Snipes of CDC #7.

12. In 2008 at the time Mr. Broadnax case came into the criminal justice system, there had been problems with the assignment of capital cases among the various felony courts based on "the wheel." Both non-capital and capital felony cases were assigned to the felony courts in sequence (e.g. CDC #1, then CDC #2, etc.), so that as each felony case came up on the computer, it was assigned to the next felony court on the list. When all the courts received one felony case, whether it was capital or not, the computer would start assigning cases to the courts anew (e.g. CDC #1, then CDC #2, etc.). As a result, some felony courts were assigned several unrelated capital cases within the same time period, while other felony courts were not assigned any capital cases at all.

287

13. Sometime after the year 2008, "the wheel" assignment system was changed. All the capital cases were funneled through the presiding judge, who in turn oversaw the distribution of capital cases among the felony courts, and made reassignment of the capital cases as appropriate.

FURTHER AFFIANT SAYETH NOT.

Bradley K. Lollar, Attorney at Law
1700 Commerce Street, Ste. 450
Dallas, TX 75201
214-384-8178
bklollar@sbcglobal.net

Before me, a Notary Public, on this day personally appeared Bradley K. Lollar, known to me or through Texas Drivers License, to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this date: _December 12, 2011_



Notary Public



ZOLA CRUTCHFIELD
My Commission Expires
September 15, 2015

288

# *Tab* 19

# (Deliberately Omitted)



COPY
FILED

IN THE
TEXAS COURT OF CRIMINAL APPEALS 2011 DEC 20 AM 9: 48
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX
DALLAS CO. TEXAS
DEPUTY

## TCCA Cause No. AP-76,207
Criminal District Court No. 7, Cause No. F08-24667-Y

## Ex Parte JAMES GARFIELD BROADNAX, Petitioner

*Exhibits – VOLUME II OF II*
Exhibit 20 through and including Exhibit 26

## DEATH-PENALTY CASE

Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, Texas   75085-0843
(972) 699-7020 Voice; (972) 699-7030 Fax
COUNSEL FOR JAMES BROADNAX

290

# CERTIFICATE OF SERVICE

I certify that on December 20, 2011, I caused a copy of the foregoing Application, Verification, Motion for Evidentiary Hearing, and Request for Oral Argument, together with the exhibits,[1] to be:

*Federal Express Ground (paper format) (and a copy sent by email)*
Edward Marshall, Division Chief (edward.marshall@oag.state.tx.us)
Office of the Attorney General, Post Conviction Division
300 West 15th Street, Suite 800
Austin, Texas, 78701
(512) 936-1400

*Hand delivered (paper format) (and a copy sent by email)*
Attn: Capital Writs – Appellate Section
Dallas County District Attorney's Office
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207

and, eleven (11) (paper format) copies, together with one copy of the exhibits to be sent by

Federal Express Ground to:

*Federal Express Ground (paper format)*
Attn: Betty Hooper
Clerk of Court
Texas Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, RM 106
Austin, TX   78701


_____
                                    Lydia M.V. Brandt

---

[1]    The exhibits are not included in the email transmission because of volume limits in email program.

291

cc:    *Hand delivered "Judge Copy" (paper format) (and a copy sent by email)*
Michael Snipes, Judge, CDC #7
sa.johnson@dallascounty.org Sharon Johnson (court coordinator)

*(U.S. Mail)*
Mr. James G. Broadnax
#999-549
Polunsky Unit, TDCJ
3872 FM 350 South
Livingston, TX 77351-8580

292

IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX

---

**TCCA Cause No. AP-76,207**
Criminal District Court No. 7, Cause No. F08-24667-Y

---

**Ex Parte JAMES GARFIELD BROADNAX**, Petitioner

---

*Exhibits – VOLUME II OF II*
Exhibit 20 through and including Exhibit 26

---

**DEATH-PENALTY CASE**

Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, Texas 75085-0843
(972) 699-7020 Voice; (972) 699-7030 Fax
COUNSEL FOR JAMES BROADNAX

293

State App. Exhibit 1:       Dallas County Procedures for Appointment of Counsel in Death
                            Penalty Cases, As Amended May 2007

State App. Exhibit 2:       Dallas Counsel Indigent Defense Plan for the Appointment of
                            Counsel in Felony Cases, Revised January 2009

State App. Exhibit 3:       Business Records Affidavit, and Sheriff's Dept Records (Dallas
                            County Book In)

State App. Exhibit 4:       2008 Calendar

State App. Exhibit 5:       Instructions Relating to Preliminary Initial Appearance,
                            Arraignment Sheet, Defendant's Affidavit of Indigence (Broadnax)

State App. Exhibit 6:       Instructions Relating to Preliminary Initial Appearance,
                            Arraignment Sheet, Defendant's Affidavit of Indigence (Cummings)

State App. Exhibit 7:       Business Records Affidavit, and Sheriff's Dept Records (Media
                            Requests)

State App. Exhibit 8:       Devin Krause, *County IT in Dismal Shape*, DALLAS MORNING
                            NEWS (Sept 29, 2010)

State App. Exhibit 9:       Devin Krause, *Audit Confirms IT Deficiencies*, DALLAS MORNING
                            NEWS (Jan 18, 2011)

State App.
Exhibits 10, 11, 12:        Tatum Report: Final Report of Findings; Final Report of
                            Recommendations; Summary of Findings and Recommendations

State App. Exhibit 13:      Computer Print Out (under B070 entry, Lollar/Broadax)

State App. Exhibit 14:      Computer Print Out (under B070 entry, Maedgen/Cummings)

State App. Exhibit 15:      Email from Dana Wrisner, Criminal District Manager

294

State App. Exhibit 16:        Cause No. F08-24629,  Trial Docket Sheet

State App. Exhibit 17:        Business Records Affidavit, and attached Jail Visitors list

State App. Exhibit 18:        Affidavit of Brad Lollar

State App. Exhibit 19:        Press Release Plea Bargain Summation

State App. Exhibit 20:        Affidavit of Auditor and Billing Records
                             20A:   Lollar Billing Records
                             20B:   Parks Billing Records
                             20C:   Ross Billing Records

State App. Exhibit 21:        Lollar Request: No Media, No Law Enforcement

State App. Exhibit 22:        SCOTT GOLDSTEIN, *Prosecutors Undecided on Pursuing Death Penalty in Farmers Branch Police Officer's 1983 Slaying*, DALLAS MORNING NEWS (Sept. 10, 2010)

State App. Exhibit 23:        Affidavit of Jennifer Reif

State App. Exhibit 24:        Affidavit of Cliff Jenkins

State App Exhibit 25:         Affidavit of Stewart (gang expert)

State App Exhibit 26:         Affidavit of John Edens, Ph.D. (ASPD & PCL-R)

# *Tab* 20

## BUSINESS RECORDS AFFIDAVIT

I, <u>Virginia Porter</u>, certify that I am employed by the <u>County of Dallas</u>

and that my official title is <u>County Auditor</u>. I am a custodian of records for the <u>Auditor's</u>

<u>Office</u>. I state that each of the records for payment of services rendered in the defense of

James Broadnax that were provided in response to the Public Information Act request

made on June 15, 2011 by Cliff Jenkins are true duplicates of the original records, in the

custody of the <u>Auditor's Office</u> and that I am the custodian of those records.

I further state that:

1.    Such records were kept in the course of a regularly conducted business

activity of <u>the County Auditor</u>; and

2.    Such records were made by <u>deputized staff</u> as a regular practice.

I hereby certify under penalty of perjury that the aforesaid is true and correct.

Executed on the 8th day of December, 2011.


Name: Virginia Porter
Title: County Auditor

297

# *Tab* 20A

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    §   IN THE _____ DISTRICT COURT __7__
VS  JAMES BROADNAX                    §   OF DALLAS COUNTY, TEXAS

Appointment Date: _____  Disposition Date: _____  Partial/Supplemental Payment Request: YES / NO

Dates of Jail Visits: _____

OFFENSE:                              CASE NO.:                    GRADE:

CAPITAL MURDER                        F08-24629-FU                 CAP.

CAPITAL MURDER                        F08-24667-FU                 CAP.

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPLETE DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300   ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY.............$500   ☐ 1ST DEGREE FELONY/MINI-CAP.........$600
    ☐ CONTESTED TRIAL...............☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 4,725.00 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ 4,725.00 for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $** _____.   **COURT APPROVED AMOUNT:** $ 4,725

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above. and that I have not received any other monies or anything else of value for said services.

_____ Attorney at Law.   Date: 2/27/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D. _____)

Name  Bradley K. Lollar                          State Bar No. 12590700

Mailing Address: 1909 W. COLORADO BLVD, DALLAS, TX 75208
   Number   Street      Suite     City    State   Zip

Telephone: (214) 384-8176   Soc. Sec. No. _____
                 (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas, do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure. to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

27 Feb 09 _____        _____
Date                               Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached

299

## OUT OF COURT HOURS
### Period covering June 24, 2008-February 17, 2009

**STATE OF TEXAS V. JAMES BROADNAX**
F08-24629-FY and F08-24667-FY
2 x CAPITAL MURDER DEATH

| | |
|---|---|
| Jail Visits and Conferences with client<br>6/24, 10/16, 12/3, 2008 and 2/17, 2009 | 6.0 Hours |
| Interviews with Family and Witnesses | 5.0 |
| Conferences with Prosecutors | 2.5 |
| Conference with Judges Snipes, Biard, Prosecutors, and Co-Counsel | 1.5 |
| Court Appearances | 2.0 |
| Review of Defendant's TV Interviews | 2.5 |
| Review of Discovery Material | 5.0 |
| Preparation for Death Penalty Committee | 6.0 |
| Presentation at Death Penalty Committee | 1.0 |
| **TOTAL** | **31.5 Hours** |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case.

Bradley K. Lollar

300

120 44076980.0
6/85

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS BROADNAX     §   IN THE _____ Cv _____ DISTRICT COURT _____7_____
VS JAMES BROADNAX              §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6/24/08  Disposition Date: _____  Partial/Supplemental Payment Request YES  NO

Dates of Jail Visits: _____

OFFENSE:                              CASE NO.: F08-24629-1          GRADE:
CAPITAL MURDER                                                      CAP

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION.......$300        ☐ STATE JAIL/3RD DEGREE FELONY.........$400
  ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
  ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
  ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."* 5/7/09

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 4,612.14     COURT APPROVED AMOUNT: $ 4,612.14**

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ Attorney at Law.   Date: 5/4/09

ATTORNEY INFORMATION (Print).                    (For Auditor Use Vendor I.D. _____)

Name  Bradley K. Lollar                          State Bar No  125087200

Mailing
Address: 1909 W. Colorado Blvd.  Dallas  Tx.  75204
         Number   Street         Suite   City   State   Zip

Telephone: (214) 354-8174        Soc. Sec. No _____
                                 (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

4 MAY 2009                        Michael R. Snipes
Date                              Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached

301



**COPY SOLUTIONS**

2001 Bryan Street
Suite 1935
Dallas, TX 75201
(214) 855-6660 * Fax (214) 855-6663

*defense* $3517.14

| DATE | INVOICE # |
|---|---|
| 4/28/2009 | 57822 |

| BILL TO |
|---|
| Dallas County District Attorney<br>Frank Crowley Courts Bldg<br>133 N. Industrial, 11th FLoor<br>Dallas, TX 75207 |

| SHIP TO |
|---|
| |

| TAX ID # | TERMS | DUE DATE | REP |
|---|---|---|---|
| 75-2772176 | Net 30 | 5/28/2009 | AR |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | JOB REQUESTED BY: Dan'l Simpson<br>PURCHASE ORDER NUMBER: 209367 | | |
| 101,178 | LIGHT LITIGATION | 0.08 | 8,094.24T |
| 5,621 | STAPLING UPPER RIGHT CORNER | 0.02 | 112.42T |
| | PLEASE REFERENCE THE ABOVE INVOICE NUMBER ON<br>YOUR CHECK<br>TAX EXEMPT | 0.00% | 0.00 |

Please include the invoice number with your payment! For billing inquiries call us at
(   ) 855-6660. We accept all major credit cards.

| | |
|---|---|
| **Total** | $8,206.66 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $8,206.66 |

For your convenience, you may pay this balance
with your credit card. To pay with your credit
card, please complete the information below:

Card Number: _____

Name on Card: _____

Exp Date: _____ Zip Code: _____

*Delivery Receipt*

Date: 4-30-09

R_____ ___ _____ 302

# COPY SOLUTIONS

*make check payable to:*
*Dallas County*
*See Paul on 11th Floor*

2001 Bryan Street
Suite 1935
Dallas, TX 75201
(214) 855-6660 * Fax (214) 855-6663

| DATE | INVOICE # |
|------|-----------|
| 4/21/2009 | 37740 |

**BILL TO**

Dallas County District Attorney
Frank Crowley Courts Bldg
133 N. Industrial, 11th FLoor
Dallas, TX 75207

**SHIP TO**

| TAX ID # | TERMS | DUE DATE | REP |
|----------|-------|----------|-----|
| 75-2772176 | Net 30 | 5/21/2009 | AR |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | JOB REQUESTED BY: Dan'l Simpson | | |
| | PURCHASE ORDER NUMBER: 209367 | | |
| 27,000 | BLACK & WHITE SINGLE SIDED | 0.08 | 2,160.00T |
| 1,500 | STAPLING< UPPER LEFT CORNER | 0.02 | 30.00T |
| | PLEASE REFERENCE THE ABOVE INVOICE NUMBER ON YOUR CHECK | | |
| | TAX EXEMPT | 0.00% | 0.00 |

$1,095

Please include the invoice number with your payment! For billing inquiries call us at
(214) 855-6660. We accept all major credit cards.

| | | |
|---|---|---|
| **Total** | | $2,190.00 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $2,190.00 |

For your convenience, you may pay this balance
with your credit card. To pay with your credit
card, please complete the information below:

Card Number: _____

Name on Card: _____

Exp Date: _____ Zip Code: _____

*Delivery Receipt*

Date

**Payment Overview (DALLAS_CO)**

| | |
|---|---|
| Number | 120179853 |
| Currency | USD |
| Amount | 2,190.00 |
| Date | 05-MAY-2009 |
| Batch | F120 050509 WJP |
| Voucher | |
| Status | Negotiable |
| Cleared Amount | |
| Cleared Date | |
| Void Date | |
| Maturity Date | |

**Supplier**

| | |
|---|---|
| Name | COPY SOLUTIONS |
| Taxpayer ID | 752772176 |
| Number | 127800    Site BRYAN_ST |
| Address | 2001 BRYAN ST #1935 |
| | DALLAS, TX 75201 |

**Bank**

| | |
|---|---|
| Name | Bank of America |
| Account | Fund No. 120 |
| Payment Document | Fund No. 120 |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| 57746 | 2,190.00 | 05-MAY-2009 | JOB REQ: DALLAS CTY. DIST. ATTORNEY |
| | | | |
| | | | |

| Invoice Overview | Bank | Supplier | Payments |
|---|---|---|---|

304

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS             §   IN THE _____ *a* _____ DISTRICT COURT __7__
VS. JAMES BROADNAX            §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6/13/08  Disposition Date: _____   Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-9 | ~~Death Penalty~~ CASE |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested):......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ __9,982.50__ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ __9,982.50__   COURT APPROVED AMOUNT: $ __9,982.50__

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.   Date: __5/22/09__

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D _____ )

Name __Bradley K. Lollar__                    State Bar No. __(2508700__

Mailing Address: __1909 W. Colorado Blvd.   Dallas  TX. 75208__
    Number   Street       Suite      City    State    Zip

Telephone: __(214) 884-8178__   Soc. Sec. No. _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

__22 MAY 09__                    _____
Date                                        Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

305

## OUT OF COURT HOURS

Period covering appointment Feb. 18, 2009- May 21, 2009

STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| Feb. 18 | Review of GPD helicopter tape of crime scene | .30 Hours |
|---|---|---|
|  | Review of Texarkana PD in-car video | .75 |
|  | Review of Channel 5 Interview of Defendant | .30 |
|  | Research and prep of Judge's script for big panel | 2.50 |
| Feb. 19 | Meeting with co-counsel re:  strategy | 1.50 |
|  | Rev. Of Def's statement to Garland PD | .75 |
|  | Rev. Of def's jail phone calls from Garland PD | .15 |
| March 19 | Meeting w/judge re: voir dire | .50 |
| March 26 | Preparation of Defendant's Pretrial Motions | 3.00 |
| March 27 | Preparation of Defendant's Pretrial Motions | 4.00 |
| March 28 | Preparation of Defendant's Pretrial Motions | 4.00 |
| April 7 | Meeting with Das and Judge Biard | 1.50 |
| April 16 | Court - served Def. with Jury List and reviewed motions | 1.50 |
| April 21 | Court - Pretrial Motions Hearings | 1.50 |
| April 24 | Court - Big Panel - Central Jury Room | 8.00 |
| May 8 | Review of Discovery Materials | 2.00 |
| May 9 | Review of Discovery Materials | 5.50 |
| May 10 | Review of Discovery Materials and prep. of trial notebook | 3.00 |
| May 16 | Review of Discovery Materials | 6.00 |
| May 18 | Court - Pretrial Motions hearing and meeting with defense team | 5.00 |
| May 19 | Legal research on diminished capacity | 8.00 |
| May 20 | Telcon w/ co-counsel, review of tape of Lonnie Harris, review of def's jail phone calls | 1.75 |
| May 21 | Rev. of def's jail phone calls, rev. of additional discovery | 7.75 |

TOTAL                                                                 66.55  Hours

     I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

306

46040                           C                              4407-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS        § IN THE _____CL_____ DISTRICT COURT __7__
VS. JAMES BROADNAX        § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08 Disposition Date: _____ Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER   CASE NO.: F08-24667-Y   GRADE: State seeking death.

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY
DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY
DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT
REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE,
ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY. ......$400
    ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL......... .......☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for
services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal
Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ _____ for services performed and/or $ _____ for voir dire and each day of
trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services
performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 6,600 ⁼  COURT APPROVED AMOUNT: $ 6,600.⁰⁰

### AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in
accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and
that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law. Date. 6/1/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D _____)
Name BRADLEY K. LOLLAR                            State Bar No 12508700
Mailing
Address: 1909 W. COLORADO BLVD, DALLAS TX 75200
   (Number)   (Street)   Suite   City   State   Zip
Telephone: (214) 384-8176   Soc. Sec. No. _____
        (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file
with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been
appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to
be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

1 JUNE 2009                              Michael R. Snipes
Date                                     Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate ☐ Other, see attached.

307

OUT OF COURT HOURS

Period covering May 22-May 29, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| May 22 | Review of Juror Questionnaires | 2.5 Hours |
| May 25 | Preparation for Individual Voir Dire | 2.5 |
| | Review of Defendant's Jail Phone Calls | 3.0 |
| | Review of Juror Questionnaires | 2.0 |
| | Review of Demarius Cummings Texarkana P.D. Video | 1.0 |
| May 26 | Voir Dire | 8.0 |
| | Internet research on Journalists Privilege Bill | 2.0 |
| May 27 | Voir Dire | 8.5 |
| May 28 | Voir Dire | 7.0 |
| May 29 | Voir Dire | 6.5 |
| | Review of Dr. Roache's info. | 1.0 |
| TOTAL | | 44.0    Hours |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

308

4407-6685

46940  yes

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    §   IN THE _____CR_____ DISTRICT COURT __7__
VS. JAMES   BROADNAX             §   OF DALLAS COUNTY. TEXAS

Appointment Date: 6/23/08 Disposition Date: 6/8/-9 Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____
OFFENSE:                                          CASE NO.:                    GRADE:
CAPITAL  MURDER                        F08-24667-Y              STATE
_____          _____/8_____   SEEKING
                                                                          DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY
DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY
DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT
REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE.
ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

- **A.** I request standard compensation for this case as follows (check one):
  - ☐ PROBATION VIOLATION.......$300      ☐ STATE JAIL/3^RD DEGREE FELONY.........$400
  - ☐ 2^ND DEGREE FELONY..............$500   ☐ 1^ST DEGREE FELONY/MINI-CAP............$600
  - ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
  - ☐ COMPETENCY HEARING.....☐$600 (Contested)......☐$300 (Agreed)

- **B** I request additional compensation (at the rate of $100 per hour) in the amount of $_____
  for services performed. If I am requesting additional compensation, or if I am requesting compensation for
  services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal
  Services Provided."*

- **C.** Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
  $ 6,225.00 for services performed and/or $ _____ for voir dire and each day of
  trial as listed on the attached *"Detailed List of Legal Services Provided."*

- ☐ **D.** Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
  for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

- ☐ **E.** I request payment for expert witness/investigator expenses in the amount of $ _____ for services
  performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $** 6,225.00 .   **COURT APPROVED AMOUNT: $** 6,225.00

### AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in
accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and
that I have not received any other monies or anything else of value for said services.

_____ . Attorney at Law.   Date. 6/8/09

ATTORNEY INFORMATION (Print): _____   (For Auditor Use Vendor I.D. _____)
Name Bradley K. Lollar _____   State Bar No. 12508700
Mailing
Address: 1909 W. Colorado Blvd. Dallas, TX 75208
            Number   Street                      Suite      City        State       Zip
Telephone: (214) 384-8178 _____ Soc. Sec. No. _____
                                              (Not required if S.S. number is on file with County Auditor's Office)
TO THE COMMISSIONERS COURT OF DALLAS COUNTY. TEXAS:
      I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file
with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been
appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to
be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

8 Jun 09 _____         _____
Date                                                Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other. see attached.

309

OUT OF COURT HOURS

Period covering May 30- June 5, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| May 30 | Review of Juror Questionnaires | 3.0 Hours |
| | Conf. W/ Dr. Roache | .5 |
| | Review of Defendant's Jail Phone Calls | 3.0 |
| May 31 | Review of Defendant's Jail Phone Calls | 2.0 |
| | Copying and Mailing | 1.0 |
| June 1 | Voir Dire | 9.0 |
| June 2 | Voir Dire | 7.0 |
| June 3 | Voir Dire | 6.5 |
| | Research on Eddings, Morgan question | 2.0 |
| June 4 | Voir Dire | 6.5 |
| | Research on "mercy" question | 1.0 |

TOTAL                                                     41.5      Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

310

6185

**REQUEST FOR PAYMENT BY APPOINTED COUNSEL**

THE STATE OF TEXAS
vs. JAMES BROADNAX

§   IN THE _____ CR _____ DISTRICT COURT __7__
§   OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

OFFENSE: CAPITAL MURDER     CASE NO.: F08-24667-Y     GRADE: STATE SEEKING DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION.......$300       ☐ STATE JAIL/3RD DEGREE FELONY........$400
  ☐ 2ND DEGREE FELONY..............$500   ☐ 1ST DEGREE FELONY/MINI-CAP............$600
  ☐ CONTESTED TRIAL...............☐$800 (Full day)/ ☐$400 (Half day)
  ☐ COMPETENCY HEARING.......☐$600 (Contested)/ ☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled "Detailed List of Legal Services Provided."

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 5,475 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached "Detailed List of Legal Services Provided."

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached "Detailed List of Legal Services Provided."

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 5,475.00    COURT APPROVED AMOUNT $ 5,475.00**

**AFFIRMATION**

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law.   Date: 6/16/09

ATTORNEY INFORMATION (Print):                (For Auditor Use Vendor I.D. _____ )

Name Bradley K. Lollar     State Bar No. 12508700

Mailing Address: 1909 W. Colorado Blvd., Dallas, Tx 75208
(Number)   (Street)        Suite    City    State    Zip

Telephone: (214) 349-8118    Soc. Sec. No. _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

16 JUN 09
Date

_____
Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

311



## OUT OF COURT HOURS

Period covering June 6 - June 12, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Review of Juror Questionnaires | 3.0 Hours |
| | Updating files with new discovery | 1.0 |
| | Review of Defendant's Jail Phone Calls | 1.5 |
| June 14 | Review of Defendant's Jail Phone Calls | 4.0 |
| | Legal research on mercy as a mitigating factor | 1.0 |
| June 8 | Voir Dire | 7.0 |
| June 9 | Voir Dire | 6.5 |
| | Emailing documents to experts | .5 |
| June 10 | Voir Dire | 6.0 |
| June 11 | Voir Dire | 6.0 |

TOTAL                                              36.5      Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

312

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS §  IN THE _____ U2 _____ DISTRICT COURT __7__
VS. JAMES BROADNAX §  OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24467-4 | STATE SEEKING DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION........$300    ☐ STATE JAIL/3ʳᵈ DEGREE FELONY.........$400
    ☐ 2ᴺᴰ DEGREE FELONY..............$500    ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ __5,475__ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ __5,475__ COURT APPROVED AMOUNT: $ __5,475__

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ Attorney at Law  Date: __6/16/09__

ATTORNEY INFORMATION (Print):  (For Auditor Use Vendor I.D. _____ )

Name __Bradley K. Lollar__  State Bar No __12508700__

Mailing Address: __1909 W. Colorado Blvd., Dallas, Tx 75208__
   (Number)    Street        Suite       City       State       Zip

Telephone: __(214) 389-8176__ Soc. Sec. No _____
                                (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

__16 Jun 09__  _____
Date  Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate ☐ Other, see attached.

313

OUT OF COURT HOURS

Period covering June 6   June 12, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Review of Juror Questionnaires | 3.0 Hours |
| | Updating files with new discovery | 1.0 |
| | Review of Defendant's Jail Phone Calls | 1.5 |
| June 14 | Review of Defendant's Jail Phone Calls | 4.0 |
| | Legal research on mercy as a mitigating factor | 1.0 |
| June 8 | Voir Dire | 7.0 |
| June 9 | Voir Dire | 6.5 |
| | Emailing documents to experts | .5 |
| June 10 | Voir Dire | 6.0 |
| June 11 | Voir Dire | 6.0 |

TOTAL                                          36.5      Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

314

120 4407-1085.

Pgm (4) - Project (5) - Grant (5) - Futur

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

_____ - _____ -00 7

THE STATE OF TEXAS          § . IN THE _____ DISTRICT COURT ___ 7 __
VS. JAMES BROADNAX ___     § OF DALLAS COUNTY TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request: YES NO

Dates of Jail Visits: _____

OFFENSE:                          CASE NO.:                    GRADE:
CAPITAL MURDER                    F08-24467-P                  STATE
                                                               SEEKING
                                                               DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled _"Detailed List of Legal Services Provided."_

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached _"Detailed List of Legal Services Provided."_  Search MT53 for previous payment

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached _"Detailed List of Legal Services Provided."_  By _____ Date 7-15-09 for services

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 4,659.00    COURT APPROVED AMOUNT: $ 4,650.00

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date: 6/25/09

ATTORNEY INFORMATION (Print):          (For Auditor Use Vendor I.D _____ )

Name __ Bradley K. Lollar _____  State Bar No. 125 of 7 00

Mailing Address. 1909 W. Colorado Blvd. Dallas TX 75208
    Number    Street    Suite    City    State    Zip

Telephone: (214) 384-8178 __ Soc. Sec. No. _____

(Not required if S S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_____ 29 Jun _____
Date                              05        Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

315

# OUT OF COURT HOURS

Period covering June 21-June 26, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| June 21 | Review of Juror's Questionnaires | 2.0 Hours |
| | Jail calls of Defendant | 3.5 |
| June 22 | Voir Dire | 6.0 |
| | Preparation of Notice of Experts | 2.0 |
| June 23 | Voir Dire | 5.5 |
| June 24 | Voir Dire | 5.5 |
| June 25 | Voir Dire | 1.0 |
| | Review of Documents and Discovery w/ co-counsel | 1.5 |
| June 26 | Jail calls of Defendant and Record review | 4.0 |

TOTAL.                                                    31.0 Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

316

C

4407- 6785

46940

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                  §   IN THE ___a___ DISTRICT COURT __7__
VS. JAMES BROADNAX                  §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6|23|08 Disposition Date: ___—___  Partial/Supplemental Payment Request: YES  NO
Dates of Jail Visits: _____
OFFENSE:                            CASE NO.: F08-24667-Y      GRADE: STATE
CAPITAL MURDER                                                 SEEKING
                                                              DEATH

yes

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE. ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

❑ A.  I request standard compensation for this case as follows (check one):
    ❑ PROBATION VIOLATION..........$300    ❑ STATE JAIL/3RD DEGREE FELONY.........$400
    ❑ 2ND DEGREE FELONY..............:$500    ❑ 1ST DEGREE FELONY/MINI-CAP............$600
    ❑ CONTESTED TRIAL................❑$800 (Full day)........❑$400 (Half day)
    ❑ COMPETENCY HEARING........❑$600 (Contested)......❑$300 (Agreed)

❑ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ 5,250.00 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

❑ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

❑ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services
performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5,250.00    COURT APPROVED AMOUNT: $ 5,250.00

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law    Date: 7/6/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D _____ )
Name: Bradley K. Lollar                          State Bar No. 12508700

Mailing Address: 1909 W. Colorado Blvd Dallas Tx 75208
    Number    Street    Suite    City    State    Zip
Telephone (214) 389-8176 _ Soc. Sec. No. _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05. Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

6 July 09                                         _____
Date                                             Judge

Reason for Denial or variation: ❑ Request exceeds flat rate. ❑ Request exceeds hourly rate. ❑ Other, see attached.

317

OUT OF COURT HOURS

Period covering June 27-July 3, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 28 | Review of Juror's Questionnaires | 2.0 Hours |
| | Jail calls of Defendant | 3.0 |
| June 29 | Voir Dire | 6.0 |
| June 30 | Voir Dire | 8.5 |
| July 1 | Voir Dire | 5.5 |
| July 2 | Voir Dire | 3.0 |
| | Research on Ganster Disciples | 1.5 |
| July 3 | Jail calls of Defendant | 5.5 |

| TOTAL | 35.0 | Hours |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

318

**REQUEST FOR PAYMENT BY APPOINTED COUNSEL**

Death Pen

THE STATE OF TEXAS          §    IN THE _____ Cr _____ DISTRICT COURT _7_
VS. JAMES BROADNAX         §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/06  Disposition Date: _____  Partial/Supplemental Payment Request (YES) NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAP. MURDER | F08-24667-Y | STATE |
| | | SEEKING |
| | | DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY.............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed. If I am requesting additional compensation, or if I am requesting compensation for
    services performed prior to counsel being retained, I must attach the form entitled "*Detailed List of Legal*
    *Services Provided.*"

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $ 5812.50 for services performed and/or $ _____ for voir dire and each day of
    trial as listed on the attached "*Detailed List of Legal Services Provided.*"

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed as listed on the attached "*Detailed List of Legal Services Provided.*"

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services
    performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5812.50    COURT APPROVED AMOUNT: $ 5,812.50
                                                     pay as is MS

**AFFIRMATION**

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.  Date 7/13/09

ATTORNEY INFORMATION (Print).          (For Auditor Use Vendor I.D _____)
Name Bradley K. Lollar          State Bar No. 12568700

Mailing
Address: 1509 W. Colorado Blvd., Dallas TX 75208
    Number          Street          Suite          City          State          Zip
Telephone: 214 358 8116          Soc. Sec. No. _____
                    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

13 JULY 09          _____
Date          Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

319

OUT OF COURT HOURS

Period covering July 5-July 10, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| July 5 | Review of Juror's Questionnaires | 4.0 Hours |
| | Preparation of Orders for Judge | |
| July 6 | Voir Dire | 7.0 |
| July 7 | Voir Dire | 6.5 |
| July 8 | Voir Dire | 7.0 |
| July 9 | Voir Dire | 8.75 |
| July 10 | Meeting with mitigation specialist | 5.5 |
| | Meeting with co-counsel re: striking jurors | |

TOTAL·                                                    38.75    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

320

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS § IN THE ___Cu___ DISTRICT COURT ___7___
VS. __JAMES BROADNAX__ § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/09  Disposition Date: _____ Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____
OFFENSE:
__CAPITAL MURDER__   CASE NO.: __F08-24667-Y__   GRADE: __STATE SEEKING DEATH__

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL. PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
　　☐ PROBATION VIOLATION........$300　　☐ STATE JAIL/3RD DEGREE FELONY........$400
　　☐ 2ND DEGREE FELONY..............$500　　☐ 1ST DEGREE FELONY/MINI-CAP............$600
　　☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
　　☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
　　for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
　　$ 17,557.50 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
　　for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 17,557.50  COURT APPROVED AMOUNT: $ 17,587.50

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant· and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.  Date: 8/10/09

ATTORNEY INFORMATION (Print):　　　　　　　　(For Auditor Use Vendor I D _____)
Name __Bradley K. Lollar__　　　　　　State Bar No. 12508700
Mailing Address: 1909 W. Colorado Blvd., Dallas TX 75208
　　　　Number　　Street　　Suite　　City　　State　　Zip
Telephone: 214-354-8170　　Soc. Sec. No. _____
　　　　　　　　　　　　(Not required if S.S. number is on file with County Auditor's Office)
TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05. Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County. Texas, for services performed in the amount shown above.

10 AUG 09　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

321



OUT OF COURT HOURS

Period covering July 25- August 9, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| July 25 | Research on effects of PCP Intoxication | 5.0 Hours |
| July 26 | Preparation for 705 Hearings | 4.0 |
| July 27 | Hearings on admissibility of videotapes<br>705 Hearing with Dr. Platt | 9.0 |
| July 28 | Email to D. Alex re: Michigan witnesses<br>Interview of witness T. Miller in jail<br>Research and writing of brief for C.O.A.<br>Filing of brief and delivery to parties<br>Emailing of brief to Austin lawyers<br>Research on diminished capacity | 8.5 |
| July 29 | Research and writing of brief on diminished capacity | 7.75 |
| July 30 | Batson Hearing<br>Meeting with Craig Watkins re: plea<br>Hearing on diminished capacity<br>Team Meeting | 8.75 |
| July 31 | Decision of Ct. Of Appeals ruling<br>Telcon with judge and prosecutors<br>Research re: mandamus proceedings | 9.0 |
| August 1 | Review of Defendant's jail phone calls<br>Transcription of witness interviews<br>Organization of files for trial | 5.0 |
| August 2 | Review and organization of medical records | 6.0 |
| August 3 | Meeting with judge re: jurors<br>Obtained and served subpoenas in jail<br>Meeting with D.A. re: discovery materials<br>Telcon with judge and DA re:  telephone hearing<br>with witness Rabb<br>Review of new discovery<br>Prep for hearing with reporters | 8.5 |

322



| August 4 | Hearings with TV reporters<br>Review of Texarkana PD records and videos<br>Video of Vince Barnhill | 5.5 |
| August 5 | Research on state's mandamus action<br>re: Batson<br>Trial preparation | 8.5 |
| August 6 | Evidence Hearings<br>Team meeting re: strategy | 8.5 |
| August 7 | Meetings re: mandamus by state<br>Trial preparation<br>Interview of witness Theron Lacey<br>Decision by Court of Appeals re: Batson | 8.75 |
| August 8 | File preparation<br>Team Meeting<br>Preparation of witness lists<br>Organization of Trial Notebooks | 7.0 |
| August 9 | Emailing experts<br>Telcon with D. Alex, Parks, and Mallon<br>Organization of Medical Records<br>Organization of school records<br>Preparation for opening argument | 7.5 |

TOTAL                                    117.25    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

323

46940                                                          4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS          §   IN THE ____Ca____ DISTRICT COURT __7__
VS. JAMES BROADNAX          §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6|23|08 Disposition Date: _____   Partial/Supplemental Payment Request: YES NO
Dates of Jail Visits: _____
OFFENSE:                    CASE NO.:                  GRADE:
CAPITAL MURDER              F08-24667-Y                STATE IS
_____    _____/AS         SEEKING
_____    _____            DEATH      Partial

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY
DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY
DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT
REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE,
ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for
services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal
Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ 12,330.00 for services performed and/or $ _____ for voir dire and each day of
trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of S _____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services
performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 12,330.00   COURT APPROVED AMOUNT: $ 12,330.00**

### AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in
accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and
that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.   Date: 7/27/09

ATTORNEY INFORMATION (Print):                        (For Auditor Use Vendor I.D. _____)
Name: Bradley K. Lollar                              State Bar No. 12508700
Mailing
Address: 1909 W. Colorado Blvd. Dallas, Tx. 75208
    Number    Street    Suite    City    State    Zip
Telephone: 214 354 8178   Soc. Sec No. _____
    (Not required if S.S. number is on file with County Auditor's Office)
TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file
with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been
appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to
be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

2 7 AUG 09
Date                                    Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other. see attached.

324

OUT OF COURT HOURS

Period covering July 11- July 24, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| July 11 | Review of Juror's Questionnaires | 1.0 Hours |
| July 12 | Review of Defendant's Jail Calls | 5.5 |
| | Met with witness Anderson in jail | .5 |
| July 13 | Review of Defendant's Jail Calls | 4.5 |
| | Telcons with Drs. Silver and Roache | .5 |
| July 14 | Review of court records on M. Utsey | 8.5 |
| | Interviewed witness L. Lott in jail | |
| | Bench warran ted T. Miller | |
| | Met with Dr. Silver at UTHSC | |
| | Meeting w/ co-counsels re: jail calls | |
| July 15 | Review of defendant's jail calls | 4.0 |
| | Team Meeting - status | 4.25 |
| July 16 | Jury List Prep | 11.0 |
| | Prep. Psych records - computer loading | |
| | Emergency meeting wi/judge re: Patterson | |
| | Interview of expert witness | |
| | Review of Channel 4 & 11 Interviews | |
| July 17 | Voir Dire | 2.0 |
| | Review of new records | 1.25 |
| July 20 | Striking of voir dire panel | 3.75 |
| July 21 | Prep. Of expert witness | 8.0 |
| | Research on defendant's prescriptions | |
| | Prep. Of timeline | |
| | Correspondence with experts | |
| | Call from judge re: Green v. Texas | |
| July 22 | Meeting with Judge, C. Watkins and D. Alex | 8.0 |
| | Meeting with co-counsels | |
| | Research on disparate treatment | |
| | Reading of Patterson transcript | |

325

| July 23 | Research on PTSD, ASPD, and GAD | 10.0 |
| | Correspondence from experts | |
| | Batson Hearing preparation | |
| | Meeting with co-counsels re: Batson, progress, experts | |
| July 24 | 705 Hearings | 9.45 |
| | Meeting re: Mandamus by reporter's attorneys | |

TOTAL                                         82.20 Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

326

46940                                                                                      4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                §    IN THE ___C.r___ DISTRICT COURT __7__
VS. __JAMES   BROADNAX__          §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6|23|06  Disposition Date: 8|21|09  Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F0f-24667-Y | STATE IS SEEKING DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
☐ PROBATION VIOLATION.......$300       ☐ STATE JAIL/3RD DEGREE FELONY.........$400
☐ 2ND DEGREE FELONY..............$500      ☐ 1ST DEGREE FELONY/MINI-CAP............$600
☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ 15,000.00 for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 15,000.00    COURT APPROVED AMOUNT: $ 15,000.00

### AFFIRMATION

I the undersigned attorney. am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date: 8|24|09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D. _____)
Name  Bradley  K.  Lollar                         State Bar No. 12508700

Mailing Address: 1909  W.  Colorado  Blvd.  Dallas, Tx.  75208
              Number   Street         Suite      City      State      Zip
Telephone: 214  384-8178  Soc. Sec. No. _____
                                (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County. Texas for services performed in the amount shown above.

2-7-4-4-6-0-9                          _____
Date                                   Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

327

## DETAILED LIST OF LEGAL SERVICES PROVIDED

Period covering August 10 - August 21, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

Jury Trial commenced on August 10, and proceeded on August 11, 12, 13, 14, 17, 18, 19, 20, and 21, with verdict of death on the 21st.

10 days of Death Penalty Trial @ $1500.00 per day = $15,000.00

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

328

4807-6185

48040

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS     §   IN THE ___Cr___ DISTRICT COURT __7__
VS. _JAMES BROADWAY_    §   OF DALLAS COUNTY, TEXAS

Appointment Date: _6/28/09_ Disposition Date: _____ Partial/Supplemental Payment Request YES / NO

Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-9 | STATE IS SEEKING DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

- [ ] A. I request standard compensation for this case as follows (check one):
  - [ ] PROBATION VIOLATION........$300    [ ] STATE JAIL/3RD DEGREE FELONY.........$400
  - [ ] 2ND DEGREE FELONY...............$500    [ ] 1ST DEGREE FELONY/MINI-CAP.............$600
  - [ ] CONTESTED TRIAL.................[ ]$800 (Full day)........[ ]$400 (Half day)
  - [ ] COMPETENCY HEARING........[ ]$600 (Contested)......[ ]$300 (Agreed)

- [ ] B. I request additional compensation (at the rate of $100 per hour) in the amount of $_____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

- [X] C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _3,150.00_ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

- [ ] D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

- [ ] E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _3,150_ COURT APPROVED AMOUNT: $ _3,150.00_

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law.  Date: _8/24/09_

ATTORNEY INFORMATION (Print):        (For Auditor Use Vendor I.D. _____ )

Name _Bradley K. Lollar_ State Bar No. _12508700_

Mailing Address: _1909 W. Colorado Blvd., Dallas, Tx. 75208_
     Number   Street    Suite     City    State    Zip

Telephone. _214 354 8178_ Soc. Sec. No. _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_2744609_
Date                        Judge

Reason for Denial or variation: [ ] Request exceeds flat rate. [ ] Request exceeds hourly rate. [ ] Other, see attached.

46940                                                                4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    §    IN THE _____ Cr _____ DISTRICT COURT ___7___
VS. JAMES BROADNAX                    §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____
OFFENSE:                          CASE NO.:                    GRADE:
CAPITAL MURDER                    F08-24667-Y                  STATE IS
                                                               SEEKING
                                                               DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION........$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day).........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ 1,313.80 for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 1,313.80    COURT APPROVED AMOUNT: $ 1,313.80**

### AFFIRMATION

    I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date: 8/24/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D. _____)
Name Bradley K. Lollar                          State Bar No. 12508700
Mailing Address: 1409 W. Colorado Blvd., Dallas TX 75208
    Number    Street    Suite    City    State    Zip
Telephone: 214 374 8178  Soc. Sec. No. _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

27 AUG 09                          _____
Date                               Judge                          330

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

4144 North Central Expressway, Suite 850
Dallas, TX 75204

Phone: (214) 720-4567
Fax: (214) 720-4593

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15037084 | 08/18/2009 | 1502-51609 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 08/15/2009 | GARCCA | F0824667-Y |

**CASE CAPTION**

State of Texas vs James Garfield Broadnax

**TERMS**

Immediate, sold FOB Merrill facility

Brad Lollar
Lollar, Brad
1700 Commerce Street
Suite 450
Dallas, TX 75201

Videotaping Services for the Deposition of:
  Franzine Mazone                                                              656.90

Videotaping Services for the Deposition of:
  Juanita Mayes                                                                656.9C

TOTAL   DUE   >>>>         1,313.80

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382

*Please detach bottom portion and return with payment.*

Brad Lollar
Lollar, Brad
1700 Commerce Street
Suite 450
Dallas, TX 75201

Invoice No.:  15037084
Date        :  06/18/2009
**TOTAL DUE** :    1,313.80

Job No.     :  1502-51609
Case No.    :  F0824667-Y
State of Texas vs James Garfield Bro

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

331

46940                                                            4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS          §   IN THE ____Cv____ DISTRICT COURT ___7___
VS. _JAMES BROADNAX_        §   OF DALLAS COUNTY, TEXAS

Appointment Date: _6/23/08_ Disposition Date: _____ Partial/Supplemental Payment Request: (YES) NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-T | STATE IS |
| | Q | SEEKING |
| | | DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E.  I request payment for expert witness/investigator expenses in the amount of $ _1,478.74_ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ _1,478.74_.   COURT APPROVED AMOUNT: $ _1,478.74_**

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____. Attorney at Law   Date: _8/24/09_

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D _____)
Name _Bradley K. Lollar_                          State Bar No. _125087QQ_
Mailing
Address _1909 W. Colorado BLVD., Dallas TX 75208_
    Number   Street    Suite    City    State   Zip
Telephone: _214 334 8178_   Soc. Sec. No. _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

_27 AUG 09_                          _Michael R. Snipes_
Date                                 Judge
                                      332
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

4(940                                                                                      4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS               §   IN THE ___Cr___ DISTRICT COURT __7__
VS. JAMES BROADNAX               §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request YES / NO

Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-Y | STATE IS |
| | | SEEKING |
| | | DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
- ☐ PROBATION VIOLATION.......$300
- ☐ STATE JAIL/3RD DEGREE FELONY........$400
- ☐ 2ND DEGREE FELONY..............$500
- ☐ 1ST DEGREE FELONY/MINI-CAP............$600
- ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
- ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ 1,181.39 for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 1,181.39   COURT APPROVED AMOUNT: $ 1,181.39**

**AFFIRMATION**

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to. the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.   Date: 8/24/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D. _____)

Name Bradley K. Lollar                           State Bar No. 12508700

Mailing Address: 1909 W. Colorado Blvd, Dallas, Tx 75208

Telephone: 214 354 8178   Suite ____ Soc. Sec. No. _____

(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

27 4 U G 09
Date                                             Judge                              333

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.



Platt & Associates
Impaired Driving Consulting



Platt & Associates
Impaired Driving Consulting
www.waldenplatt.com

4301 Carter Creek Parkway
Suite 201
Bryan, Texas 77802

Phone:
(o) 979-846-3950
(c) 979-412-2346
Fax: 979-846-3974

## Invoice

Bill To:
Bradley K. Lollar
Attorney at Law

Remit payment to:
Platt & Associates
4301 Carter Creek Parkway, Suite 201
Bryan, Texas 77802

| Quantity | Date | Client | Description | | | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| | 7/27/2009 | James Broadnax | Testimony | | | $1000.00 | $1000.00 |
| | | | Travel from Bryan, Texas to Dallas, Texas | 164.9 miles | | | |
| | | | Travel from Dallas, Texas to Bryan, Texas | 164.9 miles | 329.8 miles | .55 per mile | $181.39 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total due | $1181.39 |

334

46940                          4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS          §    IN THE _____ DISTRICT COURT __7__
VS. JAMES BROADNAX          §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/24/09   Disposition Date: _____    Partial/Supplemental Payment Request: (YES) NO
Dates of Jail Visits: _____

OFFENSE:                         CASE NO.:                   GRADE:
CAPITAL MURDER                   F08-24667-Y                 STATE IS
_____            _____              SEEKING
                                      /2-                    DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY
DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY
DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT
REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE.
ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION........$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL................☐$800 (Full day).........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed. If I am requesting additional compensation, or if I am requesting compensation for
    services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal
    Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $ __5,175__ for services performed and/or $ _____ for voir dire and each day of
    trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services
    performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ __5,175__.    COURT APPROVED AMOUNT: $ __5,175.00__**

### AFFIRMATION
    I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in
accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and
that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date: __8/27/09__

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D. _____)
Name __Bradley K. Lollar__    State Bar No. __12508700__
Mailing
Address: __1984 W. Colorado Blvd. Dallas TX 75208__
    Number    Street        Suite        City        State        Zip
Telephone: __214 584 4176__    Soc. Sec. No. _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file
with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been
appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to
be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

__2-24-09__                      __Michael R. Snipes__
Date                             Judge                              335

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering June 13-June 18, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Preparation for defense team meeting | 2.5 Hours |
|---------|--------------------------------------|-----------|
|         | Copying records for team             | 1.0       |
| June 14 | Defense team meeting                 | 2.0       |
|         | Reading Juror Questionnaires         | 2.0       |
| June 15 | Voir Dire                            | 5.5       |
| June 16 | Voir Dire                            | 8.5       |
| June 17 | Voir Dire                            | 7.5       |
| June 18 | Voir Dire                            | 5.5       |

TOTAL                                            34.5    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

336

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS BROAD NAX § IN THE _____ Cv _____ DISTRICT COURT _7_
VS. JAMES BROADNAX § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08 Disposition Date: 8/21/09 Partial/Supplemental Payment Request: (YES)/ NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER   CASE NO.: F08-24667-9   GRADE: STATE SOUGHT DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300     ☐ STATE JAIL/3^RD DEGREE FELONY.........$400
    ☐ 2^ND DEGREE FELONY..............$500     ☐ 1^ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ 2,450.00 for services
    performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 2,450.00   COURT APPROVED AMOUNT: $ 2,450.00

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.   Date: 9/15/09

ATTORNEY INFORMATION (Print).   (For Auditor Use Vendor I.D. _____)

Name Bradley K. Lollar   State Bar No 12508700

Mailing Address: 1909 W. Colorado Blvd., Dallas TX 75208
          Number   Street   Suite   City / State / Zip

Telephone: 214 _____   Soc. Sec. No. _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

14 Sep 09
Date     Michael R. Snipes
         Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

337

**UT SOUTHWESTERN**
M E D I C A L   C E N T E R

Developmental Neuropsychology Services                    Department of Rehabilitation Counseling
Cheryl H. Silver, Ph.D.
Professor

September 10, 2009

Brad Lollar
1700 Commerce Street, Suite 450
Dallas, TX  75201

Re:  James Broadnax

Dear Mr. Lollar:

The following professional fee is based upon my consultation on James Broadnax's case, and is due upon receipt of this statement. **Please make the check payable to UT Southwestern - FSP and address the envelope to Wanda Madyun in the Department of Rehabilitation Counseling at the address below.** Thank you very much.

| | |
|---|---|
| Preparation of testimony | 1.50 hrs |
| 7/14/09 meeting | 1.00 |
| 7/24/09 court appearance | 1.50 |
| 8/16/09 phone consultation | .25 |
| 8/17/09 court appearance | 2.75 |
| Total hours | 7.00 |

**Fee:   $ 2,450.00**

Sincerely,

Cheryl H. Silver, Ph.D.

UT Southwestern Tax ID # 75-6002-868

UT Southwestern Allied Health Sciences School   5323 Harry Hines Blvd. / Dallas, Texas 75390-9088 / 214-648-1740
www.utsouthwestern.edu

338

**REQUEST FOR PAYMENT BY APPOINTED COUNSEL**

THE STATE OF TEXAS, §  IN THE _____ Cr _____ DISTRICT COURT ___7___
VS. JAMES BROADNAX  §  OF DALLAS COUNTY, TEXAS

Appointment Date: _6/23/08_ Disposition Date: _8/21/09_ Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER    CASE NO.: F08-24667-P    GRADE: STATE / SOUGHT / DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

❏ A.  I request standard compensation for this case as follows (check one):
    ❏ PROBATION VIOLATION........$300    ❏ STATE JAIL/3RD DEGREE FELONY.........$400
    ❏ 2ND DEGREE FELONY..............$500    ❏ 1ST DEGREE FELONY/MINI-CAP............$600
    ❏ CONTESTED TRIAL................❏$800 (Full day)........❏$400 (Half day)
    ❏ COMPETENCY HEARING........❏$600 (Contested)......❏$300 (Agreed)

❏ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

❏ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

❏ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E.  I request payment for expert witness/investigator expenses in the amount of $ _5702.15_ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ _5702.15_  COURT APPROVED AMOUNT: $ _5,702.15_**

DM-45

**AFFIRMATION**

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date: _9/15/09_

ATTORNEY INFORMATION (Print): _University of Texas Health Science Center_  For Auditor Use Vendor I.D. _13016 CUH_
Name _Bradley K. Lollar_    State Bar No _12508700_

Mailing Address: _9009 W. Colorado Blvd., Dallas Tx 75208_

Telephone: _(214) 354-8178_    Number  Street  Suite  City  State  Zip    Soc. Sec. No. _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_14 Sep 09_
Date

_____
Judge

Reason for Denial or variation: ❏ Request exceeds flat rate. ❏ Request exceeds hourly rate. ❏ Other, see attached.

*Please pay expert directly* (handwritten margin note)

# Scientific & Professional Consultation

## *John D. Roache, Ph.D.*
### Professor of Psychiatry and Pharmacology
### Chief of the Division of Alcohol and Drug Addiction
### Director of the Be Well Center
### Director of the FIRST Program

Specialty Consultations In:
- Pharmacy and Psychopharmacology
- Substance Use, Abuse, and Treatment
- Anxiety and Affective Disorders

Department of Psychiatry
University of Texas Health
 Science Center at San Antonio
7703 Floyd Curl Dr., Mailstop 7792
San Antonio, TX 78229-3900

September 1, 2009

Bradley K. Lollar
Attorney for James Broadnax
1700 Commerce St., Ste.450
Dallas, Texas 75201

Re:  Invoice for Fee Payment

Please accept this as an invoice for consultation and legal testimony services provided in the case referenced above which resulted in a my legal testimony in the defense of Mr. James Broadnax.

## Fee Schedule

| | |
|---|---|
| Initial Brief Consultation: | free of charge |
| Independent Research and Consultation (@$200 per hour): | $2,000 (10 hours) |
| Travel to Dallas for Legal Testimony (@$1500 each): | $3,000 (Jul.24, Aug.17) |

| | | |
|---|---|---|
| Expenses | Airfare: | $567.40 |
| | Parking: | $ 20 |
| | Taxi: | $ 94 |
| | Food: | $ 20.75 |
| | **Total:** | **$5,702.15** * |

*Checks are to be made payable to:
Department of Psychiatry
c/o John Roache, Ph.D.
University of Texas Health Science Center at San Antonio
7703 Floyd Curl Dr., Mailstop 7793
San Antonio, TX 78229-3900

John D. Roache, Ph.D.

340

2105625403                                                      PAGE  01/08



**John D. Roache, Ph.D.**
Professor
Departments of Psychiatry & Pharmacology
University of Texas Health Science Center at San Antonio
7703 Floyd Curl Dr.
San Antonio, Texas 78284-7792

(tele):  210-562-5401
(fax): 210-562-5403
(email): roache@uthscsa.edu)

DATE:  _9-24-09_          TIME:_____

TO:  _Martha_

INSTITUTION:  _Dallas City Auditors_

FAX No.:  _214 - 653 - 6440_

Tele. Confirm. #  _(214) 653-7352_

No. Pages transmitted (incl. cover sheet): _8_  *

\* Receiver/Operator:  If you have not received the correct number of pages
as shown above, please call (210) 562-5401.  Thank you.

ADDITIONAL INFORMATION:

341

Ħ

## Roache, John D

From:       Krissy Leger [kleger@ctptravelservices.com]
Sent:       Thursday, August 13, 2009 4:03 PM
To:         Roache, John D
Subject:    E-ticket
Importance: High

*Brad Lollar*
*Crowley Courthouse*
*133 N. Industrial.*
*Corner of Industrial + Commerce*
*Criminal District. Ct. #7*
*1:00 pm.*

SALES PERSON: 72          ITINERARY          DATE: 13 AUG 09
CUSTOMER NBR: 0180006069               LPIMZO      PAGE: 01

       TO: UT HEALTH SCIENCE CENTER
           OFFICE OF ACCOUNTING
           PO BOX 40310
           SAN ANTONIO, TX 78229

FOR: ROACHE/JOHN D


        YOUR SOUTHWEST AIRLINES CONFIRMATION IS...NL5ACS
        ----------------------------------------------------
        **PLEASE REVIEW YOUR ITINERARY FOR ACCURACY**
        **AS SOON AS IT IS RECIEVED. IT IS YOUR**
        **RESPONSIBILITY TO NOTIFY CTPI AT 866-368-1142**
        **OF ANY ERRORS OR CHANGES WITHIN 24HOURS**
        **OF RECEIPT OF THIS ITINERARY**
17 AUG 09 - MONDAY
  AIR  SOUTHWEST AIRLINES  FLT:234   ECONOMY
     LV SAN ANTONIO        1020A      EQP: BOEING 737-700
     DEPART: TERMINAL 1             01HR 00MIN
     AR DALLAS LOVE FLD     1120A       NON-STOP
                          REF: NL5ACS
  AIR  SOUTHWEST AIRLINES  FLT:1275  ECONOMY
     LV DALLAS LOVE FLD      450P       EQP: BOEING 737-700
                          01HR 00MIN
     AR SAN ANTONIO         550P        NON-STOP
     ARRIVE: TERMINAL 1             REF: NL5ACS

*$ 283.70*

30 DEC 09 - WEDNESDAY
  OTHER SAN ANTONIO
        THANK YOU FOR CALLING YOUR UT AGENT IS KRISSY LEGER EXT 1113




HAVE A SAFE AND PLEASANT TRIP
UT DEDICATED FAX NUMBER - 210-308-8758
--CALL 1-800-441-6512 USE V.I.T. CODE S2P2A --
--- THERE IS A 15.00 CHARGE PER CALL ---
PLEASE RECONFIRM ALL FLIGHTS PRIOR TO DEPARTURE
AS POSSIBLE SCHEDULE CHANGES MAY HAVE OCCURED
UNDER THE NEW TSA SECURITY PROCEDURES
PASSENGERS MUST PRESENT A BOARDING PASS
AND A GOVERNMENT ISSUED ID TO PASS THRU


8/14/2009                                                    342

22:44:33   SWA 1-800-435-9792->12105625403        Ticketless Travel      PAGE 001

# SOUTHWEST AIRLINES®
## TICKETLESS TRAVEL℠
Nontransferrable. Positive Identification Required
### BRING A COPY OF THIS ITINERARY TO THE AIRPORT FOR FLIGHT CHECKIN
Receipt and Itinerary as of 07/21/2009 09:42PM

Confirmation Number:   NP5G8R                    Received: WN/JOHN
Confirmation Date:  07/21/2009

Passenger(s):                                    Account Number:
  ROACHE/JOHN 5262143720015

| Itinerary | Flt# | Date | Depart | Arrive |
|---|---|---|---|---|
| SAN ANTONIO TX/DALLAS LOVE FIELD | 0792 Y | 24JUL09 | 07:30AM | 08:30AM |
| DALLAS LOVE FIELD/SAN ANTONIO TX | 3144 Y | 24JUL09 | 01:35PM | 02:35PM |

\*\*\*\*\*\*\*\*\*\*

Cost:                         Total for 1 Passenger(s)   AIR:      245.58
                                                         TAX:       25.62
                                                         PFC:        7.50
                                                SECURITY FEE:        5.00
                                                                ----------
                                                  TOTAL FARE:      283.70
                              \*\*\*\*\*\*\*\*\*\*

Payment Summary:
 Current payment(s):
  21JUL2009 Visa XXXXXXXXXXXXX6497                                  283.70

                                          Total Payments:          283.70
                              \*\*\*\*\*\*\*\*\*\*

Fare Rule(s):
    VALID ONLY ON SOUTHWEST AIRLINES.
    NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL.
    All travel involving funds from this confirm no. must be completed by
    07/21/09.
Fare Calculation:
    SAT WN DAL122.79YL WN SAT122.79YL 245.58 END ZPSATDAL XFSAT4.5DAL3 AY5.00$SAT2
    .50 DAL2.50

### CONDITIONS OF CONTRACT

SOUTHWEST AIRLINES CO. NOTICE OF INCORPORATED TERMS — Air transportation operated by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $3,000 per fare-paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including time periods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you. You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to: Southwest Airlines, V.P. Customer Relations, PO Box 36647, Dallas, TX 75235-1647. Note: When traveling on any flight operated by another carrier, that operating carrier's contract of carriage applies.

Checkin Rules: Flights operated by Southwest Airlines: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to schedule departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

REFUND AND EXCHANGES: Any change to this itinerary may result in a fare increase. Unless otherwise noted if you do not travel on this itinerary, you may qualify for a refund or exchange. To apply for a refund, please call 1-800-I-FLY-SWA. Written requests should include a copy of this document and be addressed to: Southwest Airlines Refund Department 6RF, PO Box 36649, Dallas, TX 75235-1649

343

There- Your Itinerary

CORP TRAVEL PLANNERS
OFFICE HOURS 7:30AM-6PM MON-FRI
Phone: 888-366-1162/210-366-1162
UTRAVEL@CTPTRAVELSERVICES.COM

English    Log In
12 hrs display    Sign up Now

Home | View Itinerary | City Guide | Help                My Profile    My Trips

TRIP TO                TRAVELER(S)            RESERVATION CODE    TRAVEL DATES
DALLAS LOVE FLD, TX    JOHN D ROACH          LPIMZO              Aug 17   Aug 17

Overview    Air    Other



3-COURSE STEAK & SEAFOOD OFFERING
$49.99 PER PERSON
DETAILS AND RESERVATIONS

**NEXT STEPS**

Print Itinerary
E-mail Itinerary
Add to Calendar
View eTicket Receipt
View airwaice
Add to My Trips

Travel Arranger Priority Comments
YOUR SOUTHWEST AIRLINES CONFIRMATION IS: NL5ACS

*PLEASE REVIEW YOUR ITINERARY FOR ACCURACY*
AS SOON AS IT IS RECEIVED. IT IS YOUR*
*RESPONSIBILITY TO NOTIFY CTP/AT 806-YOUR TRIP*
*OF ANY ERRORS OR CHANGES WITHIN 24HOURS*
*OF RECEIPT OF THIS ITINERARY*
THE REFUNDABLE FARE FOR THIS ITINERARY IS  289.50
PLUS SERVICE FEE  22.00

| | SAT | DAL |
|---|---|---|
| Monday   Aug 17 | SAN ANTONIO, TX | DALLAS LOVE FLD, TX |
| SOUTHWEST AIRLINES WN 8234 | Departing At 10:20am Terminal TERMINAL 1 | Arriving At 11:20am Terminal Not Available |
| Passenger Name | Seats | Frequent Flyer Number |
| JOHN D ROACH | Check-In Required | |
| Airline Reservation Code | NL5ACS    Duration | 0*hr(s) :00min(s) |
| Status | Confirmed    Class | Economy |
| Aircraft | BOEING 737-700 JET    Gate | Check for latest Information |
| Meals | Stops | 0 |
| Smoking | No    Mileage | 0248 |

Please verify flight times prior to departure

Buzz me of any flight changes                              [ Notify Me ]

Take a Taxi, Shuttle, or Limo to reach your destination!    [ Book Now ]



Where do you want to go?
Get Directions


Explore Now

| | DAL | SAT |
|---|---|---|
| Monday   Aug 17 | DALLAS LOVE FLD, TX | SAN ANTONIO, TX |
| SOUTHWEST AIRLINES WN 1275 | Departing At 04:50pm Terminal Not Available | Arriving At 05:50pm Terminal TERMINAL 1 |
| Passenger Name | Seats | Frequent Flyer Number |
| JOHN D ROACH | Check-In Required | |
| Airline Reservation Code | NL5ACS    Duration | 01hr(s) :00min(s) |
| Status | Confirmed    Class | Economy |
| Aircraft | BOEING 737-700 JET    Gate | Check for latest Information |
| Meals | Stops | 0 |
| Smoking | No    Mileage | 0248 |

PAGE  06/08

12:38    2105623403

## CAB & RANGER CAB CO.

Fable Service ★ Time Calls Accepted

(214) 428-0202

1204 Powhattan
Dallas, Texas 75215

1306 Wall Street
Dallas, Texas 75215

CAB #  2302
FARE $  23 00    DATE  8-17-09
DRIVER  AJ

txcowboycab@aol.com

Thanks For Your Patronage

## AMBASSADOR CAB
11298 Luna Rd. Dallas, TX 75229

Cab #  4    Date  7-24-09
Fare $  $ 25
Driver

Dispatch (214) 905-1111    Office (214) 905-8067

## COWBOY CAB & RANGER CAB CO.

Fast Dependable Service ★ Time Calls Accepted

(214) 428-0202

1204 Powhattan
Dallas, Texas 75215

1306 Wall Street
Dallas, Texas 75215

CAB #  422
FARE $  22    DATE  8-17-09
DRIVER  AJ

txcowboycab@aol.com

Thanks For Your Patronage

## AMBASSADOR CAB
11298 Luna Rd. Dallas, TX 75229

Cab #    Date  7-24-09
Fare $  24 00
Driver

Dispatch (214) 905-1111    Office (214) 905-8067

QUESTIONS OR COMMENTS?
PLEASE CONTACT:
SAN ANTONIO INTERNATIONAL AIRPORT
9800 AIRPORT BLVD
SAN ANTONIO TX 78216
(210) 207-3465
Rcpt# 22746
08/17/09 17:26   LN 5 AN 54   Txn# 85438
08/17/09 08:43 In   08/17/09 17:26 Out
Tkt# 878395
LONG-TERM     $  10.00
Total Fee     $  10.00
CASH PAID     $  10.00-
Cash Tender   $  10.00
Change Due    $   0.00
THANK YOU FOR CHOOSING TO PARK WITH US!

QUESTIONS OR COMMENTS?
PLEASE CONTACT:
SAN ANTONIO INTERNATIONAL AIRPORT
9800 AIRPORT BLVD
SAN ANTONIO TX 78216
(210) 207-3465
Rcpt# 61176
07/24/09 14:36   L#26 A# 1   Txn#108261
07/24/09 08:21 In   07/24/09 14:36 Out
Tkt# 583618
LONG-TERM     $  10.00
Total Fee     $  10.00
VISA          $  10.00
YXXXXXXXXXXXX8497
Approval No. :084547
Reference No. :0659
Change Due    $   0.00
THANK YOU FOR CHOOSING TO PARK
WITH US!

345

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS _Broadnax_ §   IN THE _Cr_____ DISTRICT COURT _7_____
VS. _JAMES Broadnax_ §   OF DALLAS COUNTY, TEXAS

Appointment Date: _6/23/08_ Disposition Date: _8/28/09_ Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____
OFFENSE: _CAPITAL MURDER_   CASE NO.: _F08-24629-Y_   GRADE: _CAP_

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPLETE DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):   By _____

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

A. I request standard compensation for this case as follows (check one):
- ❏ PROBATION VIOLATION.......$300       ❏ STATE JAIL/3RD DEGREE FELONY.........$400
- ❏ 2ND DEGREE FELONY..............$500     ☒ 1ST DEGREE FELONY/MINI-CAP ...........$600
- ❏ CONTESTED TRIAL................❏$800 (Full day)........❏$400 (Half day)
- ❏ COMPETENCY HEARING........❏$600 (Contested)......❏$300 (Agreed)

B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _600.00_.   COURT APPROVED AMOUNT: $ _540.00_

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ Attorney at Law.   Date: _9/16/09_

ATTORNEY INFORMATION (Print):                     (For Auditor Use Vendor I.D. _____)
Name: _Bradley K. Lollar_                      State Bar No. _12508700_
Mailing Address: _1909 W. Colorado Blvd., Dallas Tx 75208_
         Number / Street   Suite   City / State   Zip
Telephone: _(214) 354-8176_   Soc. Sec. No. _____
                                   (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
        I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_16 Sep 09_                         _____
Date                                  Judge

Reason for Denial or variation: ❏ Request exceeds flat rate. ❏ Request exceeds hourly rate. ❏ Other, see attached

346

# *Tab* 20B

4407- 6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS     §   IN THE _Criminal_ DISTRICT COURT _No.1_
VS. _James Breadsky_     §   OF DALLAS COUNTY, TEXAS

Appointment Date: _2-16-09_ Disposition Date: _____   Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

OFFENSE: _Cap. Murder_     CASE NO.: _F08-24667-FY_     GRADE: _Death Penalty_

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
    ☐ CONTESTED TRIAL..............☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _7,920.00_ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E.  I request payment for ~~expert witness/investigator~~ expenses in the amount of $ _151.52_ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _8,071.52_   COURT APPROVED AMOUNT: $ _8,071.52_

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies of anything else of value for said services.

_____ , Attorney at Law.   Date: _____

ATTORNEY INFORMATION (Print):     (For Auditor Use Vendor I.D. _____ )
Name _Douglas H. Parks_     State Bar No. _15520000_

Mailing Address: _321 Calm Water Lane   Holly Lake Ranch, Tx 75765_
Telephone: _(214) 521-2620_
    Number     Street     Suite     City     State     Zip
Soc. Sec. No. _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_28 may 09_     _____
Date     Judge

Reason for Denial or variation: ☐ Request exceeds flat rate ☐ Request exceeds hourly rate. ☐ Other, see attached.

348

## SUMMARY OF SERVICES
### Cause No. F08-24667-FY
*The State of Texas v. James Broadnax*

| Date | Service | Time |
|------|---------|------|
| 2-11-09 | To Court for meeting with Judge; appointed 2nd chair by Court; discuss scheduling; to jail to meet client - notes in file; letter to client. | 2.50 |
| 2-13-09 | Meeting with Judge; ADA - telephone to Judge Biard. | 1.00 |
| 2-18-09 | Telephone conference with Brad regarding general voir dire; research; telephone to Brad. | .30 |
| 2-19-09 | To Brad's office for preparation conference. | 1.50 |
| 2-24-09 | Telephone to mitigation investigator; telephone to ADA. | .20 |
| 2-25-09 | Letter to client regarding mitigation investigator; letter to Sheriff for mitigation investigator; email to relevant parties; telephone from mitigation investigator who nee ds Court Order to see client; draft order. | 1.00 |
| 2-27-09 | To Court to get Order signed; to Sheriff for conference with Vicki Duran; meet mitigation investigator; to jail to visit client. | 1.80 |
| 3-2-09 | return to office; review for needs; telephone to mitigation investigator regarding ***. | .30 |
| 3-5-09 | Take discovery CD to Kinkos for copying; review crime scene photos; autopsy reports. | .80 |
| 3-19-09 | Deliver hard copy discovery to Brad Lollar and mitigation investigator; get order signed to hire expert. | .50 |
| 3-20-09 | Review file and list needs; telephone to *** -left message. | .50 |
| 3-30-09 | Telephone to ***; email mitigation investigator; | |

349

|  |  |  |
|---|---|---|
|  | organize file. | 1.00 |
| 4-2-09 | Telephone from Brad regarding questionnaires; open email questionnaire, review; telephone to Brad with concerns; begin review of discovery on hand and begin construction of trial notebook. | 1.50 |
| 4-5-09 | Research, draft objections to questionnaire; copy and prepare for filing; email to Brad. | 2.10 |
| 4-6-09 | To Court to file motion; to ADA to serve; conference with Brad. | .50 |
| 4-7-09 | To Court for hearing on questionnaire issue; to ADA for additional discovery; to Kinkos to leave CD for copying. | 1.50 |
| 4-9-09 | Review motions filed by Brad; draft additional motions. | 1.80 |
| 4-10-09 | Review ADA's "jury script"; telephone from Brad; prepare motions for filing; email Brad. | .60 |
| 4-14-09 | Review email from ***; draft jail letter for *** and email to her; review and respond to email from David Alex regarding the questionnaire. | .50 |
| 4-15-09 | Prepare for hearing tomorrow; box discovery for distribution; update contact numbers; to Court to meet Mitigation investigator; email motions to ADA. | 1.20 |
| 4-16-09 | To Court to serve client with jury list; review motions with David Alex. | 1.50 |
| 4-18-09 | Continue discovery review and continue organization into trial notebooks. | 3.60 |
| 4-19-09 | Pull death penalty standard files and update; continue discovery review. | 2.50 |
| 4-21-09 | To Court for pretrial hearing. | 1.50 |

| | | |
|---|---|---|
| 4-21-09 | Email form *** problems with ^^^ - notes in file; Telephone to mitigation investigator. | .20 |
| 4-24-09 | To Court for big panel. | 8.00 |
| 5-2-09 | Complete hard copy trial notebooks; review for needs. | 3.20 |
| 5-16-09 | Prepare for pretrial and team meeting. Begin review of questionnaires. | 1.00 |
| 5-18-09 | To Court for pretrial - re-scheduled to 1:30 from 8:30; team meeting; return to Court for pretrial. | 5.00 |
| 5-21-09 | Review questionnaires; telephone from Brad regarding status of experts. | 2.50 |
| 5-22-09 | Begin preparation for voir dire. | 1.50 |
| 5-25-09 | Finish voir dire outline; final review of law of voir dire. | 1.20 |
| TOTAL TIME | | 52.80 |

52.80 @ $150.00 = $7,920.00

## EXPENSES

| | | |
|---|---|---|
| 3-6-09 | Copying - Kinkos | $98.66 |
| 3-7-09 | Copying - Kinkos | 52.86 |
| Total Expenses | | $151.52 |

TOTAL REQUEST FOR PAYMENT:

| | |
|---|---|
| Services | $7,920.00 |
| Expenses | 151.52 |
| | $8,071.52 |

351

**The State of Texas**   §
                         §
**County of Dallas**     §

I, Gary Fitzsimmons, Clerk of the District Courts of Dallas County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5(a) or Code of Criminal Procedure Section 11.07(3)(a) including all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5(b), and that have been filed with the trial court clerk, and unless otherwise indicated in this record.

**GIVEN UNDER MY HAND AND SEAL** at my office in Dallas County, Texas, on this OCTOBER 16, 2014.



Clerk Signature: *Regina Taylor*

Name   REGINA TAYLOR
       Deputy District Clerk

352