# TAMES Barcode Cover Sheet



256E6D9EDFD34AEDB3ACECDAB1435428

| | |
|---|---|
| **Case Number:** | WR-81,573-01 |
| **Style:** | Broadnax, James Garfield |
| **Event Date:** | 5/20/2015 |
| **Event Details:** | HABEAS CORPUS RECEIVED - 11.071/This Court/11.071 WRIT DISP/11.071/HCRDEN/ORDER |
| **Filename:** | WR-81,573-01 11.071 WRIT DISP 11.071 5-20-2015 |
| **Document Description:** | OTHER |
| **Document Remarks:** | (5/19/2015 10:46:54 AM) WR-81,573-101_Broadnax_Order.pdf |
| **Document(s):** | |
| **Generated By:** | Frances Gutierrez |
| **Generated On:** | 4/5/2016 11:10:14 AM |



3



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

May 20, 2015

Presiding Judge Criminal District Court #7
Dallas County
133 Riverfront, LB 54
Dallas, TX 75207

**Re:** Broadnax, James Garfield
**CCA No.** WR-81,573-01
**Trial Court Case No.** F08-24667-Y

Dear Judge:

Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

If you should have any questions concerning this matter, please do not hesitate to contact me.

Sincerely,

/s/ Sian Schilhab
Sian Schilhab
General Counsel

cc: Edward L. Marshall (DELIVERED VIA E-MAIL)
Lydia M. V. Brandt (DELIVERED VIA E-MAIL)
James Garfield Broadnax
Joni White (DELIVERED VIA E-MAIL)
District Attorney Dallas County (DELIVERED VIA E-MAIL)
District Clerk Dallas County (DELIVERED VIA E-MAIL)



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,573-01

### EX PARTE JAMES GARFIELD BROADNAX

### ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE NO. F-0824667-Y IN CRIMINAL DISTRICT COURT NO. 7 DALLAS COUNTY

*Per curiam.*

### O R D E R

This is a post-conviction application for writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071.

In 2009, a jury convicted applicant of the offense of capital murder and returned affirmative answers to the punishment issues submitted under Article 37.071.[1] The trial

---

[1] Unless otherwise specified, all references to Articles refer to the Texas Code of Criminal Procedure.

court, accordingly, set punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Broadnax v. State,* No. AP-76,207 (Dec. 14, 2011) (not designated for publication), *cert. denied,* 133 S. Ct. 103 (2012).

Applicant presents eight grounds challenging the validity of his conviction and sentence. The trial court held an evidentiary hearing and entered findings of fact and conclusions of law recommending that relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial court's recommendation and adopt its findings and conclusions. Based upon the trial court's findings and conclusions and our own review, we deny relief.

IT IS SO ORDERED THIS THE 20TH DAY OF MAY, 2015.

Do Not Publish