# TAMES Barcode Cover Sheet



2DC26E0758D84CF8A42A372BC5404887

|  |  |
|---|---|
| **Case Number:** | WR-81,573-01 |
| **Style:** | Broadnax, James Garfield |
| **Event Date:** | 6/18/2014 |
| **Event Details:** | HABEAS CORPUS RECEIVED - 11.071/This Court/ORDER FILED/11.071/ |
| **Filename:** | WR-81,573-01 ORDER FILED 11.071 6-18-2014 |
| **Document Description:** | ORDER |
| **Document Remarks:** | |
| **Document(s):** | |
| **Generated By:** | Frances Gutierrez |
| **Generated On:** | 4/5/2016 11:08:26 AM |

SCANNED

APR 0 5 2016

3



COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION

AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

June 18, 2014

Presiding Judge
Criminal District Court No. 7
Dallas County
133 N. Riverfront, LB 54
Dallas, TX 75207

Re:    James Garfield Broadnax
       WR-81,573-01

Dear Judge:

Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

Thank you for your assistance in this matter. Please let me know if you have any questions.

Sincerely,

Sian R. Schilhab
General Counsel

cc:    District Attorney
       Dallas County
       133 N. Industrial
       Dallas, TX 75207

       Lydia M. V. Brandt
       Attorney at Law
       P. O. Box 850843
       Richardson, TX 75085



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,573-01

### EX PARTE JAMES GARFIELD BROADNAX

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS CAUSE NO. F08-24667-Y IN CRIMINAL DISTRICT COURT NO. 7 DALLAS COUNTY

*Per curiam.*

### O R D E R

In August 2009, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. On August 10, 2011, the State filed in this Court its brief on applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b)[1], applicant's

---

[1] Unless otherwise indicated all references to Articles refer to the Code of Criminal Procedure.

Broadnax - 2

initial application for a writ of habeas corpus was due to be filed in the trial court on or before December 23, 2011, assuming a motion for extension was timely filed and granted. It has been more than two years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues within 120 days from the date of this order. The clerk shall immediately thereafter transmit the complete writ record to this Court. Any extensions of time shall be obtained from this Court.

IT IS SO ORDERED THIS THE 18TH DAY OF JUNE, 2014.

Do Not Publish