# TAMES Barcode Cover Sheet



0171033dea1e43a6851dc195207cffa3

| | |
|---|---|
| **Case Number:** | WR-81,573-01 |
| **Style:** | Broadnax, James Garfield |
| **Event Date:** | 8/17/2011 |
| **Event Details:** | HABEAS CORPUS RECEIVED - 11.071/This Court/MISC DOCUMENT RECD/11.071/ |
| **Filename:** | WR-81,573-01 MISC DOCUMENT RECD 11.071 8-17-2011 |
| **Document Description:** | LETTER |
| **Document Remarks:** | Motion for 90-Day Exension of Time for the Filing of the Application of Writ of Habeas Corpus Making the New Due Date on or Before December 23, 2011 |
| **Document(s):** | |
| **Generated By:** | bhooper |
| **Generated On:** | 10/27/2014 2:22:07 PM |

SCANNED
APR 0 5 2016

4

IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT #7
OF DALLAS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2011

Louise Pearson, Clerk

EX PARTE JAMES BROADNAX,          )
                                  )
                                  )
APPLICANT                         )
                                  )
                                  )
                                  )
                                  )

Writ Case No.  AP-76,207
Trial Ct. # F08-24667-Y



## MOTION
## FOR 90 DAY EXTENSION OF TIME
## FOR THE FILING OF THE APPLICATION OF WRIT OF HABEAS CORPUS
## MAKING THE NEW DUE DATE ON OR BEFORE DECEMBER 23, 2011

Applicant, JAMES BROADNAX, asks this court pursuant to Section 4 of Article 11.071 of the Texas Code of Criminal Procedure, for a ninety (90) day extension of time from the due date *(making the new due date* **DECEMBER 23, 2011**) in which to file the application for writ of habeas corpus.  As grounds therefore, Applicant will show:

1.      The State of Texas filed its direct appeal brief on August 10, 2011.  Accordingly, under TEX. CODE CRIM. PROC. 11.071 § 4(a), the application for writ of habeas corpus is due "not later than the 45th day after the date the state's original brief is filed on direct appeal with the Court of Criminal Appeals...," which makes the initial due date September 24, 2011.

2.      TEX. CODE CRIM. PROC. 11.071 § 4(b) permits the trial judge to grant one, ninety (90) day extension for good cause.  The Applicant requests that ninety (90) day extension, which would make the application for writ of habeas corpus due on or before December 23, 2011.

3.      The Applicant has not yet concluded his investigation, and needs the extension to do so because the person(s) he has hired as investigators/experts have other workload due-dates in addition to that of Applicant.  Their assigned tasks will not be completed by the original due date of the application.

4.      This request for an extension of time is not designed to harass the Respondent, nor to unnecessarily delay these proceedings, but to ensure the claims are properly addressed.

5.      This request is filed within a reasonable time before the applicable filing date, which is not later than the 45th day after the date the state's original brief is filed on direct appeal, pursuant to TEX. CODE CRIM. PROC. 11.071 § 4(b).

Accordingly, Applicant asks this court to enter an order authorizing a ninety (90) day extension of time in which to file the application for writ of habeas corpus making it due on or before December 23, 2011.

Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, Texas   75085-0843
(972) 699-7020 Voice; (972) 699-7030 Fax
COUNSEL FOR APPLICANT

## CERTIFICATE OF SERVICE

I, Lydia M.V. Brandt, certify that on August 15, 2011, I caused a copy of the foregoing to be mailed by U.S. mail to:

2

Appellate Division, Capital Post-Conviction
Dallas District Attorney's Office
FRANK CROWLEY COURTS BUILDING
133 N RIVERFRONT BOULEVARD, LB 19
DALLAS, TEXAS 75207-4399
(214)653-3600 Office
(214) 653-5774 FAX

Clerk of Court
Texas Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, TX 78701

_____
Lydia M.V. Brandt, Esq.

cc:    Mr. James Broadnax #999549
       Polunsky Unit, TDCJ
       3872 FM 350 South
       Livingston, TX 77351-8580

3

IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT #7
OF DALLAS COUNTY, TEXAS

EX PARTE JAMES BROADNAX,   )
)
)
APPLICANT   )
)
)
)

Writ Case No.  AP-76,207
Trial Ct. # F08-24667-Y

## ORDER GRANTING
## MOTION FOR 90 DAY EXTENSION OF TIME
## FOR THE FILING OF THE APPLICATION OF WRIT OF HABEAS CORPUS
## MAKING THE NEW DUE DATE ON OR BEFORE DECEMBER 23, 2011

Before the Court is Applicant's Motion for 90 Day Extension of Time for the Filing of the Application of Writ of Habeas Corpus.

This court finds there is good cause to grant the extension, and therefore GRANTS the extension. *The Application of Writ of Habeas Corpus shall be filed on or before DECEMBER 23, 2011.*

Dated this _____ day of _____, 2011.