IN THE
TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX

---

Ex Parte James Garfield Broadnax,
*Applicant,*

TCCA No. AP 76,207
Trial Court Cause No. F08-24667-Y

ORIGINAL

ORIGINAL

---

## MOTION FOR ORAL ARGUMENT
## BEFORE THE TEXAS COURT OF CRIMINAL APPEALS
### (constitutional challenge to statute, facially & as applied)

Applicant, James Broadnax, respectfully suggests that oral argument will materially

assist the Texas Court of Criminal Appeals in understanding the constitutional challenge to

the Texas Fair Defense Act, and the Dallas County procedures implementing it, facially and

as applied.  Accordingly, oral argument is requested because these issues presented are of

importance to the jurisprudence of the State of Texas.

Lydia M.V. Brandt

## CERTIFICATE OF SERVICE

I certify that on December 20, 2011, I caused a copy of the foregoing Application, Verification, Motion for Evidentiary Hearing, and Request for Oral Argument, together with the exhibits,[15] to be:

> *Federal Express Ground (paper format) (and a copy sent by email)*
> Edward Marshall, Division Chief (edward.marshall@oag.state.tx.us)
> Office of the Attorney General, Post Conviction Division
> 300 West 15th Street, Suite 800
> Austin, Texas, 78701
> (512) 936-1400
>
> *Hand delivered (paper format) (and a copy sent by email)*
> Attn: Capital Writs – Appellate Section
> Dallas County District Attorney's Office
> 133 N. Riverfront Blvd., LB 19
> Dallas, TX 75207

and, eleven (11) (paper format) copies, together with one copy of the exhibits to be sent by

Federal Express Ground to:

> *Federal Express Ground (paper format)*
> Attn: Betty Hooper
> Clerk of Court
> Texas Court of Criminal Appeals
> Supreme Court Building
> 201 West 14th Street, RM 106
> Austin, TX   78701

Lydia M.V. Brandt

cc:   *Hand delivered "Judge Copy" (paper format) (and a copy sent by email)*
      Michael Snipes, Judge, CDC #7

---

[15]   The exhibits are not included in the email transmission because of volume limits in email program.