WR-81,573-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/21/2015 2:17:42 PM
Accepted 5/21/2015 4:50:41 PM
ABEL ACOSTA
CLERK

IN THE
## TEXAS COURT OF CRIMINAL APPEALS
and
CRIMINAL DISTRICT COURT NO. 7, DALLAS COUNTY, TX

RECEIVED
COURT OF CRIMINAL APPEALS
5/21/2015
ABEL ACOSTA, CLERK

|  |  |  |
|---|---|---|
| Ex Parte James Garfield Broadnax, *Applicant*, | ) ) ) ) | TCCA No. AP 76,207<br>Trial Court Cause No. WR08-24667-Y |

## NOTICE OF TIMELY FILING
### OF MOTION FOR APPOINTMENT OF COUNSEL IN FEDERAL COURT

Pursuant to TEX. CODE CRIM. PROC. 11.071, sec. 2(e), Petitioner, James Broadnax, provides notice that after the Texas Court of Criminal Appeals denied state habeas relief on May 20, 2015, he filed a Motion for Appointment of Conflict-Free Federal Habeas Counsel in the United States District Court for the Northern District of Texas, Civil Action No. 3:15-cv-1758 on May 21, 2015. ("If the court of criminal appeals denies an applicant relief under this article, an attorney appointed under this section to represent the applicant shall, not later than the 15th day after the date the court of criminal appeals denies relief...move for the appointment of counsel in federal habeas review under 18 U.S.C. 3599.... [T]he attorney shall immediately file a copy of the motion wiht the court of criminal appeals.....")

Attached to this Notice is the motion filed in the USDC.

Respectfully submitted,



Lydia M.V. Brandt
Texas Bar No. 00795262
THE BRANDT LAW FIRM, P.C.
P.O. Box 850843
Richardson, TX 75085-0843
(972) 699-7020 (Phone)
(972) 699-7030 (Fax)

## CERTIFICATE OF SERVICE

I certify that on May 21, 2015, I sent by US mail a copy of the foregoing to:

Attn: Lisa Smith, Assistant District Attorney
Capital Writs – Appellate Section
Dallas County District Attorney's Office
133 N. Riverfront Blvd., LB 19
Dallas, TX 75207

Lydia M.V. Brandt

Exhibit:    Mtn for Appointment of Conflict-Free Counsel in USDC

**Lydia Brandt <> 05/21/15 9:59AM**

Print    Cancel

| | |
|---|---|
| From: | ecf_txnd@txnd.uscourts.gov |
| To: | Courtmail@txnd.uscourts.gov |
| Received-On: | Today 9:59 AM |
| Subject: | Activity in Case 3:15-cv-01758-N Broadnax v. Stephens-Director TDCJ-CID Petition for Writ of Habeas Corpus |
| More... | |

RECEIVED
COURT OF CRIMINAL APPEALS
5/21/2015
ABEL ACOSTA, CLERK

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Brandt, Lydia on 05/21/2015 at 09:47:47 AM CDT and filed on 05/21/2015

| | |
|---|---|
| **Case Name:** | Broadnax v. Stephens-Director TDCJ-CID |
| **Case Number:** | 3:15-cv-01758-N |
| **Filer:** | James Garfield Broadnax |
| **Document Number:** | 1 |

**Docket Text:**
MOTION TO WITHDRAW AND APPOINTMENT OF CONFLICT FREE COUNSEL IN FEDERAL COURT filed by James Garfield Broadnax. (Filer fee note- IFP motion in petition or to be filed.) (Attachments: # (1) Proposed Order, # (2) Exhibit(s) Declaration in Support of Request to Proceed IFP) (Brandt, Lydia) Modified to update entry title on 5/21/2015 (gmg).

**3:15-cv-01758-N Notice has been electronically mailed to:**

Lydia MV Brandt lydiamb@airmail.net

**3:15-cv-01758-N The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will serve notice of court Orders and Judgments by mail as required by the federal rules. An attorney/pro se litigant is cautioned to carefully follow the federal rules (see FedRCivP 5) with regard to service of any document the attorney/pro se litigant has filed with the court. The clerk's office will not serve paper documents on behalf of an attorney/pro se litigant.**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/21/2015] [FileNumber=8468263-0
] [3bbed0093ba677bbaf0bad7efa16bd79dfcb2224638b5644aabd1f4a0b9cc30ec52
3de8bb97a3799c58297ba741913ddb502b77906b5ad9b21b83d3811cabb72]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/21/2015] [FileNumber=8468263-1
] [ad11b5535a35ca73d3fd0a2ae15b95e05d345698d8f65fcc10b3e694103153ce89f
0a5d87660c70f2de42da96845566aaabdd646068a3b11bdf46be7a7e6a408]]
**Document description:**Exhibit(s) Declaration in Support of Request to Proceed IFP
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=5/21/2015] [FileNumber=8468263-2
] [a720c1372626d4309e0492e426088954b60bbc2f1fd14731e4a6e29fd4b95c2340d
cde31efb6b4ebf72b198e1ca63493cf3f8bdb2dc4dbd840f7ffc33df02e49]]

*This is a re-generated NEF. Created on 5/21/2015 at 9:59 AM CDT*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| James Garfield Broadnax | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-1758 |
| | § | |
| William Stephens, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
| Defendant. | § | |

## MOTION TO WITHDRAW AND
## APPOINTMENT OF CONFLICT FREE COUNSEL IN FEDERAL COURT
### *This is a death penalty case.*

Undersigned counsel Lydia M.V. Brandt, respectfully asks this court to grant her motion to

withdraw as counsel for James Garfield Broadnax, Petitioner, and appoint conflict-free counsel to

represent Mr. Broadnz in his federal *habeas corpus* proceedings. This motion is made pursuant to

18 U.S.C. § 3599(a), and within the fifteen (15) day time period required by TEX. CODE CRIM. PROC.

11.071, sec. 2(e) ("If the court of criminal appeals denies an applicant relief under this article, an

attorney appointed under this section to represent the applicant shall, not later than the 15th day after

the date the court of criminal appeals denies relief...move for the appointment of counsel in federal

habeas review under 18 U.S.C. 3599....").

In support of this request, counsel states as follows:

## Procedural History

Mr. Broadnax was tried and convicted of capital murder in the Criminal District Court #7, Dallas County, Texas in 2009, and sentenced to death. His case was affirmed on direct appeal, *Broadnax v. State*, No. AP-76,207 (Tex. Crim. App. Dec. 14, 2011) (not designated for pub.).

Pursuant to TEX. CODE CRIM. PROC. art. 11.071, undersigned counsel, Ms. Brandt, was appointed to represent Mr. Broadnax in his state post-conviction proceedings. On May 20, 2015, the Texas Court of Criminal Appeals agreed with the trial judge's findings of fact and conclusions of law and denied habeas relief. Accordingly, this motion for appointment of counsel is timely filed within the period required by TEX. CODE CRIM. PROC. 11.071, sec. 2(e).

## Right to Counsel

Throughout his previous state proceedings, Mr. Broadnax has been represented by court appointed counsel. Mr. Broadnax was then and is now without the means to retain counsel. Mr. Broadnax has never filed a federal petition for a writ of habeas corpus.

In *McFarland,* the Supreme Court was presented with the question of whether, in advance of filing a federal habeas petition, a condemned state prisoner who sought to file a federal petition could be appointed counsel under 21 U.S.C. § 848(q)(4)(B) [currently 18 U.S.C. § 3599(a)], and whether the right to counsel "[i]n any post conviction proceeding" afforded by § 848(q)(4)(B) allowed appointment prior to the filing of a habeas petition. The Court decided that it did:

> The language and purposes of § 848(q)(4)(B) and its related provisions establish that the right to appointed counsel includes a right to legal assistance in the preparation of a habeas corpus application. We therefore conclude that a 'post conviction proceeding' within the meaning of § 848(q)(4)(B) is commenced by the filing of a death row defendant's motion requesting the appointment of counsel for his federal habeas corpus proceeding.

P.O. Box 850843
Richardson, TX 75085-0843
(972) 699-7020 (Phone)
(972) 699-7030 (Fax)

## CERTIFICATE OF CONFERENCE

This certifies that on May 21, 2015, undersigned counsel attempted to confer with the Texas Attorney General's Office, Capital Litigation Division, counsel for Respondent concerning Petitioner's *Motion for Appointment of Counsel.* Undersigned counsel was unable to reach Respondent to determine his position on this Motion.

_____
Lydia M.V. Brandt

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I served a true and correct copy of the foregoing pleading upon counsel for Respondent, Ed Marshall, Division Chief of Capital Post-Conviction Division, Office of the Texas Attorney General, 300 West 15th Street, Suite 800, Austin, Texas, 78701, by electronic filing with the clerk of the Court and by U.S. Mail.

_____
Lydia M.V. Brandt, Esq.

cc:    Texas Court of Criminal Appeals (filed electronically)
       P.O. Box 12308, Capitol Station
       Austin, TX 78711

       James Broadnax #999549 (by US Mail)
       TDCJ, Polunsky Unit
       3872 FM 350 South
       Livingston, TX 77351-8580

Case 3:15-cv-01758-N   Document 1-1   Filed 05/21/15   Page 1 of 1   PageID 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| James Garfield Broadnax | § | |
|       Petitioner, | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-1758 |
| | § | |
| William Stephens, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
|       Defendant. | § | |

## ORDER ON APPOINTMENT OF COUNSEL

On this date came to be considered Petitioner's Motion for Appointment of Counsel

IT IS THEREFORE ORDERED, that _____ is appointed to represented Petitioner in his

28 U.S.C. § 2254 litigation. The appointment shall be effective from the date of filing of the Motion

for Appointment of Counsel.

A copy of this order shall be transmitted to Petitioner.

SIGNED this ____ day of _____, 2015.

_____
UNITED STATES JUDGE

## DECLARATION IN SUPPORT OF
## REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, JAMES BROADNAX, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of this case or to give security therefore; and that I believe I am entitled to relief.

1.    Are you presently employed:  Yes _____  No X  XXXX_____

    a.    If the answer is "yes," state the amount of your salary or wages per month and give the name and address of your employer.

    _____

    b.    If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    '05 - at Sonic Drive-In / $7.50 an hr._____

2.    Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest or dividends, pensions, annuities, or life insurance payments, gifts or inheritances or any other sources?

    a.    Yes ___X___  No ___XXXX_____

    b.    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months.

    Only funds for necessities from pen pals_____

3.    Do you own cash, or do you have money in a checking or savings account?

    a.    Yes _____  No · X____ (include any funds in prison accounts)

    b.    If the answer is yes, state the total value of the items owned.

    _____

Declaration in Support of Request to Proceed In Forma Pauperis                    1

4.   Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (*excluding* ordinary household furnishings and clothing)?

a.   Yes _____    No  X  XXX_____

b.   If the answer is yes, describe the property and state its approximate value:

_____

5.   List the persons who are dependent on you for support and state your relationship to those persons.

_____(NONE)_____

I declare pursuant to 8 U.S.C. § 1746(1) under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  10/19/2014

_James Broadnax_    10/19/2014 _____
                                                                Petitioner
                                            PRINT NAME: **JAMES BROADNAX**

## Certificate of Inmate Account

To be submitted upon receipt from Texas Department of Criminal Justice.

Declaration in Support of Request to Proceed In Forma Pauperis                    2

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        10/16/14
TL49/GS00033                IN-FORMA-PAUPERIS DATA              06:21:23
TDCJ#: 00999549 SID#: 08189265 LOCATION: POLUNSKY      INDIGENT DTE: 10/14/1
NAME: BROADNAX,JAMES GARFIELD         BEGINNING PERIOD: 04/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:       536.0
6MTH DEP:            779.55 6MTH AVG BAL:        82.37 6MTH AVG DEP:       129.9
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
09/14      279.96         16.05        06/14      78.31          91.00
08/14      303.55        340.00        05/14      86.16         112.00
07/14      204.51        180.00        04/14      42.04          40.50
PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Polk,
ON THIS THE 11th DAY OF October, 14, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

SHIRLEY GRIFFIN
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 06-09-2018