# TAMES Barcode Cover Sheet



72b0c485edcf4ed9ab0e55fd43cdddaa

**Case Number:** WR-81,573-01

**Style:** Broadnax, James Garfield

**Event Date:** 10/22/2014

**Event Details:** HABEAS CORPUS RECEIVED - 11.071/This Court/SEALED DOCU FILED/11.071/

**Filename:** WR-81,573-01 SEALED DOCU FILED 11.071 10-22-2014

**Document Description:** OTHER--Sealed Document

**Document Remarks:** Ex parte Sealed Order on Motion for Funding for Expert Assistance, John Eden, Ph.D.

**Document(s):**

**Generated By:** bhooper

**Generated On:** 10/27/2014 11:10:32 AM

SCANNED

APR 0 5 2016

IN THE CRIMINAL DISTRICT COURT #7
OF DALLAS COUNTY, TEXAS

EX PARTE JAMES BROADNAX,

APPLICANT

)
)
)
)
)
)
)
)

*Ex parte Sealed*

Writ Case No. AP-76,207
Trial Ct. # F-08-24667-y

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2014

Abel Acosta, Clerk

### *EX PARTE SEALED* ORDER ON MOTION FOR FUNDING FOR EXPERT ASSISTANCE, JOHN EDEN, PH.D.

Before the Court is Applicant JAMES BROADNAX's Motion for Funding for expert assistance of Dr. John Edens, pursuant to Tex. Code Crim. Proc. 11.071, sec. 3 on the issues of the invalidity and unreliability of the Hare Psychopathy Checklist (PCL-R) and the use of the DSM-IV (Antisocial Personality Disorder) in future dangerousness determinations in a capital criminal trial.

WHEREFORE, after considering Applicant's request, this Court is of the opinion that it should be: *granted / denied.*

If granted, the Court hereby authorizes payment in an amount not to exceed $2,450, inclusive of services and expenses for the expert assistance of Dr. Edens. These sums will be paid upon the submission of a proper voucher submitted to this court.

Dated this ___5___ day of ___J U C___ 2011.

_____
DISTRICT COURT JUDGE
CRIMINAL DISTRICT COURT #7
DALLAS COUNTY, TEXAS