# TAMES Barcode Cover Sheet



d573cfbd0e6c426cbcea2d4a9ea5340b

**Case Number:** WR-81,573-01

**Style:** Broadnax, James Garfield

**Event Date:** 5/30/2014

**Event Details:** Unassigned/This Court/RR RECEIVED/11.071/

**Filename:** WR-81,573-01 RR RECEIVED 11.071 5-30-2014--Vol. 1 of 4

**Document Description:** RECORD

**Document Remarks:** 4 vols.--Writ Hearing Dec. 6-7, 2012

**Document(s):**

**Generated By:** bhooper

**Generated On:** 7/22/2014 8:43:39 AM

SCAN
APR 0 5 2016

REPORTER'S RECORD

TRIAL COURT CAUSE WR08-24667-Y

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | IN THE CRIMINAL |
|  | ) |  |
|  | ) |  |
| VS. | ) | DISTRICT COURT 7 |
|  | ) |  |
|  | ) |  |
| JAMES BROADNAX | ) | DALLAS COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 30 2014

Abel Acosta, Clerk

----------------------------

WRIT HEARING MASTER INDEX

December 6 - 7, 2012

VOLUME 1 OF 4 VOLUMES

----------------------------

On the 6th and 7th days of December, 2012, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Judge Michael Snipes, Judge presiding, held in Dallas County, Texas;

Proceedings reported by machine shorthand.

1

A P P E A R A N C E S

FOR THE STATE:
CRIMINAL DISTRICT ATTORNEY
MS. AMY MURPHY
SBOT NO.
MS. KUBALAK
SBOT NO.
133 N. RIVERFRONT
DALLAS, TX   75207
(214) 653-3600


FOR THE DEFENDANT:
LYDIA BRANDT
ATTORNEY AT LAW
DALLAS, TX   75206

CHRONOLOGICAL INDEX

|  | PAGE | VOLUME |
|---|---|---|
| Status of case | 6 | 2 |
| Issues | 7 | 2 |
| MOTION ON MEDIA INTERVIEWS | 6 | 3 |

|  | DX | CX | RD | RC | RD | RC | | VOLUME |
|---|---|---|---|---|---|---|---|---|
| CLIFF JENKINS | 7 | | | | | | | 3 |
| WITNESSES SWORN ------------------------- 7 | | | | | | | | 3 |
| MOTION TO QUASH: | | | | | | | | |
| CATHERINE BERNHARDT | 22 | 47 | 49 | | | | | 3 |
| BROOKE BUSBEE | 51 | 65 | 69 | | | | | 3 |
| DWIGHT STEWART | 70 | 86 | | | | | | 3 |
| KARO JOHNSON | 88 | 108 | 110 | | | | | 3 |
| DOUG PARKS | 113 | 124 | 127 | 128 | 129 | | | 3 |
| BRAD LOLLAR | 130 | 156 | 163 | | | | | 3 |
| JOHN EDENS | 165 | | | | | | | 3 |

3

ALPHABETICAL INDEX

| | DX | CX | RD | RC | RD | RC | VOLUME |
|---|---|---|---|---|---|---|---|
| CATHERINE BERNHARDT | 22 | 47 | 49 | | | | 3 |
| JOHN EDENS | 165 | | | | | | 3 |
| BROOKE BUSBEE | 51 | 65 | 69 | | | | 3 |
| CLIFF JENKINS | 7 | | | | | | 3 |
| KARO JOHNSON | 88 | 108 | 110 | | | | 3 |
| BRAD LOLLAR | 130 | 156 | 163 | | | | 3 |
| DOUG PARKS | 113 | 124 | 127 | 128 | 129 | | 3 |

4

EXHIBIT INDEX

| NO. | DESCRIPTION | IDEN. | ADMTD. | VOLUME |
|-----|-------------|-------|--------|--------|
| DX1-23 | Sheriff's Dept. Records | 27 | 27rpo | 2 |
| ADx-3 | law | | 29rpo | 3 |
| Dx-4 | procedures | | 30rpo | 3 |
| Dx-7 | law | | 34rpo | 3 |
| Dx-8 | documents | | 36rpo | 3 |
| Dx-9 | opinion | | 39rpo | 3 |
| Dx-10 | law | | 40rpo | 3 |
| Dx-11 | media report | | 45rpo | 3 |
| Dx-15 | billing records | | 130rpo | 3 |
| Dx-23 | various documents | | 146rpo | 3 |

5

THE STATE OF TEXAS    )
COUNTY OF DALLAS      )

I, SHARON HAZLEWOOD, Official Court Reporter in and for the Criminal District Court 7 of Dallas County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me. I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

WITNESS MY OFFICIAL HAND this the 5th day of September, 2013.

/s/Sharon Hazlewood
Texas CSR 628
Expiration Date: 12/31/14
Official Court Reporter
Criminal District Court 7
Dallas, Texas  75207
(972) 739-3906

6