DEFENDANT'S
EXHIBIT
19

120 4407 6044
6/85

REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    § IN THE _____ DISTRICT COURT __7__
VS __JAMES BROADNAX__              § OF DALLAS COUNTY, TEXAS

Appointment Date: _____ Disposition Date: _____ Partial/Supplemental Payment Request: YES/NO
Dates of Jail Visits. _____
OFFENSE:                              CASE NO.:                GRADE:
__CAPITAL MURDER__    __F-08-24629-FU__      __CAP.__
__CAPITAL MURDER__    __F-08-24667-FU__      __CAP.__

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):
DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300        ☐ STATE JAIL/3ʳᵈ DEGREE FELONY.........$400
    ☐ 2ᴺᴰ DEGREE FELONY..............$500     ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP.........$600
    ☐ CONTESTED TRIAL................☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING.......☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled "Detailed List of Legal Services Provided."

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $__4,725.00__ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached "Detailed List of Legal Services Provided."

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $__4,725.00__
    for services performed as listed on the attached "Detailed List of Legal Services Provided."

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _____    COURT APPROVED AMOUNT: $__4,725__

AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.
_____ Attorney at Law    Date: __2/27/09__
ATTORNEY INFORMATION (Print):                        (For Auditor Use Vendor I D _____ )
Name __Bradley K. Lollar__                              State Bar No __12508700__
Mailing
Address: __1909 W. COLORADO BLVD, DALLAS, TX. 75208__
         Number      Street              Suite    City        State      Zip
Telephone __(214) 354-8170__    Soc Sec No. _____
                                (Not required if S.S number is on file with County Auditor's Office)
TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05. Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.
__27 Feb 09__                          _____
Date                                    Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS
Period covering June 24, 2008-February 17, 2009

STATE OF TEXAS V. JAMES BROADNAX
F08-24629-FY and F08-24667-FY
2 x CAPITAL MURDER DEATH

| | |
|---|---|
| Jail Visits and Conferences with client<br>6/24, 10/16, 12/3, 2008 and 2/17, 2009 | 6.0 Hours |
| Interviews with Family and Witnesses | 5.0 |
| Conferences with Prosecutors | 2.5 |
| Conference with Judges Snipes, Biard, Prosecutors, and Co-Counsel | 1.5 |
| Court Appearances | 2.0 |
| Review of Defendant's TV Interviews | 2.5 |
| Review of Discovery Material | 5.0 |
| Preparation for Death Penalty Committee | 6.0 |
| Presentation at Death Penalty Committee | 1.0 |
| TOTAL | 31.5 Hours |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case.

Bradley K. Lollar

120.4407666E.C
6/85

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS     §    IN THE _____Cv_____ DISTRICT COURT___7___
VS. JAMES BROADNAX      §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/24/08   Disposition Date: _____   Partial/Supplemental Payment Request (YES) NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER    CASE NO.: F08-24629-1    GRADE: CAP

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL---TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3ᴿᴰ DEGREE FELONY.........$400
    ☐ 2ᴺᴰ DEGREE FELONY..............$500    ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL............ ...☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $_____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled "Detailed List of Legal Services Provided."

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached "Detailed List of Legal Services Provided."

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $__5/7/09__ for services performed as listed on the attached "Detailed List of Legal Services Provided."

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 4,612.14    COURT APPROVED AMOUNT: $ 4,612.14

### AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.   Date: 5/4/09

ATTORNEY INFORMATION (Print):      (For Auditor Use Vendor I D _____)
Name: Bradley K, Lollar      State Bar No 12508700
Mailing Address: 1909 W. Colorado Blvd. Dallas Tx. 75208
     Number / Street    Suite    City / State   Zip
Telephone: (214) 369-8174    Soc Sec No. _____
     (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

4 MAY 2009            _____
Date                       Judge
Reason for Denial or variation: ☐ Request exceeds flat rate ☐ Request exceeds hourly rate ☐ Other, see attached.

# COPY SOLUTIONS

2001 Bryan Street
Suite 1935
Dallas, TX 75201
(214) 855-6660 * Fax (214) 855-6663

*defense*
*$3517.14*

| DATE | INVOICE # |
|---|---|
| 4/28/2009 | 57822 |

**BILL TO**

Dallas County District Attorney
Frank Crowley Courts Bldg
133 N. Industrial, 11th FLoor
Dallas, TX 75207

**SHIP TO**

| TAX ID # | TERMS | DUE DATE | REP |
|---|---|---|---|
| 75-2772176 | Net 30 | 5/28/2009 | AR |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | JOB REQUESTED BY: Dan'l Simpson | | |
| | PURCHASE ORDER NUMBER: 209367 | | |
| 101,178 | LIGHT LITIGATION | 0.08 | 8,094.24T |
| 5,621 | STAPLING UPPER RIGHT CORNER | 0.02 | 112.42T |
| | PLEASE REFERENCE THE ABOVE INVOICE NUMBER ON YOUR CHECK | | |
| | TAX EXEMPT | 0.00% | 0.00 |

Please include the invoice number with your payment! For billing inquiries call us at (   ) 855-6660. We accept all major credit cards.

| | |
|---|---|
| Total | $8,206.66 |
| Payments/Credits | $0.00 |
| Balance Due | $8,206.66 |

For your convenience, you may pay this balance with your credit card. To pay with your credit card, please complete the information below:

Card Number: _____

Name on Card: _____

Exp Date: _____ Zip Code: _____

*Delivery Receipt*

Date: 4-38-09

*make check payable to: Dallas County*
*See Paul on 11th Floor*

# COPY SOLUTIONS

2001 Bryan Street
Suite 1935
Dallas, TX 75201
(214) 855-6660 * Fax (214) 855-6663

| DATE | INVOICE # |
|------|-----------|
| 4/21/2009 | 57740 |

| BILL TO | SHIP TO |
|---------|---------|
| Dallas County District Attorney<br>Frank Crowley Courts Bldg<br>133 N. Industrial, 11th FLoor<br>Dallas, TX 75207 | |

| TAX ID # | TERMS | DUE DATE | REP |
|----------|-------|----------|-----|
| 75-2772176 | Net 30 | 5/21/2009 | AR |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | JOB REQUESTED BY: Dan'l Simpson<br>PURCHASE ORDER NUMBER: 209367 | | |
| 27,000 | BLACK & WHITE SINGLE SIDED | 0.08 | 2,160.00T |
| 1,500 | STAPLING< UPPER LEFT CORNER | 0.02 | 30.00T |
| | PLEASE REFERENCE THE ABOVE INVOICE NUMBER ON YOUR CHECK<br>TAX EXEMPT | 0.00% | 0.00 |

*$1,095*

Please include the invoice number with your payment! For billing inquiries call us at (214) 855-6660. We accept all major credit cards.

| Total | $2,190.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $2,190.00 |

For your convenience, you may pay this balance with your credit card. To pay with your credit card, please complete the information below:

Card Number: _____

Name on Card: _____

Exp Date: _____ Zip Code: _____

*Delivery Receipt*

Date:

**Payment Overview (DALLAS_CO)**

| | |
|---|---|
| Number | 120179853 |
| Currency | USD |
| Amount | 2,190.00 |
| Date | 05-MAY-2009 |
| Batch | F120 050509 WJP |
| Voucher | |
| Status | Negotiable |
| Cleared Amount | |
| Cleared Date | |
| Void Date | |
| Maturity Date | |

**Supplier**

| | |
|---|---|
| Name | COPY SOLUTIONS |
| Taxpayer ID | 752772176 |
| Number | 127800 |
| Site | BRYAN_ST |
| Address | 2001 BRYAN ST #1935 |
| | DALLAS, TX 75201 |

**Bank**

| | |
|---|---|
| Name | Bank of America |
| Account | Fund No. 120 |
| Payment Document | Fund No. 120 |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| 57746 | 2,190.00 | 05-MAY-2009 | JOB REQ: DALLAS CTY. DIST. ATTORNEY |
| | | | |
| | | | |

| Invoice Overview | Bank | Supplier | Payments |
|---|---|---|---|

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    §    IN THE _____ *a* _____ DISTRICT COURT __7__
VS. JAMES BROADNAX                    §    OF DALLAS COUNTY, TEXAS

Appointment Date. 6/23/06 Disposition Date _____ Partial/Supplemental Payment Request (YES) / NO
Dates of Jail Visits _____

| OFFENSE | CASE NO: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F06-24667-9 | Death Penalty CASE |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A  I request standard compensation for this case as follows (check one):
   ☐ PROBATION VIOLATION........$300        ☐ STATE JAIL/3ᴿᴰ DEGREE FELONY.........$400
   ☐ 2ᴺᴰ DEGREE FELONY...............$500     ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP ............$600
   ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
   ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
   for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 9,982.50 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
   for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 9,982.50    COURT APPROVED AMOUNT: $ 9,982.50

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law    Date: 5/22/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor I.D _____ )
Name Bradley K. Lollar                         State Bar No. 12508700

Mailing Address 1909 W. Colorado Blvd. Dallas TX. 75208
   Number   Street   Suite   City   State   Zip
Telephone (214) 654-8178    Soc Sec No. _____
                              (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.
   I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

22 MAY 09                         _____
Date                              Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering appointment Feb. 18, 2009- May 21, 2009

STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| Feb. 18 | Review of GPD helicopter tape of crime scene | .30 Hours |
| | Review of Texarkana PD in-car video | .75 |
| | Review of Channel 5 Interview of Defendant | .30 |
| | Research and prep of Judge's script for big panel | 2.50 |
| Feb. 19 | Meeting with co-counsel re: strategy | 1.50 |
| | Rev. Of Def's statement to Garland PD | .75 |
| | Rev. Of def's jail phone calls from Garland PD | .15 |
| March 19 | Meeting w/judge re: voir dire | .50 |
| March 26 | Preparation of Defendant's Pretrial Motions | 3.00 |
| March 27 | Preparation of Defendant's Pretrial Motions | 4.00 |
| March 28 | Preparation of Defendant's Pretrial Motions | 4.00 |
| April 7 | Meeting with Das and Judge Biard | 1.50 |
| April 16 | Court - served Def. with Jury List and reviewed motions | 1.50 |
| April 21 | Court - Pretrial Motions Hearings | 1.50 |
| April 24 | Court - Big Panel - Central Jury Room | 8.00 |
| May 8 | Review of Discovery Materials | 2.00 |
| May 9 | Review of Discovery Materials | 5.50 |
| May 10 | Review of Discovery Materials and prep. of trial notebook | 3.00 |
| May 16 | Review of Discovery Materials | 6.00 |
| May 18 | Court - Pretrial Motions hearing and meeting with defense team | 5.00 |
| May 19 | Legal research on diminished capacity | 8.00 |
| May 20 | Telcon w/ co-counsel, review of tape of Lonnie Harris, review of def's jail phone calls | 1.75 |
| May 21 | Rev. of def's jail phone calls, rev. of additional discovery | 7.75 |

TOTAL                                                                66.55  Hours

    I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

_Bradley K. Lollar_

Bradley K. Lollar

Attorney for the Defendant

46940    C    4407-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS    §    IN THE _____ C_ _____ DISTRICT COURT __7__
VS. JAMES BROADNAX    §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08 Disposition Date: _____ Partial/Supplemental Payment Request: (YES)/ NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER    CASE NO.: F08-24667-Y    GRADE: State seeking death.

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
☐ PROBATION VIOLATION... ....$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $_____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $_____ for services performed and/or $_____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $_____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 6 600    COURT APPROVED AMOUNT: $ 6,600$^{00}$

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law    Date: 6/1/09

ATTORNEY INFORMATION (Print)    (For Auditor Use Vendor I D _____)
Name BRADLEY K. LOLLAR    State Bar No /2508700

Mailing Address 1909 W. COLORADO BLVD, DALLAS TX 75200
            (Number)    (Street)    Suite    City    State    Zip
Telephone (214) 384-8176    Soc Sec No. _____
            (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

1 JUNE 2009
Date    Judge    Michael R. Snipes

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate ☐ Other, see attached.

OUT OF COURT HOURS

Period covering May 22-May 29, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| May 22 | Review of Juror Questionnaires | 2.5 Hours |
|--------|-------------------------------|-----------|
| May 25 | Preparation for Individual Voir Dire | 2.5 |
|        | Review of Defendant's Jail Phone Calls | 3.0 |
|        | Review of Juror Questionnaires | 2.0 |
|        | Review of Demarius Cummings Texarkana P.D. Video | 1.0 |
| May 26 | Voir Dire | 8.0 |
|        | Internet research on Journalists Privilege Bill | 2.0 |
| May 27 | Voir Dire | 8.5 |
| May 28 | Voir Dire | 7.0 |
| May 29 | Voir Dire | 6.5 |
|        | Review of Dr. Roache's info. | 1.0 |
| **TOTAL** | | **44.0    Hours** |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

4407-6855

46940 yes

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS § IN THE _____Cr_____ DISTRICT COURT _7_
VS. JAMES BROADNAX § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/06 Disposition Date: 6/4/09 Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER    CASE NO.: F08-24667-Y    GRADE: STATE SEEKING DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3ᴿᴰ DEGREE FELONY.........$400
☐ 2ᴺᴰ DEGREE FELONY..............$500    ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP.............$600
☐ CONTESTED TRIAL................☐$800 (Full day)......☐$400 (Half day)
☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B I request additional compensation (at the rate of $100 per hour) in the amount of $_____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 6,225.00 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 6,225.00    COURT APPROVED AMOUNT: $ 6,225.00

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date. 6/8/09

ATTORNEY INFORMATION (Print).    (For Auditor Use Vendor I D _____)
Name Bradley K. Lollar    State Bar No. 12508700
Mailing Address 1909 W. Colorado Blvd., Dallas, TX 75208
    Number    Suite    City    State    Zip
Telephone (214) 384-8178    Suite ___ Soc Sec No _____
    (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS·

I the undersigned Judge of Dallas County. Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26 05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County. Texas, for services performed in the amount shown above.

8 JUN 09    _____ R. Singer _____
Date    Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering May 30- June 5, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| May 30 | Review of Juror Questionnaires | 3.0 Hours |
| | Conf. W/ Dr. Roache | .5 |
| | Review of Defendant's Jail Phone Calls | 3.0 |
| May 31 | Review of Defendant's Jail Phone Calls | 2.0 |
| | Copying and Mailing | 1.0 |
| June 1 | Voir Dire | 9.0 |
| June 2 | Voir Dire | 7.0 |
| June 3 | Voir Dire | 6.5 |
| | Research on Eddings, Morgan question | 2.0 |
| June 4 | Voir Dire | 6.5 |
| | Research on "mercy" question | 1.0 |

TOTAL    41.5    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

6185

**REQUEST FOR PAYMENT BY APPOINTED COUNSEL**

THE STATE OF TEXAS
vs JAMES BROADNAX          §    IN THE _____ DISTRICT COURT __7__
                          §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____ Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits _____

OFFENSE:                         CASE NO.:                GRADE:
CAPITAL MURDER                   Fef-24667-4             STATE SEEKING DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY............$500    ☐ 1ST DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day) / ☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested) / ☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $_____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ 5,475 for services performed and/or $_____ for voir dire and each day of
trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $_____ for services
performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5,475.00    COURT APPROVED AMOUNT $ 5,475.00

**AFFIRMATION**
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____. Attorney at Law    Date: 6/16/09

ATTORNEY INFORMATION (Print)                    (For Auditor Use Vendor I.D. _____)
Name  Bradley K. Lollar                         State Bar No. 12508700
Mailing Address  1909 W. Colorado Blvd., Dallas, Tx  75208
        Number    Street           Suite     City    State    Zip
Telephone  (214) 389-8170    Soc Sec No. _____
                         (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

16 JUN 09                        _____
Date                              Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

## OUT OF COURT HOURS

Period covering June 6 - June 12, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Review of Juror Questionnaires | 3.0 Hours |
| | Updating files with new discovery | 1.0 |
| | Review of Defendant's Jail Phone Calls | 1.5 |
| June 14 | Review of Defendant's Jail Phone Calls | 4.0 |
| | Legal research on mercy as a mitigating factor | 1.0 |
| June 8 | Voir Dire | 7.0 |
| June 9 | Voir Dire | 6.5 |
| | Emailing documents to experts | .5 |
| June 10 | Voir Dire | 6.0 |
| June 11 | Voir Dire | 6.0 |

TOTAL                                              36.5    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS
VS. JAMES BROADNAX
§ IN THE _____ Cr _____ DISTRICT COURT __7__
§ OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08  Disposition Date: _____  Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

OFFENSE: CAPITAL MURDER      CASE NO. F08-24667-4      GRADE: STATE SEEKING DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL. PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
   ☐ PROBATION VIOLATION........$300      ☐ STATE JAIL/3RD DEGREE FELONY....... $400
   ☐ 2ND DEGREE FELONY........ ..$500      ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
   ☐ CONTESTED TRIAL.................☐$800 (Full day)..... ☐$400 (Half day)
   ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed) _____

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation; or if I am requesting compensation for services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 5475 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5475.00    COURT APPROVED AMOUNT: $ 5,475

### AFFIRMATION

I the undersigned attorney. am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law.   Date: 6/16/09

ATTORNEY INFORMATION (Print)          (For Auditor Use Vendor I.D. _____ )

Name: Bradley K. Lollar          State Bar No. 12508700

Mailing Address: 1909 W. Colorado Blvd., Dallas, Tx 75208
          (Number)  (Street)  Suite  City  State  Zip

Telephone: (214) 389-8178   Soc. Sec No _____
          (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY. TEXAS

I the undersigned Judge of Dallas County. Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel. that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05. Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County Texas, for services performed in the amount shown above

16 Jun 09
Date          Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate ☐ Other, see attached.

## OUT OF COURT HOURS

Period covering June 6   June 12, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Review of Juror Questionnaires | 3.0 Hours |
| | Updating files with new discovery | 1.0 |
| | Review of Defendant's Jail Phone Calls | 1.5 |
| June 14 | Review of Defendant's Jail Phone Calls | 4.0 |
| | Legal research on mercy as a mitigating factor | 1.0 |
| June 8 | Voir Dire | 7.0 |
| June 9 | Voir Dire | 6.5 |
| | Emailing documents to experts | .5 |
| June 10 | Voir Dire | 6.0 |
| June 11 | Voir Dire | 6.0 |

TOTAL                                           36.5    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

*(handwritten top right)* ___ 4407-1015.
Pgm (4) - Project (5) - Grant (5) - Futu~

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                     §    IN THE _____ DISTRICT COURT ___ 7
VS. _JAMES BROADNAX_                    §    OF DALLAS COUNTY, TEXAS

Appointment Date _6/23/08_ Disposition Date: _____ Partial/Supplemental Payment Request: (YES) NO
Dates of Jail Visits: _____

OFFENSE:                               CASE NO.:              GRADE
_CAPITAL MURDER_                       _F08-24467-P_          _STATE_
                                                              _SEEKING_
                                                              _DEATH_

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY
DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY
DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT
REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE,
ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL–AGREED PLEA–OPEN PLEA–JURY TRIAL—TBC–REVOCATION HEARING–COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION........$300      ☐ STATE JAIL/3RD DEGREE FELONY........$400
  ☐ 2ND DEGREE FELONY..............$500   ☐ 1ST DEGREE FELONY/MINI-CAP...........$600
  ☐ CONTESTED TRIAL.................☐$800 (Full day).........☐$400 (Half day)
  ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
  for services performed. If I am requesting additional compensation, or if I am requesting compensation for
  services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal
  Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
  $ _____ for services performed and/or $ _____ for voir dire and each day of
  trial as listed on the attached *"Detailed List of Legal Services Provided."*  Search MISC for
                                                                                 previous payment

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $___ off
  for services performed as listed on the attached *"Detailed List of Legal Services Provided."*
                                                                          Date 7-15-09

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services
  performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _4,650.°°_   COURT APPROVED AMOUNT: $ _4,650.°°_

**AFFIRMATION**
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in
accordance with the laws of the State of Texas I further affirm to the truth and correctness to the information stated above, and
that I have not received any other monies or anything else of value for said services.

_____. Attorney at Law.   Date _6/25/69_

ATTORNEY INFORMATION (Print):          (For Auditor Use Vendor I.D. _____ )
Name _Bradley K. Lollar_               State Bar No. _12507700_

Mailing Address: _1909 W. Colorado Blvd. Dallas, TX 75208_
        Number   Street         Suite    City    State    Zip
Telephone: _(214) 384-8175_ Suc. Sec No _____
                                       (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
        I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file
with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been
appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to
be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_Michael R. Snipes_ 29 Jun 09   _Michael R. Snipes_
Date                              Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering June 21-June 26, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 21 | Review of Juror's Questionnaires | 2.0 Hours |
| | Jail calls of Defendant | 3.5 |
| June 22 | Voir Dire | 6.0 |
| | Preparation of Notice of Experts | 2.0 |
| June 23 | Voir Dire | 5.5 |
| June 24 | Voir Dire | 5.5 |
| June 25 | Voir Dire | 1.0 |
| | Review of Documents and Discovery w/ co-counsel | 1.5 |
| June 26 | Jail calls of Defendant and Record review | 4.0 |

TOTAL                                                           31.0 Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

C

4407-685

46940

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS § IN THE _____a_____ DISTRICT COURT __7__
VS __JAMES BROADNAX__ § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08 Disposition Date: _____ Partial/Supplemental Payment Request: YES NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-Y | STATE SEEKING DEATH |

Yes

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION.. .....$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
  ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
  ☐ CONTESTED TRIAL........ ........☐$800 (Full day)........☐$400 (Half day)
  ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $_____
  for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 5,250.00 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
  for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5,250.00 COURT APPROVED AMOUNT: $ 5,250.00

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law    Date __7/6/09__

ATTORNEY INFORMATION (Print):    (For Auditor Use Vendor I D _____)
Name __Bradley K. Hollan__    State Bar No. 12508700

Mailing Address: 1909 W. Colorado Blvd. Dallas Tx 75208
(Number)    (Street)    Suite    City    State    Zip
Telephone (214) 389-8178    Soc Sec No _____
(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY TEXAS.
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

6 July 09
Date    Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering June 27-July 3, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 28 | Review of Juror's Questionnaires | 2.0 Hours |
|---------|----------------------------------|-----------|
|         | Jail calls of Defendant          | 3.0       |
| June 29 | Voir Dire                        | 6.0       |
| June 30 | Voir Dire                        | 8.5       |
| July 1  | Voir Dire                        | 5.5       |
| July 2  | Voir Dire                        | 3.0       |
|         | Research on Ganster Disciples    | 1.5       |
| July 3  | Jail calls of Defendant          | 5.5       |

| TOTAL | | 35.0 Hours |
|-------|--|-----------|

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

*Death Pen*

**REQUEST FOR PAYMENT BY APPOINTED COUNSEL**

THE STATE OF TEXAS            §    IN THE _____ C _____ DISTRICT COURT __7__
VS. _JAMES BROADNAX_          §    OF DALLAS COUNTY, TEXAS

Appointment Date. _6/23/08_ Disposition Date: ___—___ Partial/Supplemental Payment Request (YES) NO
Dates of Jail Visits: _____
OFFENSE. _CAP. MURDER_    CASE NO.: _F08-24667-Y_    GRADE: _STATE SEEKING DEATH_

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE. ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY... ..........$500    ☐ 1St DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL................☐$800 (Full day).......☐$400 (Half day)   *Search Must for*
    ☐ COMPETENCY HEARING... .....☐$600 (Contested)......☐$300 (Agreed)  *previous payment*

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed. If I am requesting additional compensation. or if I am requesting compensation for
    services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal*
    *Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $ _5,812.50_ for services performed and/or $ _____ for voir dire and each day of
    trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
    for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services
    performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _5,812.50_    COURT APPROVED AMOUNT: $ _5,812.50_
                                                                 *pay as/s ms*

**AFFIRMATION**

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ , Attorney at Law.    Date: _7/13/09_

ATTORNEY INFORMATION (Print)    (For Auditor Use Vendor I.D _____ )
Name _Bradley K. Lollar_    State Bar No. _12508700_
Mailing Address: _1509 W. Colorado Blvd., Dallas TX 75208_
    Number    Street    Suite    City    State    Zip
Telephone. _214 388 8171_    Soc Sec. No. _____
    (Not required if S S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY. TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 2605, Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County. Texas. for services performed in the amount shown above.

_13 JULY 09_
Date
_____
Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other. see attached.



## OUT OF COURT HOURS

Period covering July 5-July 10, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| July 5 | Review of Juror's Questionnaires<br>Preparation of Orders for Judge | 4.0 Hours |
| July 6 | Voir Dire | 7.0 |
| July 7 | Voir Dire | 6.5 |
| July 8 | Voir Dire | 7.0 |
| July 9 | Voir Dire | 8.75 |
| July 10 | Meeting with mitigation specialist<br>Meeting with co-counsel re: striking jurors | 5.5 |
| **TOTAL** | | **38.75   Hours** |

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE ___Cir___ DISTRICT COURT ___7___ |
| VS. ___JAMES BROADNAX___ | § | OF DALLAS COUNTY, TEXAS |

Appointment Date: 6/23/09  Disposition Date: ___  Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F08-24667-Y | STATE SEEKING DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION  A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
　　☐ PROBATION VIOLATION........$300　　　☐ STATE JAIL/3RD DEGREE FELONY.........$400
　　☐ 2ND DEGREE FELONY...............$500　　☐ 1ST DEGREE FELONY/MINI-CAP.............$600
　　☐ CONTESTED TRIAL.................☐$800 (Full day).........☐$400 (Half day)
　　☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
　　for services performed. If I am requesting additional compensation, or if I am requesting compensation for
　　services performed prior to counsel being retained. I must attach the form entitled *"Detailed List of Legal
　　Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
　　$ 17,587.50 for services performed and/or $ _____ for voir dire and each day of
　　trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
　　for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services
　　performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED:** $ 17,587.50    **COURT APPROVED AMOUNT:** $ 17,587.50

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies of anything else of value for said services.

_____, Attorney at Law    Date: 8/10/09

ATTORNEY INFORMATION (Print):

Name __Bradley K. Lollar__    State Bar No __12500700__

Mailing Address: __1909 W. Colorado Blvd., Dallas TX 75208__
　　　　Number　Street　Suite　City　State　Zip

Telephone __214 354 8170__    Soc. Sec. No. _____
　　　　　　　　　　　(Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05 Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas for services performed in the amount shown above

__10/9/09__ _____
Date

_____
Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering July 25- August 9, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| | | |
|---|---|---|
| July 25 | Research on effects of PCP Intoxication | 5.0 Hours |
| July 26 | Preparation for 705 Hearings | 4.0 |
| July 27 | Hearings on admissibility of videotapes | 9.0 |
| | 705 Hearing with Dr. Platt | |
| July 28 | Email to D. Alex re: Michigan witnesses | 8.5 |
| | Interview of witness T. Miller in jail | |
| | Research and writing of brief for C.O.A. | |
| | Filing of brief and delivery to parties | |
| | Emailing of brief to Austin lawyers | |
| | Research on diminished capacity | |
| July 29 | Research and writing of brief on diminished capacity | 7.75 |
| July 30 | Batson Hearing | 8.75 |
| | Meeting with Craig Watkins re: plea | |
| | Hearing on diminished capacity | |
| | Team Meeting | |
| | | |
| July 31 | Decision of Ct. Of Appeals ruling | 9.0 |
| | Telcon with judge and prosecutors | |
| | Research re: mandamus proceedings | |
| August 1 | Review of Defendant's jail phone calls | 5.0 |
| | Transcription of witness interviews | |
| | Organization of files for trial | |
| August 2 | Review and organization of medical records | 6.0 |
| August 3 | Meeting with judge re: jurors | 8.5 |
| | Obtained and served subpoenas in jail | |
| | Meeting with D.A. re: discovery materials | |
| | Telcon with judge and DA re:   telephone hearing | |
| | with witness Rabb | |
| | Review of new discovery | |
| | Prep for hearing with reporters | |

| | | |
|---|---|---|
| August 4 | Hearings with TV reporters | 5.5 |
| | Review of Texarkana PD records and videos | |
| | Video of Vince Barnhill | |
| August 5 | Research on state's mandamus action | 8.5 |
| | re: Batson | |
| | Trial preparation | |
| August 6 | Evidence Hearings | 8.5 |
| | Team meeting re: strategy | |
| August 7 | Meetings re: mandamus by state | 8.75 |
| | Trial preparation | |
| | Interview of witness Theron Lacey | |
| | Decision by Court of Appeals re: Batson | |
| August 8 | File preparation | 7.0 |
| | Team Meeting | |
| | Preparation of witness lists | |
| | Organization of Trial Notebooks | |
| August 9 | Emailing experts | 7.5 |
| | Telcon with D. Alex, Parks, and Mallon | |
| | Organization of Medical Records | |
| | Organization of school records | |
| | Preparation for opening argument | |

TOTAL                                    117.25    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

46940    4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    §    IN THE _____Cr_____ DISTRICT COURT __7__
VS. JAMES BROADNAX                    §    OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/## Disposition Date: _____ Partial/Supplemental Payment Request: YES NO
Dates of Jail Visits: _____

| OFFENSE | CASE NO.: | GRADE: |
|---|---|---|
| CAPITAL MURDER | Fo8-24667-Y /S | STATE IS SEEKING DEATH |
| | | |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 12,330 ## for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 12,330.00    COURT APPROVED AMOUNT: $ 12,330.00**

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_Brad K. Lollar_ . Attorney at Law    Date: 7/27/09

ATTORNEY INFORMATION (Print).    (For Auditor Use Vendor I.D. _____)

Name _Bradley K. Lollar_    State Bar No 12508700

Mailing Address· _1909 W. Colorado Blvd. Dallas, Tx. 75200_
    Number    Street    Suite    City    State    Zip

Telephone. _214 384 8176_    Soc. Sec No. _____
    (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26 05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

2 2 AUG 09    _Michael R. Snipes_

Date    Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering July 11- July 24, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).


| July 11 | Review of Juror's Questionnaires | 1.0 Hours |
|---|---|---|
| July 12 | Review of Defendant's Jail Calls | 5.5 |
| | Met with witness Anderson in jail | .5 |
| July 13 | Review of Defendant's Jail Calls | 4.5 |
| | Telcons with Drs. Silver and Roache | .5 |
| July 14 | Review of court records on M. Utsey | 8.5 |
| | Interviewed witness L. Lott in jail | |
| | Bench warran ted T. Miller | |
| | Met with Dr. Silver at UTHSC | |
| | Meeting w/ co-counsels re: jail calls | |
| July 15 | Review of defendant's jail calls | 4.0 |
| | Team Meeting - status | 4.25 |
| July 16 | Jury List Prep | 11.0 |
| | Prep. Psych records - computer loading | |
| | Emergency meeting wi/judge re: Patterson | |
| | Interview of expert witness | |
| | Review of Channel 4 & 11 Interviews | |
| July 17 | Voir Dire | 2.0 |
| | Review of new records | 1.25 |
| July 20 | Striking of voir dire panel | 3.75 |
| July 21 | Prep. Of expert witness | 8.0 |
| | Research on defendant's prescriptions | |
| | Prep. Of timeline | |
| | Correspondence with experts | |
| | Call from judge re: Green v. Texas | |
| July 22 | Meeting with Judge, C. Watkins and D. Alex | 8.0 |
| | Meeting with co-counsels | |
| | Research on disparate treatment | |
| | Reading of Patterson transcript | |

| | | |
|---|---|---|
| July 23 | Research on PTSD, ASPD, and GAD<br>Correspondence from experts<br>Batson Hearing preparation<br>Meeting with co-counsels re: Batson, progress, experts | 10.0 |
| July 24 | 705 Hearings<br>Meeting re: Mandamus by reporter's attorneys | 9.45 |

TOTAL                                                                    82.20 Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

46940                                                                                    4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE _____Car_____ DISTRICT COURT ___7___ |
| VS. _JAMES_  _BROADNAX_ | § | OF DALLAS COUNTY, TEXAS |

Appointment Date: 6/23/04  Disposition Date: 8/21/09  Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

| OFFENSE: | CASE NO: | GRADE: |
|---|---|---|
| CAPITAL MURDER | F04-24667-U | STATE IS SEEKING DEATH |

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION 'A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW. I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
    ☐ 2ND DEGREE FELONY...............$500    ☐ 1ST DEGREE FELONY/MINI-CAP..............$600
    ☐ CONTESTED TRIAL.................☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
$ _____ for services performed and/or $ _15,000.00_ for voir dire and each day of
trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____
for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services
performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ _15,000.00_     COURT APPROVED AMOUNT: $ _15,000.00_**

### AFFIRMATION

I the undersigned attorney. am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____. Attorney at Law    Date _8/24/09_

ATTORNEY INFORMATION (Print).                        (For Auditor Use Vendor ID _____)
Name _Bradley K Lollar_                            State Bar No. _12508700_

Mailing Address: _1909  W. Colorado Blvd. Dallas, TX. 75208_
      Number     Street      Suite      City      State      Zip
Telephone _214  384 8178_ Soc. Sec No. _____
                           iNot required if S.S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel. that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

_27 AUG 09_                        _____
Date                              Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

DETAILED LIST OF LEGAL SERVICES PROVIDED

Period covering August 10 - August 21, 2009

Appointed June 23, 2008
STATE OF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

Jury Trial commenced on August 10, and proceeded on August 11, 12, 13, 14, 17, 18, 19, 20, and 21, with verdict of death on the 21st.

10 days of Death Penalty Trial @ $1500.00 per day = $15,000.00

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

4040                    C.              4407-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS           § IN THE ___Cr___ DISTRICT COURT __7__
VS _JAMES BROADWAY_          § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/24/06  Disposition Date: _____  Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____
OFFENSE:                          CASE NO.:                    GRADE:
CAPITAL MURDER          F06-24667-4              STATE IS
                                              /3              SEEKING
                                                              DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE. ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING–COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3ᴿᴰ DEGREE FELONY .......$400
  ☐ 2ᴺᴰ DEGREE FELONY..............$500    ☐ 1ˢᵀ DEGREE FELONY/MINI-CAP.............$600
  ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
  ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 3,150.00 for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 3,150.00  COURT APPROVED AMOUNT: $ 3,150.00

### AFFIRMATION
I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law    Date: 8/24/09

ATTORNEY INFORMATION (Print)                (For Auditor Use Vendor I.D. _____)
Name _Bradley K. Lollar_          State Bar No. _12508700_
Mailing Address: 1909 W. Colorado Blvd., Dallas, Tx. 75208
Telephone _214 384 8178_   Soc Sec No _____
          (Not required if S S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS·
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

27 AUG 09
Date                              Judge

Reason for Denial or variation. ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

46940                                                                    4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS                    § IN THE ___Cr___ DISTRICT COURT __1__
VS. JAMES BROADNAX                    § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/06  Disposition Date: _____  Partial/Supplemental Payment Request YES / NO
Dates of Jail Visits: _____
OFFENSE:                              CASE NO.:                  GRADE·
CAPITAL MURDER                        F08-24667-T                STATE IS
                                      -8                         SEEKING
                                                                 DEATH

Partial

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.......$300      ☐ STATE JAIL/3RD DEGREE FELONY........$400
    ☐ 2ND DEGREE FELONY.............$500      ☐ 1ST DEGREE FELONY/MINI-CAP............$600
    ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $_____
    for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of
    $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
    for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☑ E.  I request payment for expert witness/investigator expenses in the amount of $ 1,313.80 for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 1,313.80    COURT APPROVED AMOUNT: $ 1,313.80

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law    Date· 8/24/09

ATTORNEY INFORMATION (Print):                     (For Auditor Use Vendor ID _____)
Name Bradley K. Lollar                             State Bar No 12508700
Mailing
Address· 1909 W. Colorado Blvd, Dallas TX 75208
         Number    Street      Suite      City      State      Zip
Telephone 214 354 8178 ____ Soc Sec. No._____
                                                   (Not required if S S number is on file with County Auditor's Office)
TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

27 AUG 09                               _____
Date                                    Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

PAY DIRECTLY

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

4144 North Central Expressway, Suite 850    Phone (214) 720-4567
Dallas, TX 75204    Fax (214) 720-4501

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15037084 | 08/18/2009 | 1502-51609 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/15/2009 | GARCCA | F0824667-1 |

### CASE CAPTION

State of Texas vs James Garfield Broadnax

### TERMS

Immediate, sold FOB Merrill facility

Brad Lollar
Lollar, Brad
1700 Commerce Street
Suite 450
Dallas, TX 75201

Videotaping Services for the Deposition of:
    Franzine Mazone                                                       656.90

Videotaping Services for the Deposition of:
    Juanita Mayes                                                         656.90

                                  TOTAL   DUE   >>>>            1,313.80

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382

*Please detach bottom portion and return with payment.*

Brad Lollar
Lollar. Brad
1700 Commerce Street
Suite 450
Dallas, TX 75201

Invoice No.:  15037084
Date         :  08/18/2009
TOTAL DUE    :    1,313.80

Job No.     :  1502-51609
Case No.    :  F0824667-1
State of Texas vs James Garfield Bro

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

46940                    C                    4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS             §   IN THE _____ Cr _____ DISTRICT COURT ___7___
VS __JAMES  BROADNAX__        §   OF DALLAS COUNTY, TEXAS

Appointment Date: _6/23/08_ Disposition Date: _____ Partial/Supplemental Payment Request: (YES) NO

Dates of Jail Visits: _____

OFFENSE:                          CASE NO.:                     GRADE:
__CAPITAL   MURDER__         __F08-24667-4__              __STATE IS__
                                  _____/_Q__            __SEEKING__
                                                              __DEATH__

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"

This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
   ☐ PROBATION VIOLATION.......$300        ☐ STATE JAIL/3RD DEGREE FELONY.........$400
   ☐ 2ND DEGREE FELONY...............$500        ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
   ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
   ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *Detailed List of Legal Services Provided.*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *Detailed List of Legal Services Provided.*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *Detailed List of Legal Services Provided.*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ _1,478.74_ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _1,478.74_   COURT APPROVED AMOUNT: $ _1,478.74_

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____. Attorney at Law.   Date: _8/24/09_

ATTORNEY INFORMATION (Print)                    (For Auditor Use Vendor I.D _____)

Name __Bradley   K. Lollar__                    State Bar No __12508700__

Mailing
Address __1909  W. Colorado  BLVD., Dallas  TX  75208__
          Number    Street         Suite      City      State    Zip

Telephone: __214  334  8178__   Soc Sec No. _____
                                  (Not required if S.S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

__27 AUG 09__                    __Michael R. Snipes__
Date                              Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.

44940                    C              4607-6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS         §   IN THE ___Cr___ DISTRICT COURT ___7___
VS. JAMES BROADNAX         §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/09  Disposition Date: _____   Partial/Supplemental Payment Request (YES / NO
Dates of Jail Visits: _____
OFFENSE:                   | CASE NO.:           | GRADE:
CAPITAL MURDER             | F08-24667-Y         | STATE IS
                           |                     | SEEKING
                           |                     | DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL--TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
 ☐ PROBATION VIOLATION.......$300    ☐ STATE JAIL/3RD DEGREE FELONY.........$400
 ☐ 2ND DEGREE FELONY..............$500    ☐ 1ST DEGREE FELONY/MINI-CAP.............$600
 ☐ CONTESTED TRIAL................☐$800 (Full day)........☐$400 (Half day)
 ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____
 for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ 1,181.39 for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 1,181.39    COURT APPROVED AMOUNT: $ 1,181.39

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other money or anything else of value for said services.

_____, Attorney at Law.   Date: 8/24/09

ATTORNEY INFORMATION (Print):                    (For Auditor Use Vendor ID _____)
Name Bradley K. Collar                          State Bar No 12508700
Mailing Address: 1909 W. Colorado Blvd, Dallas, Tx  75208
         Number    Street        Suite        City    State    Zip
Telephone: 214 884 8178        Soc. Sec No. _____
                               (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS:
 I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas for services performed in the amount shown above

27 AUG 09                              _____
Date                                   Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.



**Platt & Associates**
**Impaired Driving Consulting**



**Platt & Associates**
**Impaired Driving Consulting**
www.waldenplatt.com

4301 Carter Creek Parkway
Suite 201
Bryan, Texas 77802

Phone:
(o) 979-846-3950
(c) 979-412-2346
Fax: 979-846-3974

## Invoice

**Bill To:**
**Bradley K. Lollar**
**Attorney at Law**

**Remit payment to:**
**Platt & Associates**
**4301 Carter Creek Parkway, Suite 201**
**Bryan, Texas 77802**

| Quantity | Date | Client | Description | | | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| | 7/27/2009 | James Broadnax | Testimony | | | $1000.00 | $1000.00 |
| | | | Travel from Bryan, Texas to Dallas, Texas | 164.9 miles | | | |
| | | | Travel from Dallas, Texas to Bryan, Texas | 164.9 miles | 329.8 miles | .55 per mile | $181.39 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total due | $1181.39 |

46946          4607- 6185

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS     §   IN THE _____ CT _____ DISTRICT COURT __7__
VS. JAMES BROADNAX   §   OF DALLAS COUNTY, TEXAS

Appointment Date: 6-2X-et   Disposition Date: _____   Partial/Supplemental Payment Request: (YES) NO
Dates of Jail Visits: _____
OFFENSE: CAPITAL MURDER    CASE NO. F08-24667-Y    GRADE: STATE IS SEEKING DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
**This case has been finally disposed of in the following manner (circle one):**

DISMISSAL–AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
     ☐ PROBATION VIOLATION........$300     ☐ STATE JAIL/3RD DEGREE FELONY.........$400
     ☐ 2ND DEGREE FELONY..............$500     ☐ 1ST DEGREE FELONY/MINI-CAP...........$600
     ☐ CONTESTED TRIAL.................☐$800 (Full day).........☐$400 (Half day)
     ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☒ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ 5,175.ºº for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☐ E. I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

**TOTAL AMOUNT REQUESTED: $ 5,175.ºº**    **COURT APPROVED AMOUNT: $ 5,175.ºº**

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____ Attorney at Law    Date: 8/27/09

ATTORNEY INFORMATION (Print).     (For Auditor Use Vendor I D _____)
Name Brad K. Lollar     State Bar No 12508700
Mailing Address 195 W. Colorado Blvd. Dallas TX 75208
    Number    Street      Suite      City     State    Zip
Telephone 214-584-8174   Soc Sec. No _____
                    (Not required if S S. number is on file with County Auditor's Office)

TO THE COMMISSIONER'S COURT OF DALLAS COUNTY, TEXAS.
    I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26 05 Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

2-24-66-2-9
Date                                  Judge

Reason for Denial or reduction: ☐ Request exceeds flat rate ☐ Request exceeds hourly rate. ☐ Other, see attached.

OUT OF COURT HOURS

Period covering June 13-June 18, 2009

Appointed June 23, 2008
STATEOF TEXAS V. JAMES GARFIELD BROADNAX
F08-24667-Y

CAPITAL MURDER (State is seeking death).

| June 13 | Preparation for defense team meeting | 2.5 Hours |
|---------|--------------------------------------|-----------|
|         | Copying records for team             | 1.0       |
| June 14 | Defense team meeting                 | 2.0       |
|         | Reading Juror Questionnaires         | 2.0       |
| June 15 | Voir Dire                            | 5.5       |
| June 16 | Voir Dire                            | 8.5       |
| June 17 | Voir Dire                            | 7.5       |
| June 18 | Voir Dire                            | 5.5       |

TOTAL                                                     34.5    Hours

I affirm that the above information is true and correct and that I have not been paid any monies for the out of court hours that I have worked on this case in the time period noted above.

Bradley K. Lollar

Attorney for the Defendant

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS *James Broadnax* §    IN THE ___*Cr*___ DISTRICT COURT __*7*__
VS _____ §    OF DALLAS COUNTY, TEXAS

Appointment Date: *6/23/08* Disposition Date: *8/21/09* Partial/Supplemental Payment Request: (YES)/ NO
Dates of Jail Visits: _____
OFFENSE: *CAPITAL MURDER*    CASE NO: *F08-24667-9*    GRADE: *STATE SOUGHT DEATH*

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B"
This case has been finally disposed of in the following manner (circle one):

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

⊐ A.   I request standard compensation for this case as follows (check one):
⊐ PROBATION VIOLATION........$300        ⊐ STATE JAIL/3RD DEGREE FELONY..... ...$400
⊐ 2ND DEGREE FELONY............ $500        ⊐ 1ST DEGREE FELONY/MINI-CAP............$600
⊐ CONTESTED TRIAL................⊐$800 (Full day)........⊐$400 (Half day)
⊐ COMPETENCY HEARING........⊐$600 (Contested)......⊐$300 (Agreed)

⊐ B.   I request additional compensation (at the rate of $100 per hour) in the amount of $_____
for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled "Detailed List of Legal Services Provided."

⊐ C.   Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $_____ for services performed and/or $_____ for voir dire and each day of trial as listed on the attached "Detailed List of Legal Services Provided."

⊐ D.   Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____ for services performed as listed on the attached "Detailed List of Legal Services Provided."

☒ E.   I request payment for expert witness/investigator expenses in the amount of $ *2450.00* for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ *2450.00*    COURT APPROVED AMOUNT: $ *2,450.00*

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other money or anything else of value for said services.

_____, Attorney at Law    Date: *9/15/09*

ATTORNEY INFORMATION (Print)    (For Auditor Use Vendor I D _____)
Name __*Bradley K. Lollar*__    State Bar No __*12508700*__
Mailing Address: __*1409 W. Colorado Blvd. Dallas TX 75208*__
        Number/Street    Suite    City    State    Zip
Telephone __*214-954-8113*__    Soc Sec No _____
        (Not required if S.S number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.

I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above

*14 Sep 09*_____    __*Michael R. Snipes*_____
Date    Judge
Reason for Denial or variation. ⊐ Request exceeds flat rate. ⊐ Request exceeds hourly rate. ⊐ Other, see attached.

*[handwritten in left margin: Please pay expert directly. Please state a payment request details.]*

**ʊT SOUTHWESTERN**
MEDICAL CENTER

Developmental Neuropsychology Services                                    Department of Rehabilitation Counseling
Cheryl H. Silver, Ph.D
Professor

September 10, 2009

Brad Lollar
1700 Commerce Street, Suite 450
Dallas, TX  75201

Re:  James Broadnax

Dear Mr. Lollar:

The following professional fee is based upon my consultation on James Broadnax's case, and is due upon receipt of this statement.  **Please make the check payable to UT Southwestern - FSP and address the envelope to Wanda Madyun in the Department of Rehabilitation Counseling at the address below.** Thank you very much.

| | |
|---|---|
| Preparation of testimony | 1.50 hrs |
| 7/14/09 meeting | 1.00 |
| 7/24/09 court appearance | 1.50 |
| 8/16/09 phone consultation | .25 |
| 8/17/09 court appearance | 2.75 |
| Total hours | 7.00 |
| Fee: | $ 2,450.00 |

Sincerely,

Cheryl H. Silver, Ph.D.

UT Southwestern Tax ID # 75-6002-868

UT Southwestern Allied Health Sciences School  5323 Harry Hines Blvd. ; Dallas, Texas 75390-9088 / 214-648-1740
www.utsouthwestern.edu

'ier                                                'Ita'

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS,        § IN THE _____ Cr _____ DISTRICT COURT ___7___
VS JAMES BROADNAX     § OF DALLAS COUNTY, TEXAS

Appointment Date: 6/23/08 Disposition Date: 8/21/09 Partial/Supplemental Payment Request: YES / NO
Dates of Jail Visits: _____

OFFENSE: CAPITAL MURDER     CASE NO: F08-24667-P     GRADE: STATE
_____   _____   SO 4467
                                                   DEATH

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPETENCY DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):
DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☐ A. I request standard compensation for this case as follows (check one):
  ☐ PROBATION VIOLATION.......$300        ☐ STATE JAIL/3RD DEGREE FELONY.........$400
  ☐ 2ND DEGREE FELONY..............$500        ☐ 1ST DEGREE FELONY/MINI-CAP.. ..........$600
  ☐ CONTESTED TRIAL................☐$800 (Full day).........☐$400 (Half day)
  ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B. I request additional compensation (at the rate of $100 per hour) in the amount of $_____
     for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled *"Detailed List of Legal Services Provided."*

☐ C. Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $_____ for services performed and/or $_____ for voir dire and each day of trial as listed on the attached *"Detailed List of Legal Services Provided."*

☐ D. Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $_____
     for services performed as listed on the attached *"Detailed List of Legal Services Provided."*

☒ E. I request payment for expert witness/investigator expenses in the amount of $ 5702.15 for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ 5702.15  COURT APPROVED AMOUNT: $ 5,702.15
                                                                    DM-45

### AFFIRMATION

I the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law.    Date. 9/15/09

ATTORNEY INFORMATION (Print): University of Texas Health Science Center   Auditor Use Vendor I.D. 130666UMH

Name Bradley K. Lollar     State Bar No 12508700

Mailing Address 1909 W. Colorado Blvd. Dallas TX 75204
          Number    Street         Suite        City        State        Zip
Telephone: (214) 354-8178  Soc Sec. No. _____
                                    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS COURT OF DALLAS COUNTY, TEXAS.
I the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure, to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

14 Sep 09                          _____
Date                               Judge
Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate. ☐ Other, see attached.



# Scientific & Professional Consultation

### *John D. Roache, Ph.D.*
Professor of Psychiatry and Pharmacology
Chief of the Division of Alcohol and Drug Addiction
Director of the Be Well Center
Director of the FIRST Program

<u>Specialty Consultations In:</u>
- Pharmacy and Psychopharmacology
- Substance Use, Abuse, and Treatment
- Anxiety and Affective Disorders

Department of Psychiatry
University of Texas Health
Science Center at San Antonio
7703 Floyd Curl Dr., Mailstop 7792
<u>San Antonio, TX 78229-3900</u>

September 1, 2009

Bradley K. Lollar
Attorney for James Broadnax
1700 Commerce St., Ste.450
Dallas, Texas 75201

Re: Invoice for Fee Payment

Please accept this as an invoice for consultation and legal testimony services provided in the case referenced above which resulted in a my legal testimony in the defense of Mr. James Broadnax.

## Fee Schedule

| | |
|---|---|
| Initial Brief Consultation: | free of charge |
| Independent Research and Consultation (@$200 per hour): | $2,000 (10 hours) |
| Travel to Dallas for Legal Testimony (@$1500 each): | $3,000 (Jul.24, Aug.17) |

| | | |
|---|---|---|
| Expenses | Airfare: | $567.40 |
| | Parking: | $ 20 |
| | Taxi: | $ 94 |
| | Food: | <u>$ 20.75</u> |
| | **Total:** | **$5,702.15** * |

*Checks are to be made payable to:

Department of Psychiatry
c/o John Roache, Ph.D.
University of Texas Health Science Center at San Antonio
7703 Floyd Curl Dr., Mailstop 7793
San Antonio, TX 78229-3900

John D. Roache, Ph.D.

Received:
2105625403                                    Sep 25 2009 12:55pm                    PAGE  01/08



**The University of Texas Health Science Center at San Antonio**

**John D. Roache, Ph.D.**
Professor
Departments of Psychiatry & Pharmacology
University of Texas Health Science Center at San Antonio
7703 Floyd Curl Dr.
San Antonio, Texas 78284-7792

(tele): 210-562-5401
(fax): 210-562-5403
(email): roache@uthscsa.edu)

DATE: _9-24-09_    TIME:_____

TO: _Martha_____

INSTITUTION: _Dallas City Auditors_____

FAX No.: _214-653-6440_____

Tele. Confirm. # _(214) 653-7352_____

No. Pages transmitted (incl. cover sheet):_ 8 _ *

\* Receiver/Operator:  If you have not received the correct number of pages as shown above, please call (210) 562-5401.  Thank you.

ADDITIONAL INFORMATION:

Page 1 of 2

Roache, John D

| | |
|---|---|
| **From:** | Krissy Leger [kleger@ctptravelservices.com] |
| **Sent:** | Thursday, August 13, 2009 4:03 PM |
| **To:** | Roache, John D |
| **Subject:** | E-ticket |
| **Importance:** | High |

*Brad Lollar*
*Crowley Courthouse*
*133 N. Industrial.*
*Corner of Industrial + Commerce*
*Criminal District. Ct, # 7*
*1:00 pm.*

SALES PERSON: 72          ITINERARY          DATE: 13 AUG 09
CUSTOMER NBR: 0180008069          LPIMZO          PAGE: 01

   TO: UT HEALTH SCIENCE CENTER
     OFFICE OF ACCOUNTING
     PO BOX 40310
     SAN ANTONIO, TX 78229

FOR: ROACHE/JOHN D

*$283.70*

   YOUR SOUTHWEST AIRLINES CONFIRMATION IS...NL5ACS
   ――――――――――――――――――――――――――
   **PLEASE REVIEW YOUR ITINERARY FOR ACCURACY**
   **AS SOON AS IT IS RECIEVED. IT IS YOUR**
   **RESPONSIBILITY TO NOTIFY CTPI AT 866-366-1142**
   **OF ANY ERRORS OR CHANGES WITHIN 24HOURS**
   **OF RECEIPT OF THIS ITINERARY**
17 AUG 09 - MONDAY
  AIR  SOUTHWEST AIRLINES  FLT:234  ECONOMY
   LV SAN ANTONIO          1020A        EQP: BOEING 737-700
   DEPART: TERMINAL 1 .                01HR 00MIN
   AR DALLAS LOVE FLD         1120A        NON-STOP
              REF: NL5ACS
  AIR  SOUTHWEST AIRLINES  FLT:1275  ECONOMY
   LV DALLAS LOVE FLD         450P        EQP: BOEING 737-700
          01HR 00MIN
   AR SAN ANTONIO           550P        NON-STOP
   ARRIVE: TERMINAL 1                  REF: NL5ACS

30 DEC 09 - WEDNESDAY
  OTHER SAN ANTONIO
   THANK YOU FOR CALLING YOUR UT AGENT IS KRISSY LEGER EXT 1113

HAVE A SAFE AND PLEASANT TRIP
UT DEDICATED FAX NUMBER - 210-308-8758
--CALL 1-800-441-6512 USE V.I.T CODE S2P2A --
--- THERE IS A 15.00 CHARGE PER CALL ---
PLEASE RECONFIRM ALL FLIGHTS PRIOR TO DEPARTURE
AS POSSIBLE SCHEDULE CHANGES MAY HAVE OCCURED
UNDER THE NEW TSA SECURITY PROCEDURES
PASSENGERS MUST PRESENT A BOARDING PASS
AND A GOVERNMENT ISSUED ID TO PASS THRU

8/14/2009

```
/ 22:44:33    SWA 1-888-435-9792->12185625483    Ticketless Travel    PAGE 001
```

# SOUTHWEST AIRLINES•
## TICKETLESS TRAVEL<sup>SM</sup>
### Nontransferrable. Positive Identification Required
### BRING A COPY OF THIS ITINERARY TO THE AIRPORT FOR FLIGHT CHECKIN
Receipt and Itinerary as of 07/21/2009 09:42PM

Confirmation Number:   NPSGBR                     Received: WN/JOHN
Confirmation Date:  07/21/2009

Passenger(s):                                     Account Number:
   ROACHE/JOHN 5262143720015

| Itinerary | Flt# | Date | Depart | Arrive |
|-----------|------|------|--------|--------|
| SAN ANTONIO TX/DALLAS LOVE FIELD | 0792 Y | 24JUL09 | 07:30AM | 08:30AM |
| DALLAS LOVE FIELD/SAN ANTONIO TX | 3144 Y | 24JUL09 | 01:35PM | 02:35PM |

**********

| Cost: | Total for 1 Passenger(s) | AIR: | 245.58 |
|-------|--------------------------|------|--------|
| | | TAX: | 25.62 |
| | | PFC: | 7.50 |
| | | SECURITY FEE: | 5.00 |
| | | TOTAL FARE: | 283.70 |

**********

Payment Summary:
  Current payment(s):
   21JUL2009 Visa XXXXXXXXXXXX6497                              283.70

                              Total Payments:                  283.70
**********

Fare Rule(s):
   VALID ONLY ON SOUTHWEST AIRLINES.
   NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL.
   All travel involving funds from this confirm no. must be completed by
   07/21/09.
Fare Calculation:
   SAT WN DAL122.79YL WN SAT122.79YL 245.58 END ZPSATOAL XFSAT4.50AL3 AY5.00$SAT2
   .50 DAL2.50

### CONDITIONS OF CONTRACT

SOUTHWEST AIRLINES CO. NOTICE OF INCORPORATED TERMS — Air transportation operated by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $3,000 per fare-paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including time periods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking: If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you. You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to: Southwest Airlines, V.P. Customer Relations, PO Box 36647, Dallas, TX 75235-1647. Note: When traveling on any flight operated by another carrier, that operating carrier's contract of carriage applies.

Checkin Rules: Flights operated by Southwest Airlines: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to schedule departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

REFUND AND EXCHANGES: Any change to this itinerary may result in a fare increase. Unless otherwise noted if you do not travel on this itinerary, you may qualify for a refund or exchange. To apply for a refund, please call 1-800-I-FLY-SWA. Written requests should include a copy of this document and be addressed to: Southwest Airlines Refund Department 6RF, PO Box 36649, Dallas, TX 75235-1649



2105625483

There- Your Itinerary

CORP TRAVEL PLANNERS

| | | | | |
|---|---|---|---|---|
| DALLAS LOVE FLD, TX | JOHN D ROACH | (PINZO) | Aug 17  Aug 17 | |

3-COURSE STEAK & SEAFOOD OFFERING
$49.99 PER PERSON
DETAILS AND RESERVATIONS

**NEXT STEPS**

Print Itinerary
E-mail Itinerary
Add to Calendar
View eTicket Receipt
View eInvoice
Add to My Trips

**SAT** SAN ANTONIO, TX — **DAL** DALLAS LOVE FLD, TX

Monday  Aug 17

| | | | |
|---|---|---|---|
| SOUTHWEST AIRLINES WN 8234 | Departing At 10:20am Terminal TERMINAL 1 | Arriving At 11:20am Terminal Not Available | |
| Passenger Name JOHN D ROACH | Seats Check-In Required | Frequent Flyer Number | |
| Airline Reservation Code | NLSACS | Duration | 0 hr(s) :00min(s) |
| Status | Confirmed | Class | Economy |
| Aircraft | BOEING 737-700 JET | Gate | Check for latest information |
| Meals | | Stops | 0 |
| Smoking | No | Mileage | 0248 |

Buzz me of any flight changes

Take a Taxi, Shuttle, or Limo to reach your destination!

**DAL** DALLAS LOVE FLD, TX — **SAT** SAN ANTONIO TX

Monday  Aug 17

| | | | |
|---|---|---|---|
| SOUTHWEST AIRLINES WN 1275 | Departing At 04:50pm Terminal Not Available | Arriving At 05:50pm Terminal TERMINAL 1 | |
| Passenger Name JOHN D ROACH | Seats Check-In Required | Frequent Flyer Number | |
| Airline Reservation Code | NLSACS | Duration | 01hr(s) :00min(s) |
| Status | Confirmed | Class | Economy |
| Aircraft | BOEING 737-100 JET | Gate | Check for latest information |
| Meals | | Stops | 0 |
| Smoking | No | Mileage | 0248 |



Received.
2:38
2105625403

## CAB & RANGER CAB CO.

...able Service  ★  Time Calls Accepted

(214) 428-0202

204 Powhattan
Dallas, Texas 75215

1308 Wall Street
Dallas, Texas 75215

CAB #

FARE $  25 00    DATE  8-17-09

DRIVER  AJ

txcowboycab@aol.com

Thanks For Your Patronage

### AMBASSADOR CAB
11298 Luna Rd. Dallas, TX 75229

Cab #  4    Date  7-24-09
Fare $  25
Driver

Dispatch (214) 905-1111  Office (214) 905-8067

---

... ... ....   PAGE 06/08

## COWBOY CAB & RANGER CAB CO.

Fast Dependable Service  ★  Time Calls Accepted

(214) 428-0202

1204 Powhattan
Dallas, Texas 75215

1306 Wall Street
Dallas, Texas 75215

CAB #

FARE $  22    DATE  8-17-09

DRIVER  AJ

txcowboycab@aol.com

Thanks For Your Patronage

### AMBASSADOR CAB
11298 Luna Rd. Dallas, TX 75229

Cab #    Date  7-24-09
Fare $  24 00
Driver

Dispatch (214) 905-1111  Office (214) 905-8067

---

QUESTIONS OR COMMENTS?
PLEASE CONTACT:
SAN ANTONIO INTERNATIONAL AIRPORT
9800 AIRPORT BLVD
SAN ANTONIO TX 78216
(210) 207-3465
Rcpt# 22744
08/17/09 17:26  L# 5 AH 54  Txn# 85438
08/17/09 08:43 In  08/17/09 17:26 Out
Tkt# 878395
LONG-TERM      $  10.00
Total Fee      $  10.00
CASH PAID      $  10.00-
Cash Tender    $  10.00
Change Due     $   0.00
THANK YOU FOR CHOOSING TO PARK WITH US!

---

QUESTIONS OR COMMENTS?
PLEASE CONTACT:
SAN ANTONIO INTERNATIONAL AIRPORT
9800 AIRPORT BLVD
SAN ANTONIO TX 78216
(210) 207-3465
Rcpt# 61176
07/24/09 14:30  L#26 A# 1  Txn#108261
07/24/09 08:21 In  07/24/09 14:36 Out
Tkt# 583618
LONG-TERM      $  10.00
Total Fee      $  10.00
VISA           $  10.00
YXXXXXXXXXXXX6497
Approval No. :084547
Reference No. :0659
Change Due     $  0.00
THANK YOU FOR CHOOSING TO PARK
WITH US!

1204407

## REQUEST FOR PAYMENT BY APPOINTED COUNSEL

THE STATE OF TEXAS  _Broadnax_  §  IN THE _Cr_ DISTRICT COURT _7_
VS. _James Broadnax_  §  OF DALLAS COUNTY, TEXAS

Appointment Date: _6/23/08_  Disposition Date: _8/25/09_  Partial/Supplemental Payment Request  YES / NO
Dates of Jail Visits: _____
OFFENSE: _CAPITAL MURDER_  CASE NO.: _F08-24629-Y_  GRADE: _CAP_

I UNDERSTAND THAT I MAY BE COMPENSATED UNDER SECTION "A" BELOW ONLY IF THE CASE HAS BEEN FINALLY DISPOSED OF EITHER BY A DISMISSAL, PLEA, TRIAL, CONTINUATION OF COMMUNITY SUPERVISION, OR COMPLETE OR DISPOSITION. I FURTHER UNDERSTAND THAT WHEN I AM COMPENSATED UNDER SECTION "A" BELOW, I AM NOT REQUIRED TO LIST THE LEGAL SERVICES PROVIDED. IF THERE ARE EXCEPTIONAL CIRCUMSTANCES IN THE CASE, ADDITIONAL COMPENSATION MAY BE REQUESTED AS PROVIDED IN SECTION "B".
This case has been finally disposed of in the following manner (circle one):    By _____

DISMISSAL--AGREED PLEA--OPEN PLEA--JURY TRIAL—TBC--REVOCATION HEARING--COMPETENCY HEARING

☒ A.  I request standard compensation for this case as follows (check one):
    ☐ PROBATION VIOLATION.........$300    ☐ STATE JAIL/3RD DEGREE FELONY........$400
    ☐ 2ND DEGREE FELONY.............$500    ☒ 1ST DEGREE FELONY/MINI-CAP...........$600
    ☐ CONTESTED TRIAL...............☐$800 (Full day).......☐$400 (Half day)
    ☐ COMPETENCY HEARING........☐$600 (Contested)......☐$300 (Agreed)

☐ B.  I request additional compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed. If I am requesting additional compensation, or if I am requesting compensation for services performed prior to counsel being retained, I must attach the form entitled "Detailed List of Legal Services Provided."

☐ C.  Death Penalty Case. I request compensation at the rate of $150.00 per hour in the amount of $ _____ for services performed and/or $ _____ for voir dire and each day of trial as listed on the attached "Detailed List of Legal Services Provided."

☐ D.  Appeal/Writ. I request compensation (at the rate of $100 per hour) in the amount of $ _____ for services performed as listed on the attached "Detailed List of Legal Services Provided."

☐ E.  I request payment for expert witness/investigator expenses in the amount of $ _____ for services performed as listed on the attached itemized bill.

TOTAL AMOUNT REQUESTED: $ _600.00_ .  COURT APPROVED AMOUNT: $ _540.00_ .

### AFFIRMATION

I, the undersigned attorney, am appointed to represent the above-named defendant and am requesting payment in accordance with the laws of the State of Texas. I further affirm to the truth and correctness to the information stated above, and that I have not received any other monies or anything else of value for said services.

_____, Attorney at Law    Date: _9/16/09_

ATTORNEY INFORMATION (Print)    (For Auditor Use Vendor I.D. _____)

Name: _Bradley K. Lollar_    State Bar No. _12508790_

Mailing Address: _1909 W. Colorado Blvd. Dallas Tx 75208_
    Number / Street    Suite    City / State    Zip

Telephone: (214) 354-8178    Soc. Sec No _____
    (Not required if S.S. number is on file with County Auditor's Office)

TO THE COMMISSIONERS' COURT OF DALLAS COUNTY, TEXAS:
I, the undersigned Judge of Dallas County, Texas do hereby certify that the defendant in the above cause(s) has on file with this court an affidavit reflecting indigency and an inability to afford counsel, that the attorney shown above has been appointed to represent the defendant and that said attorney is entitled under Article 26.05, Texas Code of Criminal Procedure to be paid from the General Fund of Dallas County, Texas, for services performed in the amount shown above.

_16 Sep 09_
Date

_____
Judge

Reason for Denial or variation: ☐ Request exceeds flat rate. ☐ Request exceeds hourly rate ☐ Other, see attached

DEFENSE EXHIBIT 20      AFFIDAVIT/JAMES BROADNAX

CAUSE NO. F08-24667-Y

THE STATE OF TEXAS                                    CRIMINAL DISTRICT COURT #7

v.

JAMES G. BROADNAX                                    DALLAS COUNTY, TEXAS

AFFIDAVIT

Before me, the undersigned authority, personally appeared ___Elizabeth Lutton___, who, being by me duly sworn, deposed as follows:

My name is Elizabeth Lutton, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of the records of **Dallas Sheriff's Office (DSO), Dallas County, Texas**. Attached hereto are **4 pages** of records from **DSO**. This said **4 pages** of records are kept by **DSO** in the regular course of business, and it was the regular course of business of **DSO** for an employee or representative of **DSO**, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _20_ day of June , 2011___ .
My commission expires: ___9/13/2011___

_____
Notary Public, State of Texas
Notary's printed name:
Roberta Denise Whited

**DEFENDANT'S EXHIBIT**
**20**


ROBERTA DENISE WHITED
Notary Public
STATE OF TEXAS
Commission Exp. 09-13-2011

WFAA NEWS                    Fax:9999999999                Jun 20 2008   7:38    P.05

5E

*[handwritten: JAMES Broadnax BNO 0804473?4 West Tower OJ P05]*

Mr. Broadnax:

On behalf of WFAA TV channel 8 , I would like to request an on-camera interview with you.

This would allow you to tell our viewers your side of the story regarding your recent incarceration. We firmly believe in telling both sides of a story and understand it is important to hear your side.

Thank you for your time and consideration

Carlos Rosales
WFAA Assignment editor
214-977-6213

*[handwritten: Yes, James Broadnax]*

*[handwritten: No,]*

*[handwritten: DSO Spratling #5795 Officer/Badge witness]*



# KDFW Fox Television

FOX TELEVISION STATIONS, INC. ● A UNIT OF FOX INC.

June 20, 2008

James Gerdield Broadnax
Lew Sterrett

*B NO 080473714
West Tower
03 Pos*

James,

KDFW-TV Fox 4 would like to request an interview with you regarding the charges that have been filed against you. We are hoping by speaking with you, you will be given this opportunity to tell your side of the story. If you are interested in talking with KDFW-TV Fox 4, please notify the Sheriff's department as soon as they deliver this letter.

Yes _____

No _____

Thank you for your consideration,

Gregg Millett
Assignments Editor
KDFW Fox 4 News
214-720-3155

_____
*Officer/Badge # (witness)*

*Fax to P.I.O. Kim Leach
214-653-2852*

400 N. Griffin Street
Dallas, Texas 75202
Tel 214.720.4444

Kimberlee Leach - Broadnax.doc                                                      Page 1


**KDFW Fox Television**

FOX TELEVISION STATIONS, INC. ● A UNIT OF FOX INC.

June 20, 2008

James Gerdield Broadnax        B NO O8O47374
Lew Sterrett                   WEST Tower          1:20
                                 O3 POS
James,

KDFW-TV Fox 4 would like to request an interview with you regarding the charges that have
been filed against you. We are hoping by speaking with you, you will be given this opportunity
to tell your side of the story. If you are interested in talking with KDFW-TV Fox 4, please notify
the Sheriff's department as soon as they deliver this letter.

Yes: _James Broadnax_

No _____


Thank you for your consideration,

Gregg Millett
Assignments Editor            sprattling #5195
KDFW Fox 4 News               officer/Badge # (witness)
214-720-3155


                    Fax to P.I.O. Kimbeach
                        214-653-2892




                                                400 N. Griffin Street
                                                Dallas, Texas 75202
                                                Tel 214.720.4444

WFAA NEWS                    Fax:9999999999              Jun 20 2008   7:38    P.05

JAMES Broadnax
BRW 08047374
West Tower.
03 P 05

Mr. Broadnax:

On behalf of WFAA TV channel 8 , I would like to request an on-camera interview with
you.

This would allow you to tell our viewers your side of the story regarding your recent
incarceration. We firmly believe in telling both sides of a story and understand it is
important to hear your side.

Thank you for your time and consideration

Carlos Rosales
WFAA Assignment editor
214-977-6213

Yes,

No,

Officer/Badge workers

DEFENSE EXHIBIT 21          MEDIA RELATIONS FORM



12

DEFENSE EXHIBIT 10          MEDIA RELATIONS FORM

DEFENDANT'S
EXHIBIT
21

SHARON HAZLEWOOD          (972) 739-3906          CRIMINAL DISTRICT COURT 7



SHERIFF          ADMINISTRATION          GENERAL SERVICES          DETENTIONS

HOME
JAIL INFORMATION
MEDIA/PRESS
EMPLOYEES ONLY
F.A.Q.
EMPLOYMENT
SPOTLIGHT
DIRECTORY
LINKS
COURTESY PATROL

# MEDIA RELATIONS

INMATE INTERVIEW REQUESTS FROM THE MEDIA

Those members of the media who wish to request an interview with an inmate currently incarcerated in the Dallas County Jail should write a short letter to the inmate indicating:

1. the inmate's full name and D.O.B.
2. your name and media affiliation
3. the purpose of your interview request.

Your request can be e-mailed to the Media Relations Unit at _____, faxed to (214) 653-2892, or mailed directly to the inmate at: Inmate Name, 500 Commerce Street, Dallas, Texas 75202.

If emailed or faxed, your request will be forwarded to the inmate when time permits. When an answer is received, you will be notified by return email or phone call from the Media Relations Unit.

*Inmates will not be coached or coerced into granting an interview for any reason.

*If approved by the inmate, interviews are only allowed between 8:00 a.m. - 4:30 p.m. M-F.

*Interviews may be denied based upon jail staffing, emergency conditions, or the inmate's physical or mental condition or his time of release.

*No interviews will be scheduled during court appearances or medical appointments.

Kimberlee Leach
Public Information Officer / Media Relations
Dallas County Sheriff's Department
133 N. Industrial Blvd., LB-31
Dallas, Texas 75207-4313
Phone: (214) 653-3465
Fax: (214) 653-2892

PRETRIAL



DEFENDANT'S EXHIBIT 10



EXHIBIT A

13

DEFENSE EXHIBIT 11      MEDIA RELATIONS FORM

SHARON HAZLEWOOD          (972) 739-3906          CRIMINAL DISTRICT COURT 7

## IV.  Media / Community Relations Unit

The Dallas County Sheriff's Department actively seeks to establish a cooperative climate in which the news media may obtain information on matters of public interest in a manner which does not hamper Sheriff's Department operations. However, certain information must be withheld from the news media in order to protect the constitutional rights of an accused, to avoid interfering with a law enforcement investigation.

The Sheriff's Department is regularly involved in events at which members of the news media are properly present and performing their task of gathering information.

**Public Information Officer-** Will act as the Departments liaison to the media. Additionally, the Public Information Officer may respond to serious incidents and provide information on behalf of the department. The Sheriff's Public Information Officer will:

A.   Report to the Administrative Sergeant,

B.   Be responsible to the Sheriff and the Executive Chief Deputy for the collection of information regarding Departmental programs, operations and activities which affect the public and that the public should be made aware of, and;

C.   Be responsible for evaluating proposed Department public relations programs,

D.   Respond to telephone and written inquiries regarding the Department,

E.   Be responsible for issuing news bulletins and releases to the local media representatives when necessary,

F.   Update and distribute Sheriff's Department brochures,

G.   Coordinate Sheriff's Department displays and certain specialized media projects,

H.   Maintain records of media contacts and agreements,

I.   Accept public requests for Department speakers,

J.   Maintain an "event" master calendar,

K.   The release of "mug shots" or photographs to the media for publication.

### Responsibility for the Release of Information

When an event occurs that is of such a spectacular or unusual nature as to stimulate general community interest, it is the responsibility of the Department Public Information Officer to assume responsibility for the release of that information.

### Scope and Content of the Release of Information

The scope and content of each release of information must be determined according to the facts of each situation. Generally, a description of the circumstances, which is not legally privileged and which will not prejudice the rights of suspects or interfere with an investigation, will be made. Such determination will be made by the Department Public Information Officer or by the senior Deputy at the scene after consultation with the investigating Deputy or other responsible authority, and the Public Information Officer.

### Cooperation for Feature Articles



DEFENDANT'S EXHIBIT
11

DEFENSE EXHIBIT 22          PRETRIAL HEARING

1

REPORTER'S RECORD

VOLUME 41 OF ____

CAUSE NO. F08-24667

| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT |
| VS. | COURT NO. 7 |
| JAMES BROADNAX | DALLAS COUNTY, TEXAS |

*Content same as print vol 40*

PRETRIAL HEARING

**ON THE 27TH DAY OF JULY, 2009**, the following proceedings came on for hearing in the above-entitled and numbered cause before the Honorable Mike Snipes, Judge Presiding for the Criminal District Court No. 7, held in Dallas, Dallas County, Texas.

Proceedings reported by oral stenography.

- - - - -



DEFENDANT'S
EXHIBIT
22

COPY

2

A P P E A R A N C E S

**DAVID ALEX**
SBOT NO.
**ANDREA HANDLEY**
SBOT NO.08898800
Assistant Criminal
District Attorneys of Dallas
Frank Crowley Courts Building
133 N. Industrial Blvd.
Dallas, Texas   75207
214-653-3600

FOR THE STATE OF TEXAS

**DOUG PARKS**
SBOT NO. 15520000
Attorney at Law
321 Calm Water Lane
Holly Lake Ranch, Texas 77765
903-769-3120

**BRAD LOLLAR**
SBOT NO. 12508700
Attorney at Law
1700 Commerce, Suite 450
Dallas, Texas   75201
214-384-8178

**KERI MALLON**
SBOT NO. 24049165
Assistant Public Defender
Frank Crowley Courts Building
131 N. Industrial Blvd., LB2
Dallas, Texas   75270-4399
214-653-3600

FOR THE DEFENDANT

2

A P P E A R A N C E S

**DAVID ALEX**
SBOT NO.
**ANDREA HANDLEY**
SBOT NO.08898800
Assistant Criminal
District Attorneys of Dallas
Frank Crowley Courts Building
133 N. Industrial Blvd.
Dallas, Texas  75207
214-653-3600

**FOR THE STATE OF TEXAS**


**DOUG PARKS**
SBOT NO. 15520000
Attorney at Law
321 Calm Water Lane
Holly Lake Ranch, Texas 77765
903-769-3120

**BRAD LOLLAR**
SBOT NO. 12508700
Attorney at Law·
1700 Commerce, Suite 450
Dallas, Texas  75201
214-384-8178

**KERI MALLON**
SBOT NO. 24049165
Assistant Public Defender
Frank Crowley Courts Building
131 N. Industrial Blvd., LB2
Dallas, Texas  75270-4399
214-653-3600

**FOR THE DEFENDANT**

4

INDEX OF EXHIBITS

** RO - Record Only          ## DO - Demonstrative Only

| Number | Description | Offered | Admitted | Vol. |
|---|---|---|---|---|
| State's: | | | | |
| No. 16 | Business Records Affidavit | 12 | 12 | |
| Defendant's: | | | | |
| No. 1 | CV, K. Leach | 35 | 36 | |
| No. 2 | Media Relations Report | 35 | 36 | |
| No. 3 | Health Screening Assessment | 38 | 39 | |
| No. 4 | Mental Health Screening | 43 | 45 | |
| No. 5 | Contents of Court's File | 48 | 49 | |
| Nos. 6-7 | Suicide Information Log | 75 | 76 | |
| No. 8 | Report of J. Cook Letter to Sheriff Valdez | 88 | 89 | |
| No. 9 | CV, L. Platt | 91 | 92 | |
| No. 10 | Report of L. Platt | 91 | 92 | |

SHARINA A. FOWLER, CSR
214-653-5696

**Page 1**

REPORTER'S RECORD
VOLUME ____ OF ____
CAUSE NO. F08-24667

THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT

VS. | COURT NO. 7

JAMES BROADNAX | DALLAS COUNTY, TEXAS

PRETRIAL HEARING

ON THE 27TH DAY OF JULY, 2009, the following proceedings came on for hearing in the above-entitled and numbered cause before the Honorable Mike Snipes, Judge Presiding for the Criminal District Court No. 7, held in Dallas, Dallas County, Texas.
Proceedings reported by oral stenography.

- - - - -

**Page 2**

A P P E A R A N C E S

DAVID ALEX
SBOT NO.
ANDREA HANDLEY
SBOT NO.08998800
Assistant Criminal
District Attorneys of Dallas
Frank Crowley Courts Building
133 N. Industrial Blvd.
Dallas, Texas  75207
214-653-3600

FOR THE STATE OF TEXAS


DOUG PARKS
SBOT NO. 15520000
Attorney at Law
321 Calm Water Lane
Holly Lake Ranch, Texas 77765
903-769-3120
BRAD LOLLAR
SBOT NO. 12508700
Attorney at Law
1700 Commerce, Suite 450
Dallas, Texas  75201
214-384-8178

KERI MALLON
SBOT NO. 24049165
Assistant Public Defender
Frank Crowley Courts Building
131 N. Industrial Blvd., LB2
Dallas, Texas  75270-4399
214-653-3600

FOR THE DEFENDANT

**Page 3**

INDEX

| | PAGE VOL |
| --- | --- |
| Proceedings, July 27, 2009 | |
| APPEARANCES | 2 |
| MOTION TO STAY HEARING | 4 |
| TESTIMONY OF KIMBERLY LEACH | |
| Direct Examination by Mr. Alex | 8 |
| Cross Examination by Mr. Lollar | 33 |
| Redirect Examination by Mr. Alex | 61 |
| Recross Examination by Mr. Lollar | 63 |
| TESTIMONY OF CHRISTIE HICKLEN | |
| Direct Examination by Mr. Alex | 65 |
| Cross Examination by Mr. Lollar | 73 |
| TESTIMONY OF JANET COOK | |
| Direct Examination by Mr. Lollar | 84 |
| TESTIMONY OF LANCE PLATT, Ph.D. | |
| Direct Examination by Mr. Lollar | 91 |
| Cross Examination by Mr. Alex | 96 |
| Redirect Examination by Mr. Lollar | 101 |
| Recross Examination by Mr. Alex | 102 |
| COURT REPORTER'S CERTIFICATE | 110 |

**Page 4**

INDEX OF EXHIBITS

** RO - Record Only          ## DO - Demonstrative Only

| Number | Description | Offered | Admitted | Vol. |
| --- | --- | --- | --- | --- |
| State's: | | | | |
| No. 16 | Business Records | 12 | 12 | |
| | Affidavit | | | |
| Defendant's: | | | | |
| No. 1 | CV, K. Leach | 35 | 36 | |
| No. 2 | Media Relations | 35 | 36 | |
| | Report | | | |
| No. 3 | Health Screening | 38 | 39 | |
| | Assessment | | | |
| No. 4 | Mental Health | 43 | 45 | |
| | Screening | | | |
| No. 5 | Contents of Court's | 48 | 49 | |
| | File | | | |
| Nos. 6-7 | Suicide Information | 75 | 76 | |
| | Log | | | |
| No. 8 | Report of J. Cook | 88 | 89 | |
| | Letter to Sheriff Valdez | | | |
| No. 9 | CV, L. Platt | 91 | 92 | |
| No. 10 | Report of L. Platt | 91 | 92 | |

**BROADNAX, JAMES 7/27/09**          CondenseIt!™

Page 84

motion --

THE COURT: Off the record.

[Off the record discussion.]

Whereupon,

JANET COOK,

having been first duly cautioned and sworn, testified as follows:

DIRECT EXAMINATION

BY MR. LOLLAR:

Q. State your name, please.

A. Janet Cook.

Q. What is your occupation or profession?

A. I am an assistant public defender in Dallas County.

Q. And how long have you been with the Dallas County Public Defender's office?

A. I started in August of '99. I was there until January of -- I believe it was 2002 or 2003 -- No, 2003, and then went to the -- as a senior staff attorney here in Dallas County working with Keri Young. I was there until March of 2006 when you rehired me for the Public Defender's Office.

Q. And to which court are you currently assigned?

A. 283rd, Judge Rick Magnis.

Q. And let me ask you, do you recall the events of

Page 85

January 13, 2009, as --

A. Yes.

Q. -- it relates to one of the defendants that you were appointed to represent?

A. Yes.

Q. And who was that defendant?

A. Charles Patrick Payne.

Q. And what was he charged with?

A. He's charged with one count of capital murder and two counts of attempted capital murder.

Q. Do you recall on what day you were appointed?

A. The very next day after the offense and -- I believe the offense was January 6th, so I would have been appointed the next morning, January the 7th. Or the offense was January 7th and I was appointed January 8th. I'm -- It's one of those two dates.

Q. Do you recall where Mr. Payne was being housed in the Dallas County jail at that time?

MR. ALEX: Judge, I'm going to object to relevance unless counsel can -- can give some proffer as to what Payne's case has to do with this.

THE COURT: Well, I think I know, but go ahead. Say -- Say what that is, why you --

MR. LOLLAR: Well, yes.

THE COURT: -- think it's relevant.

Page 86

MR. LOLLAR: Ms. Cook will testify that she and her investigator went over to the Dallas County jail to see Mr. Payne, that they were held up down at the -- oh, the booth downstairs where you present your credentials and get the badges.

THE COURT: So that the media can talk to them?

MR. LOLLAR: And she will further state that Kim Leach arrived with Shaun Rabb and his cameraman; that Ms. Leach walked into the booth where the credentials were, looked at our paperwork and saw the request for inmate interview that had her client's name and identifies her as his attorney. Then Ms. Leach looked over at Ms. Cook and her investigator. Ms. Leach then walked out of the booth and took the Fox 4 employees up.

The people downstairs kept holding them up --

THE COURT: And why is that relevant to this case?

MR. LOLLAR: We think that -- Well, and to wrap up, then she was finally allowed to go up to see her client and found him being interviewed with Shaun Rabb.

We think that this shows the Court a

Page 87

pattern of behavior by the public information officer, that she will perhaps put her perceptions of needing to help the press over the rights -- the substantial constitutional rights of the defendant as is reflected here in this case and as reflected in --

THE COURT: Any objection to my accepting your proffer as being what this witness would say?

MR. LOLLAR: Judge, can I ask -- It's all summarized here for the Court. If I can get Ms. Cook to identify the report, then I'll submit that.

THE COURT: Do you have objection?

MR. ALEX: I don't know what the report says, Judge. I'm prosecuting Charles Payne and I get the impression that they're here to try to make a record of something to use in that case, which is highly improper.

THE COURT: I -- I don't think they're doing that.

MR. ALEX: Well, I represent -- I'm -- I'm prosecuting Mr. Payne and Ms. Cook knows that. This looks to me like something that has been going on in the Payne case for some time now. It has nothing to do with this case at all, Judge. All these particulars and specifics has what to do with this case?

MR. PARKS: But, David, you brought the subject up to --

**SHARINA FOWLER, CSR  214-653-5696**          Page 84 - Page 87

BROADNAX, JAMES 7/27/09                CondenseIt!™

**Page 88**

MR. ALEX: I brought --

MR. PARKS: -- bolster --

MR. ALEX: -- the subject up?

MR. PARKS: David, you --

UNKNOWN SPEAKER: What attorney was sitting downstairs with James Broadnax? What does this got to do with it?

THE COURT: What's that Defense exhibit?

MR. LOLLAR: No. 8, Your Honor.

THE COURT: Why can't you just offer it, I'll admit it and I'll consider it.

MR. LOLLAR: Okay.

THE COURT: Can we do that?

[Defendant's Exhibit No. 8 was marked for identification.]

MR. LOLLAR: We'll offer Defendant's Exhibit No. 8, which is a report that Ms. Cook did and a letter of complaint to Sheriff Valdez.

THE COURT: Okay.

MR. ALEX: And I object to all of this, Judge. I think it's totally irrelevant and improper.

MR. LOLLAR: Judge, if I could ask just one more question.

THE COURT: The objection is overruled. Defense Exhibit 8 is admitted.

**Page 89**

[Defendant's Exhibit No. 8 was admitted into evidence.]

Q. [By Mr. Lollar] Ms. Cook, where is Mr. Payne now?

A. Right now he is in Vernon. He's been found incompetent to stand trial at this time.

Q. Do you know where he was housed at the time y'all went over to try and see him?

A. On the 13th he was on -- in the third floor, west tower.

MR. LOLLAR: That's all the questions we have.

THE COURT: Cross examination?

MR. ALEX: No, sir.

THE COURT: You may step down, ma'am.

MR. LOLLAR: May Ms. Cook be excused?

THE COURT: Yes, sir.

Anything else from the Defense?

MR. LOLLAR: Not at this time.

THE COURT: Anything from the State?

MR. ALEX: Nothing further at this time.

THE COURT: When are we starting up again?

MR. LOLLAR: We await the arrival of Dr. Platt, and I think he -- I thought we were going to go ahead and have the hearings this morning, so I told

**Page 90**

him to be here this afternoon. He's driving up from College Station, so it should be 1:00 or so.

THE COURT: Let's start at 2:00.

MR. ALEX: Could we get a ruling from the Court of Appeals -- Criminal Appeals, I guess, today -- The reporters were told to be here today, I guess, with a court order. When -- When would you want to proceed?

THE COURT: I don't think we're going to get an answer from them today because the deadline for filing a briefing on that is the 29th, which is Wednesday.

MR. ALEX: The 29th?

THE COURT: Yes.

MR. LOLLAR: Close of business Wednesday.

THE COURT: So we're not going to -- this is not going to be resolved until probably Thursday or so.

We're in recess until 2:00.

[Recess taken from 10:52 a.m. to 2:19 p.m.]

THE COURT: Back on the case in Broadnax. This is a continuation of Rule 702 through 705, expert witness hearings.

Mr. Lollar, if you'll call your first witness.

**Page 91**

MR. LOLLAR: We'll call Lance Platt.

Whereupon,

LANCE PLATT, Ph.D.,

having been first duly cautioned and sworn, testified as follows:

DIRECT EXAMINATION

BY MR. LOLLAR:

Q. Would you state your name, please?

A. Lance Platt, P-l-a-t-t.

Q. Mr. Platt, what is your occupation or profession?

A. I'm a self employed consultant, consulting on drug and alcohol cases.

[Defendant's Exhibit Nos. 9 through 10 were marked for identification.]

Q. [By Mr. Lollar] Let me show you, Mr. Platt, your -- Defendant's Exhibit No. 9 and 10. Is Defendant's Exhibit No. 9 a CV of yours?

A. It is.

Q. And is No. 10 your report which you wrote to me?

A. It is.

MR. LOLLAR: We'd offer Defendant's 9 and 10.

THE COURT: Any objection?

SHARNA FOWLER, CSR  214-653-5696                Page 88 - Page 91

DEFENSE EXHIBIT 23      LETTER/RE: CHARLES PAYNE



# Dallas County
## Public Defender's Office



DEFENDANT'S EXHIBIT
23

January 14, 2009

Sheriff Lupe Valdez
Dallas County Sheriff's Office
133 N. Industrial, LB 31
Dallas, TX 75207

RE: Charles Patrick Payne
Book In Number: 09001412

Dear Sheriff Valdez:

I was denied access to my client; my client was denied access to his attorney and investigator by the Sheriff's Office in a timely manner. I believe it was done intentionally to allow Fox news to get in and interview a potential death penalty defendant. The interview would not have happened without the Sheriff's office aiding Fox 4 to have access to my client and denying me access. My investigator and I were there prior to Fox 4's arrival and were kept waiting longer than 15 minutes after they were taken upstairs.

My Investigator, Christian Smith, and I went to Lew Sterrett West Tower to visit with our client Charles Patrick Payne on Tuesday January 13, 2009 about noon. When we arrived we gave our credentials and were told it would be a minute. After a couple of minutes someone from the Sheriff's office media department arrived with a reporter and cameraman from Fox 4 news. The Sheriff's employee walked into the booth looked at our paperwork along with the officers on duty in the booth and they looked at us. The media employee then walked out of the booth and took the Fox 4 employees up to the 3rd floor. My investigator asked if there was a problem and we were told that it would take some time before we were able to see our client due to it being the end of the lunch time and they were picking up trays. At this time, I asked the officers in the booth if the news personnel were going up to talk to my client. I believe it was Officer Salazar that stated he did not know who they were going to interview. We waited and then my investigator asked again if there was a problem. At this point we were told they were waiting on clarification or a phone call from someone. We waited a few more minutes and then asked again what the problem was. At this point they stated they were checking on my investigator's clearance. At this time she asked if they needed her Sterrett Justice Center card in addition to her Dallas County ID and driver's license. They stated they did not need that. Approximately 5 minutes later, my investigator again asked what the problem was and they stated they were waiting to hear back again. My investigator again showed her Sterrett Justice Center card for the second time and he stated that was all they needed and if she had shown that earlier (which she had) they would have let us up to the 3rd floor already. When we arrived on the 3rd floor, we showed our paperwork and they directed us to Booth J. In Booth J my client was being interviewed by the Fox 4 personnel with the Sheriff's office employee present.

The actions of the Sheriff's office violated my client's 6th amendment right to counsel. If

anything like this ever happens again, I will have no choice but to recommend to my client to file a civil rights lawsuit against the Sheriff's Department.

Respectfully,


Janet Cook
Assistant Public Defender
Dallas County, TX


cc: Lynn Richardson
Chief Public Defender
Dallas County, Texas



# AFFIDAVIT IN ANY FACT
## THE STATE OF TEXAS
## COUNTY OF DALLAS

BEFORE ME, <u>Eddy Herrera</u>, A Notary Public in and for said County, State of Texas, on this day personally appeared <u>Janet Cook</u> Who, after being by me duly sworn, on oath deposes and says:

January 14, 2009

RE: Charles Patrick Payne
Book In Number: 09001412

On January 13, 2009 I was denied access to my client, Charles Patrick Payne; my client was denied access to his attorney and investigator by the Sheriff's Office in a timely manner. I believe it was done intentionally to allow Fox news to get in and interview a potential death penalty defendant. The interview would not have happened without the Sheriff's office aiding Fox 4 to have access to my client and denying me access. My investigator and I were there prior to Fox 4's arrival and were kept waiting longer than 15 minutes after they were taken upstairs.

My Investigator, Christian Smith, and I went to Lew Sterrett West Tower to visit with our client Charles Patrick Payne on Tuesday January 13, 2009 about noon. When we arrived we gave our credentials and were told it would be a minute. After a couple of minutes someone from the Sheriff's office media department, who I have since learned was Kim Leach, arrived with a reporter and cameraman from Fox 4 news. Ms. Leach walked into the booth looked at our paperwork which is the Request for Inmate Interview that has my client's name and identifies me as his attorney. Then she, along with the officers on duty in the booth, looked over at us. Ms. Leach then walked out of the booth and took the Fox 4 employees up to the 3rd floor. My investigator asked if there was a problem and we were told that it would take some time before we were able to see our client due to it being the end of the lunch time and they were picking up trays. At this point I said to my investigator, I guess it's not a problem for Fox news to go while they are picking up trays. At this time, I asked the officers in the booth if the news personnel were going up to talk to my client. I believe it was Officer Salazar that stated he did not know who they were going to interview. We waited and then my investigator asked again if there was a problem. At this point we were told they were waiting on clarification or a phone call from someone. We waited a few more minutes and then asked again what the problem was. At this point they stated they were checking on my investigator's clearance. At this time she asked if they needed her Sterrett Justice Center card in addition to her Dallas County ID and driver's license. They stated they did not need that. Approximately 5 minutes later, my investigator again asked what the problem was and they stated they were waiting to hear back again. My investigator again showed her Sterrett Justice Center card for the second time and he stated that was all they needed and if she had shown that earlier (which she had) they would have let us up to

the 3rd floor already. When we arrived on the 3rd floor, we showed our paperwork and they directed us to Booth J. In Booth J my client was being interviewed by the Fox 4 personnel with the Sheriff's office employee present.

Respectfully,

Janet Cook
Assistant Public Defender


SUBSCRIBED AND SWORN TO BEFORE ME

THIS 14 January 2009 A.D.


_____

Notary   Public ,   State of Texas



# Dallas County
## Public Defender's Office

January 13, 2009

Public Information Officer.
Kim Leach
Dallas Sheriff's Office

Please be advised that I am requesting that the media not be allowed to contact my client, Charles Patrick Payne, BIN 09001412.

If you have any questions you may contact me at 214-653-3550 or 214-761-1360.

Sincerely,

Janet Cook
Assistant Public Defender
Dallas County, Texas

DLS CO PUBLIC DEFENDER Fax:2148752363

## \*\* Transmit Confirmation Report \*\*

P.1                                                    Jan 13 2009 03:20pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| DALLAS CO. SHERI | Normal | 13.03:19pm | 0'22" | 1 | # O K | Manual |

AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, BILL GOODWIN

A Notary Public in and for said County, State of Texas, on this day personally appeared, **Elizabeth Christian Smith,** who, after being by me duly sworn, on oath deposes and says that I am competent and qualified to make this affidavit and I have personal knowledge of the fact stated herein and they are true and correct:

I.

I further declare that:

My name is E. Christian Smith. I am an investigator with the Dallas County Public Defender's office and I have been appointed to represent Charles Patrick Payne, Book In Number:09001412. On Tuesday January 13, 2009 I went with his attorney, Janet Cook to visit him in the West Tower of Lew Sterrett. I supplied my Dallas County ID card and my driver's license along with the sheet requesting visitation. These are the same credentials I have provided to visit clients in the jail over the last two years. Shortly after we arrived, 1-2 minutes, a team from Fox 4 news arrived with an employee of the Sheriff's department. We were waiting to see Mr. Payne prior to their arrival. The employee from the Sheriff's office walked through to the booth and spoke with the officers on duty. At one point, she looked at our forms (requesting to see our client), looked at us and went back to speaking with the officers. She exited the booth and came around and took the reporter and cameraman up to the 3rd floor. We were told it would be a while to see our client due to it being lunchtime. (I am not sure if this was before or after she took them upstairs.) Ms. Cook asked the officer in the booth if it was our client they were going to interview. The officer stated he did not know who they were going to interview. I asked if there was a problem and was told that he was waiting on a phone call from upstairs when it would be ok for us to go up. After at least 5 more minutes, I again asked if there was a problem. This time I was told they were trying to verify my credentials. I attempted to give them my Lew Sterrett Justice Center card and was told they did not need the card. I stated something to them about this being his attorney and what was the problem. I was just told we would need to wait a minute. After approximately 5 more minutes, I again asked was there a problem. This time I handed him the Lew Sterrett Justice Center card thru the slot and he stated that was all he needed, I should have just shown this in the first place and we could go up. Not only had I attempted to give him this card earlier, I have been told on previous visits to the jail that I did not need to show that, that I only needed to show the Dallas County ID and driver's license. I have not in the last two years ever had a problem when going to visit a client. When we arrived on the 3rd floor, Fox 4 news was interviewing our client in booth J. I believe we were intentionally held up from being able to meet with our client in order for a news interview to be conducted.

**I HAVE PERSONAL KNOWLEDGE OF THE ABOVE AND I SWEAR THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT.**

_____

**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME THIS 16th DAY OF January, 2009.

_____

**NOTARY PUBLIC**
**Dallas County, Texas**

Commission expires _____



BILL GOODWIN
Notary Public, State of Texas
My Commission Expires
DECEMBER 05, 2010

BILL GOODWIN
Notary Public, State of Texas
My Commission Expires
DECEMBER 05, 2010

# ARRAIGNMENT SHEET

F1162543

Book-in No. 11087809
LAI No.   1034455

Black    Female    06/26/1989

The State of Texas, County of Dallas

I, _____Hal Turley_____, of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, the _14_ day of ____December____, 2011 at _4:44 AM_, sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared _____JESSICA EVETTE HENDERSON_____, being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statement made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and that if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

[✓] The person arrested stated that he is a citizen of the United States of America

| Offense(s): | Cause No. | Agency Name | Bond Amount | |
|---|---|---|---|---|
| CAPITAL MURDER | F1162543 | Dallas Police | $500,000.00 | Cash/Sur |

I Gary Fitzsimmons, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official seal of office, this _____

GARY FITZSIMMONS, DISTRICT CLERK
Dallas County, Texas

By: _____
Deputy

Remanded to custody of _____DSO_____ in witness whereof, I have subscribed my name this the _14_ day of ____December____, 2011.

_____Hal Turley_____
Magistrate        Dallas County, Texas

Page : of 1

# INSTRUCTIONS RELATING TO
## PRELIMINARY INITIAL APPEARANCE



Cause No. **F1162543**
Offense: **CAPITAL MURDER**

The State of Texas

vs.
**JESSICA EVETTE HENDERSON**

On this date appeared **JESSICA EVETTE HENDERSON**, hereafter referred to as defendant, who makes his initial appearance in connection with the above numbered cause. At this appearance a hearing was held, at which the following took place:

1. Defendant was informed as provided in Art. 15.17 CCP.

2. Bail was set in the amount of $ **$500,000.00**

3. All   felony   charges associated with this arrest are assigned to and shall be filed in _____**Robert Burns**_____ Court, **Criminal District Court No. 1 (FH)**

Copies of these instructions served on defendant and transporting officer on this **14** day of **December**, 20**11**.

Clerk of ... certify ... correct ... cord now on file ...

Witness ...

GARY FITZSIMMONS, District CLERK
Dallas County, Texas

By _____

# ARRAIGNMENT SHEET



Book-in No. 11087809
I.AI No.    1034455

Black  .    Female    06/26/1989

The State of Texas, County of Dallas

I, _____ Hal Turley _____, of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, the 14 day of _____ December _____, 2011 at 4:44 AM , sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared _____ JESSICA EVETTE HENDERSON _____ , being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statement made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and that if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

[✓] The person arrested stated that he is a citizen of the United States of America

| Offense(s): | Cause No. | Agency Name | Bond Amount |
|---|---|---|---|
| CAPITAL MURDER | F1162543 | Dallas Police | $500,000.00   Cash/Sur |

I, Gary Fitzsimmons, District Clerk of Dallas County, Texas do hereby certify that the foregoing is a true and correct copy as the same appears of record now on file in my office.

Witness my office, this ___
GARY FITZSIMMONS DISTRICT CLERK
Dallas County, Texas
By:_____ Deputy

Remanded to custody of _____ DSO _____  in witness whereof, I have subscribed my name this the 14 day of _____ December ___, 2011.

_____
Magistrate    Dallas County, Texas

Page 1 of 1

## INSTRUCTIONS RELATING TO
## PRELIMINARY INITIAL APPEARANCE



Cause No. **F1162543**
Offense:  **CAPITAL MURDER**

The State of Texas

vs.
**JESSICA EVETTE HENDERSON**

On this date appeared **JESSICA EVETTE HENDERSON**, hereafter referred to as defendant, who makes his initial appearance in connection with the above numbered cause. At this appearance a hearing was held, at which the following took place:

1. Defendant was informed as provided in Art. 15.17 CCP.

2. Bail was set in the amount of $ **$500,000.00**

3. All    felony    charges associated with this arrest are assigned to and shall be filed in _____**Robert Burns**_____ Court, **Criminal District Court No. 1 (FH)**

Copies of these instructions served on defendant and transporting officer on this **14** day of ___**December**___, 20**11**.

THE STATE OF TEXAS
COUNTY OF DALLAS

I, Gary Fitzsimmons, District Clerk of Dallas County, Texas, do hereby certify that the foregoing is a true and correct copy as the same appears on record now on file in my office.

Witness my official seal of office, this

GARY FITZSIMMONS, DISTRICT CLERK
Dallas County, Texas

By:_____
                    Deputy

IMPORTANT – NEW COURT APPOINTMENT    Audit # 201147368

Subject: IMPORTANT – NEW COURT APPOINTMENT - Audit # 201147368
From: <AIS_Helpdesk@dallascounty.org>
Date: 12/16/2011 2:58 PM
To: <CBERNHARD@SBCGLOBAL.NET>, <jessica.esparza@dallascounty.org>

CATHERINE BERNHARD has been appointed on 12/16/2011 2:56:57 PM to represent JESSICA HENDERSON(6/26/1989, B, F).

The Defendant is to face the charge(s) of:

F1162543    CAPITAL MURDER    Which is classified as a FX

The Defendant is in jail under bookin number 11087809

The Defendant is located at West Tower 8P 8th Floor Control Center 08P 14

Please call, email, or fax to the court contact information below no later than 9:45 a.m. the following business day to confirm acceptance of this appointment and to confirm that you  will make reasonable effort to contact the defendant as required by Texas Code of Criminal Procedure, Article 26.04(j).

This appointment does not become effective until you contact the Court listed below indicating whether you accept or decline the appointment.  If you fail to notify the Court by the  time set forth herein that you have accepted this appointment, a different attorney will be appointed to the case and you will not be compensated for the appointment.

The court contact information is as follows:

291st Judicial District Court - (U)
Jessica Esparza-Ramirez
Phone: 214-653-5872
jessica.esparza@dallascounty.org
Fax: 214-653-2768

291st Judicial District Court (FU)
Judge Susan Hawk presiding

If your client is interested in a Grand Jury waiver, contact the Court District Attorney

THIS IS AN AUTOMATED GENERATED EMAIL.  DO NOT RESPOND TO THIS EMAIL ADDRESS.

STATE OF TEXAS            )

COUNTY OF DALLAS          )

     I, SHARON HAZLEWOOD, official court reporter in and for the Criminal District Court 7 of Dallas County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in the reporter's record in the above styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

     I further certify that this transcription of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

     I further certify that Dallas County did not pay a substitute court reporter while I prepared this transcript.

     WITNESS my hand, the 7th day of February, 2014.

_____

SHARON HAZLEWOOD, C.S.R.

Certification Number: 628

Date of Expiration: 12-31-2014

CRIMINAL DISTRICT COURT 7

Frank Crowley Courts Building

133 N. Industrial Blvd.

Dallas, Texas  75207-4313

972/739-3906

THE STATE OF TEXAS     )
COUNTY OF DALLAS        )

I, SHARON HAZLEWOOD, Official Court Reporter in and for

the Criminal District Court 7 of Dallas County, State of

Texas, do hereby certify that the above and foregoing

contains a true and correct transcription of all

portions of evidence and other proceedings requested in

writing by counsel for the parties to be included in

this volume of the Reporter's Record, in the

above-styled and numbered cause, all of which occurred

in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the

proceedings truly and correctly reflects the exhibits,

if any, admitted by the respective parties.

WITNESS MY OFFICIAL HAND this the 5th day of

September, 2013.

/s/Sharon Hazlewood
Texas CSR 628
Expiration Date: 12/31/14
Official Court Reporter
Criminal District Court 7
Dallas, Texas   75207
(972) 739-3906

6