UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **James Garfield Broadnax** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **No. 3:15-CV-01758** |
| | § | |
| **Lorie Davis, Director** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| | § | |
| **Respondent.** | § | |

**CORRECTED DECLARATION OF CAMILLE M. KNIGHT
IN SUPPORT OF AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

1.       My name is Camille M. Knight. I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of each statement made in this declaration and each statement is true and correct.

2.       I represent James Garfield Broadnax as local counsel in this pending habeas action No. 3:15-CV-01758. I am admitted to practice before this Court.

3.       In connection with my representation of James Garfield Broadnax, I have obtained and reviewed the following documents, true and correct copies of which are attached to this Declaration:

     a.       The Dallas County District Attorney's Office notes, "Broadnax Jurors Likely Exercising Peremtory [sic] on & Summary of Explanation," is attached hereto as Exhibit A.

     b.       A List of Qualified Jurors with notes from the District Attorney's Office is attached hereto as Exhibit B.

     c.       Juror panelist photos with notes from the District Attorney's Office is attached hereto as Exhibit C.

d. A legal notepad with notes from the District Attorney's Office is attached hereto as Exhibit D-1 and D-2.

e. A juror questionnaire of Juror Patterson with notes from the District Attorney's Office is attached hereto as Exhibit E.

f. A juror questionnaire of Panelist Morris with notes from the District Attorney's Office is attached hereto as Exhibit F.

4. Each of these documents were obtained from the office of the Dallas County District Attorney between June 1, 2016, and October 17, 2016, after the District Attorney's Office produced its original files and voir dire materials to counsel for Petitioner.

5. Each of these documents are true and correct copies of the documents obtained from the District Attorney's files, with the exception of the redaction requirements of Fed. R. Civ. P. 5.2.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 22nd day of November, 2016.

_____
CAMILLE M. KNIGHT

2