# Exhibit A

**QUALIFIED JURORS**

| Qualified # | Juror # | Name | Race/Sex | *Death Penalty # | |
|---|---|---|---|---|---|
| 1 | 6 | Jerome Mitchell Williams | W/M | 2 | • 1 |
| 2 | 58 | Jason Micah Ross | W/M | 2 | |
| 3 | 34 | John Edward Wherry | W/M | 2 | |
| 4 | 101 | Jon D. Desmond | W/M | 2 | |
| 5 | 123 | Sue McCormick | W/F | 3 | |
| **6** | **165** | **Sharron Denise McCraney** | **B/F** | 3 | |
| 7 | 134 | Edith Elaine Clements | W/F | 2 | • 2 |
| 8 | 150 | Bradley A. Wiltshire | W/M | 2 | |
| **9** | **131** | **Mattie M. Vation** | **B/F** | 2 | |
| 10 | 227 | Alex James Folz | W/M | 2 | • 3 |
| 11 | 208 | Angelita Marin Rivera | Hisp/F | 2 | |
| **12** | **222** | **Curtis Demetre Riser** | **B/M** | 3 | |
| 13 | 265 | Johnny William Sanford | W/M | 3 | |
| 14 | 277 | Vicki Sue Wood | W/F | 2 | • 4 |
| 15 | 272 | Kelly Lynn McDonald | W/F | 2 | |
| 16 | 337 | Helen Ann Noble | W/F | 2 | |
| 17 | 301 | Billy Eugene Henry | W/M | 2 | |
| 18 | 284 | Heather Sylvia Eger | W/F | 2 | |
| 19 | 289 | John P. Maguire, Jr. | W/M | 2 | |
| 20 | 392 | Lisa Lanelle Davison | W/F | 2 | |
| 21 | 544 | Carl Whitt Jackson | W/M | 3 | |
| 22 | 401 | Leah Michelle Kunard | W/F | 2 | |
| 23 | 451 | Bruce Edward McDonald | W/M | 2 | |
| 24 | 601 | Teresa Elaine Randleas | W/F | 2 | |
| 25 | 626 | Kimberly Bronwyn Morris | W/F | 2 | • 5 |
| 26 | 573 | Guy Gant Ferreira | W/M | 2 | • 6 |
| 27 | 596 | Rindy Kay Woodward | W/F | 2 | |
| 28 | 474 | John Joseph Cantwell | W/M | 2 | |
| 29 | 660 | Alexander Wayne Konkle | W/M | 2 | |
| 30 | 551 | Wesley Brian Marshall | W/M | 2 | |
| 31 | 468 | Lance Russell Bedford | W/M | 2 | |
| 32 | 412 | Steven James Zaidel | W/M | 2 | • 7 |
| 33 | 684 | William T. Stinson | W/M | 2 | • 8 |
| 34 | 797 | Lyle Wynne Livingston | W/M | 2 | |
| 35 | 824 | Jennifer Robin Stockton | W/F | 2 | |
| **36** | **868** | **Aqwana Swheli Long** | **B/F** | 2 | |
| **37** | **930** | **Robert Lee patterson** | **B/M** | 2 | |
| 38 | 874 | William Bruce Kreighbaum | W/M | 2 | • 9 |
| 39 | 977 | Patricia Diane Hodges | W/F | 2 | |
| **40** | **1397** | **Betty Rue Jackson** | **B/F** | 3 | |
| **41** | **1062** | **Dedric Olin Morrison** | **B/M** | 2 | |
| 42 | 1321 | Clarence Ray Winfield | W/M | 2 | • 10 |
| 43 | 1345 | John Francis Vessels | W/M | 2 | • 11 |
| 44 | 1313 | Emily Alane Blevins | W/F | 2 | • 12 |
| 45 | 1094 | Barry Douglas Fiddick | W/M | 2 | Alternate (1) |
| 46 | 1178 | Elsa Yvonne Olvera | Hisp/F | 2 | |
| 47 | 1389 | George Rene Paradise | W/M | 2 | |
| 48 | 1335 | James McElroy | W/M | 2 | Alternate (2) |

* With reference to the death penalty, which of the following statements best represents your feelings?
1. I believe that the death penalty is appropriate in all murder cases.
2. I believe that the death penalty is appropriate in some murder cases, and I could return a verdict in a proper case which assessed the death penalty.
3. Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it under the proper set of circumstances.
4. I believe that the death penalty is appropriate in some murder cases, but I could never return a verdict which assessed the death penalty.
5. I could never, under any circumstances, return a verdict which assessed the death penalty.

Calli:

I need you to type my notes on each of the Jurors

I have numbered 1-12 and the 2 alternates. My notes are on the respective questionnaire and inl the 2 legal Pads.

Also: Please make a copy of the Questionnaire for Juror # 412.

Thanks.