# Exhibit C

















