# Exhibit F



Case 3:15-cv-01758-N   Document 52-7   Filed 11/22/16   Page 2 of 20   PageID 12822

*- believes everyone will change over time*

*- interested in back in Cris founder who changed*

*- juror=friends in Jury Robenson*

*#41*

*- will fall for. A being istoped that's what "caused"*

*He pays A only did if what's done is done.*

*Nobody. made him be a drug addict!*

# JURY QUESTIONNAIRE

Juror No. **1062**

You have taken an oath to truthfully, correctly and completely answer the following questions. **Please answer each and every question**. The information you give in this questionnaire will only be used by the court and the parties to select a qualified jury. After a jury has been selected, all copies of your responses will be kept secret. The parties are under orders to maintain the secrecy of any information they learn in the course of reviewing these questionnaires.

*belief ≠ keep them involved less time have on street doing this ≠ that*

**PLEASE PRINT DARK ENOUGH TO MAKE COPIES:**

NAME: __Morrison__   __Dedric__   __Olin__   _____
        Last          First         Middle      Maiden (If Applicable)

Age __39__            Date of Birth _____
Sex __M__                          Month / Day   Year
Race __Black__        Place of Birth __Nacogdoches__  __Texas__
                                     City/Town       State

Social Security Number: __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__
Driver's License Number: __1324083__
Home Address: ████████████████████
              Number    Street    City/Town    Zip

Home Number      ( ) _____    Work Number  (972) 856-2157
Cellular Number  (214) 457-3576          Fax Number   (972) 856-0135
Pager Number     ( ) _____

## DEATH PENALTY

Are you in favor of the death penalty?   [ ] YES   [✓] NO   Please explain your answer. _____

__You never know what caused the individual to perform whatever act they did. Every individual will change in the essence of time.__

With reference to the death penalty, which of the following statements best represents your feelings? **(Circle only one).**

1. I believe that the death penalty is appropriate in all murder cases.
2. I believe that the death penalty is appropriate in some murder cases, and I could return a verdict in a proper case which assessed the death penalty.
3. Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it under the proper set of circumstances.
4. I believe that the death penalty is appropriate in some murder cases, but I could never return a verdict which assessed the death penalty.
5. I could never, under any circumstances, return a verdict which assessed the death penalty.

*But cannot change it we must strike*

*This care 7 about law more I pols. we'd what "we did"*

*At the end of the day after hearing his answers I believe he would believe would I be able to do it if surrounded by other good jurors!!*

**PLEASE ANSWER EACH AND EVERY QUESTION**

If you are in favor of the death penalty in some cases, do you agree that a life sentence, rather than the death penalty, would be appropriate under the proper circumstances in some cases?   [✗] YES   [ ] NO

Do you have any moral, religious or personal beliefs that would prevent you from sitting in judgment of another human being?   [ ] YES   [✗] NO   If yes, please explain. _____

_____

_____

Do you have any moral, religious or personal beliefs that would prevent you from returning a verdict which would result in the execution of another human being?   [ ] YES   [✗] NO   If yes, please explain.

_____

_____

Has there been any particular event in your life that has influenced the way you feel about the death penalty?   [ ] YES   [✗] NO   If yes, please explain. _____

_____

_____

The best argument **for** the death penalty is __The individual was in their right frame of mind and understood exactly what he or she was doing.__

The best argument **against** the death penalty is __The individual was force to perform the act of violence and under the influence of drugs.__

USE BELOW TO EXPAND ON ANY ANSWER

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2

**PLEASE ANSWER EACH AND EVERY QUESTION**

Although neither side is permitted to tell you their version of the facts in this case, both sides have agreed to summarize the allegations as follows, to see if you know anything about this case:

It is alleged that on June 19, 2008, Stephen Swan and Matthew Butler were shot to death outside of a Garland Music studio, during the course of a Robbery.

There has been news media coverage regarding this case. If chosen as a juror you will have taken an oath that requires you to return a verdict, whatever that verdict is, on the basis of the evidence that you hear in the courtroom and not from some outside source. Therefore, there is nothing wrong with a prospective juror, such as yourself, having heard of this case, or having heard of this defendant. However, it is not permissible if what you have heard causes you to have a preconceived conclusive opinion that the defendant is guilty or not guilty, or a preconceived conclusive opinion as to what punishment the defendant should receive, if found guilty. A juror is not qualified to serve if there is established in the mind of the juror such a conclusion as to the guilt or innocence of the defendant as would influence the juror's action(s) in reaching a verdict.

All defendants are presumed to be innocent. This presumption requires the State to prove a defendant's guilt beyond a reasonable doubt before a jury would be authorized in finding the defendant guilty of an offense. Only evidence presented in court, under oath, and subject to cross examination is to be considered by a jury in determining whether the State has satisfied its burden of proof in a particular case. A juror, to be qualified, must set aside any opinion held concerning a defendant's guilt that was formed by the reading of newspaper accounts, by seeing or hearing other media reports, or through rumor or hearsay.

PLEASE INDICATE WHETHER YOU AGREE OR DISAGREE WITH THE FOLLOWING STATEMENTS:

(1) A defendant in a criminal case should be presumed to be innocent unless the State proves their guilt beyond a reasonable doubt, if it does. [ ✓ ] Agree    [ ] Disagree

(2) A jury's verdict should be based only on the evidence heard in the courtroom, and not from what one hears outside the courtroom.  [ ✓ ] Agree    [ ] Disagree

(3) What one hears in the news media is a better source of information than testimony one hears in the courtroom. [ ] Agree    [ ✓ ] Disagree

Do you think you have heard about this case?    [ ]Yes    [ ✓ ]No

If yes, please give details (including how you heard – radio, TV, newspaper, word of mouth).

_____

_____

_____

_____

_____

3

**PLEASE ANSWER EACH AND EVERY QUESTION**

For what crimes do you think the death penalty should be available in Texas? Taking the life of a helpless child and for taking the life of an individual just because you wanted to.

Do you agree with the law in the State of Texas that says murder (intentionally taking a life without legal justification) in the course of committing or attempting to commit robbery is a capital offense for which the death penalty may be imposed? [✓] YES [ ] NO
Please explain. The individual understood exactly what he or she was doing.

Do you think there are some crimes which call for the death penalty **solely** because of their severe facts and circumstances, regardless of whether or not the guilty person has committed prior violent acts? [✓] YES [ ] NO Please explain. It depends on the individual prior offenses and track record. Individuals are known to crack based on the level of stress and pressure they are under.

If you believe in using the death penalty, how strongly, on a scale of 1 to 10 (with 1 being least and 10 being most) do you hold that belief? Yes

Do you think the death penalty is a deterrent to other criminals? [✓] YES [ ] NO

Do you feel the death penalty in Texas is used too often or too seldom? Please explain.
It is determined by the severity of the case

Do you think the death penalty is ever misused? [✓] YES [ ] NO If yes, please explain.
beyond a reasonable doubt the individual was tried and all the evidence permitted will determine the outcome.

Are your views on the death penalty different from your spouse or a close family member's views? [✓] YES [ ] NO Please explain your answer. No one individual will always have the same view as others.

Have your, your spouse's or close family member's views on the death penalty changed in the past five years? [ ] YES [✓] NO
If yes, please explain what caused the change. The death penalty is nothing we discuss over conversations nor with friends.

4

**PLEASE ANSWER EACH AND EVERY QUESTION**

Have you ever watched any TV shows or movies or read any books or articles dealing with the death penalty or life on death row?

[✓] YES   [ ] NO   If yes, which ones? *The crips founder Movie and the seven escapees that killed the police officer in 2006 or 2007 I can't remember the exact year.*

How did those shows, movies, books or articles influence your opinion about the death penalty? *The crips founder became a changed Man and the seven escapees killed the officer for no reason at all.*

Do you believe in "an eye for an eye"?   [ ] YES   [✓] NO

Do you think that spending a lifetime in prison is equivalent to the death penalty?   [ ] YES   [✓] NO

Which of the following accurately states your general belief regarding a sentence of life without the possibility of parole?   **(Circle one).**

(Strongly in favor)   ((Moderately in favor))   (Neutral)   (Moderately opposed)   (Strongly opposed)

Please explain your response. *It is all determined by the facts and severity of the crime.*

What purposes, if any, do you believe life without the possibility of parole serves? *Allows the individual time to think back on what they did and try to better themself.*

What purposes, if any, do you believe the death penalty serves? *It is determined by the severity of the crime.*

What would be important to you in deciding whether a person received a death sentence rather than a life sentence in a capital murder case? *The individual acknowledges their wrong doing and is willing to try and change their life around for the better.*

Have you, a family member, or close friend had any involvement with drug usage?   [ ] YES   [✓] NO
If yes, please explain. _____

The law in the state of Texas is: "*Voluntary intoxication does not constitute a defense to the commission of crime.*" Do you agree with this law?   [✓] YES   [ ] NO
Please explain. *It is the law that an individual is innocent until proven guilty.*

5

**PLEASE ANSWER EACH AND EVERY QUESTION**

The law in Texas further provides that evidence of intoxication may be considered in mitigation of punishment. Do you agree with this law? [ ✗ ] YES    [ ] NO    Please explain. _Some individuals who commit crimes are under the influence of drugs and don't realize what they have done until the sober up._

Would a person's use of drugs or alcohol at the time of the offense automatically prevent you from assessing the death penalty if you found him guilty of capital murder? [ ] YES    [ ✗ ] NO    If yes, please explain.

_____

_____

_____

Have you or any family member or close personal friend ever undergone counseling or treatment for emotional, psychiatric, behavioral or substance abuse (alcohol or drug) problems? [ ] YES    [ ✗ ] NO    If yes, please explain. _____

_____

_____

_____

_____

Have you, a family member or a close friend ever worked in the mental health profession as a psychologist, psychiatrist, therapist, marriage counselor, nurse or in any other mental health capacity? [ ] YES    [ ✗ ] NO    If yes, please explain. _____

_____

_____

Have you, a family member or a close friend ever been diagnosed with Post Traumatic Stress Disorder (PTSD)? [ ] YES    [ ✗ ] NO    If yes, please explain. _____

_____

_____

What are your thoughts and feelings, either positive or negative, about psychiatrists, psychologists or other mental health professionals? _They are needed to help individuals better themselves by overcoming their illness._

_____

_____

_____

How would you feel about a psychiatrist, psychologist, or other mental health professional testifying in a capital murder case as an expert witness? _That's fine with me considering their investigation could help resolve the case._

_____

_____

6

PLEASE ANSWER EACH AND EVERY QUESTION

*CRIMINAL JUSTICE SYSTEM*

What are your thoughts and feelings in general about the criminal justice system? We are proud to have it considering the control and help it provides in keeping our world organized and in order.

Do you believe crime is on the increase or decrease? Increase

Please explain why you believe this is happening. The economy has taken a turn for the worse and that causes individual to try and survive.

What is the first thing that comes to mind when you think of the following:

Police officers Assisting the city to keep us safe.

Prosecutors Allow for wrong doers to be punished

Defense lawyers Allows individual who are innocent a chance to prove it.

Private investigators Collect the facts and needed information for cases.

Do you believe police officers are more likely to tell the truth than the average person?

[ ] YES  [✓] NO   Please explain. They are still individual and they will try to cover themselves when they have done wrong things.

**Please check the response which best reflects your personal belief regarding the following five (5) statements:**

"Most criminals are actually victims of society's problems."
[ ] Strongly Agree   [ ] Agree   [ ] Uncertain   [✓] Disagree   [ ] Strongly Disagree

"The criminal justice system fairly protects the rights of persons accused of committing a crime."
[ ] Strongly Agree   [ ] Agree   [ ] Uncertain   [✓] Disagree   [ ] Strongly Disagree

"The criminal justice system fairly protects the rights of victims of crime."
[ ] Strongly Agree   [✓] Agree   [ ] Uncertain   [ ] Disagree   [ ] Strongly Disagree

"My city's police officers are enforcing the laws in a professional and fair way."
[ ] Strongly Agree   [✓] Agree   [ ] Uncertain   [ ] Disagree   [ ] Strongly Disagree

"Criminal laws treat criminal defendants too harshly."
[ ] Strongly Agree   [ ] Agree   [ ] Uncertain   [✓] Disagree   [ ] Strongly Disagree

Where would you place our criminal justice system on a scale of 1 to 10 with respect to punishment of criminal offenders (1 being the most lenient and 10 being the most severe)? **(Circle a number).**

1      2      3      4      (5)      6      7      8      9      10

7

**PLEASE ANSWER EACH AND EVERY QUESTION**

Rank the following objectives of punishment in order of their importance to you: (1st, 2nd or 3rd)

*2nd*    Rehabilitate those convicted

*3rd*    Deter others from similar crimes

*1st*    Punish those convicted

Please explain your above answer. _Those convicted need to be punished for their crime. Some convicted will be rehabilitated for life. The individual has to have it within themselves to be detered from crime._

Where would you place yourself on a scale of 1 to 10 with respect to your attitude towards proper punishment in the criminal justice system (1 being the most lenient and 10 being the most severe)? **(Circle a number).**

1        2        3        4        ⑤        6        7        8        9        10

Do you think that prison rehabilitates people? [ ✓ ] YES   [ ] NO   Please explain your answer. _It allows the individual time to think of the crime they have committed. The opportunity they are given when they get out will show if the rehabilitation really worked._

What do you think makes a person dangerous? _The situation they are faced against at that given time and moment._

Some people feel genetics, circumstances of birth, upbringing and environment should be considered when determining the proper punishment of someone convicted of a crime. What do you think? _No_

Have you, your spouse, any family members or close personal friends ever been accused, arrested or convicted (including probation, deferred adjudication, conditional discharge, fine, etc.) of a crime _above_ the level of a traffic ticket?        [ ✓ ] YES   [ ] NO   If yes, please give the following details:

| Person Charged | Relation to You | Type of Crime | Date | Outcome of Charge |
|---|---|---|---|---|
| 1. Jerry Peckard | friend | Gun | N/A | N/A |
| 2. Kyron Morrison | cousin | Gun | N/A | N/A |
| 3. | | | | |
| 4. | | | | |

8

## PLEASE ANSWER EACH AND EVERY QUESTION

Do you know anyone who is now or has ever been in jail or prison?   [ ✓ ] YES   [ ] NO

If yes, please give details:

| Person Charged | Relation to You | Date | Name of Jail or Prison | Type of Charge | Outcome of Charge |
|---|---|---|---|---|---|
| 1. Jerry Deckard | friend | N/A | Minesoto Federal | Gun | N/A |
| 2. Kyron Morrison | cousin | N/A | Memphis Federal | Gun | N/A |
| 3. | | | | | |
| 4. | | | | | |

Have you, your spouse, any family members or close personal friends ever been the *victim* of a crime or a *witness* to a crime?   [ ✓ ] YES   [ ] NO   If yes, please give details. Our residence was broken into on 4/14/09 and they took our belongings.

Have you ever known anyone that was killed either accidentally or otherwise?   [ ] YES   [ ✓ ] NO

If yes, please explain. _____

Have you ever used the services of this or any other District Attorney's office (hot checks, child support, protective order, etc.)?   [ ] YES   [ ✓ ] NO   If yes, please give details. _____

Have you or any family members ever requested or been placed under a Protective Order or Restraining Order?   [ ] YES   [ ✓ ] NO   If yes, please give details. _____

Have you, your spouse, any family members or close personal friends ever had any training in law enforcement, applied for employment in law enforcement or been employed in law enforcement (police officer, constable, deputy sheriff, secretary in police department, etc.)?   [ ✓ ] YES   [ ] NO   If yes, please give details. Joseph McCoy who is currently an officer for Dallas, Tony Robinson chief investigator Dallas.

Have you, your spouse, any family members or close personal friends ever used the services of an attorney, been involved in litigation, or had friends or associates (professionally or socially) who are attorneys?   [ ] YES   [ ✓ ] NO   If yes, please give details. _____

Have you, your spouse, any family members or close personal friends ever been associated with, supported, or worked with any group or organization opposed to the death penalty or any group dedicated to defendants' rights or rehabilitation such as Amnesty International or the American Civil Liberties Union?   [ ] YES   [ ✓ ] NO   If yes, please give details. _____

9

**PLEASE ANSWER EACH AND EVERY QUESTION**

Have you or your spouse ever been associated with, or worked with any state, local or national citizen law enforcement group such as a crime commission, group dedicated to victims' rights, traffic commission, neighborhood crime watch, Mothers Against Drunk Driving or police or sheriff's auxiliary?
[ ] YES    [✓] NO    If yes, please give details. _____

_____

_____

Have you, your spouse or any family members ever hired the services of a private investigator or private security agency?  [ ] YES    [✓] NO    If yes, please give details. _____

_____

_____

Have you ever been interested in the outcome of a criminal case either personally or through the media?
[ ] YES    [✓] NO.  If yes, please give details. _____

_____

_____

Did you form any opinion as a result of this interest?        [ ] YES    [✓] NO    Please give details.

_____

_____

_____

Have you or your spouse ever been a juror in a civil or criminal case or a grand juror?  [ ] YES    [✓] NO
If yes, please give the following details:

| Year of Case | Type of Case | Verdict/Punishment Amount | Judge or Jury Set Punishment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If no verdict was reached, please explain why. _____

_____

_____

Were you the Foreman of that jury?    [ ] YES    [✓] NO

N/A    If you have served on a jury, how much did you participate in that jury's discussion?  (Check one)
___Less than other jurors        ___More than other jurors        ___Same as other jurors

N/A    If you have served on a jury, how much influence do you think you had on that jury's verdict? (Check one)
___Less influence than other jurors    ___More influence than other jurors    ___Same influence as others

10

PLEASE ANSWER EACH AND EVERY QUESTION

If you have served on a jury, was there anything that upset you to the extent that such jury service was an unsatisfactory experience?      [ ] YES    [ ] NO     If yes, please explain. _____

_____

_____

Have you ever owned a gun?     [✓] YES    [ ] NO

How do you feel about gun control? _I feel if you are elligable to obtain the gun license then you should obtain one._

_____

Do you agree with the following statement: "It is better that ten guilty people go free than one innocent man be convicted."     [ ] YES    [ ] NO     Please explain. _If they are guilty they shouldn't go free._

_____

Do you agree with the following statement: "Regardless of what a judge says the law is, jurors should do what they believe is the right thing."    [ ] YES    [ ] NO    Please explain. _The law is what rule and holds our country together._

_____

_____

### BIOGRAPHICAL INFORMATION

How long have you lived in Dallas County? _14 years_

What other cities have you lived in and how many years did you live in each?

_Nacogdoches Texas  23 years_

_Linwood California  2 years_

_____

Your current employer: _Compucom Systems_

Location: _Dallas Texas_

Occupation/duties: _Sale computer hardware and software_

_____

How long have you been employed there? _5 years_

Supervisor: _Ossie Crocket_

Work phone number: _(972) 856-2157_

Excluding the above, list your occupations for the past ten years:

| Title | Job Description | Employer | Length of Employment |
|---|---|---|---|
| T-Net-X (Analyst) | Billing | T-Net-X | 2 years |
| Analyst | Technical Support | TXU Communication | 1 year |
| Xo Technical Support | Team Lead | Xo Communications | 4 years |

11

**PLEASE ANSWER EACH AND EVERY QUESTION**

Do you have any projects in progress at your job which might affect your ability to concentrate if you were to serve as a juror on this case for a week or more?  [  ] YES  [ ] NO  If yes, please explain. _____

_____

_____

_____

_____

_____

_____

Have you ever gone by any other name(s) or nickname(s)?  [  ] YES  [ ] NO

If so, please list all of them. _____

_____

_____

*MARITAL STATUS*

Are you:

Widowed __   Married ✓   Separated __   Divorced __   Single __   Living with someone __

How long married? _Still married (June 10 years)_

Married previously? _____

How many times married? _____

How many times divorced? _____

List your maiden name and any last names you have had from previous marriages (if applicable).

_____

| Spouse's/housemate's name: | Morrison | Toneka | Raquel | Wade |
|---|---|---|---|---|
| | Last | First | Middle | (Maiden) |

Age _35_   Date of Birth _May_   _29_   _1973_

Sex _F_   Month   Day   Year

Place of Birth _Nacogdoches_   _Texas_

City/Town   State

Spouse's employer: _Lori's Gifts_

Occupation/duties _Account Payable_

How long employed there? _5 years_

Work phone number: _972-759-5000 Xt 1062_

If not employed, what is spouse's/housemate's source of income? _____

What other types of jobs has your spouse held? _Drove school bus for Garland_
_and Accounts Payable jobs_

12

**PLEASE ANSWER EACH AND EVERY QUESTION**

## CHILDREN INFORMATION ( INCLUDING CHILDREN, STEPCHILDREN AND DEPENDENTS)

| Full Name | Date of Birth | Age | Sex | Current School or Occupation |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

Do you think that concern about your children or dependents might distract your concentration if you served as a juror in this case for a week or more?  [ ] YES   [ ✓ ] NO

## BROTHER AND SISTER INFORMATION

| Full Name | Date of Birth | Age | Sex | Current School or Occupation |
|---|---|---|---|---|
| 1. Michelle Yancy | 9/7/73 | 36 | F | N/A |
| 2. Tiffany Madkly | 1/15/1981 | 28 | F | N/A |
| 3. Justin Sessions | N/A | N/A | M | N/A |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

## PARENT INFORMATION

Mother's full name: _Gwendolyn Morrison_

Mother's date of birth: _N/A_

Mother: Living [ ✓ ]   Deceased [ ]

If living, current residence (City/Town/State): _2908 N.W. Stallings Dr._

Occupation/Job: _disabled_

If retired or deceased, type of prior work: _Wal·Mart_

Father's full name: _Daniel McCoy_

Father's date of birth: _N/A_

Father: Living [ ✓ ]   Deceased [ ]

If living, current residence (City/Town/State): _Opelousas, LA_

Occupation/Job: _N/A_

If retired or deceased, type of prior work: _N/A_

13

**PLEASE ANSWER EACH AND EVERY QUESTION**

## *EDUCATION*

Please give us your educational background. Be sure to indicate how far you went in school, the name of any colleges or trade schools you attended, your major subject and degrees received. If you did graduate work, please list your field of study. *Graduated from Stephen F. Austin S.U. in 1995 with a degree in Marketing BBA*

Are you presently a student? [ ] YES  [ X ] NO   If yes, please give details _____

Have you, any family members or close personal friends ever studied psychology, sociology, criminology or law (or worked for a person in one of these fields)?  [ X ] YES   [ ] NO   If yes, please give details. ____ *Joseph McCoy and Tony Robinson*

## *MILITARY SERVICE*

If applicable, please list branch, years of service, duties, rank, and type of discharge:
Yourself: *N/A*
Spouse: *N/A*

## *RELIGIOUS, POLITICAL, AND OTHER ACTIVITIES*

Religious preference: *Baptist*   Church denomination, if any: _____
Name and location of church or synagogue: *6945 Vofford Dr.*
How often do you attend? *Weekly*
If your church has a position on capital punishment, please state it: *N/A*

Do you agree? _____

Other than attendance, what other activities are you involved in at your church or synagogue? _____ *Deacon*

Were you raised in some other denomination? [ X ] YES  [ ] NO   If yes, which one? *Methodist*

Have you, a family member or close personal friend ever been involved in prison / jail ministry?
[ ] YES  [ X ] NO   If yes, please explain the experience _____

14

**PLEASE ANSWER EACH AND EVERY QUESTION**

Have you, a family member or close personal friend ever visited a prison / jail ? [ ] YES  [ ] NO
If yes, please explain the experience _Visited Kyron Morrison in 1995 and 1996_
_Visited Jerry Beckard in 2003 or 2004_

Are you registered to vote?  [ ] YES  [ ] NO    When did you last vote in an election? _____

Do you consider yourself politically liberal, conservative, or moderate? _conservative_

Do you consider yourself a Democrat, Republican, or Independent? _Democrat_

If you have stated a preference for a political party, do you admire any member of the opposition party? If so, state who that person is and why you admire him/her. _N/A_

Have you or any member of your family ever been active in a political campaign as a volunteer, fund raiser, paid campaign worker, etc.? [ ] YES  [ ] NO    If yes, please explain. _John Morrison_
_assisted with the Obama campaign_
What are your hobbies, recreations, or pastimes? _Sports all of them_

Are you a member of, or do volunteer work for, any civic clubs, societies, unions, professional associations or other organizations? [ ] YES  [ ] NO    If yes, please give details including any offices held in any of these organizations. _Head Coach football, Baseball and Basketball with the_
_Youth in Mesquite_

Have you ever written a Letter to the Editor?  [ ] YES  [ ] NO    If yes, on what subject? _____

What newspapers or magazines do you routinely read? _____

What are your favorite movies? _Rocky_

What are your favorite TV shows? _Sport_
What is your favorite radio station? _94-5_
What books about murder cases have you read? _N/A_

15

**PLEASE ANSWER EACH AND EVERY QUESTION**

What are your favorite web sites? *Google*

Please list any web sites of your own (i.e., MySpace.com). *N/A*

List three (3) men and women who are **publicly** known whom you **most** respect:

Men:                                          Women:
*The President*                               *Condelisa Rice*
*Dwayne Caraway*
*Tiger Woods*

List three (3) men and women who are **publicly** known whom you **least** respect:

Men:                                          Women:
*N/A*                                         *N/A*

Please list the one person that you feel most influenced your life and why. *Bobby Reyes He was my High school head coach and he took me under his wing as my father figure*

***THIS CASE***

Do you know any of the prosecutors, Assistant District Attorneys David Alex, Andrea Handley, Gorden Hikel or Elaine Evans?   [ ] YES   [✗] NO
If yes, please explain. _____

Do you know District Attorney Craig Watkins or anyone else in the Dallas County District Attorney's office?
[ ] YES   [✗] NO   If yes, please explain. _____

Do you know any of the defense attorneys, Brad Lollar, Doug Parks or Keri Mallon?   [ ] YES   [✗] NO
If yes, please explain. _____

Do you know, *or think you might know*, the defendant, James Broadnax, or any of his family?
[ ] YES   [✗] NO   If yes, please explain. _____

16

**PLEASE ANSWER EACH AND EVERY QUESTION**

Do you have any plans to move out of Dallas County within the next six (6) months? If yes, please give details. _No_____

_____

If you have any plans to be out of Dallas County within the next six (6) months, please state the dates: _No_____

_____

Are you currently taking any medication? [ ] YES [✓] NO
If yes, please give details. _____

_____

Do you have any personal or health problems (hearing, medications, etc.) that would prevent you from giving your full attention to the testimony during the trial? [ ] YES [✓] NO
If yes, please give details. _____

_____

Do you have any specific problems dealing with stress or pressure? [ ] YES [✓] NO
If yes, please explain. _____

_____

Do you know any reason why you could <u>not</u> sit as a juror for this trial, be absolutely fair to the Defendant and the State, and render a verdict based solely upon the evidence presented to you? [ ] YES [✓] NO
If yes, please explain. _____

_____

How would you feel about being chosen as a juror in this case? _A privledge and honor_

_____

Is there anything not mentioned in this questionnaire that you want the Court and the parties to know about you in making a decision as to whether or not you will be selected as a juror in this case?
[ ] YES [✓] NO
If yes, please explain. _____

_____
_____
_____
_____
_____
_____

17

**PLEASE ANSWER EACH AND EVERY QUESTION**

I HAVE NEVER BEEN CONVICTED OF ANY FELONY. I HAVE NEVER BEEN CONVICTED OF ANY KIND OF THEFT OR SHOPLIFTING (REGARDLESS OF VALUE). I AM NOT UNDER INDICTMENT, NOR AM I UNDER ANY LEGAL ACCUSATION FOR ANY GRADE OF THEFT OR ANY FELONY.

As applied to you, is the above statement true and correct?    [✓] YES    [ ] NO

I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF MY ANSWERS IN THIS JUROR QUESTIONNAIRE ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

_____
(Signature)

18