# RESPONDENT'S EXHIBIT A:

## Affidavit of Michele Yeatts, Dallas County Assistant District Attorney

§     COUNTY OF DALLAS
§
§
§     STATE OF TEXAS

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Michele "Shelly" O'Brien Yeatts who, being by me duly sworn, did on her oath depose and state the following:

"My name is Michele "Shelly" O'Brien Yeatts. I am a duly-licensed attorney. I am over eighteen years of age and fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

"I am employed as an Assistant District Attorney in Dallas County, Texas. I currently serve as a Deputy Chief in the Appellate Division. The Appellate Division handles post-conviction litigation in Dallas County death penalty cases on behalf of the State of Texas.

"James Garfield Broadnax was convicted of capital murder and sentenced to death in Criminal District Court No. 7 of Dallas County, Texas on August 21, 2009. The Dallas County District Attorney maintains files related to Mr. Broadnax's trial and post-conviction proceedings.

"The District Attorney's file in Mr. Broadnax's case reflects that, on June 1, 2016, the Dallas County District Attorney's Office permitted Mr. Broadnax's federal counsel of record, Camille Knight and Steven Herzog, to review portions of the District Attorney's trial file in Mr. Broadnax's case, and subsequently provided electronic copies of various documents, including work product related to the voir dire proceedings. The District Attorney's Office also provided the Attorney General's Office with copies of the work product related to the voir dire proceedings.

"The District Attorney's file in this case includes an email from Assistant District Attorney Gordon Hikel dated July 22, 2009, 3:54 P.M., to Assistant District Attorneys Lisa Smith and Andrea Handley. These three individuals participated in the prosecution of Mr. Broadnax. Mr. Hikel attached two Excel Spreadsheets to the email. The email contained the following language:

Ladies:

You will find attached the breakdown of the African American jurors out of the total of approximately 160 venire persons scheduled for voir dire during the seven week jury selection process.

There are two excel spread sheets: one has the number of African American jurors excused for a variety of reasons, but ultimately by agreement between both sides; the second spread sheet has the names of the African American jurors on the "qualified pool" of 47.

"The District Attorney's file reflects that, after June 1, 2016, The Dallas County District Attorney's Office provided copies of the following items to Mr. Broadnax's federal counsel and to Assistant Attorney General George D'Hemecourt: the July 22, 2009 email from Gordon Hikel to Lisa Smith and Andrea Handley attaching copies of two Excel spreadsheets, titled "Broadnax's Jury Selection" and "Qualified Jurors," and typewritten notes by David Alex titled "Batson Claim – Broadnax.""

_____
Michele "Shelly" O'Brien Yeatts

SWORN TO AND SUBSCRIBED before me on June 23rd, 2017, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SEAL

_Monica Herrera_
Notary's Printed Name

MONICA HERRERA
Notary Public State of Texas
My Commission # 130451544
My Comm. Exp. November 23, 2019

2