# RESPONDENT'S EXHIBIT B:

## Gordon Hikel Email and Attached Lists

# Broadnax Jury Selection

GORDON HIKEL

**Sent:**       Wednesday, July 22, 2009 3:54 PM

**To:**       LISA SMITH; Andrea Handley

**Attachments:** Capital Murder Juror Sprea~1.xls (33 KB)

Ladies:

You will find attached the breakdown of the African American jurors out of the total of approximately 160 venire persons scheduled for voir dire during the seven week jury selection process.

There are two excel spread sheets: one has the number of African American jurors excused for a variety of reasons, but ultimately by agreement between both sides; the second spread sheet has the names of the African American jurors on the "qualified pool" of 47.

Gordon R. Hikel
Assistant District Attorney
292nd Criminal District Court
Dallas County District Attorney's Office
Ofc. 214-653-5177
Fax 214-653-5774
ghikel@dallascounty.org
Remember, life is a marathon, not a sprint....

**QUALIFIED JURORS**

| Qualified # | Juror # | Name | Race/Sex | *Death Penalty # |
|---|---|---|---|---|
| 1 | 6 | Jerome Mitchell Williams | W/M | 2 |
| 2 | 58 | Jason Micah Ross | W/M | 2 |
| 3 | 34 | John Edward Wherry | W/M | 2 |
| 4 | 101 | Jon D. Desmond | W/M | 2 |
| 5 | 123 | Sue McCormick | W/F | 3 |
| **6** | **165** | **Sharron Denise McCraney** | **B/F** | **3** |
| 7 | 134 | Edith Elaine Clements | W/F | 2 |
| 8 | 150 | Bradley A. Wiltshire | W/M | 2 |
| **9** | **131** | **Mattie M. Vation** | **B/F** | **2** |
| 10 | 227 | Alex James Folz | W/M | 2 |
| 11 | 208 | Angelita Marin Rivera | Hisp/F | 2 |
| **12** | **222** | **Curtis Demetre Riser** | **B/M** | **3** |
| 13 | 265 | Johnny William Sanford | W/M | 3 |
| 14 | 277 | Vicki Sue Wood | W/F | 2 |
| 15 | 272 | Kelly Lynn McDonald | W/F | 2 |
| 16 | 337 | Helen Ann Noble | W/F | 2 |
| 17 | 301 | Billy Eugene Henry | W/M | 2 |
| 18 | 284 | Heather Sylvia Eger | W/F | 2 |
| 19 | 289 | John P. Maguire, Jr. | W/M | 2 |
| 20 | 392 | Lisa Lanelle Davison | W/F | 2 |
| 21 | 544 | Carl Whitt Jackson | W/M | 3 |
| 22 | 401 | Leah Michelle Kunard | W/F | 2 |
| 23 | 451 | Bruce Edward McDonald | W/M | 2 |
| 24 | 601 | Teresa Elaine Randleas | W/F | 2 |
| 25 | 626 | Kimberly Bronwyn Morris | W/F | 2 |
| 26 | 573 | Guy Gant Ferreira | W/M | 2 |
| 27 | 596 | Rindy Kay Woodward | W/F | 2 |
| 28 | 474 | John Joseph Cantwell | W/M | 2 |
| 29 | 660 | Alexander Wayne Konkle | W/M | 2 |
| 30 | 551 | Wesley Brian Marshall | W/M | 2 |
| 31 | 468 | Lance Russell Bedford | W/M | 2 |
| 32 | 412 | Steven James Zaidel | W/M | 2 |
| 33 | 684 | William T. Stinson | W/M | 2 |
| 34 | 797 | Lyle Wynne Livingston | W/M | 2 |
| 35 | 824 | Jennifer Robin Stockton | W/F | 2 |
| **36** | **868** | **Aqwana Swheli Long** | **B/F** | **2** |
| **37** | **930** | **Robert Lee patterson** | **B/M** | **2** |
| 38 | 874 | William Bruce Kreighbaum | W/M | 2 |
| 39 | 977 | Patricia Diane Hodges | W/F | 2 |
| **40** | **1397** | **Betty Rue Jackson** | **B/F** | **3** |
| **41** | **1062** | **Dedric Olin Morrison** | **B/M** | **2** |
| 42 | 1321 | Clarence Ray Winfield | W/M | 2 |
| 43 | 1345 | John Francis Vessels | W/M | 2 |
| 44 | 1313 | Emily Alane Blevins | W/F | 2 |
| 45 | 1094 | Barry Douglas Fiddick | W/M | 2 |
| 46 | 1178 | Elsa Yvonne Olvera | Hisp/F | 2 |
| 47 | 1389 | George Rene Paradise | W/M | 2 |

* With reference to the death penalty, which of the following statements best represents your feelings?

1. I believe that the death penalty is appropriate in all murder cases.

2. I believe that the death penalty is appropriate in some murder cases, and I could return a verdict in a proper case which assessed the death penalty.

3. Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it under the proper set of circumstances.

4. I believe that the death penalty is appropriate in some murder cases, but I could never return a verdict which assessed the death penalty.

5. I could never, under any circumstances, return a verdict which assessed the death penalty.

## Broadnax's Jury Selection

**EXCUSED OR CAUSED JURORS**

| Juror # | Name | Race/Sex | Excused/Caused | *Death Penalty # |
|---|---|---|---|---|
| 968 | Horne, Johnath Tirone | B/M | Exused by agreement.  No show. | 1 |
| 473 | Anderson, Luther Jr. | B/M | Disqualified: too nervous | 2 |
| 1384 | Carter, Alvin Jr. | B/M | Excused- wife med. | 2 |
| 193 | Green, Michael Lynn | B/M | Caused | 2 |
| 709 | Hamilton, Kylar F. | B/M | Disqualified: caused, can't follow the law on SI #1) | 2 |
| 1029 | Horton, Fannie M. | B/F | Caused | 2 |
| 183 | Jackson, Jerry Wayne | B/M | Did not show up.  Caused: did not "up" his criminal history | 2 |
| 927 | Konugah, Richard D. | B/M | Caused on courts motion: buying a house in Allen, TX at end of July | 2 |
| 317 | Lane, Sheryl Ann | B/F | Disqualified: theft conviction | 2 |
| 357 | Murphy, Andrew Ray | B/M | Caused: juror does not understand. | 2 |
| 247 | Odam, Bemsha Elaine | B/F | Excused/caused: Because her son is in jail for murder and seeing the defendant now makes it more difficult | 2 |
| 446 | Phlatts, Leonard Antonio | B/M | Caused | 2 |
| 809 | Sanders, Tanya Renee | B/F | Caused.  Did not show. | 2 |
| 493 | Young, Danny Wayne | B/M | Caused: larceny in 1970's, didn't disclose | 2 |
| 804 | Bell, Bertran J. | B/M | Disqualified: criminal history. | 3 |
| 788 | Heard, Loy Dell | B/F | Caused: may now defendant.  Not in favor of death penalty. | 3 |
| 829 | Jackson, Sara Susette | B/F | Disqualified: knows Brad. | 3 |
| 903 | Smith, Meluin L. | B/M | Caused: medical reason. | 3 |
| 461 | Hall, Anise Lynette | B/F | Caused: Not in favor of the death penalty. Life in prison is sufficient | 4 |
| 782 | Hinton, Mary J. | B/F | Caused: not in favor of death penalty. | 4 |
| 156 | Adams, Kimberly | B/F | Caused: not in favor of death penalty. | 4 |
| 677 | Coleman, Eric Jermone | B/M | Excused by agreement | 5 |
| 593 | Davis, Charles Edward | B/M | Caused: not in favor of deah penalty. | 5 |
| 135 | Dews, Pashia Pleshuanna | B/F | Caused: not in favor of death penalty. | 5 |
| 213 | Dobbins, Michael Calvin | B/M | Caused: does not believe in the death penalty.  Nephew is serving life for murder. | 5 |
| 24 | Fontaine, Dorothy Louise | B/F | No show. | 5 |
| 417 | Harrison, Cha Lendia Elece | B/F | Caused: the death penalty is against God's will | 5 |
| 463 | Munson, Pamela Denise | B/F | Caused: not in favor of the death penalty. | 5 |
| 341 | Price, Christie Veronica | B/F | Excused: no show. | 5 |
| 581 | Rhodes, Alana Evette | B/F | Caused: not in favor of death penalty. | 5 |

* With reference to the death penalty, which of the following statements best represents your feelings?

1. I believe that the death penalty is appropriate in all murder cases.

2. I believe that the death penalty is appropriate in some murder cases, and I could return a verdict in a proper case which assessed the death penalty.

3. Although I do not believe that the death penalty ever ought to be invoked, as long as the law provides for it, I could assess it under the proper set of circumstances.

4. I believe that the death penalty is appropriate in some murder cases, but I could never return a verdict which assessed the death penalty.

5. I could never, under any circumstances, return a verdict which assessed the death penalty.