IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES GARFIELD BROADNAX,          §
                                  §
            Petitioner,           §
                                  §
V.                                §          No. 3:15-CV-01758-N
                                  §
LORIE DAVIS, Director,            §          (Death Penalty Case)
Texas Department of Criminal Justice §
Correctional Institutions Division,  §
                                  §
            Respondent.           §

## ORDER GRANTING PARTIAL EXTENSION

Petitioner James Garfield Broadnax moves to extend the time to reply to the answer filed in this case. (Motion, doc. 65.) Respondent is not opposed. (Mot. at 2, 4.)

The motion requests an extension of ninety-five days because, in part, the answer is 171 pages long. (Mot. at 2.) Leave was not granted to exceed the page limitation set out in this Court's local rules. *See* LR 7.5 (eff. Sept. 1, 2016). Neither party seeks to strike the excessive pleadings and the Court declines to do so *sua sponte*. Even so, it should not be used as a basis for further delay in these proceedings. Therefore, a shorter extension of time should be sufficient to file a 25-page reply to the answer.

Petitioner's motion for extension of time (doc. 65) is **GRANTED IN PART AND DENIED IN PART**. The reply may be filed on or before **Wednesday, October 4, 2017**.

**SO ORDERED.**

Signed August 9, 2017.

David C. Godbey
United States District Judge