UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| James Garfield Broadnax, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:15-cv-01758 |
| | § | |
| Lorie Davis-Directors TDCJ-CID, | § | |
| | § | |
| Defendant. | § | |

DECLARATION OF LYDIA M.V. BRANDT IN SUPPORT OF
REPLY BRIEF IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

1. My name is Lydia Brandt. I am an attorney licensed to practice in the State of Texas and I represented the Petitioner, James Broadnax, at the state habeas level in the Texas State Courts.

2. During the course of my representation of Mr. Broadnax, I requested permission from the Dallas County District Attorney's office to review the files of the Dallas County District Attorney pertaining to Mr. Broadnax's case. I was advised by opposing counsel (of that office) that their office's policy was to withhold all documents in that file that were protected by the attorney client privilege and/or the work product protection. This issue was also discussed before the State Habeas Court, and the Dallas County District Attorney's office took the same position before that court. (*See, e.g.*, Writ Hearing, Dec. 6, 2012, Vol. 2 of 4 at 33–34.)

3. I understand that the Dallas County District Attorney's office has made certain documents available to Mr. Broadnax's federal habeas counsel, Camille Knight and Steven Herzog, including internal documents prepared by that office relating to jury

1

selection at Mr. Broadnax's trial. Since these are internal documents prepared by that office, I understand that they would have been considered to be "work product" by that office and were not available to me during the state habeas proceedings.

4. This understanding is confirmed by an affidavit submitted by the Respondent, the Affidavit of Michele Yeatts, Dallas County Assistant District Attorney (Respondent's Ex. A). In her affidavit, Ms. Yeatts states that the Dallas County District Attorney produced to Mr. Broadnax's federal habeas counsel, Camille Knight and Steven Herzog, "portions of the District Attorney's trial file in Mr. Broadnax's case . . . including work product related to the voir dire proceedings." (Respondent's Ex. A.)

5. These documents were not turned over to me by the Dallas County District Attorney during the course of my representation of Mr. Broadnax, and based on the District Attorney's office's policy at the time, there was no opportunity for me to obtain these documents during the course of my representation of Mr. Broadnax in the state habeas proceedings.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 2nd day of October, 2017.

LYDIA M.V. BRANDT

2