UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX, | § | |
| TDCJ No.  999549, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-1758-N |
| | § | (Death Penalty Case) |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

**ORDER DIRECTING FILING OF MISSING STATE COURT RECORDS**

The matter before the Court is the incomplete nature of the state court record currently before the Court:

Volume 49 of the state Trial Transcript (trial proceedings on August 14, 2009), filed electronically in this Court as ECF no. 41-23, is missing pages 161-263.  Based on the table of contents for Volume 49, the missing pages contain a substantial portion of the punishment phase trial testimony of prosecution expert witness Melody Nelson.  The pages missing are also absent from the hard copy of Volume 49 submitted separately to the Clerk by Respondent.

Pages 52-55 are missing from both the electronic and hard copy versions of Volume 41 of the Trial Transcript (pretrial proceedings July 27, 2009), filed electronically as ECF no. 41-15.

Finally, Respondent submitted a hard copy of Volume 51 of the Trial Transcript (trial proceedings August 18, 2009) to the Clerk but no electronic version of that volume of the Trial Transcript appears in the electronic record.

A complete record is necessary for this Court to dispose of all of Petitioner's claims for federal habeas corpus relief.

Accordingly, it is hereby ORDERED that on or before thirty days from the date of this Order, Respondent shall file electronically all missing portions of the state trial record identified above.

It is so ORDERED.

Signed this 15th day of April, 2019.

_____

**DAVID C. GODBEY**
**UNITED STATES DISTRICT JUDGE**