IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX,<br> Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions<br>Division,<br> Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:15cv01758-N-BF<br>***CAPITAL CASE***<br>ECF |

## RESPONDENT'S ADVISORY REGARDING RECORDS

Petitioner James Garfield Broadnax—an inmate confined and sentenced to death pursuant to a Texas state court conviction—seeks federal habeas relief under 28 U.S.C. §§ 2241 and 2254. On June 28, 2016, the Director filed the state court records, which included ECF filings and a box containing the available paper copies of the record and multiple CDs. ECF Nos. 37–44. Broadnax filed his amended petition on November 18, 2016. ECF No. 48. The Director filed an answer to Broadnax's petition on June 26, 2017. ECF No. 63. On April 15, 2019, this Court issued an order identifying pages missing from ECF and paper copies of the reporter's record from trial and directing the Director to file a complete state court record. ECF No. 70.

In response to the order, the Director has reviewed Broadnax's direct appeal records filed in the Court of Criminal Appeals (CCA) and has confirmed

that the paper copy of the reporter's record, which was filed in this Court via ECF, is missing pages 161–263 of Volume 49 and pages 52–55 of Volume 41. However, there is also a CD in the CCA's record labeled "Volumes 1-54 & Supplemental Volumes" that contains a complete PDF version of Volumes 1 through 54 of the reporter's record, including the pages missing from the paper copy.[1] That CD was part of the physical copy of the records initially sent to the Court. After receiving the Court's recent order and identifying the discrepancy between the CD and the paper record, the Director notified the Court and confirmed that it was in possession of a copy of the CD with the corrected reporter's record volumes. The Director also sent a copy of the CD to Broadnax's counsel.

The Director believes that the record is complete and that she is in compliance with the Court's order (ECF No. 70). The undersigned apologizes

---

[1] The PDF copy on the CD is also in a uniform format and font, unlike the paper version. Notably, the record reflects that the CCA had multiple difficulties obtaining a complete copy of the reporter's record. It issued an order on July 2, 2010, indicating that the initial paper copy provided by the reporter was missing multiple volumes and requiring a corrected copy to be filed. The corrected paper copy of the reporter's record was ultimately filed on September 16, 2010. *See, e.g.*, 1 RR 1 (file-stamp). The record also contains a letter sent from the clerk of the CCA to the trial court reporter on April 15, 2011, in which the clerk indicated that the court had still not received a complete copy of the record and was attempting to obtain a complete PDF version of the record on a CD. ECF No. 37-15 at 2. The letter indicates that the CCA was aware that the record was incomplete and made efforts to eventually obtain a complete copy of the record in PDF format. The CCA's opinion on direct appeal was issued on December 14, 2011. *Broadnax v. State*, No. AP-76,207, 2011 WL 6225399 (Tex. Crim. App. Dec. 14, 2011).

for any confusion and would be happy to comply with any request from the

Court to further clarify the record.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ George A. d'Hemecourt
GEORGE A. D'HEMECOURT*
Assistant Attorney General
State Bar No. 24082888

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (Facsimile)

ATTORNEYS FOR RESPONDENT

* Counsel of Record

3

## CERTIFICATE OF SERVICE

I hereby certify that, May 14, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to lead counsel, who has consented in writing to accept this Notice as service of this document by electronic means:

Daniel J Leffell
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
dleffell@paulweiss.com

Adam Ross Mandelsberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
AMandelsberg@paulweiss.com

Camille M. Knight
Burleson, Pate & Gibson
900 Jackson Street, Suite 330
Dallas, TX 75202
214-871-4900
Fax: 214-871-7543
cknight@bp-g.com

Jordana Lauren Haviv
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10128
212-373-3597

Fax: 212-492-0597
JHaviv@paulweiss.com

Livia Fine
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
LFINE@paulweiss.com

Steven Herzog
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3317
Fax: 212-492-0317
sherzog@paulweiss.com

s/ George A. d'Hemecourt
GEORGE A. D'HEMECOURT
Assistant Attorney General