IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES GARFIELD BROADNAX, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. 3:15-CV-1758-N |
| | § | |
| LORIE DAVIS, Director, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

By separate Memorandum Opinion and Order of this same date, the Court has ordered that Petitioner Broadnax's first amended petition for writ of habeas corpus is denied and that Broadnax is also denied a certificate of appealability. It is, therefore, ordered that Broadnax's petition for writ of habeas corpus is denied, that this action is dismissed with prejudice, and that Broadnax is denied a certificate of appealability. All relief not expressly granted is denied. This is a final judgment.

Signed July 23, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – SOLO PAGE