# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-70014

United States Court of Appeals
Fifth Circuit
**FILED**
July 24, 2020
Lyle W. Cayce
Clerk

JAMES GARFIELD BROADNAX,

    Petitioner - Appellant

v.

LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

    Respondent - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-1758

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:*

    The court has pending the parties' briefing on a motion for COA from the district court's denial of habeas relief in this capital case. The court **GRANTS** COA limited to one issue:

> Whether the district court erroneously concluded that the spreadsheet was barred by *Pinholster* and 28 U.S.C. § 2254(d)(2). (Issue IA(2)(b) and (d) in Petitioner's Briefing).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-70014

Because significant briefing about this issue has already been provided, any further briefing must be limited to supplemental evidence and authorities. The parties' supplemental briefs are limited to 20 pages each. Petitioner's brief is due thirty days from today, with Respondent's brief due 21 days thereafter.

SO ORDERED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-70014    James Broadnax v. Lorie Davis, Director
                              USDC No. 3:15-CV-1758

Enclosed is the opinion entered in the case captioned above.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Charles B. Whitney, Deputy Clerk

Ms. Ameya Sita Ananth
Ms. Kimberly Francis
Mr. Garrett M. Greene
Mr. Steven C. Herzog
Mr. Stephen M. Hoffman
Ms. Camille M. Knight
Mr. Edward Larry Marshall
Ms. Karen S. Mitchell